IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION, | ) |
|            Plaintiff, | ) |
| v. | ) |
| THE LEBANESE COMPANY FOR THE DEVELOPMENT AND RECONSTRUCTION OF BEIRUT CENTRAL DISTRICT, S.A.L., a/k/a SOLIDERE, | ) |
|            Defendant. | ) |

### URS CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT

Plaintiff URS Corporation discloses pursuant to Fed. R. Civ. P. 7.1 that it has no corporate parent and no publicly held company has an ownership interest of 10% or more in it.

Dated: Wilmington, Delaware
June 30, 2006

Respectfully submitted,

Edward P. Welch (I.D. No. 671)
Edward B. Micheletti (I.D. No. 3794)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff URS Corporation

Of Counsel:

Jeffrey H. Dasteel
Jason D. Russell
Marina V. Bogorad
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
300 S. Grand Avenue
34th Floor
Los Angeles, CA 90071
(213) 687-5000

438983.01-Los Angeles S2A