## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
———
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
(302) 651-3220
DIRECT FAX
(888) 329-2294
EMAIL ADDRESS
EMICH@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

June 30, 2006

**BY HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk
United States District Court for the
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 10801

RE: URS Corporation v. The Lebanese Company For The Development and Reconstruction of Beirut Central District, S.A.L., a/k/a Solidere, C.A. No. 06-415

Dear Dr. Dalleo:

Plaintiff respectively requests that the Court serve by registered mail the Complaint for Declaratory and Injunctive Relief and Summons to The Lebanese Company for the Development and Reconstruction of Beirut Central District S.A.L. (Solidere) at this address: Building 149, Saad Zaghloul Street, P.O. Box 119493, Beirut 2012 7305 Lebanon.

Very truly yours,

Edward B. Micheletti

461371.01-Wilmington Server 1A - MSW