IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION,<br><br>                Plaintiff,<br><br>      v.<br><br>THE LEBANESE COMPANY FOR THE<br>DEVELOPMENT AND RECONSTRUCTION<br>OF BEIRUT CENTRAL DISTRICT, S.A.L.,<br>a/k/a SOLIDERE,<br><br>                Defendant. | CA 06-415 |

## AFFIDAVIT IN SUPPORT OF SERVICE BY REGISTERED MAIL IN LEBANON

STATE OF DELAWARE    )
                                  :ss.:
COUNTY OF NEW CASTLE  )

       I, Edward B. Micheletti, do hereby declare and state as follows:

       1.      I am a member of the bar of this Court and a member of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record to plaintiff herein. I submit this affidavit in support of service of process by registered mail upon defendant in this action under Fed. R. Civ. P. 4(f)(2)(C)(ii).

       2.      Certain attorneys at my firm, under my supervision, have researched service of process in Lebanon by consulting with counsel proficient in the matters of Lebanese law and have found that service by mail under Fed. R. Civ. P. 4(f)(2)(C)(ii) is an acceptable means of service in that country.

       I declare the foregoing to be true and correct under penalty of perjury pursuant to the laws of the State of Delaware and the United States.

Executed this 30th day of June, 2006 at Wilmington, Delaware.

_____
Edward B. Micheletti

Sworn to before me this
30th day of June, 2006

_____
Notary Public

PAULA R. DUNNE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 14, 2009