OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 30, 2006

The Lebanese Company for the
Development and Reconstruction of
Beirut Central District S.A.L.
Building 149
Saad Zaghloul Street
P.O. Box 119493
Beirut 2012 7305 Lebanon

RE: URS Corporation v. Lebanese Company for the Development and
    Reconstruction of Beirut Central District S.A.L.
    Civil Action 06-415

Dear Sir:

Enclosed please find copies of Summons, and Complaint. This service is made pursuant to Federal Rules of Civil Procedure, Rule 4(f)(2)(C)(ii).

Also, enclosed is a Notice of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

Please note that you have twenty (20) days in which to answer the complaint. Your answer should be filed with this Court and served upon the Plaintiff's attorney:

> Edward Bennett Micheletti
> Skadden Arps Slate Meagher & Flom
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899

Very truly yours,

/s/

Elizabeth A. Dinan
Deputy Clerk

Encls.

cc:  Edward Bennett Micheletti
     Skadden Arps Slate Meagher & Flom
     One Rodney Square
     P.O. Box 636
     Wilmington, DE 19899

Mailed by: _____