OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 30, 2006

URS CORPORATION,

Plaintiff,                                Civil Action No. 06-415

v.

The Lebanese Company
for the Development and Reconstruction of
Beirut Central District, S.A.L. a/k/a Solidere

Defendant,

## AFFIDAVIT OF MAILING

I, Ronald B. Eberhard, Deputy Clerk, being sworn, depose and say that pursuant to Rule 4 (f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on June 30, 2006, by **Register U.S. Mail, #0063705,** a package addressed to:

The Lebanese Company for the Development and Reconstruction of
Beirut Central District, S.A.L., Building 149
Saad Zaghloul Street
P.O. Box 119493
Beirut 2012 7305 Lebanon

The package contained the following documents:

- Clerk's Letter to above defendant dated June 30, 2006;
- Summons;
- Copy of Complaint;
- Copy of Affidavit of Edward B. Micheletti;

- Copy of Letter from Skadden Arps Slate Meagher & Flom LLP's Requesting Clerk to Perfect Service;
- Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction form.

_____
Ronald B. Eberhard
Intake Supervisor/Deputy Clerk

Sworn to and subscribed before me this 30th day of June, 2006:

_____
Monica Mosley
Deputy Clerk

cc:  Counsel of Record via CM/ECF



2