IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION, | ) )  ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE LEBANESE COMPANY FOR THE DEVELOPMENT AND RECONSTRUCTION OF BEIRUT CENTRAL DISTRICT, S.A.L., a/k/a SOLIDERE, | ) ) ) ) ) ) |
| Defendant. | ) ) |

**AFFIDAVIT IN SUPPORT OF SERVICE BY REGISTERED MAIL IN LEBANON**

STATE OF DELAWARE    )
                    :ss.:
COUNTY OF NEW CASTLE )

I, Edward B. Micheletti, do hereby declare and state as follows:

1. I am a member of the bar of this Court and a member of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record to plaintiff herein. I submit this affidavit in support of service of process by registered mail upon defendant in this action under the Foreign Sovereign Immunities Act ("FSIA"). 28 U.S.C. §§ 1603-1611.

2. Certain attorneys at my firm, under my supervision, have researched service of process in Lebanon by consulting with counsel proficient in the matters of Lebanese law and have found that service by mail is an acceptable means of service in that country. Additionally, FSIA provides that service "shall be made . . . by any form of mail requiring a signed receipt." 28 U.S.C. §§ 1608(b).

I declare the foregoing to be true and correct under penalty of perjury pursuant to the laws of the State of Delaware and the United States.

Executed this 14th day of July, 2006 at Wilmington, Delaware.

_____
Edward B. Micheletti

Sworn to before me this
14th day of July, 2006

_____
Notary Public

ZANETA R. SAUNDERS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 27, 2010