IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

URS CORPORATION

   Plaintiff,

               Civil Action No. 06-415 SLR

 v.

THE LEBANESE COMPANY FOR THE
DEVELOPMENT AND RECONSTRUCTION OF
BEIRUT CENTRAL DISTRICT, S.A.L.,
a/k/a SOLIDERE,
   Defendants.

## A F F I D A V I T

  I, Evette Watson, being first duly sworn, deposed and say that pursuant to 28 U.S.C. 1603-1611, I did send on July 14, 2006 by Registered mail to the following individuals to their respective addresses:

The Lebenese Company for the Development and Reconstruction of
Beirut Cental District S.A.L. (Solidere)
Building 149 Saad Zaghloul Street
P.O. Box 119493
Beirut 2012 7305 Lebanon

certified copies of Summons, and Complaint in the above-styled case. I also enclosed a Magistrate consent form.

                _____
                Evette Watson
                Deputy Clerk

Sworn to and subscribed before me
this 14th day of July, 2006.

_____
Monica Mosley
Deputy Clerk

Evette Watson
U.S. District Court for the District of Delaware
Phone: (302) 573-6170

