United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-415-SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| Registered article / Envoi recommendé | ☐ Letter / Lettre | ☐ Printed Matter / Imprimé | ☐ Other / Autre | ☐ Express Mail International |
|---|---|---|---|---|
| ☐ Insured parcel / Colis avec valeur déclarée | Insured Value Valeur déclarée | | Article No. | |
| Office of mailing Bureau or depot | | Date of posting Date de depot  11 JUIL. 2006 | | |

Addressee (Name or firm): Nom ou raison sociale du destinataire

The Lebanese Company for the Development & Reconstruction

Street and No. Rue et No. 5551
Solidere Building 149, Saad Zaghloul Street, P.O. Box 119, BEYROUTH

Place and country  Lieu et Pays
Beirut 2012 7305, Lebanon

This receipt must be signed by the addressee or by a person authorized to do so by virtue of the regulations of the country of destination, or, if those regulations so provide, by the employee of the office of destination, and returned by the first mail directly to the sender.

*Cet avis doit etre signé par le destinatre ou par une personne y autorisée en vertu des reglements du pays de destination, ou, si ces reglements le comportent, par l'agent du bureau de destination, et renvoye par le premier courrier directement à l'expediteur.*

Postmark of the office of destination / Timbre du bureau de destination

The article mentioned above was duly delivered.
*L'envoi mentionné ci-dessus a été dornent livré.*

Date

Signature of the addressee / Signature du destinataire

Signature of the employee of the office of destination. *Signature de l'agent du bureau du destination.*