Legal Department  
3620 Hacks Cross Road  
3rd Floor, Building B  
Memphis, TN 38125

US Mail PO Box 727  
Memphis, TN 38194-7103

Telephone 901 434.8600

06CV 415 (SLR)


Express

F[ ]

AUG 3 0 2006

U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

Dear Customer:

SUBJECT:   Reference # 200608221412

We are forwarding this package from our FedEx Lost and Found / Overgoods Department. We were unable to complete delivery of this package for the following reason(s):

__ The airbill / address label became detached during transit.
__ The package was damaged / came open due to improper packing.
X  The package was apparently damaged by conveyor equipment in our sorting facility.
__ The recipient refused to accept delivery.
__ The recipient has moved / gone out of business.
__ Could not deliver as addressed / P.O. Box address / invalid destination address.
__ Package inadvertently place in U.S. Postal System.
__ Recipient not in __ delivery attempts made.
__ Contents became separated from original container during transit.
__ Package was mistakenly sent to our Lost and Found Department
__ Original airbill and Shipper / Recipient information was not available.
__ Other _____

_____

Comments: _____

_____

If it is determined that the contents do not belong to you or you have any questions regarding this matter, feel free to contact me at (901) 434.8600 or Toll free at 1.800.463.3339 _____.

We apologize for any inconvenience this situation may have caused. We appreciate your business and hope that you will continue to allow FedEx to service your air express needs.

Sincerely,

**Tina C. Wallace**  
Senior Paralegal  
Legal Marketing and Intellectual Property

Customer Support  
Overgoods Department

SDC/prb/422400


FedEx Corporation

3620 Hacks Cross Road  
Building B, 3rd Floor  
Memphis, TN 38125  
Telephone 901-434-8473  
Fax 901-434-9256  
Email tcwallace@fedex.com