IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-415-SLR |
| v. | ) |
| | ) |
| THE LEBANESE COMPANY FOR THE | ) |
| DEVELOPMENT AND RECONSTRUCTION | ) |
| OF BEIRUT CENTRAL DISTRICT, S.A.L., | ) |
| a/k/a SOLIDERE, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO EXTEND TIME**

**WHEREAS**, Defendant intends to file a motion to dismiss and Plaintiff intends to file a motion for preliminary injunction;

**WHEREAS**, the Parties are in the process of negotiating a briefing schedule for both motions;

**WHEREAS**, both Parties have a presence in Beirut, Lebanon, which has been affected by the unrest in that country and therefore the parties need additional time to communicate with their attorneys and prepare their cases;

**WHEREAS**, the Parties require additional time to work out a fair briefing schedule for their respective motions; and

**WHEREAS**, the Parties agree that extension of Defendant's deadline to respond to the Complaint will allow the Parties to negotiate a schedule that will protect their interests, promote judicial efficiency, and reduce conflicts that would otherwise require court intervention;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court, that the time within which defendants shall move, answer or otherwise

RLF1-3053114-1

respond to the Complaint shall be extended to such time as the parties shall agree in a comprehensive proposed scheduling order, which will establish such response date as well as a briefing schedule for both Defendant's motion to dismiss and Plaintiff's motion for preliminary injunction. The parties anticipate that such comprehensive schedule will be submitted to the Court on or about September 8, 2006. This Stipulation shall not constitute a waiver of, or otherwise affect, any defense, including without limitation any defense relating to personal jurisdiction, sufficiency of process or service of process.

| | |
|---|---|
| /s/ Edward P. Welch | /s/ Samuel A. Nolen |
| Edward P. Welch (#671) | Samuel A. Nolen (#971) |
| Edward B. Micheletti (#3794) | Richards, Layton & Finger |
| Skadden, Arps, Slate, Meagher & Flom LLP | One Rodney Square |
| One Rodney Square | P.O. Box 551 |
| P.O. Box 636 | Wilmington, DE 19899-0551 |
| Wilmington, DE 19899 | 302-651-7700 |
| 302-651-3000 | *Attorney for Defendant The Lebanese* |
| *Attorneys for Plaintiff URS Corporation* | *Company for the Development and* |
| | *Reconstruction of Beirut Central District,* |
| | *S.A.L.* |
| | |
| Of Counsel: | Of Counsel: |
| | |
| Jeffrey H. Dasteel | Paul Carberry |
| Jason D. Russell | White & Case LLP |
| Marina V. Bogorad | 1155 Avenue of the Americas |
| Skadden, Arps, Slate, Meagher & Flom LLP | New York, NY 10036 |
| 300 S. Grand Avenue, 34th Floor | (212) 819-8507 |
| Los Angeles, CA 90071 | |
| (213) 687-5000 | |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge