IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-415 SLR |
| THE LEBANESE COMPANY FOR THE DEVELOPMENT AND RECONSTRUCTION OF BEIRUT CENTRAL DISTRICT, S.A.L., a/k/a SOLIDERE, | : |
| Defendants. | : |

A F F I D A V I T

    I, Evette Watson, being first duly sworn, deposed and say that pursuant to 28 U.S.C. 1603-1611, I did send on July 14, 2006 by Registered mail to the following individuals to their respective addresses:

The Lebenese Company for the Development and Reconstruction of Beirut Cental District S.A.L. (Solidere)
Building 149 Saad Zaghloul Street
P.O. Box 119493
Beirut 2012 7305 Lebanon

certified copies of Summons, and Complaint in the above-styled case. I also enclosed a Magistrate consent form.

                                        _____
                                        Evette Watson
                                        Deputy Clerk

Sworn to and subscribed before me
this 1st day of September, 2006.

_____
Elizabeth Strickler
Deputy Clerk

Evette Watson
U.S. District Court for the District of Delaware
Phone: (302) 573-6170

06 cv 415 (SLR)



FILED
SEP 01 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



U.S. Postal Service
INSURED MAIL RECEIPT

Postage $ 27.95
Insurance Fee 1.65
Restricted Delivery Fee (Domestic only; endorsement required)
Special Handling Fee
Return Receipt Fee (Except for Canada; endorsement required) 1.95
Total Postage & Fees $ 31.75

Sent to: The Lebanese Co for the Development & Reconstruction of Beirut Central District S.A.L. (Solidere) Bldg 149 Saad Zaghloul Street P.O. Box 119443
Beirut 2012 7305 Lebanon

PS Form 3813-P, May 2004    See Reverse for Instructions

VG 495 508 439 US

06cv 415 (SLR)

**United States Postal Service®**
**Customs Declaration and Dispatch Note — CP 72**

CP954160212US

IMPORTANT: This item/parcel may be opened officially. Please print in English and press firmly; you are making multiple copies. Please read the Privacy Notice on the Instructions page of this form.

From

Sender's Name: Clark
Business: U.S. District Court for the District of Delaware
Street: 844 King Street, Lock Box 18
City: Wilmington    State: DE    ZIP+4®: 19801
Country: USA

To

Addressee's Name: The Lebanese Co. for the Development & Reconstruction of Beirut Central District AKA Solidere
Business Street: Building 149 Saad Zaghloul Street
P.O. Box 119493
Postcode: 20127305    City: Beirut 2012 7305    State/Province: Lebanon
Country:

Sender's Customs Insured Number
Reference (If any)

Insured Amount (US $)    SDR Value

Importer's Reference - Optional (If any)
(Tax code/VAT no./Importer code)

Importer's Telephone/Fax/Email (If known)

FILED
SEP 01 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Detailed Description of Contents (1) | Qty. (2) | Net Weight (3) lbs. oz. | Value (US $) (5)
Total Gross Wt. (4) | Total Value (6)

Check One (10) ☐ Airmail/Priority ☐ Surface/Nonpriority
Check One (11) ☐ Gift ☐ Commercial sample ☐ Merchandise ☐ Returned goods ☐ Documents ☐ Other   Explanation:

For Commercial Senders Only
HS tariff number (7) Country of origin of goods (8)

Postage and Fees (9)

Sender's Instructions in Case of Nondelivery (17)
☐ Treat as Abandoned
☐ Return to Sender
NOTE: Item is subject to return charges at sender's expense.
☐ Redirect to Address Below:

Comments (12) (e.g. goods subject to quarantine, sanitary/phytosanitary inspection, or other restrictions)
License Number(s) (13) | Certificate Number(s) (14) | Invoice Number (15)

Date and sender's signature (16)

I certify that the particulars given in this customs declaration are correct and that this item does not contain any dangerous article prohibited by legislation or by postal or customs regulations.

Do not duplicate this form without USPS® approval.

PS Form 2976-A, January 2006 (PSN: 7530-01-000-9834)    6—Sender's Copy