IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-415-SLR |
| v. | ) |
| | ) |
| THE LEBANESE COMPANY FOR THE | ) |
| DEVELOPMENT AND RECONSTRUCTION | ) |
| OF BEIRUT CENTRAL DISTRICT, S.A.L., | ) |
| a/k/a SOLIDERE, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR SCHEDULING CONFERENCE AND BRIEFING SCHEDULE

Defendant The Lebanese Company For The Development And Reconstruction Of Beirut Central District, S.A.L., a/k/a Solidere, respectfully moves this Court for a teleconference in order to discuss a schedule for briefing on Defendant's anticipated Motion to Dismiss. In support of this Motion, Defendant states as follows:

1. This is an action filed by Plaintiff URS Corporation on June 30, 2006, seeking an injunction to derail a prior pending international arbitration, which has been proceeding before the International Court of Arbitration of the International Chamber of Commerce (the "ICC Arbitration") in Paris, France for several months.

2. Following the filing of the Complaint herein, and given the civil unrest in Lebanon where key documents and personnel of both parties are located, the parties conferred for the purpose of reaching an agreement concerning a reasonable timeframe for Defendant's response to the Complaint.

3. As a result of those discussions, on August 31, 2006, the parties entered into a Stipulation and Order to Extend Time. The parties advised the Court of the ongoing

2

negotiations and of their intent to submit a proposed schedule on or about September 8, 2006. Since that time, the parties have worked diligently on such a schedule. However, the parties have now reached an impasse as a result of Plaintiff's insistence that any agreement on a briefing schedule be tied to Defendant's acquiescence in a stay of the ICC Arbitration of indeterminate length (essentially awarding Plaintiff the preliminary injunctive relief it seeks here).

4. Defendant believes that it has meritorious defenses to the Complaint, including, among other things, lack of personal jurisdiction and *forum non conveinens*, and that the Court should consider these defenses (which could obviate the need to address the Complaint altogether) and before considering the merits of Plaintiff's requested anti-suit injunction.

5. Further, consideration of the threshold matters of personal jurisdiction and *forum non conveinens* would result in no prejudice to Plaintiff since substantive submissions for the ICC Arbitration on the issue of arbitrability will not be due for several months (indeed the parties have not yet agreed on the chairman for their three-arbitrator tribunal).

6. Defendant respectfully requests a teleconference with the Court to address these issues and to receive the Court's assistance in arriving at a reasonable briefing schedule for Defendant's Motion to Dismiss. A form of order is attached hereto.

2

|  |  |
|---|---|
| | /s/ *[signature]* |
| | Samuel A. Nolen (#971) |
| | Frederick L. Cottrell, III (#2555) |
| Of Counsel: | Matthew W. King (#4566) |
| | Richards, Layton & Finger |
| Paul Carberry | One Rodney Square |
| White & Case LLP | Wilmington, DE 19899-0551 |
| 1155 Avenue of the Americas | P.O. Box 551 |
| New York, NY 10036 | 302-651-7700 |
| (212) 819-8507 | Nolan@rlf.com |
| | Cottrell@rlf.com |
| | King@rlf.com |
| | *Attorney for Defendant The Lebanese Company for the Development and Reconstruction of Beirut Central District, S.A.L.* |
| Dated: September 8, 2006 | |

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Edward P. Welch
Edward B. Micheletti
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

I hereby certify that on September 8, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS

Jeffrey H. Dasteel
Jason D. Russell
Marina V. Bogorad
Skadden, Arps, Slate, Meagher & Flom LLP
300 S. Grand Avenue, 34th Floor
Los Angeles, CA 90071

Matthew W. King (#4566)
@rlf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-415-SLR |
| v. | ) |
| | ) |
| THE LEBANESE COMPANY FOR THE | ) |
| DEVELOPMENT AND RECONSTRUCTION | ) |
| OF BEIRUT CENTRAL DISTRICT, S.A.L., | ) |
| a/k/a SOLIDERE, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The Court having considered Defendant's Motion For Scheduling Conference And Briefing Schedule,

IT IS HEREBY ORDERED this ____ day of _____, 2006 that a teleconference will be held on _____, 2006 to set a briefing schedule on Defendant's anticipated Motion to Dismiss.

_____
Chief Judge Sue L. Robinson

RLF1-3056290-1

CERTIFICATION PURSUANT TO
**DISTRICT OF DELAWARE LOCAL RULE 7.1.1**

Counsel for Defendant The Lebanese Company For The Development And Reconstruction Of Beirut Central District, S.A.L., a/k/a Solidere has made reasonable efforts to consult with counsel for URS Corporation pursuant to District of Delaware Local Rule 7.1.1 concerning the subject matter of the attached motion and no agreement could be reached.


Dated: September 8, 2006

_____
Matthew W. King (#4566)