IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

URS CORPORATION

       Plaintiff,

  v.

THE LEBANESE COMPANY FOR THE
DEVELOPMENT AND RECONSTRUCTION OF
BEIRUT CENTRAL DISTRICT, S.A.L.,
a/k/a SOLIDERE,
       Defendants.

Civil Action No. 06-415 SLR

A F F I D A V I T  (AMENDED)

I, Evette Watson, being first duly sworn, deposed and say that pursuant to 28 U.S.C. 1603-1611, I did send on September 1, 2006 by Registered mail to the following individuals to their respective addresses:

The Lebenese Company for the Development and Reconstruction of
Beirut Cental District S.A.L. (Solidere)
Building 149 Saad Zaghloul Street
P.O. Box 119493
Beirut 2012 7305 Lebanon

certified copies of Summons, and Complaint in the above-styled case. I also enclosed a Magistrate consent form.

                                              Evette Watson
                                              Deputy Clerk

Sworn to and subscribed before me
this 13th day of September, 2006.

Elizabeth Dinan
Deputy Clerk

Evette Watson
U.S. District Court for the District of Delaware
Phone: (302) 573-6170

FILED
SEP 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE