IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-415-SLR |
| v. | ) |
| | ) |
| THE LEBANESE COMPANY FOR THE | ) |
| DEVELOPMENT AND RECONSTRUCTION | ) |
| OF BEIRUT CENTRAL DISTRICT, S.A.L., | ) |
| a/k/a SOLIDERE, | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR *PRO HAC VICE* APPEARANCE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Paul B. Carberry of White & Case LLP to represent Defendant SOLIDERE in this matter.

OF COUNSEL:

Paul B. Carberry
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8507

Samuel A. Nolen (#971)
Nolen@RLF.com
Matthew W. King (#4566)
King@RLF.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant SOLIDERE

Dated: September 27, 2006

RLF1-3063803-1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsels' motion for admission *pro hac vice* is granted.

Dated:_____

                                                        _____
                                                                    U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

                                                     Paul B. Carberry
                                                     White & Case LLP
                                                     1155 Avenue of the Americas
                                                     New York, NY 10036
                                                     (212) 819-8200

DATE: September 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Edward P. Welch
Edward B. Micheletti
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

I hereby certify that on September 27, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS

Jeffrey H. Dasteel
Jason D. Russell
Marina V. Bogorad
Skadden, Arps, Slate, Meagher & Flom LLP
300 S. Grand Avenue, 34th Floor
Los Angeles, CA  90071

Matthew W. King (#4566)
king@rlf.com

RLF1-3061959-1