06cv415 SLR



FILED
SEP 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SCANNED

| Item Description (Nature de l'envoi) | Registered ☐ Article (Envoi recommandé) | ☐ Letter (Lettre) | Printed ☐ Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express ☐ Mail International |

Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number

Office of Mailing (Bureau de dépôt) | Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire) THE LEBANESE COMPANY FOR THE DEVELOPMENT AND RECONSTRUCTION OF BEIRUT CENTRAL

Street and No. (Rue et No.) DISTRICT S.A.L. (SOLIDERE), BUILDING 149 ZAAd ZAghLouL STREET, P.O. BOX 119493

RETURN TO SENDER
SERVICE TEMPORARILY SUSPENDED
DMM 604.9.2.4 permits refund of Postage
Contact your local Post Office
(Foreign Center NJ 099)

Signature of Addressee (Signature du destinataire) | Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form 2865, February 1997 (Reverse)