## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
―――
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
(302) 651-3220
DIRECT FAX
(888) 329-2294
EMAIL ADDRESS
EMICH@SKADDEN.COM

FIRM/AFFILIATE OFFICES
―――
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
―――
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

October 10, 2006

**BY HAND DELIVERY**

Mr. Peter T. Dalleo
Clerk
United States District Court for the
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

      RE:    URS Corporation v. The Lebanese Company For The
Development and Reconstruction of Beirut Central District,
S.A.L., a/k/a Solidere, C.A. No. 06-415-SLR

Dear Mr. Dalleo:

      Plaintiff respectfully requests that the Court serve by registered mail (Global Express Guaranteed) the enclosed Complaint for Declaratory and Injunctive Relief (in English and Arabic) and Summons (in English and Arabic) to The Lebanese Company for the Development and Reconstruction of Beirut Central District S.A.L. (Solidere) at this address: Building 149, Saad Zaghloul Street, Beirut 2012 7305 Lebanon, Tel. (01) 980650 – 980660, Fax (01) 980661 – 980662.

      We spoke with a representative of the Postal Service at the United States Post Office in Wilmington, Delaware who has assured us that service to Lebanon has been restored and that the Postal Service is now in a position to guarantee that URS Corporation's package will be delivered to Lebanon via Global Express Guaranteed. To ensure guaranteed delivery, the mailing label includes: 1) Solidere's address in Arabic; 2) Solidere's telephone or fax number; and 3) Solidere's street address. Attached please find a translation of Solidere's address into Arabic, which has been printed on an address label.

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
October 10, 2006
Page 2

Please call at your convenience if you have any questions.

Respectfully,

Edward B. Micheletti

Enclosures