OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 11, 2006

The Lebenese Company for the
Development and Reconstruction of
Beirut Cental District S.A.L.
(Solidere)
Building 149 Saad Zaghloul Street
P.O. Box 119493
Beirut 2012 7305 Lebanon


RE:  URS Corporation v. The Lebenese Company for the Development and
     Reconstruction of Beirut Cental District S.A.L. a/k/a Solidere

     Civil Action 06-415 SLR


To Whom it May Concern:

   Enclosed please find certified copies of Summons and Complaint.
Also, enclosed is a Magistrate consent form.

   This service is being made in accordance with 28 U.S.C. 1603-1611.

                                   Very truly yours,

                                   *Evette Watson*

                                   Evette Watson
                                   Deputy Clerk



Encls.

cc:  Edward Bennett Micheletti
     Skadden, Arps, Slate, Meagher & Flom
     One Rodney Square
     P.O. Box 636
     Wilmington, DE 19899