IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-415 SLR |
| THE LEBANESE COMPANY FOR THE DEVELOPMENT AND RECONSTRUCTION OF BEIRUT CENTRAL DISTRICT, S.A.L., a/k/a SOLIDERE, | : |
| Defendants. | : |

### A F F I D A V I T

I, Evette Watson, being first duly sworn, deposed and say that pursuant to 28 U.S.C. 1603-1611, I did send on October 11, 2006 by Global Express Guaranteed Mail to the following individuals to their respective addresses:

The Lebenese Company for the Development and Reconstruction of
Beirut Cental District S.A.L. (Solidere)
Building 149 Saad Zaghloul Street
Beirut 2012 7305 Lebanon

certified copies of Summons, and Complaint in the above-styled case. I also enclosed a Magistrate consent form.

_____
Evette Watson
Deputy Clerk

Sworn to and subscribed before me
this 11th day of October, 2006.

_____
Elizabeth Strickler
Deputy Clerk

**USPS GLOBAL EXPRESS GUARANTEED** — International Air Waybill — International delivery by FedEx Express

**1 From**

Date: 10/11/06

Sender's Name: Clerk

Phone: 302.573.6170

Company: US District Ct, Dist of Del.

Address: 844 King St.

Address: Lock box 18

City: Wilmington

State: DE

Country: USA

ZIP Code: 19801

**2 To**

Recipient's Name: The Lebanese Co. for the Devel. and Reconstruction of Beirut

Phone: (01) 980650-980660

Fax: (01) 980661-980662

Company: Central Dist. alkla Solidaire

Address: Bleg 149 Saad Zaghoul Street

City: Beirut

Postal Code: 2012 7035

Country: Lebanon

**3 Shipment Information**

☑ Documents

Description: Legal Documents

Sender's Signature: Evette Watson Deputy Clerk

**4 Required Signature**

**Postal Use Only**

Date In: 10-11-2006  Time In: 3:00  ☒ PM

Weight: 4 lbs 1.5 oz

Postage: $79.00

Insurance Fee: -0-

PO ZIP (4+) Code: 19801

Total Postage & Fees: $79.00

Packaging: ☒ USPS GXG Envelope or Pak

USPS Tracking Number: 8257316771

8982 5731 6779

Sender's Copy