IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-415-SLR |
| THE LEBANESE COMPANY FOR THE | ) |
| DEVELOPMENT AND RECONSTRUCTION | ) |
| OF BEIRUT CENTRAL DISTRICT, S.A.L., | ) |
| a/k/a SOLIDERE, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT SOLIDERE'S MOTION TO DISMISS

Defendant, The Lebanese Company for the Development and Reconstruction of Beirut Central District, S.A.L., a/k/a SOLIDERE ("SOLIDERE") moves to dismiss all counts of the Complaint in the above-captioned action for lack of personal jurisdiction and improper venue pursuant to Rule 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure. The grounds for this motion are more fully set forth in the opening brief and supporting affidavit filed contemporaneously herewith.

OF COUNSEL:
Paul B. Carberry (admitted *pro hac vice*)
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8507
pcarberry@whitecase.com

Samuel A. Nolen (#971)
Matthew W. King (#4566)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Nolen@rlf.com
King@rlf.com

*Attorneys for Defendant The Lebanese Company for the Development and Reconstruction of Beirut Central District, S.A.L. a/k/a SOLIDERE*

Dated: October 16, 2006

2

RLF1-3070695-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
URS CORPORATION                                              )
                                                             )
                    Plaintiff,                               )
                                                             )
        v.                                                   )
                                                             )  Civil Action No. 06-415-SLR
THE LEBANESE COMPANY FOR THE                                 )
DEVELOPMENT AND RECONSTRUCTION                               )
OF BEIRUT CENTRAL DISTRICT, S.A.L.,                          )
a/k/a SOLIDERE,                                              )
                                                             )
                    Defendant.                               )
------------------------------------------------------------ x
```

## ORDER

WHEREAS, Defendant The Lebanese Company for the Development and Reconstruction of Beirut Central District, S.A.L., a/k/a SOLIDERE ("SOLIDERE") having moved this Court for an order pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) dismissing Plaintiff's Complaint in the above-captioned action for lack of personal jurisdiction and improper venue ("Motion");

WHEREAS, the Court having considered the briefs and arguments in support of and in opposition to the Motion, and good cause having been shown for the relief sought in the Motion;

IT IS HEREBY ORDERED this _____ day of _____, 2006 that Defendant's Motion is GRANTED.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Edward P. Welch
Edward B. Micheletti
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

I hereby certify that on October 16, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS

Jeffrey H. Dasteel
Jason D. Russell
Marina V. Bogorad
Skadden, Arps, Slate, Meagher & Flom LLP
300 S. Grand Avenue, 34th Floor
Los Angeles, CA 90071

/s/ Matthew W. King
Matthew W. King (#4566)
king@rlf.com