IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| URS CORPORATION,<br><br>                     Plaintiff,<br><br>     v.<br><br>THE LEBANESE COMPANY FOR THE DEVELOPMENT AND RECONSTRUCTION OF BEIRUT CENTRAL DISTRICT SAL, a/k/a SOLIDERE,<br><br>                     Defendant. | Civil Action 06-415 (SLR) |

## MOTION FOR A PRELIMINARY INJUNCTION ENJOINING ARBITRATION

Plaintiff, URS Corporation, hereby respectfully moves this Court for an order preliminarily enjoining defendant the Lebanese Company for the Development and Reconstruction of Beirut Central District S.A.L. a/k/a Solidere ("Solidere") from arbitrating or attempting to arbitrate any claims against URS before the International Chamber of Commerce in Paris, France. The grounds in support of this Motion are set forth in the Opening Brief in Support of Plaintiff's Motion for a Preliminary Injunction Enjoining Arbitration filed herewith.

Respectfully submitted,

/s/ Edward B. Micheletti
Edward P. Welch (#0671)
Edward B. Micheletti (#3794)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff URS Corporation

DATED: October 23, 2006

Of Counsel:

Jeffrey H. Dasteel
Jason D. Russell
Marina V. Bogorad
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
300 S. Grand Avenue
34th Floor
Los Angeles, CA  90071
(213) 687-5000

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

Despite the undersigned counsel's reasonable efforts, it was not possible, at the time of filing the attached motion, to reach agreement on the subject of the relief requested. Plaintiff expects that this motion will be opposed.

Respectfully submitted,

/s/ Edward B. Micheletti
Edward P. Welch (#0671)
Edward B. Micheletti (#3794)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiff URS Corporation

DATED: October 23, 2006

435467-Los Angeles S2A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION,<br><br>               Plaintiff,<br><br>     v.<br><br>THE LEBANESE COMPANY FOR THE<br>DEVELOPMENT AND RECONSTRUCTION<br>OF BEIRUT CENTRAL DISTRICT SAL,<br>a/k/a SOLIDERE,<br><br>               Defendant. | Civil Action No. 06-415 (SLR) |

### PROPOSED ORDER FOR PRELIMINARY INJUNCTION

**WHEREAS,** Plaintiff URS Corporation has applied to this Court for the issuance of a preliminary injunction;

**WHEREAS,** the Court held a hearing on the Plaintiff's application and the Plaintiff has shown good cause for an injunction to issue;

**NOW THEREFORE, IT IS HEREBY ORDERED** this ___ day of _____, 2006, that Defendant the Lebanese Company for the Development and Reconstruction of Beirut Central District S.A.L., a/k/a Solidere ("Solidere"), its directors, officers, employees, subsidiaries, affiliates, and all other persons acting in concert with or on behalf of Solidere, directly or indirectly, are enjoined from all further proceedings against URS Corporation before the International Chamber of Commerce arising from or related to any dispute concerning the landfill remediation works in Beirut, Lebanon at the site commonly known as the Normandy Landfill and the January 25, 1999 Agreement by and among Radian International LLC and Solidere concerning those works.

 

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Edward B. Micheletti, hereby certify that on October 23, 2006, the Motion for a Preliminary Injunction Enjoining Arbitration, Statement Pursuant to Local Rule 7.1.1, proposed Order for Preliminary Injunction, Opening Brief in Support thereof, and the Affidavit of David Balfour, Affidavit of Thomas W. Bishop, Affidavit of Amine Bou Onk, Affidavit of Alberto Cuenca and Affidavit of Kristin L. Jones were served electronically on the following counsel of record:

VIA CM/ECF

Samuel A. Nolen, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

/s/ Edward B. Micheletti
Edward B. Micheletti (I.D. No. 3794)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000