IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION,<br><br>                    Plaintiff,<br><br>    v.<br><br>THE LEBANESE COMPANY FOR THE<br>DEVELOPMENT AND RECONSTRUCTION<br>OF BEIRUT CENTRAL DISTRICT SAL,<br>a/k/a SOLIDERE,<br><br>                    Defendant. | Civil Action<br><br>No. 1:06-cv-00415-SLR |

**AFFIDAVIT OF DAVID BALFOUR**

STATE OF TEXAS      )
                           ) SS.:
COUNTY OF TRAVIS  )

        **David Balfour**, being duly sworn, deposes and says as follows:

        1.     I am the Senior Vice President and Secretary of Radian International LLC ("Radian"), and Senior Vice President of URS Corporation ("URS"). I submit this affidavit in support of URS's application for injunctive relief in the above-captioned litigation (the "Application"), in which URS seeks a preliminary injunction enjoining defendant the Lebanese Company for the Development and Reconstruction of Beirut Central District S.A.L. a/k/a Solidere ("Solidere") from proceeding against URS in an International Chamber of Commerce arbitration filed in Paris, France (the "ICC Arbitration"). This affidavit is based upon personal knowledge and my investigation and my review of Radian's business records.

        2.     I have worked for Radian since September 1997. I was elected to serve as Radian's Senior Vice President and Secretary in 2001, and I have served in that capacity ever since.

        3.     Radian is a limited liability company, providing engineering and construction services. It is organized under the laws of the State of Delaware. Its principal place of business is

in San Francisco, California. URS is an indirect parent of Radian.

4. Radian is an independent legal entity.

5. Radian maintains an up-to-date registration with the State of Delaware. Its registered office in Delaware is at 1209 Orange Street, Wilmington, DE 19801. Its registered agent in Delaware is the Corporation Trust Company. Radian has maintained agents for service of process in various states before and after URS's acquisition of Radian.

6. Radian is organized under its own Limited Liability Company Agreement, dated January 19, 1996, which has been amended twice, in 2002 and 2004, after URS's acquisition of Radian. The amendments were effectuated by written consent of Radian's members.

7. Radian has continued electing its own officers after URS's acquisition, including myself and the following officers:

- Judy Rogers (Vice President & Treasurer);
- Gary Jandegian (President);
- Tom Bishop (Sen. Vice President);
- Thomas Logan (Vice President);
- Vladimir Khazak (Sen. Vice President);
- David Nelson (Vice President & Treasurer);
- William Corbett (President); and
- Donald Jackson (Senior Vice President).

8. Radian has diligently satisfied all the necessary requirements imposed by the State of Delaware on limited liability companies such as itself.

FURTHER AFFIANT SAYETH NOT:

*David Balfour*
David Balfour

MARY HARRIS
Notary Public, State of Texas
My Commission Expires
April 22, 2009

- 2 -

*Mary Harris*
10-20-2006

**CERTIFICATE OF SERVICE**

I, Edward B. Micheletti, hereby certify that on October 23, 2006, the Motion for a Preliminary Injunction Enjoining Arbitration, Statement Pursuant to Local Rule 7.1.1, proposed Order for Preliminary Injunction, Opening Brief in Support thereof, and the Affidavit of David Balfour, Affidavit of Thomas W. Bishop, Affidavit of Amine Bou Onk, Affidavit of Alberto Cuenca and Affidavit of Kristin L. Jones were served electronically on the following counsel of record:

VIA CM/ECF

Samuel A. Nolen, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

/s/ Edward B. Micheletti
Edward B. Micheletti (I.D. No. 3794)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000