IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| URS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>THE LEBANESE COMPANY FOR THE<br>DEVELOPMENT AND RECONSTRUCTION<br>OF BEIRUT CENTRAL DISTRICT SAL,<br>a/k/a SOLIDERE,<br><br>    Defendant. | Civil Action No. 06-415 (SLR) |

### AFFIDAVIT OF ALBERTO CUENCA

STATE OF MARYLAND    )
                                 ) SS.:
COUNTY OF MONTGOMERY  )

Alberto Cuenca, being duly sworn, deposes and says as follows:

1. I am a Regional Controller of Plaintiff URS Corporation ("URS") and Regional Comptroller for Radian International LLC ("Radian") -- Lebanon Branch, an indirectly-owned subsidiary of URS. I submit this affidavit in support of URS's application for injunctive relief in the above-captioned litigation, in which URS seeks a preliminary injunction enjoining defendant the Lebanese Company for the Development and Reconstruction of Beirut Central District S.A.L., a/k/a Solidere from proceeding against URS in an International Chamber of Commerce arbitration filed in Paris, France. This affidavit is based on my personal knowledge.

1

2. Although URS and Radian maintain a consolidated cash management system for convenience and for purposes of consolidated financial reporting, the accounting for Radian's projects is clearly segregated.

3. Although URS and Radian operate on the above-described consolidated system, all funds that are expended or received on behalf of Radian are specifically earmarked. For example, whenever money is paid out on behalf of Radian, URS creates a related company-receivable entry in its books to reflect that Radian owes moneys to URS. Conversely, whenever funds are received from Radian or on its behalf, URS creates a related company-payable entry in its books to reflect that URS owes moneys to Radian. All this is accomplished through the utilization of related company accounts.

4. The payroll expended in connection with Radian's projects, such as the Normandy Landfill project at issue in this case, is separately charged to those projects under the employment agreements of the relevant employees. For example, whenever Mr. Amine Bou Onk (the general manager of the Normandy Landfill project) is paid for his work on the Radian project, the payment is specifically charged to that project, via the related company accounts.

5. Thus, Radian's funds are maintained separately from URS's funds and are readily identifiable at any given time.

FURTHER AFFIANT SAYETH NOT:

_____
ALBERTO CUENCA

August 2nd, 2006

2

SWORN TO ME BEFORE THIS
2nd DAY OF AUGUST 2006

*Sharon F. Rutherford*
NOTARY PUBLIC

DATED: 8/2/06

MY COMMISSION EXPIRES 07/01/2006

3

**CERTIFICATE OF SERVICE**

I, Edward B. Micheletti, hereby certify that on October 23, 2006, the Motion for a Preliminary Injunction Enjoining Arbitration, Statement Pursuant to Local Rule 7.1.1, proposed Order for Preliminary Injunction, Opening Brief in Support thereof, and the Affidavit of David Balfour, Affidavit of Thomas W. Bishop, Affidavit of Amine Bou Onk, Affidavit of Alberto Cuenca and Affidavit of Kristin L. Jones were served electronically on the following counsel of record:

VIA CM/ECF

Samuel A. Nolen, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

/s/ Edward B. Micheletti
Edward B. Micheletti (I.D. No. 3794)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000

474145-Wilmington Server 1A - MSW