IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>THE LEBANESE COMPANY FOR THE )<br>DEVELOPMENT AND RECONSTRUCTION )<br>OF BEIRUT CENTRAL DISTRICT SAL, )<br>a/k/a SOLIDERE, )<br>)<br>    Defendant. )<br>) | Civil Action No. 06-415 (SLR) |

## <u>AFFIDAVIT OF AMINE BOU ONK</u>

| | |
|---|---|
| STATE OF TEXAS | ) |
| | ) SS.: |
| COUNTY OF BEXAR | ) |

Amine Bou Onk, being duly sworn, deposes and says as follows:

1.    I am the General Manager of Radian International LLC's ("Radian") Lebanon branch and the Project Manager of the Normandy Landfill Project, which I have been since that Project began in 1999. I became a Radian employee in the mid 1990s when Radian was owned by DOW Chemical. I remained a Radian employee until some time after June 1999 when URS Corporation purchased Dames & Moore, which itself had acquired Radian in 1998. After URS Corporation purchased Dames & Moore, I became a URS Corporation employee, but was secunded to Radian

1

as on-site project manager, the exact same position I held before URS Corporation acquired Radian's ultimate parent. There was no change in my responsibilities on the Normandy Landfill project for Radian from the time I started working on the project, and it is my understanding that my salary and benefits were charged to Radian. I make this declaration based on my own personal knowledge, and if called upon to do so, I could and would testify competently thereto.

2.      I was one of the participants in the events surrounding execution of the 25 January 1999 Contract between Radian and Solidere. During that time, Solidere has never bargained for, requested, or mentioned that it required a corporate parent guarantee from any of Radian's affiliates for Radian's performance under the Contract.   Instead, Solidere requested a performance guarantee bond (via letter of guarantee) from Radian, which it ultimately received.

3.      To my knowledge, ever since URS's acquisition of the Dames & Moore Group in June of 1999, Solidere has not requested or mentioned that it required a corporate parent guarantee from any of Radian's affiliates for Radian's performance under the Contract.

4.      In September of 2000, more than a year after URS first acquired Radian, David Horne of W.A. Fairhurst International Partnership ("WAFI") wrote to me and asked that I provide detail on URS's acquisition of Radian. On September 17, 2001, I wrote to Mr. Horne and enclosed a letter from URS's corporate counsel that responded to Mr. Horne's inquiry. My letter was written on letter-head that identified my employer as "Radian International." In the letter from URS's corporate counsel,

2

John W. Rakow III, URS stated that it had acquired the Dames & Moore Group and all of its subsidiaries, including Radian International LLC. The letter confirmed that each of the subsidiaries would "continue to operate as separate subsidiaries under their existing names, although all correspondence is now on URS Corporation letterhead." The letter also confirmed that "Radian International, LLC has not changed its corporate name. It continues to operate as a separate subsidiary under its own, current name." Finally, the letter confirmed that Radian's performance under the Contract would not be impacted and that there would be "no change" in Radian's dealings with Solidere.

5.    To my knowledge, Radian's performance of the Contract did not change in any significant way after it was acquired by URS, other than that in some correspondence Radian identified itself as a URS subsidiary or part of the URS Group. For example, many of my letters to Solidere or WAFI were written on letterhead that noted that Radian was owned by URS. Radian also sent correspondence to Solidere on letterhead that did not reflect Radian's affiliation with URS.

6.    In addition, Radian's daily operations did not change in any significant way after URS acquired Radian's corporate parent. On a day-to-day basis, Radian remained fully in charge of the Project. To my knowledge, URS was not involved in any meaningful way in the actual performance of the Contract, although it likely was aware of the activities being performed by Radian.

7.    Radian is registered with the Government of Lebanon as "Radian International" for the purposes of doing business in Lebanon, including the work on Normandy Landfill. (True copies of original Radian's Tax registration and Social

3

Security registration, with unofficial translation thereof, are attached hereto as Exhibit B.) To my knowledge, URS is not registered with the Government of Lebanon, which I am sure I would have learned if it had become registered as part of the Project.

8.    In connection with this registration, Radian retains official employment declarations/certificates from the Social Security Agency for all the employees at the site, including myself, James Pratt (the most senior quality control manager) and Jim Trussel (health & safety manager). (True copies of certain original Radian's Social Security Certificates, with unofficial translation thereof, are attached hereto as Exhibit C.) These documents are independently issued by a Lebanese Government Agency. They contain the name of the employee, the name of the employer (Radian), and the duration of employment.

9.    Radian maintains a bank account in its own name at the Beirut branch of Citibank, N.A. (True copies of Radian's Citibank account statements are attached hereto as Exhibit D.) These statements show that Solidere made all the payments under the Contract to Radian International, LLC in Lebanon. The statements also reflect debit advice from Citibank Beirut for the transfer of funds from Radian International (Lebanon) to Radian International in Texas in 2000, 2002 and 2003. To my knowledge, Solidere was never asked to pay, and did not pay, any monies under the Contract directly to URS. As I was in charge of coordinating billing to Solidere on the Project, I am confident that I would have known if URS were billing Solidere or receiving monies directly from Solidere.

4

10. Radian used its Citibank account to make payments to its sub-contractor, Societe Mouawad-Edde S.A.R.L. (True copies of these checks are attached hereto as Exhibit E.) To my knowledge, URS did not pay, and was not asked to pay, any subcontractors associated with the Project.

11. There are numerous branch tax returns, customs receipts and forms and social security receipts associated with the project in Radian's name. I am aware of no such receipts in URS's name.

12. Radian has obtained work permit/visas for James Pratt since 1999 and Jim Trussel for one year in 1999-2000. (True copies of these original work permits, with unofficial translation thereof, are attached hereto as Exhibit F.)

13. The salaries for James Pratt, Jim Trussel and me were charged to Radian through an inter-company accounting procedure. All other Radian workers at Normandy Landfill were on local Radian payroll paid directly by Radian.

14. There are insurance policies through Libano-Suisse SAL Insurance Company establishing that Radian owned the plant and machinery equipment on site. (True copies of these insurance policies are attached hereto as Exhibit G.)

15. Radian International is also the named insured in the workmen compensation insurance policy for workers. (True copies of these insurance policies and are attached hereto as Exhibit H.)

16. There are automobile registrations, permits and insurance polices in Radian's name for the automobile and pickup trucks that Radian uses in connection with the Project. (True copies of these automobile insurance policies, vehicle

5

registrations and permits, with unofficial translation thereof, are attached hereto as Exhibit I.)

        17.    Numerous vendor invoices reflect that Radian does business as Radian International. Radian uses many vendors in connection with the Project for things such as automobile services, office supplies, telephone services, mobile phone services, payroll services, etc. (True copies of various vendor invoices and checks are attached hereto as Exhibit J.) I am unaware of any relationship between URS and any vendors working on the Project in Lebanon and do not believe that such a relationship existed. There were a very few items purchased by URS on Radian's behalf in the United States from United States-based vendors. In those cases, URS purchased the items, charged the items to Radian's account, and shipped the items to Lebanon.

<div align="center">FURTHER AFFIANT SAYETH NOT:</div>



AMINE BOU ONK

SWORN TO ME BEFORE THIS
4 DAY OF ~~JULY~~ 2006
    *August*

_____
NOTARY PUBLIC

**KELLY LEE**
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
AUGUST 22, 2009

DATED:   8 - 4 - 06

<div align="center">6</div>

# EXHIBIT A

**INTENTIONALLY LEFT BLANK**

# EXHIBIT B

Republic of Lebanon                                    **VAT**
Ministry of Finance

## Certificate of Registration
## in the Value Added Tax

**Registration number:** 176476 – 601

**Taxpayer name:** Radian International L.L.C.

**Trade name:** RADIAN INTERNATIONAL L.L.C.

**Province:** Beirut    **District:** Beirut              **Region:** Beirut
**Quarter:** Ashrafieh    **Street:** Habib Basha Al-Saad    **Building:** Lyan-6th floor
**Telephone:** 03/983133

**Head Controller**
**Mounir Bardawil** (signature)

February 1, 2002
* Seal of the Value Added Tax Directorate in the Ministry of Finance

Republic of Lebanon                                    **VAT**
Ministry of Finance

### Registration Card
### in the Value Added Tax

**Taxpayer name:** Radian International L.L.C.
**Trade name:** RADIAN INTERNATIONAL L.L.C.
**Registration number:** 176476 – 601
**Head Controller Mounir Bardawil** (signature)
February 1, 2002
* Seal of the Value Added Tax Directorate in the Ministry of Finance

Republic of Lebanon                                    **VAT**
Ministry of Finance

### Registration Card
### in the Value Added Tax

**Taxpayer name:** Radian International L.L.C.
**Trade name:** RADIAN INTERNATIONAL L.L.C.
**Registration number:** 176476 – 601
**Head Controller Mounir Bardawil** (signature)
February 1, 2002
* Seal of the Value Added Tax Directorate in the Ministry of Finance

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

### Status registration / modification notice

**Original No.:** 4715
**Issued under No.:** 17043
**Date:** 12/10/99

**To: Radian International L.L.C.**
**Object:** Company registration notice
**Reference:** Badaro Center

In reference to the object and reference above,

According to the information contained in the affiliation file or the formality submitted on 30/9/99,

And noting that the contraventions of non-declaration within the legal time limit, as well as the submission of untrue or false declarations are subject to the penalties stipulated in articles 80 and 81 of the Social Security Law, and that the information provided by the employer are subject to the control performed by the Fund in accordance with the provisions of article 77 of the said law,

(1) We registered Radian International L.L.C. under No. 189 1060, effective as of 1/7/1999 at the following address:
Lyan property – Habib Bacha Al-Saad street – Ashrafieh – Beirut

On 1/10/1999

1/10/1999

Director of Statistics and Work Methods Organization

Saad Al-Chami
(signature)

Companies Registration Unit
October 1, 1999
Ibrahim Baydoun (signature and seal)



الجُمهورية اللبنانية
وزارة المالية

شهادة تسجيل

في الضريبة على القيمة المضافة

رقم التسجيل : ٢٠٨٠ ٥٧٢٥٤٧٢

إسم الخاضع : رادبان انترناشيونال ش.م.م

الشهرة التجارية: RADIAN INTERNATIONAL L.L.C

عنوان المركز الرئيسي

| | | |
|---|---|---|
| محافظة: بيروت | قضاء: بيروت | منطقة: بيروت |
| حي: الاشرفية | شارع: حبيب باشا السعد | مبنى: ليبان |
| الرمز البريدي: | ص.ب. رقم : | منطقة: |
| هاتف : ٠٣/٩٨٣١٣٣ | هاتف: | فاكس: |

ظ: ٦



المركز الرئيسي
مليون برودي...
١ – شباط ٢٠٠٢



---



الجُمهورية اللبنانية
وزارة المالية

بطاقة تسجيل
في الضريبة على القيمة المضافة

إسم الخاضع : رادبان انترناشيونال ش.م.م
الشهرة التجارية: RADIAN INTERNATIONAL L.L.C
رقم التسجيل:
١ – شباط ٢٠٠٢



الجُمهورية اللبنانية
وزارة المالية

بطاقة تسجيل
في الضريبة على القيمة المضافة

إسم الخاضع : رادبان انترناشيونال ش.م.م
الشهرة التجارية: RADIAN INTERNATIONAL L.L.C
رقم التسجيل:
١ – شباط ٢٠٠٢

٢٧٢

الصندوق الوطني للضمان الاجتماعي
مديرية الاحصاء وتنظيم اساليب العمل

٭ اشعار بتسجيل/تعديل وضع ٭

اساسي رقم : ٤٧١٢
رقم المباشر : ١٧٠٤٢
التسجيل :٩٩/١٠/١٤

بشــــــــأن : شركة رأديبان أنترناشونال ش،م،م،
الموضــوع : اشعار بتسجيل مؤسسة
المرسـم : مرسوم

بالإشارة الى الموضوع والمرسوم اعلاه

وبناء على المعلومات التي تضمنها ملف الإكتساب ، او المساهمة المتعلقة
بتاريخ : ٩٩/٩/٢ رقم الوارد :

ومع الاشارة ان مخالفات عدم التصريح خلال المهلة القانونية و كذلك تقديم تصاريح
غير صحيحة او كاذبة تخضع للعقوبات المنصوص عليها في المادتين ٨٠ و ٨١ من قانون
الضمان الاجتماعي ، وان المعلومات الواردة من صاحب العمل تخضع للمراقبة التي
يجريها الصندوق تطبيقاً" لأحكام المادة ٧٧ من ذات القانون المذكور .

(١) سجلت ا        شركة رأديبان أنترناشونال ش،م،م،
وذلك تحت الرقم     ١٨٩     ٦٠     ١٠     بدء مفعول ١٩٩٩/٠٧/٠١

على العنوان أن الأتالي :
هالك لبنان- شارع مديبو ساحا الـ سعد-الاشرفية - بيروت
وذلك بتاريخ :١٩٩٩/١٠/٠١

قيد                                            ١٩٩٩/١٠/٠١

وحدة تسجيل المؤسسات
٢ تشرين١ ١٩٩٩

ابراهيم بيضون

مدير الاحصاء وتنظيم اساليب العمل
مصطفى علي شمس الدين

# EXHIBIT C

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**


Service Attestation No. 450986

| | |
|---|---|
| **Number of the insured:** | 1021342 |
| **Name of the insured:** | Amine Tanios BOU ONK |
| **Year of birth:** | 1958 |

| | |
|---|---|
| **Date:** | 12/5/2006 |
| **Requestor of the attestation:** 3 | |
| **Reason:** | different |

| Work movement of the employee | | | |
|---|---|---|---|
| **Name of the company** | **Number of the company** | **Date of employment** | **Date of leaving work** |
| Radian International L.L.C. | 10600000189 | 1/7/1999 | |


**Remarks:**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**


**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**


### Service Attestation No. 451013

| | |
|---|---|
| **Number of the insured:** | 1040241 |
| **Name of the insured:** | James Allan Donald PRATT |
| **Year of birth:** | 1970 |

| | |
|---|---|
| **Date:** | 12/5/2006 |
| **Requestor of the attestation:** | |
| **Reason:** | different |

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| Radian International L.L.C. | 10600000189 | 1/2/2000 | 31/3/2006 |

**Remarks:**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**


**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

**Service Attestation No. 451009**

| | | | |
|---|---|---|---|
| **Number of the insured:** | 1028406 | | |
| **Name of the insured:** | Hani Khalil GHOBRIL | | |
| **Year of birth:** | 1967 | | |

| | | | |
|---|---|---|---|
| **Date:** | 12/5/2006 | | |
| **Requestor of the attestation:** | | | |
| **Reason:** | different | | |

| Work movement of the employee | | | |
|---|---|---|---|
| **Name of the company** | **Number of the company** | **Date of employment** | **Date of leaving work** |
| Radian International L.L.C. | 10600000189 | 20/9/1999 | 28/2/2006 |

**Remarks:**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**

**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

Service Attestation No. 450939

| | |
|---|---|
| **Number of the insured:** | 641050 |
| **Name of the insured:** | Nazali Youssef KLAIJAN |
| **Year of birth:** | 1964 |

| | |
|---|---|
| **Date:** | 12/5/2006 |
| **Requestor of the attestation:** | 3 |
| **Reason:** | different |

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| Lebanese American University (LAU) | 12820000063 | 1/3/1983 | 30/9/1985 |
| Tobacco Exporters International Limited | 22830000113 | 1/1/1995 | 31/8/1999 |
| Radian International L.L.C. | 10600000189 | 1/9/1999 | |
| Samborna for Investments (Cyprus Limited) SAL | 22600000680 | 1/9/2002 | 30/9/2004 |

**Remarks:**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**


**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**


### Service Attestation No. 451094

| | |
|---|---|
| **Number of the insured:** | 1064816 |
| **Name of the insured:** | Walid Amin BOU MEJAHED |
| **Year of birth:** | 1969 |

| | |
|---|---|
| **Date:** | 12/5/2006 |
| **Requestor of the attestation:** himself | |
| **Reason:** | different |

| Work movement of the employee | | | |
|---|---|---|---|
| **Name of the company** | **Number of the company** | **Date of employment** | **Date of leaving work** |
| Radian International L.L.C. | 10600000189 | 1/10/2000 | 8/3/2003 |

**Remarks:**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**


**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**


### Service Attestation No. 451087

| | |
|---|---|
| **Number of the insured:** | 1029797 |
| **Name of the insured:** | Issam Mohamad AL-DIK |
| **Year of birth:** | 1944 |


| | |
|---|---|
| **Date:** | 12/5/2006 |
| **Requestor of the attestation:** | himself |
| **Reason:** | different |

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| Radian International L.L.C. | 10600000189 | 13/10/1999 | 31/1/2004 |


**Remarks: Palestinian**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**


**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

**Service Attestation No. 451088**

Number of the insured:       1037291
Name of the insured:         Walid Amir KARAM
Year of birth:               1975

Date:                        12/5/2006
Requestor of the attestation: himself
Reason:                      different

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| Radian International L.L.C. | 10600000189 | 7/3/2000 | 31/12/2004 |
| Korra Kelh Engineering and Contracting company SAL | 10830000406 | 1/9/2005 | |

Remarks:
Attestation made by: Ibrahim Kassab

Directorate of Statistics and Work Methods Organization

Ibrahim Kassab
Directorate of Statistics and Work Methods Organization
Registration Department
(signature and seal)

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

Service Attestation No. 451090

| | |
|---|---|
| **Number of the insured:** | 1048084 |
| **Name of the insured:** | Wissam Nadim KARAMEH |
| **Year of birth:** | 1974 |

| | |
|---|---|
| **Date:** | 12/5/2006 |
| **Requestor of the attestation:** | himself |
| **Reason:** | different |

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| Radian International L.L.C. | 10600000189 | 14/6/2000 | 8/2/2003 |

**Remarks:**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**

**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

Service Attestation No. 451093

| | |
|---|---|
| **Number of the insured:** | 1063808 |
| **Name of the insured:** | Imad Youssef AL-JAMAL |
| **Year of birth:** | 1972 |

| | |
|---|---|
| **Date:** | 12/5/2006 |
| **Requestor of the attestation:** | himself |
| **Reason:** | different |

| Work movement of the employee | | | |
|---|---|---|---|
| **Name of the company** | **Number of the company** | **Date of employment** | **Date of leaving work** |
| Radian International L.L.C. | 10600000189 | 8/11/2000 | 31/10/2004 |

**Remarks: Palestinian**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**

**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

Service Attestation No. 451030

| | |
|---|---|
| **Number of the insured:** | 235526 |
| **Name of the insured:** | Amin Kassem KARAMEH |
| **Year of birth:** | 1952 |

| | |
|---|---|
| **Date:** | 12/5/2006 |
| **Requestor of the attestation:** | |
| **Reason:** | different |

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| Copole restaurant | 07850000068 | | 15/9/1971 |
| | | 1/1/1970 | |
| Drugstore Supplying Company L.L.C.

There is no employment confirmation after 1/1/1977 | 12850000577 | 1/1/1972 | |
| Radian International L.L.C. | 10600000189 | 1/10/1999 | 28/2/2006 |

**Remarks:**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**

**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

Service Attestation No. 451031

| | |
|---|---|
| **Number of the insured:** | 284859 |
| **Name of the insured:** | Samir Fouad Al-RASHKIDI |
| **Year of birth:** | 1956 |

| | |
|---|---|
| **Date:** | 12/5/2006 |
| **Requestor of the attestation:** | |
| **Reason:** | different |

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| Toufic Tanious Berberi and Sons | 27610000013 | 1/11/1971 | 30/9/1972 |
| Moawad and Eddeh L.L.C. | 07640000028 | 1/7/1991 | 31/8/1996 |
| International Arab Construction Company SAL | 12400000143 | 10/9/1996 | 31/12/1998 |
| Radian International L.L.C. | 10600000189 | 5/10/1999 | 31/1/2006 |
| Yellow Jacket SAL | 12640000141 | 1/2/2006 | |

**Remarks: the number 760754 was cancelled**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**


**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

Service Attestation No. 451034

**Number of the insured:**  665305
**Name of the insured:**   Rabih Bahij CHOUEI
**Year of birth:**    1968

**Date:**      12/5/2006
**Requestor of the attestation:**
**Reason:**     different

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| Cooperative Consumption Association | 25610000046 | 16/7/1982 | 16/5/1986 |
| SOLIDERE | 05640000022 | 1/10/1996 | 30/9/1999 |
| Radian International L.L.C. | 10600000189 | 1/10/1999 | 31/1/2004 |

**Remarks:**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**

**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

Service Attestation No. 451035

Number of the insured:  868629
Name of the insured:  Khalil Karam ABOU KARAM
Year of birth:  1972

Date:  12/5/2006
Requestor of the attestation:
Reason:  different

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| Sofil Catering SAL | 14850000115 | 1/3/1994 | 30/4/1995 |
| Le Racket Club SAL | 28850000110 | 1/9/1997 | 30/11/1999 |
| Radian International L.L.C. | 10600000189 | 19/10/1999 | 31/12/2003 |

Remarks:
Attestation made by: Ibrahim Kassab

Directorate of Statistics and Work Methods Organization


Ibrahim Kassab
Directorate of Statistics and Work Methods Organization
Registration Department
(signature and seal)

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

Service Attestation No. 451038

| | |
|---|---|
| **Number of the insured:** | 928941 |
| **Name of the insured:** | Jamil Jamil AL-KHANSA |
| **Year of birth:** | 1967 |

| | |
|---|---|
| **Date:** | 12/5/2006 |
| **Requestor of the attestation:** | |
| **Reason:** | different |

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| Engineering Group for Construction | 27830000119 | 2/4/1996 | 2/1/1998 |
| Radian International L.L.C. | 10600000189 | 18/10/1999 | 12/2/2004 |
| Sokom International Sokomi SAL | 02830000089 | 17/1/2005 | |

**Remarks:**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**

**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
Directorate of Statistics and Work Methods Organization

Service Attestation No. 451039

Number of the insured:        940869
Name of the insured:         Fadi Mehii AL-Din ABBAS
Year of birth:               1965

Date:                        12/5/2006
Requestor of the attestation:
Reason:                      different

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| SOLIDERE | 05640000022 | 1/10/1996 | 30/9/1999 |
| Radian International L.L.C. | 10600000189 | 1/10/1999 | 31/5/2003 |
| Procentral Mintennis L.L.C. | 41610000860 | 1/5/2004 | |

Remarks:
Attestation made by: Ibrahim Kassab

Directorate of Statistics and Work Methods Organization

Ibrahim Kassab
Directorate of Statistics and Work Methods Organization
Registration Department
(signature and seal)

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**


**Service Attestation No. 451014**

| | |
|---|---|
| **Number of the insured:** | 1044854 |
| **Name of the insured:** | Mohamad Kassem CHAHROUR |
| **Year of birth:** | 1967 |

| | |
|---|---|
| **Date:** | 12/5/2006 |
| **Requestor of the attestation:** | |
| **Reason:** | different |

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| Radian International L.L.C. | 10600000189 | 15/5/2000 | 30/9/2005 |


**Remarks:**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**


**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

Service Attestation No. 451011

| | |
|---|---|
| **Number of the insured:** | 1037283 |
| **Name of the insured:** | Ali Fouad JABER |
| **Year of birth:** | 1973 |

| | |
|---|---|
| **Date:** | 12/5/2006 |
| **Requestor of the attestation:** | |
| **Reason:** | different |

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| Radian International L.L.C. | 10600000189 | 1/3/2000 | |

**Remarks:**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**

**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

**Service Attestation No. 451010**

| | |
|---|---|
| **Number of the insured:** | 1028870 |
| **Name of the insured:** | Saïd Halim AL-JALEKH |
| **Year of birth:** | 1955 |

| | |
|---|---|
| **Date:** | 12/5/2006 |
| **Requestor of the attestation:** | |
| **Reason:** | different |

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| Radian International L.L.C. | 10600000189 | 1/9/1999 | |

**Remarks:**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**


**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

Service Attestation No. 450987

Number of the insured:     1027969
Name of the insured:       Houri Aram KALINIAN
Year of birth:             1974

Date:                      12/5/2006
Requestor of the attestation: 3
Reason:                    different

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| Radian International L.L.C. | 10600000189 | 1/9/1999 | 28/2/2006 |

Remarks:
Attestation made by: Ibrahim Kassab

Directorate of Statistics and Work Methods Organization

Ibrahim Kassab
Directorate of Statistics and Work Methods Organization
Registration Department
(signature and seal)

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

Service Attestation No. 450977

Number of the insured:       764720
Name of the insured:         Mohamad Ali OSMAN
Year of birth:               1967

Date:                        12/5/2006
Requestor of the attestation: himself
Reason:                      different

| Work movement of the employee | | | |
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| --- | --- | --- | --- |
| Lebanese    Putlin    Company SAL | 22210000007 | 1/5/1991 | 30/4/1994 |
| Radian International L.L.C. | 10600000189 | 10/4/2000 | |

Remarks:
Attestation made by: Ibrahim Kassab

Directorate of Statistics and Work Methods Organization

Ibrahim Kassab
Directorate of Statistics and Work Methods Organization
Registration Department
(signature and seal)

**National Fund for Social Security**
Directorate of Statistics and Work Methods Organization

Service Attestation No. 450978

Number of the insured:      890360
Name of the insured:        Marcel Adib ABDO
Year of birth:              1977

Date:                       12/5/2006
Requestor of the attestation: himself
Reason:                     different

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| General company for stone quarries – SOGECO L.L.C. | 22330000123 | 1/10/1994 | 1/12/1997 |
| Radian International L.L.C. | 10600000189 | 10/1/2000 | |

Remarks:
Attestation made by: Ibrahim Kassab

Directorate of Statistics and Work Methods Organization

Ibrahim Kassab
Directorate of Statistics and Work Methods Organization
Registration Department
(signature and seal)

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**


### Service Attestation No. 450979

| | |
|---|---|
| **Number of the insured:** | 899050 |
| **Name of the insured:** | Anis Abd Al-Housein SAAD |
| **Year of birth:** | 1952 |

| | |
|---|---|
| **Date:** | 12/5/2006 |
| **Requestor of the attestation:** | himself |
| **Reason:** | different |

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| Hokhtef company CCC | 16400000064 | 11/4/1995 | 28/2/1999 |
| Radian International L.L.C. | 10600000189 | 18/10/1999 | 15/6/2005 |

**Remarks:**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**


**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

<div align="center">Service Attestation No. 450981</div>

| | |
|---|---|
| **Number of the insured:** | 941303 |
| **Name of the insured:** | Ahmad Hassan CHAMS |
| **Year of birth:** | 1954 |

| | |
|---|---|
| **Date:** | 12/5/2006 |
| **Requestor of the attestation:** | himself |
| **Reason:** | different |

| Work movement of the employee | | | |
|---|---|---|---|
| **Name of the company** | **Number of the company** | **Date of employment** | **Date of leaving work** |
| Arab Lebanese Company for Mineral Drinking Water | 31210000002 | 5/8/1996 | 31/1/1997 |
| Arab Lebanese Company for Mineral Drinking Water | 13210000002 | 5/8/1996 | 31/1/1997 |
| Radian International L.L.C. | 10600000189 | 7/10/1999 | |
| Radian International L.L.C. | 10600000189 | 11/10/1999 | |

**Remarks:**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**


**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

Service Attestation No. 450982

| | |
|---|---|
| **Number of the insured:** | 952086 |
| **Name of the insured:** | Hassan Fouad JABER |
| **Year of birth:** | 1978 |

| | |
|---|---|
| **Date:** | 12/5/2006 |
| **Requestor of the attestation:** | himself |
| **Reason:** | different |

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| Saydoun Company for Contracting and Trade | 41400000021 | 1/1/1997 | 12/7/1997 |
| Radian International L.L.C. | 10600000189 | 16/1/2001 | 31/12/2003 |
| Radian International L.L.C. | 10600000189 | 1/6/2004 | |

**Remarks:**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**

**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**


Service Attestation No. 450983

| | |
|---|---|
| **Number of the insured:** | 962779 |
| **Name of the insured:** | Joseph Tanious KHEIR |
| **Year of birth:** | 1947 |

| | |
|---|---|
| **Date:** | 12/5/2006 |
| **Requestor of the attestation:** | himself |
| **Reason:** | different |

| Work movement of the employee | | | |
|---|---|---|---|
| **Name of the company** | **Number of the company** | **Date of employment** | **Date of leaving work** |
| Intrekanas et Tavora SAL | 02400000004 | 1/4/1997 | 18/8/1999 |
| Radian International L.L.C. | 10600000189 | 14/11/2001 | 28/2/2006 |

**Remarks:**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**


**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

Service Attestation No. 450940

| | |
|---|---|
| **Number of the insured:** | 672834 |
| **Name of the insured:** | Edouard Boutros NADER |
| **Year of birth:** | 1959 |

| | |
|---|---|
| **Date:** | 12/5/2006 |
| **Requestor of the attestation:** | himself |
| **Reason:** | different |

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| Habib Hkayem and Sons L.L.C. | 2200000050 | 1/2/1985 | 31/10/1985 |
| BSL company SAL<br><br>Transferred with continuity from company No. 02330000004 to company No. 23330000041 | 23330000041 | 1/1/1997 | 31/1/2002 |
| Beirut Cement Workshops Company (BCB) SAL | 02330000004 | 1/1/1997 | 31/1/2002 |
| Radian International L.L.C. | 10600000189 | 1/3/2002 | 28/2/2006 |

**Remarks:**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**


**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

Service Attestation No. 450937

| | |
|---|---|
| **Number of the insured:** | 401738 |
| **Name of the insured:** | Abbas Hani SOBH |
| **Year of birth:** | 1950 |

| | |
|---|---|
| **Date:** | 12/5/2006 |
| **Requestor of the attestation:** | himself |
| **Reason:** | different |

| Work movement of the employee | | | |
|---|---|---|---|
| **Name of the company** | **Number of the company** | **Date of employment** | **Date of leaving work** |
| Lebanese Industrial Company SAL | 28350000005 | 1/5/1972 | 31/7/1972 |
| Lebanese Fine Hotels Company SAL - Phoenicia | 06850000079 | 25/2/1974 | |
| Radian International L.L.C. | 10600000189 | 1/10/1999 | 28/2/2006 |

**Remarks:**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**


**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

Service Attestation No. 450987

| Number of the insured: | 1027969 |
| Name of the insured: | Houri Aram KALINIAN |
| Year of birth: | 1974 |

| Date: | 12/5/2006 |
| Requestor of the attestation: 3 | |
| Reason: | different |

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| Radian International L.L.C. | 10600000189 | 1/9/1999 | 28/2/2006 |

**Remarks:**
**Attestation made by: Ibrahim Kassab**

**Directorate of Statistics and Work Methods Organization**

**Ibrahim Kassab**
**Directorate of Statistics and Work Methods Organization**
**Registration Department**
**(signature and seal)**

**National Fund for Social Security**
**Directorate of Statistics and Work Methods Organization**

Service Attestation No. 451787

Number of the insured:      1040528
Name of the insured:        James Luchanan TRUSSEL
Year of birth:              1962

Date:                       15/5/2006
Requestor of the attestation: 3
Reason:                     different

| Work movement of the employee | | | |
|---|---|---|---|
| Name of the company | Number of the company | Date of employment | Date of leaving work |
| Radian International L.L.C. | 10600000189 | 1/2/2000 | 31/8/2000 |

Remarks: American
Attestation made by: Ibrahim Kassab

Directorate of Statistics and Work Methods Organization

Ibrahim Kassab
Directorate of Statistics and Work Methods Organization
Registration Department
(signature and seal)



مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم ٤٠٠٩٨٦

| | التاريخ: ٢٠٠٦/٠٥/١٢ | | رقم المضمون: ١٠٢١٣٤٢ |

طالب الإفادة: ٣

إسم المضمون: امين طانيوس بو علق

سبب الطلب: مختلف

سنة الولادة: ١٩٥٨          الجنسية:

## حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| | ١٩٩٩/٠٧/٠١ | ٠٦٠٠٠٠٠١٨٩ | شركة راديان انترناشونال ش.م.م. |

ملاحظات:

منظم الإفادة: ابراهيم كسّاب

مديرية الإحصاء وتنظيم أساليب العمل

١/١



مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم   ٤٥١٠١٣

التاريخ:   ٢٠٠٦/٠٥/١٢

طالب الإفادة:

سبب الطلب:   مختلف

رقم المضمون:   ١٠٤٠٢٤١

إسم المضمون:   جيمس الان دونالد براث

سنة الولادة:   ١٩٧٠          الجنسية :

## حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ٢٠٠٦/٠٣/٣١ | ٢٠٠٠/٠٢/٠١ | ٦٠٩٠٠٠٠١٨٩ | شركة راديان انترناشونال ش.م.م. |

ملاحظات: اميركية

منظم الإفادة:  ابراهيم كساب

مديرية الإحصاء وتنظيم أساليب العمل

مديرية الإحصاء وتنظيم أساليب العمل
دائرة التسجيل

ابراهيم كساب

١/١



مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم    ٤٥١٠٠٩

رقم المضمون:    ١٠٢٨٤٠٦                     التاريخ:    ٢٠٠٦/٠٥/١٢

إسم المضمون:   هاني خليل غبريل            طالب الإفادة:

سنة الولادة:    ١٩٦٧                        الجنسية :          سبب الطلب:   مختلف

### حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ٢٠٠٦/٠٢/٢٨ | ١٩٩٩/٠٩/٢٠ | ٦٠٦٠٠٤ ٥٠١٨٩ | شركة راديان انترناشونال ش م م |

ملاحظات:

منظم الإفادة: ايراهيم كساب

مديرية الإحصاء وتنظيم أساليب العمل

١/١

مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم ٤٥٠٩٣٩

| | رقم المضمون: ٦٤١٠٥٠ |
| التاريخ: ٢٠٠٦/٠٥/١٢ | إسم المضمون: نازه لي يوسف قيلجيان |
| طالب الإفادة: نفسه | سنة الولادة: ١٩٦٤     الجنسية: |
| سبب الطلب: مختلف | |

## حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ١٩٨٥/٠٩/٣٠ | ١٩٨٣/٠٣/٠١ | ١٢٨٢٠٠٠٠٦٣ | الجامعة اللبنانية الاميركية(L A U) |
| ١٩٩٩/٠٨/٣١ | ١٩٩٥/٠١/٠١ | ٢٢٨٣٠٠٠٠١١٣ | توباكو اكسبورترز انترناشيونال ليمتد |
| | ١٩٩٩/٠٩/٠١ | ١٠٦٠٠٠٠١٨٩ | شركة رادبان انترناشيونال ش.م.م. |
| ٢٠٠٤/٠٩/٣٠ | ٢٠٠٢/٠٩/٠١ | ٢٢٦٠٠٠٠٦٨٠ | شركة سامبورنا للاستثمارات (قبرص المحدوده )ش.م.ل. |

ملاحظات:

منظم الإفادة: ابراهيم كساب

مديرية الإحصاء وتنظيم أساليب العمل

١/١



مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم    ٤٥١٠٩٤

التاريخ:    ٢٠٠٦/٠٥/١٢

طالب الإفادة:    نفسه

سبب الطلب:    مختلف                                الجنسية :

رقم المضمون:    ١٠٦٤٨١٦

إسم المضمون:    وليد أمين بو مجاهد

سنة الولادة:    ١٩٦٩

## حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ٢٠٠٣/٠٢/٠٨ | ٢٠٠٠/١٠/٠١ | ١٠٦٠٠٠٠١٨٩ | .شركة راديان انترناشونال ش .م-م. |

ملاحظات:

منظم الإفادة: ابراهيم كساب

مديرية الإحصاء وتنظيم أساليب العمل

مديرية الإحصاء وتنظيم أساليب العمل

١/١



مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم    ٤٥١٠٨٧

رقم المضمون:    ١٠٢٩٧٩٧

إسم المضمون:    عصام محمد الدبك

سنة الولادة:    ١٩٤٤        الجنسية :

التاريخ:    ٢٠٠٦/٠٥/١٢

طالب الإفادة:    نفسه

سبب الطلب:    مختلف



### حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ٢٠٠٤/٠١/٣١ | ١٩٩٩/١٠/١٣ | ١٠٦٠٠٠٠١٨٩ | شركة راديان انترناشونال ش م م. |

ملاحظات: فلسطيني

منظم الإفادة: ابراهيم كساب

مديرية الإحصاء وتنظيم أساليب العمل

١/١



مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم    ٤٥١٠٨٨

التاريخ:    ٢٠٠٦/٠٥/١٢

رقم المضمون:    ١٠٣٧٢٩١

طالب الإفادة:    نفسه

إسم المضمون:    وليد أمير كرم

سبب الطلب:    مختلف

سنة الولادة:    ١٩٧٥          الجنسية :

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة | | |
|---|---|---|---|---|---|
| | | | حركة عمل الأجير | | |
| ٢٠٠٤/١٢/٣١ | ٢٠٠٠/٠٣/٠٧ | ١٠٦٠٠٠٠١٨٩ | شركة راديان الترناشونال ش.م.م. | | |
| | ٢٠٠٥/٠٩/٠١ | ١٠٨٣٠٠٠٤٠٦ | شركة قره كله انجنيرينغ اندكونتراكتينغ ش م ل | | |

ملاحظات:

منظم الإفادة: ابراهيم كنعان

مديرية الإحصاء وتنظيم أساليب العمل

١/١



مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم    ٤٥١٠٩٠

التاريخ:    ٢٠٠٦/٠٥/١٢

طالب الإفادة:    نفسه

سبب الطلب:    مختلف

رقم المضمون:    ١٠٤٨٠٨٤

إسم المضمون:    وسام نديم كرامه

سنة الولادة:    ١٩٧٤        الجنسية :

## حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ٢٠٠٣/٠٢/٠٨ | ٢٠٠٠/٠٦/١٤ | ١١٠٦٠٠٦٠٠١٨٩ | .شركة راديان انترناشونال ش.م.٢٠٢٠ |

ملاحظات:

منظم الإفادة: ابراهيم كساب

مديرية الإحصاء وتنظيم أساليب العمل

مديرية الإحصاء وتنظيم أساليب العمل
كاتب التسجيل

١/١

مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم    ٤٥١٠٩٣

رقم المضمون:    ١٠٦٣٨٠٨                التاريخ:    ٢٠٠٦/٠٥/١٢

إسم المضمون:    عماد يوسف الجمل              طالب الإفادة:    نفسه

سنة الولادة:    ١٩٧٢        الجنسية :           سبب الطلب:    مختلف

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | | إسم المؤسسة |
|---|---|---|---|---|
| ٢٠٠٤/١٠/٣١ | ٢٠٠٠/١١/٠٨ | ٠١٨٩ | ١٠٦ | شركة راديان انترناشونال ش.م.م |

**حركة عمل الأجير**

ملاحظات: فلسطيني

منظم الإفادة: ابراهيم كسابة

مديرية الإحصاء وتنظيم أساليب العمل

١/١

مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم   ٤٥١٠٣٠

| | |
|---|---|
| رقم المضمون: ٢٣٥٥٢٦ | التاريخ: ٢٠٠٦/٠٥/١٢ |
| إسم المضمون: امين قاسم كرامه | طالب الإفادة: . |
| سنة الولادة: ١٩٥٢   الجنسية : | سبب الطلب:  مختلف |

## حركة عمل الأجير .

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ١٩٧١/٠٩/١٥ | | ٦٠٧٨٥٠٠٠٠٦٨ | مطعم الكربول |
| | ١٩٧٠/٠٨/٠٤ | | |
| | ١٩٧٢/٠١/٠١ | ١٢٨٥٠٠٠٠٥٧٧ | شركة الدراكسورر للتموين المحدودةم.م.م |
| | | | لا يوجد تأكيد استخدام بعقد تاريخ ٠١/٠١/١٩٧٧ |
| ٢٠٠٦/٠٢/٢٨ | ١٩٩٩/١٠/٠١ | ١٠٦٠٠٠٠١٨٩ | شركة راديان انترناشيونال ش.م.م. |

ملاحظات:

منظم الإفادة: إبراهيم كساب

مديرية الإحصاء وتنظيم أساليب العمل

مديرية الإحصاء وتنظيم أساليب العمل
دائرة التسجيل

١/١



مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم ٤٥١٠٣١

التاريخ: ٢٠٠٦/٠٥/١٢

طالب الإفادة:

سبب الطلب: مختلف

الجنسية :

رقم المضمون: ٢٨٤٨٥٩

إسم المضمون: سمير فؤاد الرشكيدي

سنة الولادة: ١٩٥٦

## حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ١٩٧٢/٠٩/٣٠ | ١٩٧١/١١/٠١ | ٢٧٦١٠٠٠١٣ | توفيق طانيوس برباري واولاده |
| ١٩٩٦/٠٨/٣١ | ١٩٩١/٠٧/٠١ | ٠٧٦٤٠٠٠٠٢٨ | شركة معرض واده ش م م |
| ١٩٩٨/١٢/٣١ | ١٩٩٥/٠٧/١٠ | ١٢٤٠٠٠٠١٤٣ | شركة الانشاءات العربية العالمية ش.م.ل |
| ٢٠٠٦/٠١/٣١ | ١٩٩٨/١٠/٠٥ | ١٠٦٠٠٠٠١٨٩ | .شركة رادهان انترياشونال ش.م.م |
| | ٢٠٠٦/٠٢/٠١ | ١٢٦٤٠٠٠١٤١ | شركة بلو جاكيت ش م ل |

ملاحظات: الفنّ الرقم ٧٦٠٧٥٤

منظم الإفادة: ابراهيم كساب

مديرية الإحصاء وتنظيم أساليب العمل

١/١

مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم    ٤٥١٠٣٤

التاريخ: ٢٠٠٦/٠٥/١٢

طالب الإفادة:

سبب الطلب:    مختلف

رقم المضمون:    ٦٦٥٣٠٥

إسم المضمون:    ربيع بهيج شوي

سنة الولادة:    ١٩٦٨        الجنسية :

## حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ١٩٨٦/٠٥/١٦ | ١٩٨٢/٠٧/١٦ | ٠٢٥٦١٠٠٠٠٤٦ | الجمعية التعاونية الاستهلاكية في بعاتاالشوف |
| ١٩٩٩/٠٩/٣٠ | ١٩٩٦/١٠/٠١ | ٠٥٦٤٠٠٠٠٢٢ | الشركةاللبنانيةلتطويروإعادةاعمارو سط مدينةبيرو |
| ٢٠٠٤/٠١/٣١ | ١٩٩٩/١١/٠١ | ١٠٦٠٠٠٠١٨٩ | .شركة راديان انترناشونال ش.م.م. |

ملاحظات:

منظم الإفادة:  ابراهيم كساب

مديرية الإحصاء وتنظيم أساليب العمل

١ / ١



مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم    ٤٥١٠٣٥

| | | |
|---|---|---|
| رقم المضمون: ٨٦٨٦٢٩ | | التاريخ: ٢٠٠٦/٠٥/١٢ |
| إسم المضمون: خليل كرم ابو كرم | | طالب الإفادة: |
| سنة الولادة: ١٩٧٢ | الجنسية : | سبب الطلب: مختلف |

### حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ١٩٩٥/٠٤/٣٠ | ١٩٩٤/٠٣/٠١ | ١٤٨٥٠٠٠١١٥ | شركة صوفيل كاترينغ ش.م.ل |
| ١٩٩٩/١١/٣٠ | ١٩٩٧/٠٩/٠٦ | ٢٨٨٥٠٠٠١١٠ | شركة لوراكيت كلوب  ش.م.ل |
| ٢٠٠٣/١٢/٣١ | ١٩٩٩/١١/١٩ | ١٠٦٠٠٠٠١٨٩ | شركة رادبان انترناشونال ش.م.م. |

ملاحظات:

منظم الإفادة:  ابراهيم كساب                     مديرية الإحصاء وتنظيم أساليب العمل

مديرية الاحصاء ونظم أساليب العمل
عم والتسجيل

١/١



مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم    ٤٥١٠٣٨

التاريخ:    ٢٠٠٦/٠٥/١٢

طالب الإفادة: .

سبب الطلب:    مختلف

رقم المضمون:    ٩٢٨٩٤١

إسم المضمون:    جميل جميل الخنسا

سنة الولادة:    ١٩٦٧                الجنسية :

## حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ١٩٩٨/٠١/٠٢ | ١٩٩٦/٠٤/٠٢ | ٢٧٨٣٠٠٠١١٩ | شركة المجموعة الهندسية للاعمار |
| ٢٠٠٤/٠٢/١٢ | ١٩٩٩/١٠/١٨ | ١٠٦٠٠٠٠١٨٩ | شركة رادبان انترناشونال ش م م. |
| | ٢٠٠٥/٠٥/١٧ | ٠٢٨٣٠٠٠٠٨٩ | شركة سوكوم انترناشيونال سوكومي ش م ل |

ملاحظات:

منظم الإفادة: ابراهيم كساب

مديرية الإحصاء وتنظيم أساليب العمل

١/١



مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم    ٤٥١٠٣٩

التاريخ: ٢٠٠٦/٠٥/١٢

طالب الإفادة: .

سبب الطلب: مختلف

رقم المضمون: ٩٤٠٨٦٩

إسم المضمون: فادي محي الدين عباس

سنة الولادة: ١٩٦٥          الجنسية :

## حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ١٩٩٩/٠٩/٣٠ | ١٩٩٦/١٠/٠١ | ٢٢٠٠٠٠٠٥٦٤٠٥ | الشركة اللبنانية لتطوير وإعادة إعمار وسط مدينة بيروت |
| ٢٠٠٣/٠٥/٣١ | ١٩٩٩/٠٦/٢٤ | ١٨٩٠٠٠٠٦٠١٠ | شركة راديان انترناشونال ش.م.م |
| | ٢٠٠٤/٠٥/٠١ | ٤١٦١٠٠٠٨٦٠ | شركة بروسترال مينتننس ش.م.م |

ملاحظات:

منظم الإفادة: ابراهيم كساب

مديرية الإحصاء وتنظيم أساليب العمل

١/١

مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم    ٤٥١٠١٤

رقم المضمون:    ١٠٤٤٨٥٤                التاريخ:    ٢٠٠٦/٠٥/١٢

إسم المضمون:    محمد قاسم شحرور            طالب الإفادة:

سنة الولادة:    ١٩٦٧        الجنسية :        سبب الطلب:    مختلف

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة | حركة عمل الأجير |
|---|---|---|---|---|
| ٢٠٠٥/٠٩/٣٠ | ٢٠٠٠/١٠/١٥ | ٠.٢٠.٠٠١٨٩ | شركة راديان انترناشونال ش.م.م. | |

ملاحظات:

منظم الإفادة:  ابراهيم كساب

مديرية الإحصاء وتنظيم أساليب العمل

١/١



مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم    ٤٥١٠١١

| التاريخ: | ٢٠٠٦/٠٥/١٢ | | رقم المضمون: | ١٠٣٧٢٨٣ |
| طالب الإفادة: | . | | إسم المضمون: | علي فؤاد جابر |
| سبب الطلب: | مختلف | الجنسية : | سنة الولادة: | ١٩٧٣ |

| حركة عمل الأجير |
|---|

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| | ٢٠٠٠/٠٣/٠١ | ٢٠٠٦٠٠٠١٨٩ | شركة راديان انترناشيونال ش.م.م. |

ملاحظات:

منظم الإفادة: ابراهيم كساب .

مديرية الإحصاء وتنظيم أساليب العمل

مديرية الاحصاء وتنظيم أساليب العمل

١/١



مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم    ٤٥١٠١٠

التاريخ:    ٢٠٠٦/٠٥/١٢

طالب الإفادة:

سبب الطلب:    مختلف

رقم المضمون:    ١٠٢٨٨٧٠

إسم المضمون:    سعيد حليم الجلخ

سنة الولادة:    ١٩٥٥                                الجنسية:

## حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| | ١٩٩٩/٠٩/٠١ | ١٨٩٠٦٠٠ | .شركة راديان انترناشونال ش.م.م |

ملاحظات:

منظم الإفادة: ابراهيم كساب

مديرية الإحصاء وتنظيم أساليب العمل

مديرية الإحصاء وتنظيم أساليب العمل

١/١

مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم    ٤٠٠٩٨٧

التاريخ:    ٢٠٠٦/٠٥/١٢

رقم المضمون:    ١٠٢٧٩٦٩

طالب الإفادة:    ٣

إسم المضمون:    هوري ارام قالينيان

سبب الطلب:    مختلف

سنة الولادة:    ١٩٧٤        الجنسية :

## حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ٢٠٠٦/٠٢/٢٨ | ١٩٩٩/٠٩/٠١ | ٢٠٦٠٠٠٠١٨٩ | شركة راديان انترناشونال ش.م.م. |

ملاحظات:

منظم الإفادة: ابراهيم كسابّ

مديرية الإحصاء وتنظيم أساليب العمل



١/١

مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم    ٤٥٠٩٧٧

| | رقم المضمون: ٧٦٤٧٢٠ |
|---|---|
| التاريخ: ٢٠٠٦/٠٥/١٢ | إسم المضمون: محمد علي عثمان |
| طالب الإفادة: نفسه | سنة الولادة: ١٩٦٧    الجنسية : |
| سبب الطلب: مختلف | |

## حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ١٩٩٤/٠٤/٣٠ | ١٩٩١/٠٥/٠١ | ٢٢٢١٠٠٠٠٠٧ | شركة ليبانيز بروتين كومباني ش.م.ل |
| | ٢٠٠٠/٠٤/١٠ | ١٠٦٠٠٠٠١٨٩ | شركة راديان انترناشونال ش.م.م. |

ملاحظات:

منظم الإفادة: ابراهيم كساب                    مديرية الإحصاء وتنظيم أساليب العمل

١/١

مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم    ٤٥٠٩٧٨

رقم المضمون: ٨٩٠٣٦٠                            التاريخ: ٢٠٠٦/٠٥/١٢

إسم المضمون: مرسال أديب عبدو                  طالب الإفادة: نفسه

سنة الولادة: ١٩٧٧        الجنسية :          سبب الطلب:  مختلف

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة | حركة عمل الأجير |
|---|---|---|---|---|
| ١٩٩٧/١٢/٠١ | ١٩٩٤/١٠/٠١ | ٢٢٣٣٠٠٠٠١٢٣ | الشركة العامة للمقالع والكسارات-سوجوكرو ش.م.م | |
| | ٢٠٠٠/٠٤/١٠ | ١٠٦٠٠٠٠١٨٩ | شركة رادبان انترناشونال ش. م.م. | |

ملاحظات:

منظم الإفادة: إبراهيم كتاب                    مديرية الإحصاء وتنظيم أساليب العمل

١/١

مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم    ٤٥٠٩٧٩

| | رقم المضمون: | ٨٩٩٠٥٠ | التاريخ: | ٢٠٠٦/٠٥/١٢ |
| | إسم المضمون: | اليس عبد الحسين سعد | طالب الإفادة: | نفسه |
| | سنة الولادة: | ١٩٥٢ | الجنسية : | سبب الطلب: مختلف |

## حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ١٩٩٩/٠٢/٢٨ | ١٩٩٥/٠٤/١١ | ١٦٤٠٠٠٠٠٦٤ | شركة هوختيف /أي سي سي |
| ٢٠٠٥/٠٦/١٥ | ١٩٩٩/١٠/١٨ | ١٠٦٠٠٠٠١٨٩ | ,شركة رادبان انترناشونال ش.م.م |

ملاحظات:

منظم الإفادة: إبراهيم.كناب

مديرية الإحصاء وتنظيم أساليب العمل

١/١



مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم ٤٥٠٩٨١

**التاريخ:** ٢٠٠٦/٠٥/١٢

**طالب الإفادة:** نفسه

**سبب الطلب:** مختلف

**رقم المضمون:** ٩٤١٣٠٣

**إسم المضمون:** احمد حسن شمص

**سنة الولادة:** ١٩٥٤    **الجنسية:**

## حركة عمل الأجير:

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ١٩٩٧/٠١/٣١ | ١٩٩٦/٠٨/٠٥ | ٣١٢١٠٠٠٠٠٠٢ | الشركة اللبنانيه العربيه لمياه الشرب المعدنية |
| ١٩٩٧/٠١/٣١ | ١٩٩٦/٠٨/٠٥ | ١٣٢١٠٠٠٠٠٠٢ | الشركة اللبنانية العربية لمياه الشرب المعدنية |
| | ١٩٩٩/١٠/٠٧ | ١٠٦٠٠٠٠٠١٨٩ | شركة راديان انترناشونال ان.٠٢٠ |
| | ١٩٩٩/١٠/١١ | ١٠٦٠٠٠٠٠١٨٩ | شركة راديان انترناشونال ان.٠٢٠ |

**ملاحظات:**

منظم الإفادة: -ابراهيم كساب

مديرية الإحصاء وتنظيم أساليب العمل

١/١



مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم  ٤٥٠٩٨٢

التاريخ: ٢٠٠٦/٠٥/١٢
طالب الإفادة: نفسه
سبب الطلب: مختلف

رقم المضمون: ٩٥٢٠٨٦
إسم المضمون: حسن فؤاد جابر
سنة الولادة: ١٩٧٨
الجنسية:

## حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ١٩٩٧/٠٧/١٢ | ١٩٩٧/٠١/٠١ | ٤١٤٠...٠٢١ | شركة صيدون للمقاولات والتجارة |
| ٢٠٠٣/١٢/٣١ | ٢٠٠١/٠٣/١٦ | ١٠٦٠٠٠٠١٨٩ | شركة راديان انترناشونال ش.م.م. |
| | ٢٠٠٤/٠٣/٠١ | ١٠٦٠٠٠٠١٨٩ | شركة راديان انترناشونال ش.م.م. |

ملاحظات:

منظم الإفادة: ابراهيم كساب

مديرية الإحصاء وتنظيم أساليب العمل

١/١



مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم  ٤٥٠٩٨٣

| | |
|---|---|
| التاريخ: ٢٠٠٦/٠٥/١٢ | رقم المضمون: ٩٦٢٧٧٩ |
| طالب الإفادة: نفسه | إسم المضمون: جوزف طانيوس خير |
| سبب الطلب: مختلف | سنة الولادة: ١٩٤٧    الجنسية : |

## حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ١٩٩٩/٠٨/١٨ | ١٩٩٧/٠٤/٠١ | ٤٢٠٠٠٠٠٤ | انتريكانالس  اي تافورا ش.م.ل |
| ٢٠٠٦/٠٢/٢٨ | ٢٠٠١/١١/١٤ | ١٠٦٠٠٠٠١٨٩ | شركة راديان انترناشونال ش. ٢٠٢٠ |

ملاحظات:

منظم الإفادة: إبراهيم كساب

مديرية الإحصاء وتنظيم أساليب العمل

مديرية الإحصاء وتنظيم أساليب العمل
قسم التسجيل

١/١

مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم   ٤٠١٩٤٠

التاريخ: ٢٠٠٦/٠٥/١٢

طالب الإفادة: نفسه

سبب الطلب: مختلف

رقم المضمون: ٦٧٢٨٣٤

إسم المضمون: ادوار بطرس ناضر

سنة الولادة: ١٩٥٩         الجنسية:

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ١٩٨٥/١٠/٣١ | ١٩٨٥/٠٢/٠١ | ٢٢٤٠٠٠٠٥٠ | شركة حبيب حكيم واولاده ش.م.م |
| ٢٠٠٢/٠١/٣١ | ١٩٩٧/٠٦/٠٦ | ٢٣٣٠٠٠٠٤١ | شركة (ب س ل) ش م ل |
| | | | نقل مع إستمرارية من مؤسسة رقم ٢٣٣٠٠٠٠ إلى المؤسسة رقم ٢٣٣٠٠٠٠٤١ |
| ٢٠٠٢/٠١/٣١ | ١٩٩٥/٠١/٠١ | ٠٢٣٣٠٠٠٠٤ | شركة باطون ورش بيروت (ب ن ش ٠ب) ش.م.ل |
| ٢٠٠٦/٠٢/٢٨ | ٢٠٠٢/٠٣/٠١ | ١٠٦٠٠٠٠١٨٩ | شركة راديان انترناشيونال ش.م.م |

ملاحظات:

منظم الإفادة: ابراهيم كساب

مديرية الإحصاء وتنظيم أساليب العمل

مديرية الإحصاء وتنظيم أساليب العمل
دائرة التسجيل
ابراهيم كساب

١/١



مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم    ٤٥٠٩٣٧

التاريخ: ٢٠٠٦/٠٥/١٢

طالب الإفادة: نفسه

سبب الطلب: مختلف

رقم المضمون: ٤٠١٧٣٨

إسم المضمون: عباس هاني صبح

الجنسية :

سنة الولادة: ١٩٥٠

## حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ١٩٧٢/٠٧/٣١ | ١٩٧٢/٠٥/٠١ | ٠٢٨٤٥٦٠٠٠٠٠٥ | الشركة الصناعية اللبنانية ش.م.ل |
| | ١٩٧٤/٠٢/٢٥ | ٠٦٨٠٠٠٠٠٠٧٩ | شركة الفنادق اللبنانيةالكبرى ش.م.ل - فينيسيا |
| ٢٠٠٦/٠٢/٢٨ | ١٩٩٩/١٢/٠١ | ١٠٦٠٠٠٠٠١٨٩ | شركة راديان انترناشونال ش.م.م. |

ملاحظات:

منظم الإفادة: ابراهيم كساب

مديرية الإحصاء وتنظيم أساليب العمل

مديرية الاحصاء وتنظيم أساليب العمل
كاتب التسجيل

ابراهيم كساب

١/١



مديرية الإحصاء وتنظيم أساليب العمل

إفادة خدمة رقم    ٤٥١٧٨٧

| | |
|---|---|
| رقم المضمون: ١٠٤٠٥٢٨ | التاريخ: ٢٠٠٦/٠٥/١٥ |
| إسم المضمون: جيمس لوشان تراسل | طالب الإفادة: نفسه |
| سنة الولادة: ١٩٦٢     الجنسية : | سبب الطلب: مختلف |

## حركة عمل الأجير

| تاريخ الترك | تاريخ الإستخدام | رقم المؤسسة | إسم المؤسسة |
|---|---|---|---|
| ٢٠٠٠/٠٨/٣١ | ٢٠٠٠/٠٢/٠١ | ١٠٦٠٠٠٠١٨٩ | شركة راديان انترناشونال جي ٢٠٠ |

ملاحظات: اميركي

منظم الإفادة: ابراهيم كساب

مديرية الإحصاء وتنظيم أساليب العمل

مديرية الإحصاء وتنظيم أساليب العمل
دائرة التسجيل
ابراهيم كساب

١/١

EXHIBIT D
PART 1

# CITIBANK

| | |
|---|---|
| CITIBANK, N.A.<br>P.O.Box: 113/5794<br>Beirut - Lebanon | TELEPHONE : 961 - 1 - 738400/5<br>FAX       : 961 - 1 - 738406 - 738993<br>Reg. No. 69781 - BDL: 115<br>Cap. 7.942.500.000,00 LBP |

س.ت. رقم ٦٩٧٨١ - لائحة المصارف: ١١٥
رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠,٠٠ ل.ل.
هاتف: ٩٦١-١-٧٣٨٤٠٠/٥
فاكس : ٩٦١-١-٧٣٨٤٠٦ - ٩٦١-١-٧٣٨٩٩٣

بنك ي
١١٣ / ٥٧٩٤ :
لبنان - ت

### ADVICE  -  CREDIT

01 JUN 1999

RADIAN INTERNATIONAL L.L.C.
(LEBANON BRANCH)
HOLD MAIL-CITIBANK
BEIRUT-LEBANON

CURRENT ACCOUNT USD

.CCOUNT NO:000      100108 119

REFERENCE NUMBER :000 9915240020002

TRANSFER TO OPEN ACCOUNT B/O/O RADIAN INTERNATIONAL LLC

| | | |
|---|---|---|
| CR TRANSFER | USD | 50,000.00 |
| | | ---------------------- |
| TOTAL TRANSACTION VALUE | | 50,000.00 |

VALUE DATE : 01 JUN 1999

AUTHORIZED SIGN

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

AS PER CONDITIONS PRINTED OVER LEAF

2

PAYMENT NO. 3991660012
15.JUN 99

**CITIBANK**

CITIBANK, N.A.
P.O.Box: 113/5794
Beirut - Lebanon

TELEPHONE : 961 - 1 - 738400/5
FAX         : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

سيت. رقم: ٦٩٧٨١ - لائحة المصارف: ١١٥
رأسمال: ٧.٩٤٢.٥٠٠.٠٠٠.٠٠ ل.ل.
هاتف: ٩٦١-١-٧٣٨٤٠٠/٥
فاكس: ٩٦١-١-٧٣٨٤٠٦ - ٩٦١-١-٧٣٨٩٩٣

ي بنك
١١٣ / ٥٧٩٤
ن - لبنان

100108

RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:          REF WORKING CAPITAL CONTACT MAYYA
                  DABBAGH PHONE 9611738400 X220

RECEIVED THRU: CB NEW YORK

BY ORDER OF:    RADIAN INTERNATIONAL LLC

                TRANSFER AMOUNT
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 15.JUN 99          USD          150,000.00

                          CITIBANK N.A. BEIRUT

AUTHORIZED SIGNE

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

AS PER CONDITIONS PRINTED OVER LEAF

3

PAYMENT NO. 3991930040
12.JUL 99

# CITIBANK

CITIBANK, N.A.
P.O.Box: 113/5794
Beirut - Lebanon

TELEPHONE : 961 - 1 - 738400/5
FAX : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

ش.ت. رقم: ٦٩٧٨١ ـ لائحة المصارف: ١١٥
رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠,٠٠ ل.ل.
هاتف: ٩٦١-١-٧٣٨٤٠٠/٥
فاكس : ٩٦١-١-٧٣٨٩٩٣ ـ ٧٣٨٤٠٦

بتي بنك
.ب : ٥٧٩٤ / ١١٣
وت ـ لبنان

100108

RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT

, TAILS:        AS PER YR LETTER DTD 9/7/99 REF.
               AD/145/99, PAYMENT BY ORDER OF
               SOLIDERE SAL, BEING SETTLEMENT OF
               YR ADVANCE PMT LESS STAMP FEES.

BY ORDER OF: SOLIDERE,(HM)

             TRANSFER AMOUNT                     USD        5,293,000.00
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 12.JUL 99

                                   CITIBANK N.A. BEIRUT

                                                    AUTHORIZED SIGNER

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

AS PER CONDITIONS PRINTED OVER LEAF

4

PAYMENT NO. 399219.0007
07.AUG 99

**CITIBANK**

CITIBANK, N.A.
P.O.Box: 113/5794
Beirut - Lebanon

TELEPHONE : 961 - 1 - 738400/5
FAX          : 961 - 1 - 738406 - 738993
Reg. No. 69781 · BDL: 115
Cap. 7.942.500.000.00 LBP

ي بنك
١١٣ / ٥٧٩٤ :
ت – لبنان

س.ح. رقم: ٦٩٧٨١ – لائحة المصارف: ١١٥
رأسمال: ٧.٩٤٢.٥٠٠.٠٠٠.٠٠ ل.ل.
هاتف : ٩٦١-١-٧٣٨٤٠٠/٥
فاكس : ٩٦١-١-٧٣٨٩٩٣ – ٩٦١-١-٧٣٨٤٠٦

100108

RADIAN INTERNATIONAL L.L.C.               CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON


WE HAVE RECEIVED THE FOLLOWING PAYMENT

DETAILS:        PAYMENT BY ORDER OF SOLIDERE SAL
                BEING SETTLEMENT OF YOUR REQUEST
                FOR PAYMENT NO 1 DATED JUNE 7 1999

BY ORDER OF: SOLIDERE,(HM)

          TRANSFER AMOUNT                    USD        188,271.00
     WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 07.AUG 99

                              CITIBANK N.A. BEIRUT


                                                        AUTHORIZED SIGNE

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

AS PER CONDITIONS PRINTED OVER LEAF

5

PAYMENT NO. 3992520041
            09.SEP 99

# CITIBANK⊕

CITIBANK, N.A.
P.O.Box: 113/5794
Beirut - Lebanon

TELEPHONE : 961 - 1 - 738400/5
FAX        : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

سنت رقم ٦٩٧٨١ - لائحة المصارف: ١١٥
رأسمال: ٧.٩٤٢.٥٠٠.٠٠٠.٢١ ل.ل.
هاتف : ٧٣٨٤٠٠/٥ - ٩٦١-١
فاكس : ٧٣٨٩٩٣ - ٩٦١-١-٧٣٨٤٠٦ - ٩٦١-١

ي بنك
١١٣ / ٥٧٩٤
ت ~ لبنان

        100108


    RADIAN INTERNATIONAL L.L.C.              CREDIT ADVICE
    (LEBANON BRANCH)
    HOLD MAIL—CITIBANK

    BEIRUT—LEBANON


WE HAVE RECEIVED THE FOLLOWING PAYMENT

DE   ILS:     PAYMENT BY ORDER OF SOLIDERE SAL,
              BEING SETTLEMENT OF YR REQUEST
              FOR PAYMENT NO. 2 DATED 10/8/99

BY ORDER OF: SOLIDERE,(HM)

          TRANSFER AMOUNT              USD         127,033.10
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 09.SEP 99

                              CITIBANK N.A. BEIRUT


AUTHORIZED SIGNE

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

PAYMENT NO. 3992770049
04.OCT 99

# CITIBANK

| | | |
|---|---|---|
| CITIBANK, N.A.<br>P.O.Box: 113/5794<br>Beirut - Lebanon | TELEPHONE : 961 - 1 - 738400/5<br>FAX      · 961 - 1 - 738406 - 738993<br>Reg. No. 69781 · BDL: 115<br>Cap. 7,942,500,000.00 LBP | سيتي بنك، رقم: ٦٩٧٨١ – لائحة المصارف: ١١٥<br>رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠,٠٠ ل.ل.<br>هاتف: ٩٦١–١-٧٣٨٤٠٠/٥<br>فاكس: ٩٦١-١-٧٣٨٩٩٣ – ٩٦١-١-٧٣٨٤٠٦ |

ي بنك / ٥٧٩٤ / ١١٣
، - لبنان

100108


RADIAN INTERNATIONAL L.L.C.                    CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON


WE HAVE RECEIVED THE FOLLOWING PAYMENT

DE  ILS:      PAYMENT BY ORDER OF SOLIDERE SAL,
              BEING SETTLEMENT OF YOUR REQUEST
              FOR PAYMENT NO. 3 DATED 3/9/99

BY ORDER OF: SOLIDERE,(HM)

              TRANSFER AMOUNT                    USD          500,000.00
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 04.OCT 99

                                        CITIBANK N.A. BEIRUT


AUTHORIZED SIGNE

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

AS PER CONDITIONS PRINTED OVER LEAF

PAYMENT NO. 3992270051
04.OCT 99

# CITIBANK ⊕

| | |
|---|---|
| CITIBANK, N.A.<br>P.O.Box: 113/5794<br>Beirut - Lebanon | TELEPHONE : 961 - 1 - 738400/5<br>FAX : 961 - 1 - 738406 - 738993<br>Reg. No. 69781 · BDL: 115<br>Cap. 7.942.500.000.00 LBP |

س.ت. رقم: ٦٩٧٨١ - لائحة المصارف: ١١٥
رأسمال: ٧.٩٤٢.٥٠٠.٠٠٠.٠٠ ل.ل
هاتف: ٧٣٨٤٠٠/٥-١-٩٦١
فاكس: ٩٦١-١-٧٣٨٤٠٦ - ٩٦١-١-٧٣٨٩٩٣

بنك ١١٣ / ٥٧٩٤ :
، – لبنان

100108


RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON


WE HAVE RECEIVED THE FOLLOWING PAYMENT

DE ILS:       PAYMENT BY ORDER OF SOLIDERE SAL,
              BEING SETTLEMENT OF YOUR REQUEST
              FOR PAYMENT NO. 3 DATED 3/9/99

BY ORDER OF: SOLIDERE,(HM)

              TRANSFER AMOUNT              USD        500,000.00
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 04.OCT 99

                                  CITIBANK N.A. BEIRUT


AUTHORIZED SIGNE

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

AS PER CONDITIONS PRINTED OVER LEAF

8

PAYMENT NO. 3992270050
04.OCT 99

# CITIBANK

CITIBANK, N.A.
P.O.Box: 113/5794
Beirut - Lebanon

TELEPHONE : 961 - 1 - 738400/5
FAX      : 961 - 1 - 738406 - 738993
Reg.No. 69781 - BDL: 115
Cap. 7.942.500.000,00 LBP

سجل تجاري رقم: ٦٩٧٨١ - لائحة المصارف: ١١٥
رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠,٠٠ ل.ل.
هاتف: ٧٣٨٤٠٠/٥-١-٩٦١
فاكس: ٧٣٨٩٩٣-١-٩٦١ - ٧٣٨٤٠٦-١-٩٦١

بنك ١١٣ / ٥٧٩٤ :
- لبنان

100108


RADIAN INTERNATIONAL L.L.C.               CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON


WE HAVE RECEIVED THE FOLLOWING PAYMENT

DE ILS:        PAYMENT BY ORDER OF SOLIDERE SAL,
               BEING SETTLEMENT OF YOUR REQUEST
               FOR PAYMENT NO. 3 DATED 3/9/99

BY ORDER OF: SOLIDERE,(HM)

         TRANSFER AMOUNT                    USD        110,860.00
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 04.OCT 99

                                 CITIBANK N.A. BEIRUT


AUTHORIZED SIGNE

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

AS PER CONDITIONS PRINTED OVER LEAF

9

PAYMENT NO. 3993270002
23. NOV 99

# CITIBANK⊕

CITIBANK, N.A.
P.O.Box: 113/5794
Beirut - Lebanon

TELEPHONE : 961 - 1 - 738400/5
FAX       : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7,942.500.000.00 LBP

س.ت. رقم : ١٩٧٨١ - لائحة المصارف: ١١٥
رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠,٠٠ ل.ل.
هاتف : ٥/٧٣٨٤٠٠-١-٩٦١
فاكس : ٩٦١-١-٧٣٨٤٠٦ - ٩٦١-١-٧٣٨٩٩٣

بنك : ١١٣ / ٥٧٩٤
– لبنان

100108


RADIAN INTERNATIONAL L.L.C.              CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON


WE HAVE RECEIVED THE FOLLOWING PAYMENT

DE  ILS:      PAYMENT BY ORDER OF SOLIDERE SAL.
              BEING SETTLEMENT OF YOUR REQUEST
              FOR PAYMENT NO. 4 DATED 11/10/99

BY ORDER OF: SOLIDERE, (HM)

        TRANSFER AMOUNT                    USD        967,625.00
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 10.NOV 99

                        CITIBANK N.A. BEIRUT


AUTHORIZED SIGNE

THIS IS A COMPUTER GENERATED FORM AND IS ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

AS PER CONDITIONS PRINTED OVER LEAF

\0

PAYMENT NO. 3993550047                                    **CITIBANK⊕**
            21.DEC 99

CITIBANK, N.A.      TELEPHONE : 961 - 1 - 738400/5        س.ت. رقم: ٦٩٧٨١ ـ لائحة المصارف: ١١٥
P.O.Box: 113/5794   FAX       : 961 - 1 - 738406 - 738993  رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠.٠٠ ل.ل.     : ١١٣ / ٥٧٩٤
Beirut - Lebanon    Reg. No. 69781 - BDL: 115             هاتف: ٩٦١-١-٧٣٨٤٠٠/٥            بنك
                    Cap. 7.942.500.000.00 LBP             فاكس : ٩٦١-١-٧٣٨٤٠٦ ـ ٩٦١-١-٧٣٨٩٩٣  ـ لبنان


    100108



    RADIAN INTERNATIONAL L.L.C.            CREDIT ADVICE
    (LEBANON BRANCH)
    HOLD MAIL--CITIBANK

    BEIRUT--LEBANON


WE HAVE RECEIVED THE FOLLOWING PAYMENT

DB   ILS:      PAYMENT BY ORDER OF SOLIDERE SAL.,
               BEING SETTLEMENT OF YOUR REQUEST
               FOR PAYMENT NO. 5 DATED 9/11/99

BY ORDER OF: SOLIDERE,(HM)

               TRANSFER AMOUNT                   USD        518,471.00
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 09.DEC 99

                                  CITIBANK N.A. BEIRUT


                                                          AUTHORIZED SIGNE

     THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.


AS PER CONDITIONS PRINTED OVER LEAF
                                                                    ١١

ENT NO. 30001 10048
11.JAN 00

# CITIBANK◆

ANK, N.A.          TELEPHONE : 961 - I - 738400/5          س.ت.رقم : ٢٦٧٨١ – لائحة المصارف : ١١٥          سيتي بنك
x: 113/5794       FAX       : 961 - I - 738406 - 738993       راسمال : ٧,٩٤٢,٥٠٠,٠٠٠ ل.ل.          ص.ب : ٥٧٩٤ / ١١٣
- Lebanon         Reg. No. 69781 - BDL: 115                  هاتف : ٧٣٨٤٠٠/٥ – ٩٦١-١          بيروت – لبنان
                  Cap. 7.942.500.000.00 LBP                  فاكس : ٧٣٨٤٠٦ - ٩٦١-١ – ٧٣٨٩٩٣ - ٩٦١-١

0108

DIAN INTERNATIONAL L.L.C.              CREDIT ADVICE
EBANON BRANCH)
LD MAIL–CITIBANK

IRUT–LEBANON


AVE RECEIVED THE FOLLOWING PAYMENT

'LS:        PAYMENT BY ORDER OF SOLIDERE SAL
            BEING SETTLEMENT OF YOUR REQUEST
            FOR PAYMENT NO. 6 DATED 10/12/99

RDER OF: SOLIDERE.(HM)

       TRANSFER AMOUNT                     USD        100,000.00
AVE CREDITED ACCOUNT NO. 100108 119 VALUE 11.JAN 00

                        CITIBANK N.A. BEIRUT



                                               AUTHORIZED SIGNER

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF                                    12

ENT NO. 3000110049
11.JAN 00

**CITIBANK** ⊕

ANK, N.A.
x: 113/5794
- Lebanon

TELEPHONE : 961 - 1 - 738400/5
FAX        : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

سيتي بنك
ص.ب : ٥٧٩٤ / ١١٣
بيروت – لبنان

س.ت. رقم: ٦٩٧٨١ - لائحة المصارف: ١١٥
رأسمالي: ٧,٩٤٢,٥٠٠,٠٠٠,٠٠ ل.ل
هاتف: ٩٦١-١-٧٣٨٤٠٠/٥
فاكس : ٩٦١-١-٧٣٨٤٠٦ – ٩٦١-١-٧٣٨٤٩٣

0108

DIAN INTERNATIONAL L.L.C.                    CREDIT ADVICE
EBANON BRANCH)
LD MAIL—CITIBANK

IRUT—LEBANON

! AVE RECEIVED THE FOLLOWING PAYMENT

ILS:        PAYMENT BY ORDER OF SOLIDERE SAL
            BEING SETTLEMENT OF YOUR REQUEST
            FOR PAYMENT NO. 6 DATED 10/12/99

RDER OF: SOLIDERE.(HM)

        TRANSFER AMOUNT                    USD         100,000.00
AVE CREDITED ACCOUNT NO. 100108 119 VALUE 11.JAN 00

                    CITIBANK N.A. BEIRUT



                                                    AUTHORIZED SIGNER

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

13

ENT NO. 3000110050
          11 JAN 00

# CITIBANK⊕

ANK, N.A.
x: 113/5794
. Lebanon

TELEPHONE : 961 - 1 - 738400/5
FAX        : 961 - 1 - 738406 - 738993
Reg. No. 69781 · BDL: 115
Cap. 7.942.500.000,00 LBP

س.ت.رقم ١٩٧٨١ – لائحة المصارف: ١١٥
رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠,٠٠ ل.ل.
هاتف : ٩٦١-١-٧٣٨٤٠٠/٥
فاكس : ٩٦١-١-٧٣٨٤٠٦ – ٩٦١-١-٧٣٨٩٩٣

سيتي بنك
ص.ب : ٥٧٩٤ / ١١٣
بيروت – لبنان

0108

DIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
EBANON BRANCH)
LD MAIL-CITIBANK

IRUT-LEBANON


AVE RECEIVED THE FOLLOWING PAYMENT

ILS:      PAYMENT BY ORDER OF SOLIDERE SAL
          BEING SETTLEMENT OF YOUR REQUEST
          FOR PAYMENT NO. 6 DATED 10/12/99

RDER OF: SOLIDERE, (HM)

          TRANSFER AMOUNT                    USD        100,000.00
AVE CREDITED ACCOUNT NO. 100108 119 VALUE 11 JAN 00

                        CITIBANK N.A. BEIRUT



                                                    _____
                                                    AUTHORIZED SIGNER

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF                                    14

ENT NO. 3000110081
        11.JAN 00

# CITIBANK

ANK, N.A.
x: 113/5794
- Lebanon

TELEPHONE : 961 - 1 - 738400/5
FAX        : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000,00 LBP

س.ت، رقم. ٦٩٧٨١ - لائحة المصارف: ١١٥
رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠,٠٠ ل.ل.
هاتف : ٩/٠٠٨٤٧٢-١-٩٦١
فاكس : ٢٠٠٨٤٧٢-١-٩٦١ - ٧٣٨٩٩٣-١-٩٦١

سيتي بنك
ص.ب : ٥٧٩٤ / ١١٣
بيروت - لبنان

0108

DIAN INTERNATIONAL L.L.C.                CREDIT ADVICE
EBANON BRANCH)
LD MAIL-CITIBANK

IRUT-LEBANON

AVE RECEIVED THE FOLLOWING PAYMENT

ILS:      PAYMENT BY ORDER OF SOLIDERE SAL
          BEING SETTLEMENT OF YOUR REQUEST
          FOR PAYMENT NO. 6 DATED 10/12/99

RDER OF: SOLIDERE,(HM)

          TRANSFER AMOUNT                    USD        100,000.00
AVE CREDITED ACCOUNT NO. 100108 119 VALUE 11.JAN 00

                          CITIBANK N.A. BEIRUT



                                          AUTHORIZED SIGNER

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

15

# CITIBANK

ENT NO. 3000110052
11.JAN 00

0108

سيتي بنك
ص.ب : ٥٧٩٤ / ١١٣
بيروت - لبنان

س.ت.رقم : ٦٩٧٨١ - لائحة المصارف: ١١٥
رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠ ل.ل.
هاتف: ٩٦١-١-٧٣٨٤٠٠/٥
فاكس: ٩٦١-١-٧٣٨٤٩٩٣ - ٩٦١-١-٧٣٨٤٠٦

ANK, N.A.
x: 113/5794
· Lebanon

TELEPHONE : 961 - 1 - 738400/5
FAX        : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL : 115
Cap. 7.942.500.000.00 LBP

DIAN INTERNATIONAL L.L.C.                CREDIT ADVICE
EBANON BRANCH)
LD MAIL-CITIBANK

IRUT-LEBANON

AVE RECEIVED THE FOLLOWING PAYMENT

ILS:        PAYMENT BY ORDER OF SOLIDERE SAL.
            BEING SETTLEMENT OF YOUR REQUEST
            FOR PAYMENT NO. 6 DATED 10/12/99

RDER OF: SOLIDERE,(HM)

                                            USD        100,000.00
        TRANSFER AMOUNT
AVE CREDITED ACCOUNT NO. 100108 119 VALUE 11.JAN 00

                        CITIBANK N.A. BEIRUT



                                            AUTHORIZED SIGNER

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF                                    16

ENT NO. 3000110033
11 JAN 00

# CITIBANK⊕

ANK, N.A.
x: 113/5794
- Lebanon

TELEPHONE: 961 - 1 - 738400/5
FAX       : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

س.ت. رقم ٦٩٧٨١ - لائحة المصارف: ١١٥
رأسمال: ٧٬٩٤٢٬٥٠٠٬٠٠٠٬٠٠ ل.ل.
هاتف: ٩٦١-١-٧٣٨٤٠٠/٥
فاكس: ٩٦١-١-٧٣٨٤٠٦ - ٩٦١-١-٧٣٨٨٩٣

سيتي بنك
ص.ب : ٥٧٩٤ / ١١٣
بيروت – لبنان

0108

DIAN INTERNATIONAL L.L.C.              CREDIT ADVICE
EBANON BRANCH)
LD MAIL—CITIBANK

IRUT—LEBANON

AVE RECEIVED THE FOLLOWING PAYMENT

YLS:        PAYMENT BY ORDER OF SOLIDERE SAL
            BEING SETTLEMENT OF YOUR REQUEST
            FOR PAYMENT NO. 6 DATED 10/12/99

RDER OF: SOLIDERE, (HM)

       TRANSFER AMOUNT                    USD          38,118.00
AVE CREDITED ACCOUNT NO. 100108 119 VALUE 11 JAN 00

                          CITIBANK N.A. BEIRUT



                                            AUTHORIZED SIGNER

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF                                    17

IENT NO. 3000380033
07.FEB 00

# CITIBANK

ANK, N.A.
x: 113/5794
- Lebanon

TELEPHONE : 961 - 1 - 738400/5
FAX        : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

س.ت، رقم: ٦٩٧٨١ – لائحة المصارف: ١١٥
رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠.٠٠ ل.ل
هاتف: ٧٣٨٤٠٠/٥–١–٩٦١
فاكس: ٧٣٨٤٠٦–١–٩٦١ – ٧٣٨٩٩٣–١–٩٦١

سيتي بنك
ص.ب : ٥٧٩٤ / ١١٣
بيروت – لبنان

)0108

DIAN INTERNATIONAL L.L.C.            CREDIT ADVICE
LEBANON BRANCH)
ILD MAIL-CITIBANK

IRUT-LEBANON

IAVE RECEIVED THE FOLLOWING PAYMENT

LS:      PAYMENT BY ORDER OF SOLIDERE SAL,
         BEING SETTLEMENT OF YOUR REQUEST
         FOR PAYMENT NO. 7 DATED 7/1/2000

RDER OF: SOLIDERE,(HM)

         TRANSFER AMOUNT              USD      599,642.00
IAVE CREDITED ACCOUNT NO. 100108 119 VALUE 07.FEB 00

                        CITIBANK N.A. BEIRUT

AUTHORIZED SIGNER

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

18

'MENT NO. 3000740021
14.MAR 00

# CITIBANK

A member of citigroup

BANK, N.A.
ox: 113/5794
: - Lebanon

TELEPHONE : 961 - 1 - 738400
FAX        : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7,943,500,000.00 LBP

سيتي بنك – هاتف: ٧٣٨٤٠٠ – ١ – ٩٦١ – فاكس: ٧٣٨٤٠٦ – ١ – ٩٦١ – ٧٣٨٩٩٣ – ١ – ٩٦١
ص.ب: ٥٧٩٤ / ١١٣ – س.ت. رقم: ٦٩٧٨١ – لائحة المصارف: ١١٥
بيروت – لبنان – رأسمال: ٧,٩٤٣,٥٠٠,٠٠٠ ل.ل.

.00108

ADIAN INTERNATIONAL L.L.C.                    CREDIT ADVICE
LEBANON BRANCH)
OLD MAIL-CITIBANK

EIRUT-LEBANON

 AVE RECEIVED THE FOLLOWING PAYMENT

 ^ILS:      PAYMENT B/O/O SOLIDERE BEING SETT
            OF YOUR REQUEST FOR PAYMENT NO
            8 DTD 08/02/2000

ORDER OF: SOLIDERE.,(MM)

         TRANSFER AMOUNT                    USD         672,861.50
HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 14.MAR 00

                              CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

19

MENT NO. 3001090011
18.APR 00

**CITIBANK**

A member of citigroup

ANK, N.A.
x: 113/5794
- Lebanon

TELEPHONE : 961 - 1 - 738400
FAX        : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

سيتي بنك - هاتف : ٠٠ ٧٣٨٤ - ١ - ٩٦١ - فاكس ٠٦ - ٧٣٨٤ - ١ - ٩٦١ - ٩٦١ - ١ - ٧٣٨٩٩٣ - ٩٦١ - ١ - ٧٣٨٨٧٠
ص.ب : ٥٧٩٤ / ١١٣ - س.ت.رقم : ٦٩٧٨١ - لائحة المصارف : ١١٥
بيروت - لبنان - رأسمال : ٧,٩٤٢,٥٠٠,٠٠٠,٠٠ ل.ل.

00108


ADIAN INTERNATIONAL L.L.C.            CREDIT ADVICE
LEBANON BRANCH)
OLD MAIL-CITIBANK

BEIRUT-LEBANON


HAVE RECEIVED THE FOLLOWING PAYMENT

  ILS:       PAYMENT BY ORDER OF SOLIDERE SAL,
             BEING SETTLEMENT OF YOUR REQUEST
             FOR PAYMENT NO. 9 DATED 14/02/2000

ORDER OF: SOLIDERE,(HM)

         TRANSFER AMOUNT                    USD          83,083.80
HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 18.APR 00

                        CITIBANK N.A. BEIRUT


THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

20

'MENT NO. 3001090012
18.APR 00

# CITIBANK

A member of citigroup
سيتي بنك – هاتف ٧٣٨٤٠٠-١-٩٦١ : فاكس ٧٣٨٤٠٦-١-٩٦١ – ٧٣٨٩٩٣-١-٩٦١
ص.ب: ٥٧٩٤ / ١١٣ – س.ت.رقم: ٦٩٧٨١ – لائحة المصارف:١١٥
بيروت – لبنان – رأسمال:٧,٩٤٢,٥٠٠,٠٠٠ ل.ل.

:ANK, N.A.
ox: 113/5794
.- Lebanon

TELEPHONE : 961 · 1 · 738400
FAX       : 961 · 1 · 738406 - 738993
Reg. No. 69781 · BDL: 115
Cap. 7.942.500.000.00 LBP

.00108

:ADIAN INTERNATIONAL L.L.C.              CREDIT ADVICE
LEBANON BRANCH)
IOLD MAIL-CITIBANK

:EIRUT-LEBANON

HAVE RECEIVED THE FOLLOWING PAYMENT

  ILS:       PAYMENT BY ORDER OF SOLIDERE SAL,
             BEING SETTLEMENT OF YOUR REQUEST
             FOR PAYMENT NO. 9 DATED 14/02/2000

ORDER OF: SOLIDERE,(HM)

        TRANSFER AMOUNT              USD        500,000.00
HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 18.APR 00

                         CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

21

AYMENT NO. 3001380042
17.MAY 00

# CITIBANK◆

| ANK, N.A. | TELEPHONE : 961 - I - 738400/5 | س.ت. رقم ٦٩٧٨١ - لائحة المصارف: ١١٥ | سيتي بنك |
| OX: 113/5794 | FAX      : 961 - I - 738406 - 738993 | رأسمال:٧,٩٤٢,٥٠٠,٠٠٠ ل.ل. | ص.ب : ٥٧٩٤ / ١١٣ |
| - Lebanon | Reg. No. 69781 - BDL: 115 | هاتف:٥/٧٣٨٤٠٠-١-٩٦١ | بيروت - لبنان |
| | Cap. 7.942.500.000.00 LBP | فاكس : ٧٣٨٤٠٦-١-٩٦١ - ٩٦١-١-٧٣٨٩٩٣ | |

100108


RADIAN INTERNATIONAL L.L.C.                CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON


` HAVE RECEIVED THE FOLLOWING PAYMENT

`TAILS:     PAYMENT BY ORDER OF SOLIDERE SAL
            BEING SETTLEMENT OF YOUR REQUEST
            FOR PAYMENT NO. 10 DATED 11/04/2000

` ORDER OF: SOLIDERE,(HM)

        TRANSFER AMOUNT                USD        528,957.80
  HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 17.MAY 00

                                CITIBANK N.A. BEIRUT


                                                    AUTHORIZED SIGNER

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.


ER CONDITIONS PRINTED OVER LEAF

22

# CITIBANK

| | |
|---|---|
| NK, N.A.<br>c: 113/5794<br>Lebanon | TELEPHONE : 961 - 1 - 738400/5<br>FAX : 961 - 1 - 738406 - 738993<br>Reg. No. 69781 - BDL: 115<br>Cap. 7.942.500.000.00 LBP |

س.ت. رقم: ٦٩٧٨١ – لائحة المصارف: ١١٥
رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠,٠٠ ل.ل.
هاتف: ٥/٧٣٨٤٠٠-١-٩٦١
فاكس: ٧٣٨٤٠٦-١-٩٦١ – ٧٣٨٩٩٣-١-٩٦١

سيتي بنك
ص.ب: ٥٧٩٤ / ١١٣
بيروت – لبنان

CREDIT NOTICE

HAVE RECEIVED THE FOLLOWING PAYMEN,

PAYMENT BY ORDER OF SOLIDERE SAL
BEING SETTLEMENT OF YOUR REQUEST
FOR PAYMENT NO. 14 DATED 15.5/2006

CHECK OFF SOLIDERE (HP)

TRANSFER AMOUNT
HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 15.5/ 06

CITIBANK N.A. BEIRUT

AUTHORIZED SIGNER

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

PER CONDITIONS PRINTED OVER LEAF

23

YMENT NO. 3001890042
07.JUL 00

# CITIBANK⊕

ANK, N.A. .
)X: 113/5794
- Lebanon

TELEPHONE : 961 - 1 - 738400/5
FAX      : 961 - 1 - 738406 - 738993
Reg. No. 69781 · BDL: 115
Cap. 7.942.500.000.00 LBP

ب.س.ك. رقم: ٦٩٧٨١ – لائحة المصارف: ١١٥
رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠,٠٠ ل.ل.
هاتف: ٥/٧٣٨٤٠٠–١–٩٦١
فاكس: ٧٣٨٤٠٦–١–٩٦١ – ٧٣٨٩٩٣–١–٩٦١

سيتي بنك
ص.ب : ٥٧٩٤ / ١١٣
بيروت – لبنان

100108


RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON


HAVE RECEIVED THE FOLLOWING PAYMENT

AILS:     PAYMENT BY ORDER OF SOLIDERE SAL
          BEING SETTLEMENT OF YOUR REQUEST
          FOR PAYMENT NO. 12 DATED JUNE 9TH,
          2000

ORDER OF: SOLIDERE,(HM)

          TRANSFER AMOUNT              USD        28,840.00
HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 07.JUL 00

                              CITIBANK N.A. BEIRUT


AUTHORIZED SIGNER

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

24

'MENT NO. 3001890043
07.JUL 00

# CITIBANK⬦

| NK, N.A. | TELEPHONE : 961 - 1 - 738400/5 | س.ت. رقم: ٦٩٧٨١ - لائحة المصارف: ١١٥ | سيتي بنك |
| :: 113/5794 | FAX : 961 - 1 - 738406 - 738993 | رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠,٠٠ ل.ل. | ص.ب : ٥٧٩٤ / ١١٣ |
| Lebanon | Reg. No. 69781 - BDL: 115 | هاتف: ٩٦١-١-٧٣٨٤٠٠/٥ | بيروت - لبنان |
|  | Cap. 7.942.500.000.00 LBP | فاكس: ٧٣٨٤٠٦-١-٩٦١ – ٧٣٨٩٩٣-١-٩٦١ |  |

.00108

RADIAN INTERNATIONAL L.L.C.              CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON


HAVE RECEIVED THE FOLLOWING PAYMENT

AILS:      PAYMENT BY ORDER OF SOLIDERE SAL
           BEING FULL SETTLEMENT OF YOUR
           REQUEST FOR PAYMENT NO. 12 DATED
           JUNE 9TH, 2000

ORDER OF: SOLIDERE,(HM)

           TRANSFER AMOUNT              USD          289,361.00
HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 07.JUL 00

                              CITIBANK N.A. BEIRUT


AUTHORIZED SIGNER

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

'ER CONDITIONS PRINTED OVER LEAF

25

MENT NO. 3001890041
07.JUL 00

# CITIBANK ✪

| | |
|---|---|
| NK, N.A.<br>: 113/5794<br>Lebanon | TELEPHONE : 961 - 1 - 738400/5<br>FAX : 961 - 1 - 738406 - 738993<br>Reg. No. 69781 - BDL: 115<br>Cap. 7.942.500.000.00 LBP |

ستي بنك<br>ص.ب : ٥٧٩٤ / ١١٣<br>بيروت – لبنان

س.ت. رقم ٦٩٧٨١ - لائحة المصارف: ١١٥<br>رأسمال ٧.٩٤٢.٥٠٠.٠٠٠.٠٠ ل.ل.<br>هاتف : ٩٦١-١-٧٣٨٤٠٠/٥<br>فاكس : ٩٦١-١-٧٣٨٤٠٦ - ٩٦١-١-٧٣٨٩٩٣

.00108

;ADIAN INTERNATIONAL L.L.C.     CREDIT ADVICE
LEBANON BRANCH)
IOLD MAIL—CITIBANK

;EIRUT—LEBANON

HAVE RECEIVED THE FOLLOWING PAYMENT

;AILS:    PAYMENT BY ORDER OF SOLIDERE SAL,
       BEING SETTLEMENT OF YOUR REQUEST
       FOR PAYMENT NO. 12 DATED JUNE 9TH,
       2000

ORDER OF: SOLIDERE,(HM)

      TRANSFER AMOUNT       USD      875,000.00
HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 07.JUL 00

              CITIBANK N.A. BEIRUT

AUTHORIZED SIGNER

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

'ER CONDITIONS PRINTED OVER LEAF

*26*

PAYMENT NO. 3002220006
09.AUG 00

# CITIBANK⊕

A member of citigroup

ANK, N.A.
x: 113/5794
Lebanon

TELEPHONE : 961 - 1 - 738400
FAX          : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

سيتي بنك – هاتف: ٧٣٨٤٠٠–١–٩٦١ – فاكس: ٧٣٨٤٠٦–١–٩٦١ –٧٣٨٩٩٣–١–٩٦١
ص.ب : ٥٧٩٤ / ١١٣ – س.ت. رقم: ٦٩٧٨١ – لائحة المصارف:١١٥
بيروت – لبنان – رأسمال:٧,٩٤٢,٥٠٠,٠٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.              CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT

DETAILS:      PAYMENT BY ORDER OF SOLIDERE SAL.,
              BEING SETTLEMENT OF YR REQUEST
              PAYMENT NO. 13 DATED 10/07/2000

BY ORDER OF: SOLIDERE,(HM)

              TRANSFER AMOUNT                    USD        1,590,833.00
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 09.AUG 00

                      CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

PER CONDITIONS PRINTED OVER LEAF

27

PAYMENT NO. 3002520030
      09.SEP 00

**CITIBANK⊕**

A member of citigroup

NK, N.A.
x: 113/5794
Lebanon

TELEPHONE : 961 - 1 - 738400
FAX       : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

سيتي بنك – هاتف : ٠٠٤٨٣٧-١-٩٦١-١-٩٦١ – فاكس : ٦٠-٧٣٨٤-١-٩٦١ – ٧٣٨٤-١-٩٦١-٧٣٨٩٩٣-١-٩٦١
ص.ب : ٥٧٩٤ / ١١٣ – س.ك. رقم: ٦٩٧٨١ – لائحة المصارف: ١١٥
بيروت – لبنان – رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠ ل.ل.

    100108


    RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
    (LEBANON BRANCH)
    HOLD MAIL-CITIBANK

    BEIRUT-LEBANON


WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

    ETAILS:       SETL OF REQUEST FOR PAYMENT NO 14
                  DD 09/08/2000

RECEIVED THRU: CB NEW YORK

BY ORDER OF:    SOLIDERE SAL

              TRANSFER AMOUNT              USD       1,461,880.70
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 09.SEP 00

                              CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

PER CONDITIONS PRINTED OVER LEAF

28

PAYMENT NO. 3002830009
09.OCT 00

# CITIBANK

A member of citigroup

ANK, N.A.
x: 113/5794
Lebanon

TELEPHONE : 961 - 1 - 738400
FAX        : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBF

سيتـي بنــك – هاتف : ٧٣٨٤٠٠ –١–٩٦١ – فاكس : ٦: ٧٣٨٤ –١–٩٦١ – ٧٣٨٩٩٣ –١–٩٦١
ص.ب : ٥٧٩٤ / ١١٣ – س.ت. رقم : ٦٩٧٨١ – لائحة المصارف : ١١٥
بيروت – لبنان – رأسمال : ٧,٩٤٢,٥٠٠,٠٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.                CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

ETAILS:      BEING SETTL.OF YOUR REQUEST FOR
             PAYMENT NR.15 DD 09/09/2000

RECEIVED THRU: BDL

BY ORDER OF:  SOLIDERE SAL

             TRANSFER AMOUNT               USD        874,849.40
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 10.OCT 00

                            CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

PER CONDITIONS PRINTED OVER LEAF

29

PAYMENT NO. 3002900009
16.OCT 00

# CITIBANK

A member of citigroup

NK, N.A.
x: 113/5794
Lebanon

TELEPHONE : 961 - 1 - 738400
FAX           : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

سيتي بنك – ن.أ. هاتف: ٠٠٧٣٨٤٠٠-١-٩٦١ – فاكس: ٧٣٨٤٠٦-١-٩٦١ – ٧٣٨٩٩٣-١-٩٦١
ص.ب : ٥٧٩٤ / ١١٣ – س.ت. رقم : ٦٩٧٨١ – لائحة المصارف: ١١٥
بيروت – لبنان – رأسمال: ٧٬٩٤٢٬٥٠٠٬٠٠٠ ل.ل.

    100108


     RADIAN INTERNATIONAL L.L.C.              CREDIT ADVICE
     (LEBANON BRANCH)
     HOLD MAIL-CITIBANK

     BEIRUT-LEBANON


WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

  ETAILS:         BEING SETTL OF YR REQUEST FOR PAY
                  NR 01 (ADDENDUM2) DD 12-09/2000
                  LESS THEIR STAMPS DUTIES

RECEIVED THRU: BDL

BY ORDER OF:    SOLIDERE SAL

           TRANSFER AMOUNT                     USD        327,741.00
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 17.OCT 00

                                   CITIBANK N.A. BEIRUT


THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

30

PAYMENT NO. 3002990006
25.OCT 00

# CITIBANK⊕

A member of citigroup

| ANK, N.A. | TELEPHONE : 961 - 1 - 738400 |
| x: 113/5794 | FAX        : 961 - 1 - 738406 - 738993 |
| - Lebanon | Reg. No. 69781 - BDL: 115 |
|  | Cap. 7.942.500.000.00 LBP |

سيتي بنك - هاتف:٠٠٠٧٣٨٤-١-٩٦١ - ٩٦١-١-٧٣٨٤ :٦- فاكس: ٩٦١-١-٧٣٨٤-٩٦١-١-٧٢٨٩٩٣-١-٩٦١
ص.ب: ٥٧٩٤ / ١١٣ - س.ت. رقم: ٦٩٧٨١ - لائحة المصارف:١١٥
بيروت - لبنان - رأسمال:٧,٩٤٢,٥٠٠,٠٠٠,٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

ETAILS:       BEING SETTLEMENT OF REQUEST FOR
              PAYMENT NO 2 (ADDDENDUM 2) DATED
              18/09/2000

RECEIVED THRU: BDL

BY ORDER OF:   SOLIDERE SAL

              TRANSFER AMOUNT              USD        360,000.00
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 26.OCT 00

                            CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE SIGNATURE.

PER CONDITIONS PRINTED OVER LEAF

31

PAYMENT NO. 3003140038
09.NOV 00

# CITIBANK

| | | A member of citigroup |
|---|---|---|
| ANK, N.A. | TELEPHONE : 961 - 1 - 738400 | سيتي بنـك – هاتف: ٠٠ ٧٣٨٤٠٠ – ١ – ١٦١ – فاكس ٦: ٧٣٨٤٠٠ – ١ – ٩٦١ – ٧٣٨٩٩٣ – ١ – ٩٦١ |
| x: 113/5794 | FAX : 961 - 1 - 738406 - 738993 | ص.ب: ٥٧٩٤ / ١١٣ – س.ت.رقم: ٦٩٧٨١ – لجنة المصارف:٥ ١١ |
| - Lebanon | Reg. No. 69781 - BDL: 115 | بيروت – لبنان – رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠ ل.ل. |
| | Cap. 7.942.500.000.00 LBP | |

100108

RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

ETAILS:        BEING SETTL OF REQUEST FOR PAYMENT
               NO 16 DATED 10/10/2000

RECEIVED THRU: CB NEW YORK

BY ORDER OF:   SOLIDERE SAL

               TRANSFER AMOUNT            USD          789,156.80
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 10.NOV 00

                              CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

*32*

YMENT NO. 3003490040
14.DEC 00

# CITIBANK

A member of citigroup

سيتي بنك – هاتف: ٧٣٨٤٠٠–١–٩٦١ – فاكس: ٧٣٨٤٠٦–١–٩٦١ – ٧٣٨٩٩٣–١–٩٦١
NK.N.A.
ص.ب: ٥٧٩٤/١١٣ – س.ت. رقم: ٦٩٧٨١ – لائحة المصارف: ١١٥
.!13/5794
بيروت – لبنان – رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠ ل.ل.

TELEPHONE : 961 · 1 · 738400
FAX      : 961 · 1  738406 · 738993
Reg. No. 69781 · BDL: 115
Cap. 7,942,500,000.00 LBP

Lebanon

100108

RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON


WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:          SETT.OF YR REQUEST FOR PAYMENT NO.
                  17 DD001112 LESS RETENTION AND
                  ADVANCE PAYMENT RECOVERY

RECEIVED THRU: CB NEW YORK

BY ORDER OF:    SOLIDERE SAL

                TRANSFER AMOUNT              USD        840,295.70
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 15.DEC 00

                              CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

PER CONDITIONS PRINTED OVER LEAF

33

PAYMENT NO. 3010085005
08.JAN 01

**CITIBANK**

CITIBANK, N.A.
Box: 113/5794
rut - Lebanon

TELEPHONE: 961-1-738406
FAX      961-1-738406 - 738093
Reg. No. 6978 - BDL: 115
Cap. 7.942.500,000,00 LBP

A member of citigro

100108

RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

ETAILS:           BEING SETTLEMENT OF REQUEST
                  FOR PAYMENT NO 18 DATED 09/12/2000

RECEIVED THRU: CB NEW YORK

BY ORDER OF:   SOLIDERE SAL

                 TRANSFER AMOUNT                    USD
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 09.JAN 01          775,673.90

                          CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

R CONDITIONS PRINTED OVER LEAF

34

PAYMENT NO. 3010395004
08.FEB 01

**CITIBANK◈**
A member of citigroup

IBANK, N.A.
.Box: 113/5794
ut - Lebanon

TELEPHONE : 961 - 1 - 738400
FAX        : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

٩٦١-١-٧٣٨٤٠٠ هاتف – بنك سيتي
٩٦١-١-٧٣٨٤٠٦ – ٩٦١-١-٧٣٨٩٩٣ فاكس
٥٧٩٤ / ١١٣ : ب.ص – رقم: ٦٩٧٨١ لائحة المصارف:١١٥
٧,٩٤٢,٥٠٠,٠٠٠ رأسمال – لبنان – بيروت ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.         CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:        BEING SETTLEMENT OF YOUR REQUEST
                FOR PAYMENT NO 19 DATED 12/12/2000

RECEIVED THRU: BDL

BY ORDER OF:    SOLIDERE SAL.

                TRANSFER AMOUNT                    USD        222,443.90
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 09.FEB 01

                        CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

35.

PAYMENT NO. 3010720006
13.MAR 01

# CITIBANK⊕

BANK, N.A.
Box: 113/5794
ut - Lebanon

TELEPHONE : 961 - 1 - 738400
FAX      : 961 - 1 - 738406 - 738993
Reg. No. 69781  ·  BDL: 115
Cap. 7 942.500.000.00 LBP

A member of citigrou

سيتي بنك – هاتف : ٠٠-٧٣٨٤-١-٩٦١ – فاكس : ٧٣٨٤٠٦-١-٩٦١ – ٧٣٨٩٩٣-١-٩٦١
ص.ب : ٥٧٩٤ / ١١٣ – س.ت. رقم: ٦٩٧٨١ – لائحة المصارف: ١١٥
بيروت – لبنان – رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠,٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:          PAYMENT BY ORDER OF SOLIDERE SAL
                  BEING SETTLEMENT OF YOUR REQUEST
                  FOR PAYMENT NO. 20 DATED 12/01/2001

RECEIVED THRU: BDL

BY ORDER OF:    SOLIDERE

                  TRANSFER AMOUNT                USD        182,858.30
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 14.MAR 01

                                CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

PAYMENT NO. 3010305001
30 JAN 01

# CITIBANK◉

BANK, N.A.
Box: 113/5794
t - Lebanon

TELEPHONE : 961 - 1 - 738400
FAX      : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7,942,500,000.00 LBP

A member of citigroup
سيتي بنك – هاتف : ٧٣٨٤٠٠–١–٩٦١ – ٧٣٨٤ ٦١ – فاكس ٩٦١–١–٧٣٨٩٩٣ –٩٦١–١
س.ب : ٥٧٩٤/ ١١٣ – س.ت.رقم: ٦٩٧٨١ – لائحة المصارف: ١١٥
بيروت – لبنان – رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

    ETAILS:         BEING SETTLEMENT OF YOUR REQUEST
                    FOR PAYMENT NO 3 (ADDENDUM 2) DATED
                    4/12/2000

RECEIVED THRU: BDL

BY ORDER OF:    SOLIDERE SAL

                TRANSFER AMOUNT                USD
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 31 JAN 01        325,793.00

                        CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

37

PAYMENT NO. 3011020022
         12.APR 01

# CITIBANK

IBANK, N.A.
.Box: 113/5794
ut - Lebanon

TELEPHONE : 961 - 1 - 738400
FAX        : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

A member of citigrou
٧٣٨٤٠٠: ١-١-٩٦١ – هاتف : سيتي بنك
٩٦١ – ١–٧٣٨٩٩٣ – ٩٦١-١-٧٣٨٤٠٦ : فاكس
١١٥ : لائحة المصارف رقم. ١٩٧٨١ – ص.ب.١١٣ / ٥٧٩٤ : ب.ن
٧.٩٤٢.٥٠٠.٠٠٠ ل.ل. : روت – لبنان –رأسمال

100108


RADIAN INTERNATIONAL L.L.C.              CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON


. HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

ETAILS:       SETTLEMENT OF REQUEST FOR PAYMENT
              NR.21 DTD 14/02/2001

ECEIVED THRU: CB NEW YORK

Y ORDER OF:   SOLIDERE SAL

              TRANSFER AMOUNT                USD       464,202.00
E HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 18.APR 01

                              CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

38

PAYMENT NO. 3011300005
          10.MAY 01

# CITIBANK

| | | A member of citigroup |
|---|---|---|
| BANK, N.A. | TELEPHONE : 961 - 1 - 738400 | سيتي بنك – هاتف: ٠٠٤٨٣٧-١-٩٦١ – فاكس: ٠٦:٤٨٣٧-١-٩٦١ – ٣٩٩٨٣٧-١-٩٦١ |
| Box: 113/5794 | FAX      . 961 - 1 - 738406 - 738993 | ص.ب: ٥٧٩٤ / ١١٣ – س.ت.رقم: ٦٩٧٨١ ~ لائحة المصارف: ١١٥ |
| t - Lebanon | Reg. No. 69781 · BDL: 115 | بيروت – لبنان – رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠,٠٠ ل.ل. |
| | Cap. 7.942.500.000,00 LBP | |

100108

RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON


E HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

*TAILS:       RFB/BEING SETTL.OF YR REQUEST FOR
              PAYMENT NR.22 DD.13/03/2001

ECEIVED THRU: BDL

f ORDER OF:    SOLIDERE SAL

              TRANSFER AMOUNT                USD       528,248.70
E HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 11.MAY 01

                                  CITIBANK N.A. BEIRUT


THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

PER CONDITIONS PRINTED OVER LEAF

39

EXHIBIT D
PART 2

AYMENT NO. 3011590005
08.JUN 01

# CITIBANK○+

| | |
|---|---|
| BANK, N.A.<br>Box: 113/5794<br>it - Lebanon | TELEPHONE : 961 - 1 - 738400<br>FAX     : 961 - 1 - 738406 - 738993<br>Reg. No. 69781 · BDL: 115<br>Cap. 7.942.500.000.00 LBP |

A member of citigrou
سيتي بنك ــ هاتف:٤٠٠١-١-٩٦١ ــ ٧٣٨٤ ــ فاكس ٤٠٦: ٧٣٨٤-١-٩٦١ ــ ٧٣٨٩٩٣-١-٩٦١
س.ب.: ١١٣ / ٥٧٩٤ ــ س.ت. رقم: ٦٩٧٨١ ــ لائحة المصارف:١١٥
بيروت ــ لبنان ــ رأسمال:٠٠٠،٠٠٠،٥٠٠ ٧،٩٤٢ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.       CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

ᵴ HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

ᵀAILS:        PAYMENT BY ORDER OF SOLIDERE SAL .
              BEING SETT OF YOUR REQUEST FOR
              PAYMENT NO 23 DD APRIL 11TH 2001

ᵴCEIVED THRU: BDL

ᵗ ORDER OF:     SOLIDERE

          TRANSFER AMOUNT                USD       764,761.50
ᵴ HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 09.JUN 01

                             CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ᴱR CONDITIONS PRINTED OVER LEAF

40

YMENT NO. 3011875003
06.JUL 01

# CITIBANK

ANK, N.A.
ox: 113/5794
. • Lebanon

TELEPHONE : 961 - 1 - 738400
FAX        : 961 - 1 - 738406 - 738993
Reg. No. 6978l - BDL: 115
Cap. 7.942.500.000.00 LBP

سيتي بنك – هاتف ٠٠ : ٧٣٨٤ –١ –١٩٦ – ٩٦١–١–٧٣٨٤ : ٠٦ فاكس – ٩٦١–١–٧٣٨٩٩٣ –١–٩٦١
ص.ب : ٥٧٩٤ / ١١٣ – س.ت. رقم : ٦٩٧٨١ – لائحة المصارف: ١١٥
بيروت – لبنان – رأسمال: ٧،٩٤٢،٥٠٠،٠٠٠ ل.ل.

A member of citigroup

100108

RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

\ILS:        SETTLEMENT OF REQUEST FOR PAYMENT
             NO 24 DATED 11.5.2001

CEIVED THRU: BDL

ORDER OF:    SOLIDERE - SAL

             TRANSFER AMOUNT              USD       676,461.60
HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 07.JUL 01

                                    CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

41

**CITIBANK**

YMENT NO. 3012220008
10.AUG 01

A member of citigroup

BANK, N.A.
3ox: 113/5794
t - Lebanon

TELEPHONE : 961 - 1 - 738400
FAX       : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

سيتي بنك – هاتف : ٠٠ ٧٣٨٤ – ١ – ٩٦١ – ٧٣٨٤ – ١ – ٩٦١ فاكس ٠٦ – ٧٣٨٤ – ١ – ٩٦١ – ٧٣٨٩٩٣ – ١ – ٩٦١
ص.ب ٥٧٩٤ / ١١٣ – س.ت. رقم: ٦٩٧٨١ – لائحة المصارف ١١٥
بيروت – لبنان – رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

CREDIT ADVICE

BEIRUT-LEBANON

HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

TAILS:        PYT BY SOLIDERE SAL SETLT YR
              REQUEST PYT NO.25 DD14/06/01

CEIVED THRU: BDL

ORDER OF:   SOLIDERE SAL

              TRANSFER AMOUNT                USD        839,553.30
HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 11.AUG 01

                        CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

PER CONDITIONS PRINTED OVER LEAF

*42*

PAYMENT NO. 3012510004
08.SEP 01

**CITIBANK**

A member of citigroup

BANK, N.A.
Box: 113/5794
t - Lebanon

TELEPHONE : 961 - 1 - 738400
FAX           : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7,942,500,000.00 LBP

100108

CREDIT ADVICE

RADIAN INTERNATIONAL L.L.C.
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

TAILS:        PAYMENT B/O/O SOLIDERE SAL, BEING
              SETTLEMENT OF YOUR REQUEST FOR
              PAYMENT NO.26 DATED JULY 12TH 2001

CEIVED THRU: BDL

ORDER OF:     SOLIDERE SAL

              TRANSFER AMOUNT              USD        834,702.60
HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 10.SEP 01

                       CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

R CONDITIONS PRINTED OVER LEAF

43

YMENT NO.  3012830001
          10.OCT 01

# CITIBANK

BANK, N.A.
3ox: 113/5794
it - Lebanon

TELEPHONE : 961 - 1 - 738400
FAX         : 961 - 1 - 738406 - 738993
Reg. No 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

A member of citigroup

سيتي بنك – هاتف : ٠٠٤٨٣٧ – ١ – ٩٦١ – ٤٨٣٧ – ١ – ٩٦١ : فاكس : ١ – ٩٦١
ص.ب. : ١١٣/ ٥٧٩٤ – س.ت. رقم : ٦٩٧٨١ – لائحة المصارف : ١١٥
بيروت – لبنان – رأسمال : ٧٬٩٤٢٬٥٠٠٬٠٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.            CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON


HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

TAILS:        PYMNT BY ORDER OF SOLIDERE SAL
              BEING SETTELEMENT OF YR REQUEST FOR
              PAYMNT NO 27 DD 13.08.2001

CEIVED THRU:  BDL

 ORDER OF:    SOLIDERE SAL

              TRANSFER AMOUNT              USD        927,407.00
HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 11.OCT 01

                              CITIBANK N.A. BEIRUT


THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

44

AYMENT NO. 30:3160013
12.NOV 01

# CITIBANK

A member of citigroup

IBANK, N.A.
Box: 113/5794
ut - Lebanon

TELEPHONE : 961 · 1 - 738400
FAX          : 961 · 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

سيتي بنك – هاتف : ٧٣٨٤٠٠ –١-٩٦١ : فاكس : ٩٦١–١–٧٣٨٤٠٦ – ٩٦١–١–٧٣٨٩٩٣
ص.ب: ٥٧٩٤ / ١١٣ – س.ت. رقم: ٦٩٧٨١ – لائحة المصارف: ١١٥
بيروت – لبنان – رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT–LEBANON

; HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

.TAILS:          PYT BY ORDER OF SOLIDERE SAL BEING
                 SETLT.OF YR REQUEST FOR PYT NO.29
                 DD SEPT.13TH,2001

CEIVED THRU:  BDL

  ORDER OF:   SOLIDERE SAL

          TRANSFER AMOUNT                    USD          875,345.00
     HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 13.NOV 01

                              CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

:R CONDITIONS PRINTED OVER LEAF

45

PAYMENT NO. 3013445005
10.DEC 01

# CITIBANK

A member of citigroup

BANK, N.A.
Box: 113/5794
ıt - Lebanon

TELEPHONE : 961 - 1 - 738400
FAX        : 961 - 1 - 738406 · 738993
Reg. No. 69781 · BDL: 115
Cap. 7.942.500.000.00 LBP

سيتي بنك – هاتف: ٧٣٨٤٠٠–١–٩٦١ – ٩٦١–١–٧٣٨٤: فاكس: ٩٦١–١–٧٣٨٩٩٣–٩٦١–١
ص.ب: ٥٧٩٤ / ١١٣ – س.ت. رقم: ٦٩٧٨١ – لائحة المصارف: ١١٥
بيروت – لبنان – رأسمال: ٧.٩٤٢.٥٠٠.٠٠٠.٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

: HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

TAILS:        PAYT.BY ORDER OF SOLIDERE SAL,BEING
              SETLT.OF YR.REQUEST FOR PYT.NO.29
              DD OCT.13TH.2001.

CEIVED THRU: BDL

ORDER OF:    SOLIDERE SAL

              TRANSFER AMOUNT              USD        846,485.00
    HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 11.DEC 01

                              CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

46

# CITIBANK

| | |
|---|---|
| ANK. N.A. | TELEPHONE : 961 - 1 - 738400 |
| 0x: 113/5794 | FAX        : 96. - 1 - 738406 - 738993 |
| - Lebanon | Reg. No. 69781 · SDL: 115 |
| | Cap. 7.942.500.000.00 LBP |

A member of citigroup

OYLAN INTERNATIONAL L.L.C.L.            CREDIT ADVICE
LEBANON BRANCH
P.O. MAIL—CITIBANK

BEIRUT LEBANON

HAVE RECEIVED THE FOLLOWING PAYMENT

ATTN:      PAYMENT E/O.C SOLIDERE JAL BAHR
           SETTLEMENT OF YOUR REQUEST FOR
           PAYMENT NO 3C DATED NOV 13TH 2001

ORDER OF: SOLIDERE, (BM)

           TRANSFER AMOUNT                              USD      776,363.00
HAVE CREDITED ACCOUNT NO. 0/108 119 VALUE 14-JAN-0

                                        CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

47

PAYMENT NO. 3020445036
13.FEB 02

# CITIBANK

A member of citigroup

ANK, N.A.
ox: 113/5794
- Lebanon

TELEPHONE : 961 - 1 - 738400
FAX          : 961 - 1 - 738406 - 738993
Reg. No. 69781 · BDL: 115
Cap. 7 942.500.000.00 LBP

سيتي بنك - هاتف : ٧٣٨٤٠٠ -١-٩٦١ - ٧٣٨٤ -١- ٩٦١ : فاكس : ٩٦١-١-٧٣٨٩٩٣ - ٩٦١-١-٧٣٨٩٩٣
ص.ب : ٥٧٩٤ / ١١٣ - س.ت. رقم: ٦٩٧٨١ - لائحة المصارف: ١١٥
بيروت - لبنان - رأسمال: ٠٠٠,٥٠٠,٩٤٢,٧ ل.ل.

100108


RADIAN INTERNATIONAL L.L.C.            CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON


VE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

JETAILS:        PAYMENT BY ORDER OF SOLIDERE SAL
                BEING SETTLEMENT OF YOUR REQUEST
                FOR P. NO 31 DATED DECEMBER 14,
                2001

RECEIVED THRU: CB NEW YORK

BY ORDER OF:   SOLIDERE SAL LEBANON

        TRANSFER AMOUNT              USD       804,362.00
VE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 13.FEB 02

                      CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

48

PAYMENT NO. 3020735018
14.MAR 02

# CITIBANK◯

A member of citigroup

| ANK, N.A. | TELEPHONE : 961 - 1 - 738400 |
| ox: 113/5794 | FAX : 961 - 1 - 738406 - 738993 |
| - Lebanon | Reg. No. 69781 - BDL: J15 |
| | Cap. 7,942.500.000.00 LBP |

سيتي بنك – هاتف : ٧٣٨٤٠٠–١–٩٦١ – فاكس : ٧٣٨٤٠٦–١–٩٦١
ص.ب : ١١٣ / ٥٧٩٤ – س.ت.رقم : ٦٩٧٨١ – لجنة المصارف: ١١٥
بيروت – لبنان – رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:          PAYMENT BY ORDER OF SOLIDERE SAL
                  BEING SETTLEMENT OF YOUR REQUEST
                  FOR PAYMENT NO.32 DATED JAN.15 2002

RECEIVED THRU: CB NEW YORK

BY ORDER OF:   SOLIDERE SAL

          TRANSFER AMOUNT                    USD          725,112.00
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 16.MAR 02

                              CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

49

PAYMENT NO. 3021035001
13.APR 02

**CITIBANK◆**

A member of citigroup†

ANK, N.A.
ox: 113/5794
- Lebanon

TELEPHONE : 961 - 1 - 738400
FAX        : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

سيتي بنك - هاتف: ٧٣٨٤٠٠-١-٩٦١ - فاكس: ٩٦١-١-٧٣٨٤٠٦ - ٩٦١-١-٧٣٨٩٩٣ - ٩٦١-١-١١٥
ص.ب: ١١٣ / ٥٧٩٤ - س.ت. رقم: ٦٩٧٨١ - لائحة المصارف: ١١٥
بيروت - لبنان - رأسمال: ٧.٩٤٢.٥٠٠.٠٠٠.٠٠ ل.ل.

100108


RADIAN INTERNATIONAL L.L.C.                CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON


WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

JETAILS:         PAYMENT BY ORDER OF SOLIDERE SAL
                 BEING SETTLEMENT OF YOUR REQUEST
                 FOR PAYMENT NO.33 DATED FEBRUARY
                 14, 2002.

RECEIVED THRU: BDL

BY ORDER OF:    SOLIDERE- CENTRE BEYROUTH

        TRANSFER AMOUNT                USD         726,583.00
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 15.APR 02

                         CITIBANK N.A. BEIRUT



THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

PAYMENT NO. 3021335104
13.MAY 02

# CITIBANK⊕

A member of citigroup

ANK. N.A.           TELEPHONE : 961 · 1 · 738400
ox: 113/5794        FAX         : 961 · 1 · 738406 · 738993
· Lebanon           Reg. No. 69781 · BDL: 115
                    Cap. 7.942.500.000.00 LBP

سيتي بنك – هاتف:٠٠٠٧٣٨٤٠-١-٩٦١ – ٧٣٨٤٠٠-١-٩٦١ – فاكس:٠٦:٧٣٨٤٠٠-١-٩٦١ – ٧٣٨٩٩٣-١-٩٦١
ص.ب:٥٧٩٤ / ١١٣ – س.ت. رقم:٦٩٧٨١ – لائحة المصارف:١١٥
بيروت – لبنان – رأسمال:٧,٩٤٢,٥٠٠,٠٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:          PAYMENT BY ORDER OF SOLIDERE SAL
                  BEING SETTLEMENT OF YR REQUEST FOR
                  PAYMENT NO 34 DD MARCH 14
                  2002 LESS STAMPS DUTY

RECEIVED THRU: BDL

BY ORDER OF:    SOLIDERE SAL

                TRANSFER AMOUNT               USD        1,000,000.00
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 14.MAY 02

                                CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF                                           51

PAYMENT NO. 3021335099
            13.MAY 02

**CITIBANK**

A member of citigroup

ANK, N.A.
ox: 113/5794
- Lebanon

TELEPHONE : 961 - 1 - 738400
FAX       : 961 - 1 - 738406 · 738993
Reg. No. 69781 · BDL: 115
Cap. 7.942.500.000.00 LBP

سيتي بنك - هاتف:٠٠ ٧٣٨٤-١-٩٦١ - فاكس:٧٣٨٤-١-٩٦١ - ٩٦١-١-٧٣٨٩٩٣
ص.ب: ٥٧٩٤ / ١١٣ - س.ك. رقم: ٦٩٧٨١ - لائحة المصارف:١١٥
بيروت - لبنان - رأسمال:٧,٩٤٢,٥٠٠,٠٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.         CREDIT ADVICE
 (LEBANON BRANCH)
HOLD MAIL-CITIBANK

 BEIRUT-LEBANON

"E HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:        PAYMENT BY ORDER OF SOLIDERE SAL
                BEING SETTLMENT OF THE REQUEST FOR
                PAYMENT NO.34 DATED MARCH 14 TH
                2002 LESS STAMPS DUTY

RECEIVED THRU: BDL

BY ORDER OF:   SOLIDERE SAL

               TRANSFER AMOUNT          USD        943,849.90
VE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 14.MAY 02

                                CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

5 2

PAYMENT NO. 3021635006
12.JUN 02

**CITIBANK**

A member of citigroup.

BANK, N.A.
Box: 113/5794
ıt - Lebanon

TELEPHONE : 961 - 1 - 738400
FAX          : 961 - 1 - 738406 - 738993
Reg. No. 69781 . BDL: 115
Cap 7.942.500.000.00 LBP

سيتي بنك – هاتف : ٧٣٨٤٠٠-١-٩٦١ – فاكس : ٩٦١-١-٧٣٨٤٠٠ – ٩٦١-١-٧٣٨٩٩٣
ص.ب : ٥٧٩٤ / ١١٣ – س.ت.رقم : ٦٩٧٨١ – لائحة المصارف : ١١٥
بيروت – لبنان – رأسمال : ٧,٩٤٢,٥٠٠,٠٠٠.٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.           CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

ITAILS:        PAYMENT B/O SOLIDERE SAL, BEING
               SETTLEMENT OF YOUR REQUEST FOR
               PAYMENT NO. 35 DATED APRIL
               15TH,2002.

RECEIVED THRU: CB NEW YORK

BY ORDER OF:   SOLIDERE SAL

               TRANSFER AMOUNT                USD        1,100,201.30
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 13.JUN 02

                              CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

53

PAYMENT NO. 3021935005
            12. JUL 02

# CITIBANK

BANK, N.A.    TELEPHONE : 961 - 1 - 738400    A member of citigroup
ox: 113/5794   FAX        : 961 - 1 - 738406 - 738993
1 - Lebanon    Reg.No. 69781 - BDL: 115
               Cap. 7.942.500.000.00 LBP

100108

RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL~CITIBANK

BEIRUT-LEBANON


WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:        PAYMENT BY SOLIDERE NO.36 DATED
                MAY 4TH, 2002

RECEIVED THRU: CB NEW YORK

BY ORDER OF:    SOLIDERE S.A.L.

                TRANSFER AMOUNT                USD        910,872.60
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 12.JUL 02

                                    CITIBANK N.A. BEIRUT


THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

54

PAYMENT NO. 3022225005
10.AUG 02

# CITIBANK●

A member of citigroup.

BANK, N.A.
ox: 113/5794
t - Lebanon

TELEPHONE : 961 - 1 - 738400
FAX        : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

سيتي بنك — هاتف : ٧٣٨٤٠٠-١-٩٦١ — ٩٦١-١-٧٣٨٤ : ٠٦ فاكس : ٩٦١-١-٧٣٨٩٩٣ — ٩٦١-١-
ص.ب : ٥٧٩٤ / ١١٣ — س.ت. رقم: ٦٩٧٨١ — لائحة المصارف: ١١٥
بيروت — لبنان — رأسمال : ٧.٩٤٢.٥٠٠.٠٠٠.٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:        PAYMENT BY ORDER OF SOLIDERE SAL
                BEING SETT.OF YOUR REQUEST FOR
                PAMENT NO:37 DD JUNE 14.2002

RECEIVED THRU: CB NEW YORK

BY ORDER OF:    SOLIDERE SAL

        TRANSFER AMOUNT              USD        896,537.40
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 10.AUG 02

                        CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

55

PAYMENT NO. 3022545041
11.SEP 02

# CITIBANK⊕

A member of citigroup

| |
|---|
| ;ANK, N.A. |
| ox: 113/5794 |
| - Lebanon |

TELEPHONE : 961 - 1 - 738400
FAX        : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7,942,500,000.00 LBP

سيتي بنك - هاتف: ٧٣٨٤٠٠-١-٩٦١ - فاكس ٠٦: ٧٣٨٤٠٦-١-٩٦١ - ٧٣٨٩٩٣-١-٩٦١
ص.ب ٥٧٤٤ / ١١٣ - س.ت. رقم: ٦٩٧٨١ - لجنة المصارف: ١١٥
بيروت - لبنان - رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.                CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:        BY ORDER OF SOLIDERE SAL ,SET.
                OF UR REQUEST FOR PAYMENT NO 38
                DATED JULY 15,2002

RECEIVED THRU: CB NEW YORK

BY ORDER OF:   SOLIDERE SAL

         TRANSFER AMOUNT              USD        500,000.00
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 12.SEP 02

                          CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

'ER CONDITIONS PRINTED OVER LEAF                                    56

PAYMENT NO. 3022545040
           11.SEP 02

**CITIBANK⊕**

A member of citigroup‏

BANK, N.A.           TELEPHONE : 961 - 1 - 738400          سيتي بنك – هاتف: ٠٠ ٧٣٨٤-١-٩٦١ ~ فاكس: ٠٦ ٧٣٨٤-١-١٦١ – ٧٣٨٩٩٣-١-٩٦١
ox: 113/5794         FAX       : 961 - 1 - 738406 - 738993     ص.ب : ٥٧٩٤ / ١١٣ – س.ت. رقم: ٦٩٧٨١ – لائحة المصارف: ١١٥
t - Lebanon          Reg. No. 69781 - BDL: 115               بيروت – لبنان – رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠ ل.ل.
                     Cap. 7.942.500.000.00 LBP

     100108


     RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
     (LEBANON BRANCH)
     HOLD MAIL-CITIBANK

     BEIRUT-LEBANON


WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:          BY ORDER OF SOLIDERE SAL .
                  SETT. OF UR REQUEST FOR PAYMENT
                  NO.38 DATED JULY 15,2002

RECEIVED THRU: CB NEW YORK

BY ORDER OF:   SOLIDERE SAL

          TRANSFER AMOUNT                 USD        33,704.10
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 12.SEP 02

                         CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

PER CONDITIONS PRINTED OVER LEAF

57

PAYMENT NO. 3022545043
              11.SEP 02

# CITIBANK⊕

BANK, N.A.
ox: 113/5794
t - Lebanon

TELEPHONE : 961 - 1 - 738400
FAX       : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL : 115
Cap. 7.942.500.000.00 LBP

A member of citigroup]
سيتي بنك – هاتف : ٧٣٨٤٠٠ – ١ – ٩٦١ : فاكس : ٧٣٨٤٠٦ – ١ – ٩٦١ – ٧٣٨٩٩٣ – ١ – ٩٦١
ص.ب : ٥٧٩٤ / ١١٣ – س.ت. رقم : ٦٩٧٨١ – لائحة المصارف : ١١٥
بيروت – لبنان – راسمال : ٧,٩٤٢,٥٠٠,٠٠٠ ل.ل.

     100108

     RADIAN INTERNATIONAL L.L.C.            CREDIT ADVICE
     (LEBANON BRANCH)
     HOLD MAIL-CITIBANK

     BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:        BY ORDER OF SOLIDERE SAL .BEING
                SETT. OF UR REQUEST FOR PAYMENT
                NO 38 DATED JULY 15 ,2002

RECEIVED THRU: CB NEW YORK

BY ORDER OF:   SOLIDERE SAL

               TRANSFER AMOUNT              USD        500,000.00
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 12.SEP 02

                             CITIBANK N.A. BEIRUT

    THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

'ER CONDITIONS PRINTED OVER LEAF                                    58

AYMENT NO. 3022835025
            10.OCT 02

**CITIBANK**

A member of citigroup

| ANK, N.A. | TELEPHONE : 961 - 1 - 738400 |
|-----------|------------------------------|
| :X: 113/5794 | FAX : 961 - 1 - 738406 - 738993 |
| - Lebanon | Reg. No 69781 - BDL: 115 |
|           | Cap. 7,942,500,000.00 LBP |

سيتي بنك – هاتف : ٠٠ ٧٣٨٤–١–٩٦١ – ٧٣٨٤ : فاكس : ٩٦١–١–٧٣٨٩٩٣ – ٩٦١–١–٧٣٨٩٩٣ – ٩٦١–١
ص.ب : ٥٧٩٤ / ١١٣ – س.ت. رقم:٦٩٧٨١ – لائحة المصارف:١١٥
بيروت – لبنان – رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.                    CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

E HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

ETAILS:          PAYMENT ORDER OF SOLIDERE SAL
                 SETT OF YR REQUEST FOR PAYMENT
                 NO 39 DATED AUG 13TH 2002

ECEIVED THRU: CB NEW YORK

Y ORDER OF:   SOLIDERE SAL

              TRANSFER AMOUNT                    USD        1,308,096.90
E HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 11.OCT 02

                               CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

59

PAYMENT NO. 3023135001
09.NOV 02

# CITIBANK

A member of citigroup

BANK, N.A.
x: 113/5794
- Lebanon

TELEPHONE : 961 - 1 - 738400
FAX        : 961 - 1 - 738406 - 738993
Reg. No. 69781 · BDL: 115
Cap. 7.942.500.000.00 LBP

سيتي بنك – هاتف: ٧٣٨٤٠٠–١-٩٦١ – فاكس : ٧٣٨٤٠٦-١-٩٦١ – ٧٣٨٩٩٣-١-٩٦١
ص.ب : ٥٧٩٤ / ١١٣ – س.ت. رقم: ٦٩٧٨١ – لائحة المصارف: ١١٥
بيروت – لبنان – رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠.٠٠ ل.ل.

. 100108

RADIAN INTERNATIONAL L.L.C.                    CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:        PAYMENT BY ORDER OF SOLIDERE SAL
                BEING SETTLEMENT OF YOUR REQUEST
                FOR PAYMENT NO.40 DATED SEPTEMBER
                13TH , 2002

RECEIVED THRU: BDL

BY ORDER OF:   SOLIDERE SAL

                TRANSFER AMOUNT              USD        957,436.70
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 11.NOV 02

                          CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

PER CONDITIONS PRINTED OVER LEAF

60

PAYMENT NO. 3023455006
11.DEC 02

# CITIBANK⊕

BANK. N.A.
Box: 113/5794
ıt - Lebanon

TELEPHONE : 961 - 1 - 738400
FAX        : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

A member of citigroup

سيتي بنك – هاتف : ٤٠٠ ٧٣٨–١–٩٦١ – فاكس : ٣٨٤٠٦–١–٩٦١ – ٧٣٨٩٩٣–١–٩٦١
ص.ب : ٥٧٩٤ / ١١٣ – س.ت. رقم : ٦٩٧٨١ – لائحة المصارف : ١١٥
بيروت – لبنان – رأسمال : ٧,٩٤٢,٥٠٠,٠٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.            CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:        PAYMENT BY ORDER OF SOLIDERE SAL,
                BEING SETTLEMENT OF YOUR REQUEST
                FOR PAYMENT NO:41 DATED OCTOBER
                14TH,2002

RECEIVED THRU: CB NEW YORK

BY ORDER OF:    SOLIDERE-CENTRE BEYROUTH

                TRANSFER AMOUNT                USD        767,208.20
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 12.DEC 02

                                CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

61

PAYMENT NO. 3030115000
11.JAN 03

**citibank**

TIBANK, N.A.
BOX: 113/5794
rut - Lebanon

Gefinor, Tel: 961 - 1 - 738400
Fax: 961 - 1 - 738406 - 738993
Jal el-dib, Tel: 961 - 4 - 414750
Fax: 961 - 4 - 414780
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

يتي بنك
ب : ١١٣/٥٧٩٤
روت - لبنان

جفينور - هاتف : ٩٦١.١.٧٣٨٤٠٠
فاكس : ٩٦١.١.٧٣٨٤٠٦_٩٦١.١.٧٣٨٩٩٣
جل الديب - هاتف : ٩٦١.٤.٤١٤٧٥٠_ فاكس: ٩٦١.٤.٤١٤٧٨٠
س.ت. رقم : ٦٩٧٨١ - لائحة المصارف : ١١٥
بيروت - لبنان - رأسمال ٧.٩٤٢.٥٠٠.٠٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:          PAYMENT BY ORDER OF SOLIDERE SAL,
                  BEING SETTLEMENT OF YOUR REQUEST
                  FOR PAYMENT NO.42 DATED
                  NOV.14TH 2002

RECEIVED THRU: BDL

BY ORDER OF:   SOLIDERE SAL

          TRANSFER AMOUNT                  USD          857,315.80
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 13.JAN 03

                    CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IS ISSUED WITHOUT ANY ALTERATION. IT DOES NOT REQUIRE A SIGNATURE

R CONDITIONS PRINTED OVER LEAF                          A member of citigroup

62

**citibank**

PAYMENT NO. 3030455002
14. FEB 03

| | | |
|---|---|---|
| ITIBANK, N.A. | Gefinor,  Tel: 961 - 1 - 738400 | |
| O.BOX: 113/5794 | Fax: 961 - 1 - 738406 - 738993 | |
| :irut - Lebanon | Jal el-dib, Tel: 961 - 4 - 414750 | |
| | Fax: 961 - 4 - 414780 | |
| | Reg. No. 69781 - BDL: 115 | |
| | Cap. 7.942.500.000.00 LBP | |

جفينور . هاتف : ٩٦١.١.٧٣٨٤٠٠
فاكس : ٩٦١.١.٧٣٨٤٠٦ .٩٦١.١.٧٣٨٩٩٣
جل الديب هاتف : ٩٦١.٤.٤١٤٧٥٠ . فاكس: ٩٦١.٤.٤١٤٧٨٠
س.ت. رقم : ٦٩٧٨١ - لائحة المصارف : ١١٥
بيروت - لبنان - رأسمال : ٧.٩٤٢.٥٠٠.٠٠٠.٠٠ ل.ل.

سيتي بنك
ر.ب : ١١٣/٥٧٩٤
روت - لبنان

100108

RADIAN INTERNATIONAL L.L.C.                    CREDIT ADVICE
     (LEBANON BRANCH)
HOLD MAIL-CITIBANK

     BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:          PAYMENT BY ORDER OF SOLIDERE SAL
                  BEING SETTLEMENT OF YOUR REQUEST
                  FOR PAYMENT NO. 43 DATED DECEMBER
                  16TH, 2002.

RECEIVED THRU: CB NEW YORK

BY ORDER OF:   SOLIDERS SAL

          TRANSFER AMOUNT                    USD       1,000,000.00
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 14.FEB 03

                         CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION IT DOES NOT REQUIRE A SIGNATURE.

R CONDITIONS PRINTED OVER LEAF                    A member of citigroup

63

**PAYMENT NO. 3030455001**
**14. FEB 03**

## citibank

TIBANK, N.A.
D.BOX: 113/5794
irut - Lebanon

Gefinor, Tel: 961 - 1 - 738400
Fax: 961 - 1 - 738406 - 738993
Jal el-dib, Tel: 961 - 4 - 414750
Fax: 961 - 4 - 414780
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

جفينور ـ هاتف : ٤٠٠ ٧٣٨ ـ١ـ ٩٦١
فاكس : ٦ ٧٣٨٤٠ ـ١ـ ٩٦١ ، ٧٣٨٩٩٣ ـ١ـ ٩٦١
جل الديب، هاتف : ٧٥٠ ٤١٤ ـ٤ـ ٩٦١ ، فاكس: ٧٨٠ ٤١٤ ـ٤ـ ٩٦١
س.ت. رقم : ٦٩٧٨١ ـ لائحة المصارف : ١١٥
بيروت ـ لبنان ـ رأسمال : ٧،٩٤٢،٥٠٠،٠٠٠ ل.ل.

سيتي بنك
ص.ب : ١١٣/٥٧٩٤
بروت ـ لبنان

100108

RADIAN INTERNATIONAL L.L.C.                    CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL—CITIBANK

BEIRUT—LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:          PAYMENT BY ORDER OF SOLIDERE SAL
                  BEING SETTLEMENT OF YOUR REQUEST
                  FOR PAYMENT NO.43 DATED DECEMBER
                  10TH, 2002.

RECEIVED THRU: CB NEW YORK

BY ORDER OF:      SOLIDERE SAL

                  TRANSFER AMOUNT                    USD        382,194.00
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 14.FEB 03

                              CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND/OR ISSUED WITHOUT ANY ALTERATION IT DOES NOT REQUIRE A SIGNATURE

R CONDITIONS PRINTED OVER LEAF

A member of citigroup

64

**itibank**

PAYMENT NO. 3030745007
15.MAR 03

IBANK, N.A.
BOX: 113/5794
ut - Lebanon

Gefinor, Tel: 961 - 1 - 738400
              Fax: 961 - 1 - 738406 - 738993
Jal el-dib, Tel: 961 - 4 - 414750
              Fax: 961 - 4 - 414780
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

سيتي بنك
ص.ب : ١١٣/٥٧١٤
بيروت - لبنان

جفينور - هاتف : ٩٦١.١.٧٣٨٤٠٠
فاكس : ٩٦١.١.٧٣٨٤٠٦ ٩٦١.١.٧٣٨٩٩٣
جل الديب، هاتف : ٩٦١.٤.٤١٤٧٥٠ ـ فاكس: ٩٦١.٤.٤١٤٧٨٠
س.ت. رقم : ٦٩٧٨١ - لائحة المصارف : ١١٥
بيروت - لبنان - رأسمال : ٧.٩٤٢.٥٠٠.٠٠٠.٠٠ ل.ل.

100108


RADIAN INTERNATIONAL L.L.C.          CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL- CITIBANK

BEIRUT-LEBANON


WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:        SETTLEMENT OF YOUR REQUEST FOR
                PAYMENT NO. 44 DATED JANUARY 15,
                2003.

RECEIVED THRUF CB NEW YORK

BY ORDER OF:    SOLIDERE

        TRANSFER AMOUNT                USD        500,000.00
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 15.MAR 03

                            CITIBANK N.A. BEIRUT


THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

R CONDITIONS PRINTED OVER LEAF                                    A member of citigroup

65

**citibank**                    PAYMENT NO. 3030745008
                                15.MAR 03

CITIBANK, N.A.          Gefinor,  Tel: 961 - 1 - 738400
P.O. BOX: 113/5794                Fax: 961 - 1 - 738406 - 738993
Beirut - Lebanon        Jal el-dib, Tel: 961 - 4 - 4J4750
                                  Fax: 961 - 4 - 414780
                        Reg. No. 69781 - BDL: 115
                        Cap. 7.942.500.000.00 LBP

سيتي بنك
من ب: ١١٣/٥٧٩٤
بيروت - لبنان

جفينور - هاتف : ٩٦١.١.٧٣٨٤٠٠
فاكس : ٩٦١.١.٧٣٨٤٠٦ .٩٦١.١.٧٣٨٩٩٣
جل الديب، هاتف : ٩٦١.٤.٤١٤٧٥٠ . فاكس: ٩٦١.٤.٤١٤٧٨٠
س.ت. رقم : ٦٩٧٨١ ـ لائحة المصارف : ١١٥
بيروت - لبنان ـ رأسمال :٧.٩٤٢.٥٠٠.٠٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.                 CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:        SETTLEMENT OF YOUR REQUEST FOR
                PAYMENT NO. 44 DATED JANUARY 15,
                2003.

RECEIVED THRU CB NEW YORK

BY ORDER OF:    SOLIDERE SAL

                TRANSFER AMOUNT             USD         99,438.40
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 15.MAR 03

                        CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

OTHER CONDITIONS PRINTED OVER LEAF

A member of citigroup

YMENT NO. 3031205016
30.APR 03

IBANK, N.A.
BOX: 113/5794
ir - Lebanon
100108

Gefinor,  Tel: 961 - 1 - 738400
        Fax: 961 - 1 - 738406 - 738993
Jal el-dib, Tel: 961 - 4 - 414750
        Fax: 961 - 4 - 414780
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

**citibank**

سيتي بنك
ص.ب: ١١٣/٥٧٩٤
بيروت - لبنان

جفينور - هاتف: ٩٦١.١.٧٣٨٤٠٠
فاكس: ٩٦١.١.٧٣٨٤٠٦ .٩٦١.١.٧٣٨٩٩٣
جل الديب، هاتف: ٩٦١.٤.٤١٤٧٥٠ ـ فاكس: ٩٦١.٤.٤١٤٧٨٠
س.ت. رقم: ٦٩٧٨١ ـ لائحة المصارف: ١١٥
بيروت - لبنان - رأسمال: ٧.٩٤٢.٥٠٠.٠٠٠ ل.ل.

RADIAN INTERNATIONAL L.L.C.               CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

AILS:          PAYMENT BY ORDER OF SOLIDERE SAL,
               BEING SETTLEMENT OF YOUR REQUEST
               FOR PAYMENT NO. 45 DATED
               FEBRUARY 10 2003

EIVED THRU: BDL

ORDER OF:      SOLIDERE SAL

               TRANSFER AMOUNT
HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 02.MAY 03      USD         749,477.30

                              CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE

CONDITIONS PRINTED OVER LEAF

A member of citigroup

67

PAYMENT NO. 3031435005
23.MAY 03

# citibank

IBANK, N.A.
.BOX: 113/5794
rut - Lebanon

Gefinor, Tel: 961 - 1 - 738400
Fax: 961 - 1 - 738406 - 738993
Jal el-dib, Tel: 961 - 4 - 414750
Fax: 961 - 4 - 414780
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

سيتي بنك
جفينور - هاتف : ٧٣٨٤٠٠.١.٩٦١     ص.ب : ١١٣/٥٧٩٤
فاكس : ٩٦١.١.٧٣٨٤٠٦ ، ٩٦١.١.٧٣٨٩٩٣     بيروت - لبنان
جل الديب: هاتف : ٩٦١.٤.٤١٤٧٥٠ ، فاكس: ٩٦١.٤.٤١٤٧٨٠
س.ت. رقم : ٦٩٧٨١ - لائحة المصارف : ١١٥
بيروت - لبنان - رأسمال٧.٩٤٢.٥٠٠.٠٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.             CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:          PAYMENT BY ORDER OF SOLIDERE SAL,
                  BEING SETTLEMENT OF YOUR REQUEST
                  FOR PAYMENT NO.46 DATED
                  MAY 16TH,2003

RECEIVED THRU: CB NEW YORK

BY ORDER OF:   SOLIDERE SAL

        TRANSFER AMOUNT                USD              480,328.80
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 24.MAY 03

                        CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED ITEM AND IF ISSUED WITHOUT ANY ALTERATION IT DOES NOT REQUIRE A SIGNATURE.

R CONDITIONS PRINTED OVER LEAF                          A member of citigroup

68

PAYMENT NO. 3031435004
tibank          23.MAY 03

ANK, N.A.
OX: 113/5794
- Lebanon

Gefinor, Tel: 961 - 1 - 738400
         Fax: 961 - 1 - 738406 - 738993
Jal el-dib, Tel: 961 - 4 - 414750
         Fax: 961 - 4 - 414780
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

سيتي بنك
ص.ب : ١١٣/٥٧٩٤
بيروت - لبنان

جفينور - هاتف : ٩٦١.١.٧٣٨٤٠٠
فاكس : ٩٦١.١.٧٣٨٤٠٦ ، ٩٦١.١.٧٣٨٩٩٣
جل الديب، هاتف : ٩٦١.٤.٤١٤٧٥٠ ، فاكس : ٩٦١.٤.٤١٤٧٨٠
س.ت. رقم : ٦٩٧٨١ - لائحة المصارف : ١١٥
بيروت - لبنان - رأسمال : ٧.٩٤٢.٥٠٠.٠٠٠.٠٠ ل.ل.

- 100108

RADIAN INTERNATIONAL L.L.C.                CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON


WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:          PAYMENT BY ORDER OF SOLIDERE SAL,
                  BEING SETTLEMENT OF YOUR REQUEST
                  FOR PAYMENT NO.46 DATED MAY 16TH
                  2003

RECEIVED THRU: CB NEW YORK

BY ORDER OF:    SOLIDERE SAL

        TRANSFER AMOUNT            USD        500,000.00
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 24.MAY 03

                CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IS ISSUED WITHOUT ANY ALTERATION, & DOES NOT REQUIRE A SIGNATURE.

R CONDITIONS REVIEWED OVER LEGAL

A member of citigroup

69

PAYMENT NO. 3031775009
26. JUN 03

citibank

Gefinor, Tel: 961 - 1 - 738400
Fax: 961 - 1 - 738406 - 738993
Jal el-dib, Tel: 961 - 4 - 414750
Fax: 961 - 4 - 414780
Reg. No. 69781 - BDL: 115
Csp. 7.942.500.000.00 LBP

TIBANK, N.A.
O.BOX: 113/5794
irut - Lebanon

100108

CREDIT ADVICE

RADIAN INTERNATIONAL L.L.C.
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DETAILS:         PAYMENT BY ORDER OF SOLIDERE SAL
                 BEING SETTLEMENT OF YOUR REQUEST
                 FOR PAYMENT NO.47
                 DATED APRIL 11TH, 2003

RECEIVED THRU:  BDL

BY ORDER OF:    SOLIDERE SAL

                 TRANSFER AMOUNT              USD        717,129.60
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 27.JUN 03

                                    CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED ADVICE AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

A member of citigroup

R CONDITIONS PRINTED OVER LEAF

70

PAYMENT NO. 3031920050
11.JUL 03

**citibank**

Gefinor, Tel: 961 - 1 - 738400
Fax: 961 - 1 - 738406 - 738993
Jal el-dib, Tel: 961 - 4 - 414750
Fax: 961 - 4 - 414780
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

IBANK, N.A.
.BOX: 113/5794
ut - Lebanon

سيتي بنك    جفينور ـ هاتف : ٠٠٢٨٤٧.١.٩٦١
ص.ب : ٥٧٩٤/١١٣    فاكس : ٧٣٨٤٠٦.١.٩٦١، ٧٣٨٩٩٣.١.٩٦١
بيروت ـ لبنان    جل الديب، هاتف : ٤١٤٧٥٠.٤.٩٦١، فاكس : ٤١٤٧٨٠.٤.٩٦١،
س.ت. رقم : ٦٩٧٨١ ـ لائحة المصارف : ١١٥
بيروت ـ لبنان ـ رأسمال : ٧.٩٤٢.٥٠٠.٠٠٠.٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.                CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT

DETAILS:        PAYMENT BY ORDER OF SOLIDERE SAL
                BEING SETTLEMENT OF YOUR REQUEST
                FOR PAYMENT NO.48 DTAED MAY 14TH
                2003

BY ORDER OF: SOLIDERE,(HM)

        TRANSFER AMOUNT                    USD        851,683.80
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 11.JUL 03

                            CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION IT DOES NOT REQUIRE A SIGNATURE.

CONDITIONS PRINTED OVER LEAF                                    A member of citigroup

71

citigroup

PAYMENT NO. 3032235067
11.AUG 03

ANK, N.A.

Gefinor, Tel: 961 - 1 - 738400
Fax: 961 - 1 - 738406 - 738993
Jal el-dib, Tel: 961 - 4 - 414750
Fax: 961 - 4 - 414780

C: 113/5794
Lebanon

Reg. No. 69781 - BDL: 115
Cap. 7,942.500.000.00 LBP

سيتي بنك ن.أ.

جفينور - هاتف : ٩٦١.١.٧٣٨٤٠٠
فاكس : ٩٦١.١.٧٣٨٤٠٦ ، ٩٦١.١.٧٣٨٩٩٣
جل الديب، هاتف : ٩٦١.٤.٤١٤٧٥٠ . فاكس : ٩٦١.٤.٤١٤٧٨٠
س.ت.رقم : ٦٩٧٨١ ، لائحة المصارف : ١١٥
رأسمال : ٧.٩٤٢.٥٠٠.٠٠٠.٠٠ ل.ل.

ص.ب : ١١٣/٥٧٩٤
بيروت - لبنان

100108

RADIAN INTERNATIONAL L.L.C.                    CREDIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE RECEIVED THE FOLLOWING PAYMENT BY CABLE

DTAILS:        /RFB/BEING SETTOF INV NO 49 DTD MAY
               //13TH 2003

RECEIVED THRU: CB NEW YORK

BY ORDER OF: SOLIDERE SAL VERDUN BRANC

                                               USD          920,155.50
          TRANSFER AMOUNT
WE HAVE CREDITED ACCOUNT NO. 100108 119 VALUE 12.AUG 03

                    CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION IT DOES NOT REQUIRE A SIGNATURE

ER CONDITIONS PRINTED OVER LEAF

72

PAYMENT NO  3061290022
           09. MAY 06

**citigroup**
corporate and
investment banking

[BANK, N.A.   Gefinor Center.  Tel. 961 - 1 - 738400 - Fax: 961 - 1 - 738406 - P.O.BOX: 113/5794 - Beirut - Lebanon - Reg. No. 69781 - BDL: 115 - Cap. 7.942.500.000,00 LBP

سيتي بـنـك ن. أ.    ـ سنتر جفينور ـ هاتف : ٧٣٨٤٠٠،١،٩٦١ ـ فاكس : ٧٣٨٤٠٦،١،٩٦١ ـ ص.ب. ١١٣/٥٧٩٤ ـ بيروت ـ لبنان ـ س.ت. رقم : ٦٩٧٨١ ـ لائحة المصارف : ١١٥ ـ رأسمال ٧.٩٤٢.٥٠٠.٠٠٠

    100108

RADIAN INTERNATIONAL L.L.C.          DEBIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE EXECUTED THE FOLLOWING PAYMENT
FOR VALUE 09. MAY 06

BENEFICIARY: RADIAN INTERNATIONAL, (HM), (STI)

DETAILS:     TO COVER YR O/D AS PER STANDING
             INSTRUCTIONS

             TRANSFER AMOUNT          LBP     2,912,497.00
             AT EXCHANGE RATE 1497    USD         1,945.56
             PLUS COMMISSION I        USD             3.00
             TOTAL                    USD         1,948.56
WE HAVE DEBITED ACCOUNT NO. 100108 119 VALUE 09. MAY 06

                              CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

ER CONDITIONS PRINTED OVER LEAF

73

PAYMENT NO. 3061290019
         09. MAY 06

**citigroup**
corporate and
investment bankin

ITIBANK, N.A.  Gefinor Center, Tel: 961 - 1 - 738400 - Fax: 961 - 1 - 738406 - P.O.BOX: 113/5794 - Beirut - Lebanon - Reg. No. 69781 - BDL: 115 - Cap. 7.942.500.000,00 LB

سيتي بنك ن.أ. - سنتر جفينور - هاتف : ٩١١٠٧٣٨٤٠٠ - فاكس : ٩١١٠٧٣٨٤٠٦ - ص.ب : ١١٣/٥٧٩٤ - بيروت - لبنان - س.ت. رقم : ٦٩٧٨١ - لائحة المصارف : ١١٥ - رأسمال ٧.٩٤٢.٥٠٠.٠٠٠,٠٠

   100108

RADIAN INTERNATIONAL L.L.C.         DEBIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE EXECUTED THE FOLLOWING PAYMENT
FOR VALUE 09. MAY 06

BENEFICIARY: BDL

DETAILS:     CIT/RAD/06/264
             BDL CHECK NO. 925408/A FVG NSSF

             TRANSFER AMOUNT          LBP        2,907,997.00
             PLUS COMMISSION I        LBP            4,500.00
             TOTAL                    LBP        2,912,497.00
WE HAVE DEBITED ACCOUNT NO. 100108 003 VALUE 09. MAY 06

                     CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE

R CONDITIONS PRINTED OVER LEAF

74



citigroup
corporate and
investment banking

**CIBANK, N.A.**  Gefinor Center.  Tel: 961 - 1 - 738400 - Fax: 961 - 1 - 738406 - P.O.BOX: 113/5794 - Beirut - Lebanon - Reg. No. 69781 - BDL: 115 - Cap. 7.942.500.000.00 LBP

سيتي بنك ن.أ. ـ سنتر جفينور ـ هاتف : ٩٦١.١.٧٣٨٤٠٠ ـ فاكس : ٩٦١.١.٧٣٨٤٠٦ ـ ص.ب : ١١٣/٥٧٩٤ ـ بيروت ـ لبنان ـ س.ت. رقم : ٦٩٧٨١ ـ لائحة المصارف : ١١٥ ـ رأسمال : ٧.٩٤٢.٥٠٠.٠٠٠.٠٠

ADVICE  —  DEBIT

08 MAY 2006

RADIAN INTERNATIONAL L.L.C.
(LEBANON BRANCH)
HOLD MAIL—CITIBANK
BEIRUT—LEBANON

CURRENT ACCOUNT USD

ACCOUNT NO: 000    100108 119

REFERENCE NUMBER : 000 0612812180004

PAYMENT MTC TOUCH PHONE BILL FOR USD290.90 PLUS USD3.00
CHGS
MOBILE NO 03 825102

DR PAYMENT OF PHONE                               USD          293.90

TOTAL TRANSACTION VALUE                                        293.90

VALUE DATE : 08 MAY 2006

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE

R CONDITIONS PRINTED OVER LEAF

75



citigroup
corporate and
investment banking

**TIBANK, N.A.**  Gefinor Center,  Tel:  961 - 1 - 738400 - Fax: 961 - 1 - 738406 - P.O.BOX: 113/5794 - Beirut - Lebanon - Reg. No. 69781 - BDL: 115 - Cap. 7,942,500,000.00 LBP

سيتي بنك ن.أ. ـ سنتر جفينور ـ هاتف : ٧٣٨٤٠٠ - ١ - ٩٦١ ـ فاكس : ٧٣٨٤٠٦ - ١ - ٩٦١ ـ ص.ب : ١١٣/٥٧٩٤ - بيروت - لبنان - س.ت. رقم : ٦٩٧٨١ ـ لائحة المصارف : ١١٥ - رأسمال ٧,٩٤٢,٥٠٠,٠٠٠,٠٠

## ADVICE — DEBIT

08 MAY 2006

RADIAN INTERNATIONAL L.L.C.
(LEBANON BRANCH)
HOLD MAIL-CITIBANK
BEIRUT-LEBANON

CURRENT ACCOUNT USD

ACCOUNT NO: 000      100108 119

REFERENCE NUMBER : 000 0612812180003

PAYMENT MTC TOUCH PHONE BILL FOR USD555.23 PLUS USD3.00
CHGS
MOBILE NO 03.624161

DR PAYMENT OF PHONE                          USD          558.23

TOTAL TRANSACTION VALUE                                   558.23

VALUE DATE : 08 MAY 2006

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

R CONDITIONS PRINTED OVER LEAF

76



citigroup
corporate and
investment banking

**TIBANK, N.A.**  Gefinor Center,  Tel: 961 - 1 - 738400 - Fax: 961 - 1 - 738406 - P.O.BOX: 113/5794 - Beirut - Lebanon - Reg. No. 69781 - BDL: 115 - Cap. 7.942.500.000.00 LBP

سيتي بنك ن.أ.  ستر جفينور - هاتف : ٩٦١،١،٧٣٨٤٠٠ - فاكس : ٩٦١،١،٧٣٨٤٠٦ - ص.ب : ١١٣/٥٧٩٤ - بيروت - لبنان - س.ت. رقم : ٦٩٧٨١ - لائحة المصارف : ١١٥ - رأسمال ٧،٩٤٢،٥٠٠،٠٠٠،٠٠

## ADVICE — DEBIT

05 MAY 2006

RADIAN INTERNATIONAL L.L.C.
(LEBANON BRANCH)
HOLD MAIL-CITIBANK
BEIRUT-LEBANON

CURRENT ACCOUNT USD

ACCOUNT NO: 000     100108 119

REFERENCE NUMBER : 000 0612550030010

SETTLEMENT OF LITER PLUS INV REF A/C NO 11469 PLUS CHARGES
USD-3.00

DR TRANSFER                                          USD        1,123.89

TOTAL TRANSACTION VALUE                                         1,123.89

VALUE DATE : 05 MAY 2006

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE

R CONDITIONS PRINTED OVER LEAF

77

ACCOUNT NO.     100108 119
INTEREST STATEMENT PAGE: 1


citigroup
corporate and
investment bankir

[TIBANK, N.A.  Gefinor Center.  Tel: 961 - 1 - 738400 - Fax: 961 - 1 - 738406 - P.O.BOX: 113/5794 - Beirut - Lebanon - Reg. No. 69781 - BDL: 115 - Cap. 7.942.500.000.00 L£
سيتي بنك ن.أ. سنتر جلينور ـ هاتف: ٠٠٠١.٧٣٨٤ـ١٦٦ ـ فاكس: ٦٠٦.١.٧٣٨٤ـ٩٦١ ـ ص.ب: ١١٣/٥٧٩٤ ـ بيروت ـ لبنان ـ س.ت. رقم: ٦٩٧٨١ ـ لائحة المصارف: ١١٥ ـ رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠

RADIAN INTERNATIONAL L.L.C.                    CLOSING date: 30 APR 06
(LEBANON BRANCH)
HOLD MAIL-CITIBANK
BEIRUT-LEBANON

| I-C ITEM DESCRIPTION | * | INTEREST AND CHARGES SUMMARY | | * | |
|---|---|---|---|---|---|
| | | CCY | AMOUNT CCY | | AMOUNT |
| HOLD MAIL CHARGES | | | USD | | 10.00- |
| | | TOTAL DEBITS . . . . | USD | | 10.00- |

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION IT DOES NOT REQUIRE A SIGNATURE.

CONDITIONS PRINTED OVER LEAF

78

citigroup」
corporate and
investment bankir

**ITIBANK, N.A.**  Gefinor Center,  Tel: 961 - 1 - 738400 - Fax: 961 - 1 - 738406 - P.O.BOX: 113/5794 - Beirut - Lebanon - Reg. No. 69781 - BDL: 115 - Cap. 7.942.500.000.00 LL

بيتي بنك ن.أ. - ستر جيفنور - هاتف : ٩٦١.١.٧٣٨٤٠٠ - فاكس : ٩٦١.١.٧٣٨٤٠٦ - ص.ب. رقم : ١١٣/٥٧٩٤ - بيروت - لبنان - ص.ت. رقم : ٦٩٧٨١ - لائحة المصارف : ١١٥ - رأسمال ١٧.٩٤٢.٥٠٠.٠٠٠.٠٠

RADIAN INTERNATIONAL L.L.C                DEBIT ADVICE
LEBANON BRANCH
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE EXECUTED THE FOLLOWING PAYMENT
FOR VALUE 28. APR 06

BENEFICIARY: OURSELVES

DETAILS:        CITIDIRECT CHARGES FOR THE PREVIOUS

        TRANSFER AMOUNT                    USD          150.750.00
          AT EXCHANGE RATE 150.75          USD
WE HAVE DEBITED ACCOUNT NO. 100100119 VALUE 28. APR 06

                    CITIBANK N.A.  BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IS ISSUED WITHOUT ANY ALTERATION IT DOES NOT REQUIRE A SIGNATURE

CONDITIONS PRINTED OVER LEAF

79

**PAYMENT NO.** 3030210058
21.JAN 03

# citibank

Gefinor, Tel: 961 - 1 - 738400
Fax: 961 - 1 - 738406 - 738993
Jal el-dib, Tel: 961 - 4 - 414750
Fax: 961 - 4 - 414780
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

BANK, N.A.
BOX: 113/5794
...t - Lebanon

جفينور - هاتف : ٩٦١.١.٧٣٨٤٠٠
فاكس : ٩٦١.١.٧٣٨٤٠٦ ٩٦١.١.٧٣٨٩٩٣
جل الديب، هاتف : ٩٦١.٤.٤١٤٧٥٠ - فاكس : ٩٦١.٤.٤١٤٧٨٠
س.ت. رقم : ٦٩٧٨١ ، لائحة المصارف : ١١٥
بيروت - لبنان ، رأسمال : ٧,٩٤٢,٥٠٠,٠٠٠ ل.ل.

سيتي بنك
ص.ب : ١١٣/٥٧٩٤
بيروت - لبنان

100108

RADIAN INTERNATIONAL L.L.C.
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

DEBIT ADVICE

WE HAVE EXECUTED THE FOLLOWING PAYMENT BY CABLE
FOR VALUE 21.JAN 03

BENEFICIARY: RADIAN INTERNATIONAL LLC
AUSTIN, TEXAS

ACCOUNT NO. 1139-000-2675

WITH: BANK OF AMERICA

| | | |
|---|---|---|
| TRANSFER AMOUNT | USD | 400,000.00 |
| PLUS COMMISSION I | USD | 20.00 |
| TOTAL | USD | 400,020.00 |

WE HAVE DEBITED ACCOUNT NO. 100108 119 VALUE 21.JAN 03

CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IS ISSUED WITHOUT ANY ALTERATION. IT DOES NOT REQUIRE A SIGNATURE

A member of citigroup

PER CONDITIONS PRINTED OVER LEAF

2

| PAYMENT NO. 3022040027 | |
| 23.JUL 02 | CITIBANK◆ |

CITIBANK, N.A.
P.O.Box: 113/5794
Beirut - Lebanon

TELEPHONE : 961 - 1 - 738400
FAX      : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7,942.500.000.00 LBP

A member of citi

بنك ~ هاتف: ٠٠٧٣٨٤٠٠-١-٩٦١ ~ ٩٦١-١-٧٣٨٤٠٦ : فاكس ٩٦١-١-٧٣٨٩٩٣ ~ ٩٦١-١-٧٣٨٤٠٦
٥٧٩٤ / ١١٣ ~ س.ت.رقم: ٦٩٧٨١ ~ لائحة المصارف: ١١٥
~ لبنان~رأسمال: ٧,٩٤٢,٥٠٠,٠٠٠,٠٠ ل.ل.

100108


RADIAN INTERNATIONAL L.L.C.                DEBIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON


WE HAVE EXECUTED THE FOLLOWING PAYMENT BY CABLE
FOR VALUE 23.JUL 02

BENEFICIARY: RADIAN INTERNATIONAL LLC
             AUSTIN,TEXAS

ACCOUNT NO.: 139-000-2675

WITH:        BANK OF AMERICA

             TRANSFER AMOUNT              USD       500,000.00
             PLUS COMMISSION I            USD            20.00
             TOTAL                        USD       500,020.00
WE HAVE DEBITED ACCOUNT NO. 100108 119 VALUE 23.JUL 02

                          CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

AS PER CONDITIONS PRINTED OVER LEAF

3

PAYMENT NO. 3022760096
03.OCT 02

# CITIBANK

CITIBANK, N.A.
P.O.Box: 113/5794
Beirut - Lebanon

TELEPHONE : 961 - 1 - 738400
FAX        : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

A member of citic

بنك - هاتف : ٩٦١-١-٧٣٨٤٠٠ - فاكس : ٩٦١-١-٧٣٨٤٠٦ - ٩٦١-١-٧٣٨٩٩٣
ص.ب : ٥٧٩٤ / ١١٣ - س.ت. رقم : ٦٩٧٨١ - لائحة المصارف: ١١٥
لبنان - رأسمال:٧,٩٤٢,٥٠٠,٠٠٠.٠٠ ل.ل.

100108

RADIAN INTERNATIONAL L.L.C.            DEBIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE EXECUTED THE FOLLOWING PAYMENT BY CABLE
FOR VALUE 03.OCT 02

BENEFICIARY: RADIAN INTERNATIONAL LLC
             AUSTIN,TEXAS

ACCOUNT NO.: 139-000-2675

WITH:        BANK OF AMERICA

             TRANSFER AMOUNT                  USD        500,000.00
             PLUS COMMISSION I                USD             20.00
             TOTAL                            USD        500,020.00
WE HAVE DEBITED ACCOUNT NO. 100108 119 VALUE 03.OCT 02

                                      CITIBANK N.A. BEIRUT

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

AS PER CONDITIONS PRINTED OVER LEAF

PAYMENT NO. 3002240026
11. AUG 00

# CITIBANK⊕

CITIBANK, N.A.
P.O.Box: 113/5794
Beirut - Lebanon

TELEPHONE : 961 - 1 - 738400/5
FAX       : 961 - 1 - 738406 - 738993
Reg. No. 69781 - BDL: 115
Cap. 7.942.500.000.00 LBP

ي بنك :
ب : ١١٣ / ٥٧٩٤
ت – لبنان

س.ت. رقم : ٦٩٧٨١ – لائحة المصارف: ١١٥
رأسمال: ٧.٩٤٢.٥٠٠.٠٠٠.٠٠ ل.ل.
هاتف : ٩٦١-١-٧٣٨٤٠٠/٥
فاكس : ٩٦١-١-٧٣٨٤٠٦ – ٩٦١-١-٧٣٨٩٩٣

100108

RADIAN INTERNATIONAL. L.L.C.            DEBIT ADVICE
(LEBANON BRANCH)
HOLD MAIL-CITIBANK

BEIRUT-LEBANON

WE HAVE EXECUTED THE FOLLOWING PAYMENT BY CABLE
FOR VALUE 11.AUG 00

BENEFICIARY: RADIAN INTERNATIONAL LLC,
             AUSTIN, TEXAS

ACCOUNT NO. : 139-000-2675

WITH:        BANK OF AMERICA TEXAS
             IRVING, TEXAS, USA

             TRANSFER AMOUNT                    USD        800,000.00
             PLUS COMMISSION I                  USD             10.00
             PLUS POSTAGE/CABLE CHARGES         USD             10.00
             TOTAL                              USD        800,020.00
WE HAVE DEBITED ACCOUNT NO. 100108 119 VALUE 11.AUG 00

                          CITIBANK N.A. BEIRUT

AUTHORIZED SIGNE

THIS IS A COMPUTER GENERATED FORM AND IF ISSUED WITHOUT ANY ALTERATION, IT DOES NOT REQUIRE A SIGNATURE.

AS PER CONDITIONS PRINTED OVER LEAF

# EXHIBIT E

**CITIBANK◆**

BEIRUT - LEBANON

NO. 067633

USD | 79,160 $\frac{15}{100}$

PAY AGAINST THIS CHEQUE

TO THE ORDER OF _Société Mouawad-Edde S.A.R.l_  ادفعوا بموجب هذا الشيك

THE SUM OF IN LETTERS _Seventy Nine Thousands One Hundred and_  لأمر

_Sixty and $\frac{150}{100}$_  مبلغ

PAYABLE AT/ يدفــع في _July 17 99_

/PLACE/     DATE     SIGNATURE  الإمضاء

مكان الاصدار

GEFINOR BLDG.    RADIAN INTERNATIONAL L.L.C.
(LEBANON BRANCH)
0-100108-119

⑈067633⑈ 1150001⑈  000100108119⑈    _Amine Bouchi_

CITIBANK⊕

BEIRUT - LEBANON

067747

PAY AGAINST THIS CHEQUE
TO THE ORDER OF _____ Societe Mouawad-Edde sa rl

THE SUM OF _____ Twenty Four Thousands and 00/00 U.S. Dollars

USD | 24,000 00/100

PAYABLE AT/ _____ Sept 22, 99
GEFINOR BLDG.    RADIAN INTERNATIONAL L.L.C.
                 (LEBANON BRANCH)
                 0-100108-119

PLACE        DATE        SIGNATURE

Beirut

⑆067747⑈ ⑈1150001⑈   0001001081 19⑈   Annie Benckt...

**CITIBANK◆**

BEIRUT - LEBANON

NO.  067755

USD | 8,879 $\frac{50}{100}$

PAY AGAINST THIS CHEQUE
TO THE ORDER OF _____ Societe Mouawad - Edde S.A.R.L. ____ ادفعوا بموجب هذا الشيك

THE SUM OF _____ Eight Thousand Eight Hundred and Seventy Nine and $\frac{50}{100}$ ____ مبلغ

U.S. Dollars _____

PAYABLE AT/ يدفع في _____ Sept 25, 1999 _____ في _____ SIGNATURE _____ الامضاء

PLACE    DATE    مكان الاصدار

GEFINOR BLDG.    RADIAN INTERNATIONAL L.L.C.    Beirut
(LEBANON BRANCH)
0-100108-119

⑈067755⑈  ⑊450001⑈  000⑊00⑊08⑊⑊9⑈

Received
for

Mouawad - Edde

CITIBANK

BEIRUT - LEBANON

NO. 078972

USD  4,868 $\frac{00}{100}$

PAY AGAINST THIS CHEQUE

TO THE ORDER OF  Societe Mouaward - Edde S.A.R.L

THE SUM OF  Forty One Thousand Eight Hundred and Sixty Eight and $\frac{00}{100}$ U.S. Dollars

DATE  Dec 6-99

PAYABLE AT
GEFINOR BLDG. (RADIAN INTERNATIONAL L.L.C.
(LEBANON BRANCH)
0-100108-119

SIGNATURE

Beirut

⑆078972⑆  ⑈5000⑈:  000⑈00⑈08⑈19⑈

6/12/1999

# CITIBANK

BEIRUT · LEBANON

NO.  078996

USD | 13514 $\frac{00}{105}$

PAY AGAINST THIS CHEQUE     ادفعوا بموجب هذا الشيك

TO THE ORDER OF _____ Societe Mouawad - Edde SARL _____ لأمـــر

THE SUM OF _____ Thirteen Thousand Five Hundred and Fourteen and $\frac{00}{105}$ _____ مبلـغ بالأحرف

_____ U S Dollars _____

IN LETTERS

PAYABLE AT/ يدفـــع في    Dec 20 99 في    Beirut    SIGNATURE    الامضــاء

PLACE    DATE    مكان الاصدار

GEFINOR BLDG.    RADIAN INTERNATIONAL L.L.C.
(LEBANON BRANCH)
0-100108-119

⑈078996⑈ 115000⑆ 000100108119⑈    Amine Boudnk ⚿

20/12/1999

**CITIBANK**

BEIRUT - LEBANON

NO. 079050

| | USD | 36,143 $\frac{83}{100}$ |

PAY AGAINST THIS CHEQUE
TO THE ORDER OF _____ Societé Mouawad-Edde _____ ادفعوا بموجب هذا الشيك لأمـر

THE SUM OF __ Thirty Six Thousand One Hundred and Forty Three and ___ مبلغ
IN LETTERS
$\frac{83}{100}$ USD بالحروف

PAYABLE AT/ يدفـــع في _____ Jan 19, 2000 في _____ SIGNATURE الامضـاء
PLACE    DATE    مكان الاصدار

GEFINOR BLDG.    RADIAN INTERNATIONAL L.L.C.    Beirut
(LEBANON BRANCH)
0-100108-119

Anine Boedik A

⑆079050⑆  ⑈50001⑉:  000100108119⑈

# CITIBANK⊕

BEIRUT - LEBANON

NO. 091752

| | USD | 255,635 00/100 |
|---|---|---|

PAY AGAINST THIS CHEQUE

TO THE ORDER OF ___Société Mouawad-Edde SARL___    ادفعوا بموجب هذا الشيك  لأمـر

THE SUM OF ___Two Hundred Afty Five Thousand Six Hundred___    مبلغ
IN LETTERS

___Thirty Five and 00/100 Two U.S. Dollars only___

PAYABLE AT/في __March 20 2000__  في ____    مكان الاصدار __Berut__    SIGNATURE    الامضاء
يدفع

GEFINOR BLDG.    RADIAN INTERNATIONAL L.L.C.
                 (LEBANON BRANCH)
                 0-100108-119

⑈091752⑈  ⑈150001⑈  000100108119⑈

**CITIBANK⊕**

BEIRUT - LEBANON

NO. 091827

| USD | 158,614 $\frac{00}{100}$ |

PAY AGAINST THIS CHEQUE                           ادفعوا بموجب هذا الشيك

TO THE ORDER OF _Société Mouawad – Edbé SARL_                           لأمر

THE SUM OF _One Hundred Fifty Eight Thousand Six Hundred_     مبلغ
IN LETTERS
_Fourteen and $\frac{00}{100}$ U.S. Dollars only_

PAYABLE AT/ يدفع في     _April 26, 2000_     في     SIGNATURE     الإمضاء
                           PLACE     DATE     مكان الإصدار
GEFINOR BLDG.    RADIAN INTERNATIONAL L.L.C.     _Beirut_
                 (LEBANON BRANCH)
                 0-100108-119

_[signature] Amine Bou Dhek_

⑈091827⑈ ⑈50001⑈: 000100108119⑈

_26/4/2000_

_Bassem Shadraw_

# CITIBANK

BEIRUT - LEBANON

NO. 091826

USD | 114,749 00/100

ادفعوا بموجب هذا الشيك

PAY AGAINST THIS CHEQUE
TO THE ORDER OF Société Mouawad Edde SARL                لأمر

THE SUM OF One Hundred Fourteen Thousand Seven Hundred          مبلغ
IN LETTERS Forty Nine and 100 U.S. Dollars only

PAYABLE AT/ يدفع في          April 26, 2000          SIGNATURE          الامضاء
                              PLACE          DATE          مكان الاصدار

GEFINOR BLDG.    RADIAN INTERNATIONAL L.L.C.    Beirut
                 (LEBANON BRANCH)
                 0-100108-119

⑉091826⑉ ⑉150001⑉ 000100108119⑉

26/4/2000
Bassem Skinniin T

**CITIBANK**

BEIRUT - LEBANON

NO. 105075

USD 175,226 00/100

PAY AGAINST THIS CHEQUE    ادفعوا بموجب هذا الشيك

TO THE ORDER OF SOCIETE MOUAWAD EDDE SARL    لأمر

THE SUM OF One Hundred Seventy Five Thousand Two Hundred    مبلغ
IN LETTERS

Twenty Six and 00/100 U.S. Dollars only

PAYABLE AT/ يدفع في    July 11 2000    SIGNATURE    الامضاء
في    PLACE    DATE    مكان الاصدار

GEFINOR BLDG.    RADIAN INTERNATIONAL L.L.C.    Beirut
(LEBANON BRANCH)
0-100108-119

⑈105075⑈  ⑆150001⑈  000100108119⑈

11/7/2000
Bassim Shaarani

CITIBANK
BEIRUT - LEBANON

NO. 105142

USD

954/99

PAY AGAINST THIS CHEQUE
TO THE ORDER OF _____ Scout Mennuont Cable _____
THE SUM OF _____ Nine Hundred Fifty Four Thousand One _____
_____ Ninity Four and 99/100 U.S. Dollar only _____

PAYABLE AT/

GEFINOR BLDG.    RADIAN INTERNATIONAL L.L.C.
(LEBANON BRANCH)
0-100108-119

DATE _____ August 2000 _____
PLACE _____ Beirut _____

SIGNATURE

⑈105142⑈ ⑈15000⑈: 000100108119⑈

Bassam Shaarani

14/8/2000

# CITIBANK

BEIRUT - LEBANON
NO.   105205

| USD | 137,828 $\frac{00}{100}$ |

PAY AGAINST THIS CHEQUE

TO THE ORDER OF _Société Mouawad-Edde SARL_

THE SUM OF _One Hundred Thirty Seven Thousand Eight_
IN LETTERS
_Hundred Twenty Eight and $\frac{00}{100}$ U.S. Dollars only_

PAYABLE AT/        _Sept 14 2000_     _Beirut_        SIGNATURE
                    DATE    PLACE
GEFINOR BLDG.   RADIAN INTERNATIONAL L.L.C.
                (LEBANON BRANCH)
                0-100108-119

⑈105205⑈  ⑈150001⑈  000100108119⑈

# CITIBANK⊕
### BEIRUT - LEBANON

NO.118796

| USD | 330,000.⁰⁰⁄₁₀₀ |

PAY AGAINST THIS CHEQUE                                       ادفعوا بموجب هذا الشيك

TO THE ORDER OF _Société Mouawad-Edde_                   لأمر

THE SUM OF _Three Hundred Thirty Thousand and ⁰⁰⁄₁₀₀_   مبلغ

_U.S. Dollars only_

PAYABLE AT/ يدفع في    _Oct. 26 2000_ في _Beirut_    SIGNATURE    الإمضاء

HAMRA BRANCH    RADIAN INTERNATIONAL    PLACE    DATE    مكان الإصدار

0-100108-119

⑈118796⑈ ⑈150001⑈   000100108119⑈

ELIC ROBAHED
RECEIVED
26-10-2000

# CITIBANK◆

BEIRUT · LEBANON

NO. 119316

ادفعوا بموجب هذا الشيك

USD  75,497.⁰⁰/₁₀₀

PAY AGAINST THIS CHEQUE

TO THE ORDER OF  _Société Mouawad-Elie_  لأمر

THE SUM OF  _Seventy Ave Thousand Four Hundred Ninety_  مبلغ

IN LETTERS

_Seven and ⁰⁰/₁₀₀ U.S Dollars only_  _Beirut_

PAYABLE AT/ يدفـع في  _Dec 7 2000_ في  _Beirut_  SIGNATURE  الإمضاء

PLACE    DATE    مكان الإصدار

HAMRA BRANCH    RADIAN INTERNATIONAL

0-100108-119

⑈119316⑈ ⑆150001⑊ 000100108119⑈

**IBANK+**

BEIRUT · LEBANON

O.119337

| USD | 126,452 00/100 |

AY AGAINST THIS CHEQUE           ادفعوا بموجب هذا الشيك

O THE ORDER OF ____ Societe Mouawad Edde ____    لأمــر

HE SUM OF ____ One Hundred Twenty Six Thousand Four Hundred ____   مبلغ

Fifty Two and 00/100 U.S. Dollars only

AYABLE AT/في يدفـــع    Dec 20, 2000    Beirut    SIGNATURE    الإمضـاء

                  PLACE    DATE    مكان الإصدار

AMRA BRANCH    **RADIAN INTERNATIONAL**

         0-100108-119

⑈119337⑈  ⑈150001⑈    00010010811ዓ⑈

# CITIBANK+

BEIRUT - LE BANON

USD | 150,161 $\frac{80}{100}$

NO. 124838

ادفعوا بموجب هذا الشيك

PAY AGAINST THIS CHEQUE

لأمـر

TO THE ORDER OF    Societe Mouawad - Edde

THE SUM OF _IN LETTERS_ One Hundred Fifty Thousand One Hundred

مبلغ

Sixty One and $\frac{80}{100}$ U.S Dollars only

SIGNATURE    الامضـاء

PAYABLE AT/ يدفـع فـي    19 April 2001    Beirut

PLACE        DATE    مكان الاصدار

HAMRA BRANCH    RADIAN INTERNATIONAL

0-100108-119

Anin Bouch

⑈124838⑈  ⑈15000⑈  000100108119⑈

Received by George Mouawad
Date        April 19, 2001
Signature

BEIRUT - LEBANON

NO. 137752

USD  109,227 ⁰⁰/₁₀₀

PAY AGAINST THIS CHEQUE            ادفعوا بموجب هذا الشيك
TO THE ORDER OF SOCIETE MOUAWAD FOOD _____ لأمر
THE SUM OF _IN LETTERS_ One Hundred Nine Thousand Two Hundred مبلغ
Twenty Seven and ⁰⁰/₁₀₀ U.S. Dollars only _____

PAYABLE AT/ يدفــع فــي May 152nd _PLACE_ في _DATE_ مكان الإصدار Beirut  SIGNATURE  الإمضاء

HAMRA BRANCH    RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)

0-100108-119

⑈137752⑈ ⑆150001⑆ 000100108119⑈

**CITIBANK◆**

BEIRUT - LEBANON

NO. 151602

USD | 44,867 $\frac{00}{100}$

PAY AGAINST THIS CHEQUE

ادفعوا بموجب هذا الشيك

TO THE ORDER OF _Societe  Mouawad-Edde S.A.R.L._ لأمر

THE SUM OF _Fourty Four Thousand Eight Hundred Sixty_ مبلغ
IN LETTERS بالحروف
_Seven and $\frac{00}{85}$ U.S. Dollars only_

PAYABLE AT/في يدفـع _Aug. 13 2nd_ في _Beirut_
                                    PLACE        DATE              SIGNATURE
الإمضاء

GEFINOR HAMRA
BRANCH

RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)

0-100108-119

⑈151602⑈  ⑈150001⑈   0001001081 19⑈

**CITIBANK**

BEIRUT - LEBANON

USD  25,427 50

NO. 167703

PAY AGAINST THIS CHEQUE
TO THE ORDER OF  SOCIETE MOUAWAD CODE S.A.R.L

THE SUM OF  Twenty five Thousand Four Hundred Twenty Nine
and 50 US Dollars only

PAYABLE AT/  Nov. 28 2001  Beirut    SIGNATURE
                PLACE    DATE

GEFINOR HAMRA    RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)
BRANCH
            0-100108-119

⑈167703⑈  ⑈50001⑈    000100108119⑈

**CITIBANK**
BEIRUT - LEBANON

NO. 167704

USD   44,950 00/100

PAY AGAINST THIS CHEQUE    ادفعوا بموجب هذا الشيك
TO THE ORDER OF ___ Societe Houawad  Edde SARL    لأمر ___

THE SUM OF ___ Forty four Thousand Nine Hundred Fifty    مبلغ ___
___ and 00/100  U.S Dollars only ___

PAYABLE AT/في يدفع ___ Dec 4 2001 في Beirut ___ SIGNATURE    الإمضاء
                        PLACE        DATE   مكان الاصدار

GEFINOR HAMRA    RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)
BRANCH
              0-100108-119

                                        _Amine Bou Whit_

⑈167704⑈ ⑈150001⑈ 000100108119⑈

                    _4/12/2001_

**CITIBANK**

BEIRUT - LEBANON

NO. 167753

USD  200,000

PAY AGAINST THIS CHEQUE

ادفعوا بموجب هذا الشيك

TO THE ORDER OF _Societe Houawud Edde sacl_ لأمر

THE SUM OF _Two Hundred Thousand and 00 U.S Dollars_ مبلغ

IN LETTERS

_only_

PAYABLE AT/ يدفع في

PLACE
في
DATE

مكان الاصدار

SIGNATURE

الامضاء

GEFINOR HAMRA
BRANCH

RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)

0-100108-119

_Amine Bou Deh_

⑆167753⑆ 115000⑈ 000100108119⑈

**CITIBANK**

BEIRUT - LEBANON

NO. 167799

USD. | 91,000 $\frac{00}{100}$

PAY AGAINST THIS CHEQUE ادفعوا بموجب هذا الشيك
TO THE ORDER OF _Societe Mouawad Edde sarl_ لأمر

THE SUM OF _Ninety One Thousand and 00/100 U.S. Dollars_ مبلغ
IN LETTERS

_only_

PAYABLE AT/في يدفـع _June 25, 2002_ في _Beirut_ SIGNATURE الإمضاء
PLACE        DATE   مكان الإصدار

GEFINOR HAMRA        RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)
BRANCH

0-100108-119

_Mivine Boule H_

⑈167799⑈ 115000⑈ 000100108119⑈

_25-01-02_

**CITIBANK**
BEIRUT - LEBANON

N⁰. 185980

USD | 310,749 ⁵⁵⁄₁₀₀

PAY AGAINST THIS CHEQUE
TO THE ORDER OF _____

THE SUM OF Three Hundred Ten Thousand Seven Hundred Forty
Nine and ⁵⁵⁄₁₀₀ U.S. Dollars only

PAYABLE AT/ April 15, 2002 Beirut
PLACE    DATE    SIGNATURE

GEFINOR HAMRA
BRANCH

RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)

0-100108-119

⑈185980⑈ 1150001⑈ 000100108119⑈

14/04/2002

# citibank®
A member of citigroup®

NO. 207717

USD | 31,501 $\frac{00}{100}$

PAY AGAINST THIS CHEQUE
ادفعوا بموجب هذا الشيك

TO THE ORDER OF _____ لأمر _____

THE SUM OF _Thirty One Thousand Five Hundred One and 00/100_ مبلغ
_U.S. Dollars only_

PAYABLE AT/في _July 30 2002_ في _Beirut_ SIGNATURE الامضاء
يدفـع في PLACE DATE مكان الاصدار
BEIRUT - LEBANON
بيروت - لبنان

_Amine Bou dakka_

**RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)**

0-100108-119

⑈"207717⑈" ⑈150001⑈: 000100108119⑈"

_30-7-02_

**citibank®**
A member of citigroup®

NO. 207728

| USD | 41,360 %⁰⁄₀₀ |

ادفعوا بموجب هذا الشيك
PAY AGAINST THIS CHEQUE
TO THE ORDER OF _____ لأمر
لأمر ليكون مصرح بتحرير ديفر هذا الشيك
THE SUM OF Forty One Thousand Three Hundred Sixty and %⁰⁄₀₀ مبلغ
IN LETTERS
U.S. Dollars only بالحرف

PAYABLE AT/ يدفـــع في _____
BEIRUT - LEBANON    August 8 2002 في    Beirut    SIGNATURE    الإمضاء
بيروت - لبنان         PLACE    DATE    مكان الاصدار

RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)

0-100108-119

⑈²⁰⁷⁷²⁸⑈  ⑈⑈⑈⑈⑈⑈⑈  ⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈
"207728"  1150001:  000100108119"

C.C/١٨٩

**citibank**
A member of citigroup

| USD | 28,334 00/100 |

NO. 214896

PAY AGAINST THIS CHEQUE
TO THE ORDER OF _Societe Mouawad-Edde s.a.r.l._
THE SUM OF _Twenty Eight Thousand Three Hundred Thirty Four_
_and 00/100 U.S. Dollars only_

PLACE: _Beirut_   DATE: _Oct. 4, 2002_

SIGNATURE: _Amine Boci Ork H_

PAYABLE AT/
BEIRUT - LEBANON

**RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)**

0-100108-119

⑈214896⑈  ⑆150001⑈   000100108119⑈

# citibank
### A member of citigroup

USD **264,000 00/100**

ادفعوا بموجب هذا الشيك

NO. 215050

PAY AGAINST THIS CHEQUE
TO THE ORDER OF _Societe Mouawad-Edde SARL_    لأمر

THE SUM OF _Two Hundred and Sixty Four Thousand and 00/100_    مبلغ
IN LETTERS

_USD_

SIGNATURE    الامضاء

_Dec 4, 2002_    في    _Beirut_
PLACE    DATE    مكان الاصدار

PAYABLE AT/  يدفع في
BEIRUT - LEBANON    بيروت - لبنان

RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)

0-100108-119

⑈215050⑈ ⑈15000⑈: 000⑈00⑈08⑈⑈9⑈

# citibank
A member of citigroup

NO. 237033

USD  89,006 $\frac{90}{100}$

PAY AGAINST THIS CHEQUE                                                                 ادفعوا بموجب هذا الشيك

TO THE ORDER OF  Societe Mouawad - Edde s.a.r.l.                        لأمر

THE SUM OF  Eighty Nine Thousand Six and $\frac{90}{100}$ U.S. Dollars       مبلغ

IN LETTERS

only

PAYABLE AT/  يدفع في          Feb. 27, 2003  في      Beirut              SIGNATURE                الامضاء

BEIRUT - LEBANON          PLACE       DATE        مكان الاصدار

بيروت - لبنان          RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)              Amine Bou Jnk

0-100108-119

⑈237033⑈ ⑈⑈150001⑈: 000100108119⑈

# citibank
### A member of citigroup

| | |
|---|---|
| NO. 249787 | USD $287,167 $\frac{87}{100}$ |

بموجب هذا الشيك

PAY AGAINST THIS CHEQUE
TO THE ORDER OF _Societe Mouawad – Edde s.a.l._

THE SUM OF IN LETTERS _Two Hundred Eighty Seven Thousand One_
_Hundred Sixty Seven and 87/100 U.S. Dollars only_

PAYABLE AT/ يدفـــع في   _May 23 2003_ _Beirut_              SIGNATURE
BEIRUT - LEBANON   بيروت – لبنان              PLACE    DATE    مكان الاصدار

_Amine Bou Onk T_

### RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)

0-100108-119

⑈249787⑈ ⑈⑈150001⑈:   000100108119⑈

# ∕citibank

A member of citigroup™

NO. 249898

| | USD | 62,635 $\frac{00}{100}$ |

PAY AGAINST THIS CHEQUE

ادفعوا بموجب هذا الشيك

TO THE ORDER OF _Societe Mouawad - Edde s.a.r.l_ لأمر

THE SUM OF _Sixty Two Thousand Six Hundred Thirty Five_ مبلغ

IN LETTERS

_and $\frac{00}{100}$ U.S. Dollars only_

PAYABLE AT/ يدفع في  _July 4, 2003_  في  _Beirut_  SIGNATURE  الإمضاء

BEIRUT - LEBANON      PLACE      DATE      مكان الإصدار

بيروت - لبنان       مكان الإصدار

RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)

0-100108-119

⑊249898⑊ ⑊150001⑊ 000100108119⑊

**citibank**
A member of citigroup

NO. 261203

USD | 23,612 $\frac{00}{00}$

PAY AGAINST THIS CHEQUE
TO THE ORDER OF _Societe Mouannid Edde Saniel_    اصرفوا بموجب هذا الشيك الى امر

THE SUM OF _Twenty Three Thousand Six Hundred Twelve_    بلغ قدره

IN LETTERS

_and $\frac{00}{00}$ U.S. Dollars only_

PAYABLE AT/ يدفــع فــي    _Sept 25 2003_    في    _Beirut_    SIGNATURE    امضــاء
BEIRUT - LEBANON    PLACE    DATE    مكان الاصدار
بيروت - لبنان

RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)    _Amine Boudokh_

0-100108-119

⑈261203⑈  ⑈150001⑈  000100108119⑈

_Reçu le 27/09/2003_
_Charles Edde_

**citigroup**

N° 290758

| | USD | 241,654 $\frac{32}{100}$ |

Pay against this cheque

To the order of _Societe Mouawad Edde sarl_

The sum of _Two Hundred Forty One Thousand Six Hundred_
_Fifty four and $\frac{32}{100}$ U.S. Dollar only_

Payable at _____ Feb. 27 2004 ___ Beirut ___    Signature
CITIBANK, N.A.    _Place_    _Date_
Beirut - Lebanon
بيروت - لبنان    RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)    _Amine Boueh K_

0-100108-119

⑈"290758⑈  ⑈150001⑈:   000100108119"⑈

_B.N.P.I_

**citigroup**

Nº   290875

| USD | 157,238 $\frac{75}{100}$ |

Pay against this cheque                                                      إدفعوا بموجب هذا الشيك

To the order of _Societe Mouxuad Edde sacl_                            لأمر

The sum of _One Hundred Fifty Seven Thousand Two Hundred_              مبلغ

_Thirty Eight and 75/100 US Dollars only_

In letters

Payable at _بنك في_        _April 30, 2004_ _في_ _Beirut_ _بتاريخ_        Signature                الإمضاء

CITIBANK, N.A.
Beirut - Lebanon        **RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)**        _Annie Bordnk_
بيروت - لبنان

0-100108-119

⑈290875⑈  ⑈150001⑈  000100108119⑈

في 10/5/2004

**citigroup**

Nº 333224

| USD | 121,936 45/100 |

Pay against this cheque

To the order of _Societe Mouawad-Edde s.a.r.l._

The sum of _One Hundred Twenty One Thousand Nine Hundred Thirty Six and 45/100 U.S. Dollars only_

Payable at ___ Oct. 19 2004 ___ Beirut

CITIBANK, N.A.
Beirut - Lebanon
RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)

0-100108-119

Signature

⑈333224⑈ ⑈15000⑈ 000100108119⑈

Regu l'Original
le 21/10/2004
Charbi Edde

# CiTIBANK

BEIRUT - LEBANON

NO. 079091

USD | 177,763 $\frac{00}{100}$

PAY AGAINST THIS CHEQUE
TO THE ORDER OF _Société Mouawad - Edde sael_ ادفعوا بموجب هذا الشيك لأمر

THE SUM OF _One Hundred and Seventy Seven Thousand Seven_ مبلغ
(IN LETTERS)
_Hundred and Sixty Three and $\frac{00}{100}$ U.S. Dollars_

PAYABLE AT/ يدفـــع في _Feb 17, 2000_ في _Beirut_ SIGNATURE الإمضاء

PLACE | DATE مكان الاصدار

GEFINOR BLDG. RADIAN INTERNATIONAL L.L.C.
(LEBANON BRANCH)
0-100108-119

_Amine Boednk_

⑈079091⑈ ⑈150001⑆ 000100108119⑈

**CITIBANK**

BEIRUT - LEBANON

NO. 091879

| | USD | 235,820 00/100 |

PAY AGAINST THIS CHEQUE
TO THE ORDER OF ___Société Mouauyad & Edde SAEL___

THE SUM OF ___Two Hundred Thirty Five Thousand Eight___
Hundred Twenty and 00/100 U.S. Dollars only

PAYABLE AT/ ___May 24, 2000___     SIGNATURE
                    PLACE        DATE

GEFINOR BLDG.     RADIAN INTERNATIONAL L.L.C.     Beirut
                  (LEBANON BRANCH)
                  0-100108-119

⑈091879⑈ ⑈150001⑈: 000100108119⑈

Bassem Shaarawi

24-05-2000

# CITIBANK⊕

BEIRUT · LEBANON

NO. 105036

USD | 217,468 ⁰⁰/₁₀₀

لتدفعوا بموجب هذا الشيك

PAY AGAINST THIS CHEQUE
TO THE ORDER OF ___Société Mouawad-Edde SARL___ لأمر

THE SUM OF ___Two Hundred Seventeen Thousand Four Hundred___ مبلغ
IN LETTERS
___Sixty Eight and ⁰⁰/₁₀₀ U.S. Dollars only___

PAYABLE AT/في يدفع ___June 20,2000___ في    مكان الدفع    SIGNATURE    الامضاء
PLACE    DATE

GEFINOR BLDG.    RADIAN INTERNATIONAL L.L.C.    Beirut
(LEBANON BRANCH)
0-100108-119

⑈105036⑈  ⑆50001⑆:  000100108119⑈

# CITIBANK⊕

BEIRUT - LEBANON

NO. 124754

PAY AGAINST THIS CHEQUE
TO THE ORDER OF _Societe Mouawad - Fode_

ادفعوا بموجب هذا الشيك
لأمر

USD _284,902 20/100_

THE SUM OF _Two Hundred Eighty Four Thousand Nine_
_Hundred Two and 20/100 U.S. Dollars only_

مبلغ

PAYABLE AT/ بدفع في _Feb. 12, 2001_ _Beirut_

HAMRA BRANCH

PLACE   DATE    SIGNATURE
مكان الإصدار

RADIAN INTERNATIONAL

0-100108-119

_Amin Bou Chkt_

الإمضاء

⑈124754⑈  ⑈⑈15000⑈⑈:  000100108119⑈⑈

**CITIBANK⊕**

BEIRUT · LEBANON

NO. 137812

USD  404,173 $\frac{00}{100}$

PAY AGAINST THIS CHEQUE
TO THE ORDER OF  Societe Mouawad-Edde S.A.R.L.

THE SUM OF  Four Hundred Four Thousand One Hundred Seventy
Three and $\frac{00}{100}$  U.S. Dollars only

PAYABLE AT/  June 12.2nd  Beirut  SIGNATURE
PLACE  DATE

HAMRA BRANCH  RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)

0-100108-119

⑈"137812"  ⑈150001⑈:  000100108119⑈"

# CITIBANK

## BEIRUT · LEBANON

| USD | 276,741. $\frac{00}{100}$ |

NO. 137883

ادفعوا بموجب هذا الشيك

PAY AGAINST THIS CHEQUE
TO THE ORDER OF _Societe Mouawad - Edde S.A.R.L_ لأمر

THE SUM OF _Two Hundred Seventy Six Thousand Seven_ مبلغ

_Hundred Forty One and $\frac{00}{100}$ U.S. Dollars only_

IN LETTERS

_July 11 2nd_ في _Beirut_

PLACE          DATE          مكان الاصدار

SIGNATURE          الامضاء

PAYABLE AT/ في يدفـــع

HAMRA BRANCH          RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)

0-100108-119

⑈137883⑈ ⑆15000⑈⑈ 000⑆00⑆08⑆⑆9⑈

**CITIBANK** ⊕

BEIRUT LEBANON

| USD | 392,608 ⁰⁰/₁₀₀ |

NO 151689

PAY AGAINST THIS CHEQUE                                                              ادفعوا بموجب هذا الشيك

TO THE ORDER OF ___ Societe Mouawad Edde S.A.R.L. ___           لأمر

THE SUM OF ___ Three Hundred Ninety Two Thousand Six Hundred    مبلغ

___ Eight and ⁸⁰/₁₀₀ U.S. Dollars only

PAYABLE AT/بدفسع في ___ Sept 11, 2001 ___ Beirut        SIGNATURE        الامضـــاء

PLACE              DATE        مكان الاصدار

GEFINOR HAMRA        **RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)**
BRANCH
                        **0-100108-119**

⑈151689⑈  115000 1⑆  000100108119⑈

_Recv the original check
on Sept 11th, 2001
For Societe' Mouawad-Edde', SARL_

**citibank**
A member of citigroup

NO.   237051

| | USD | 287,295 $\frac{12}{100}$ |

PAY AGAINST THIS CHEQUE

TO THE ORDER OF _Societe Hawawad Edde s.a.r.l._          ادفعوا بموجب هذا الشيك

THE SUM OF _Two Hundred Eighty Seven Thousand Two Hundred_          لأمر

IN LETTERS

_Ninety Five and 12/100 US Dollars only_          مبلغ

بالأحرف

PAYABLE AT/في     يدفع في     _March 19 2003_ في     _Beirut_          الامضاء

BEIRUT - LEBANON     بيروت - لبنان          PLACE     DATE     مكان الاصدار     SIGNATURE     الامضاء

**RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)**          _Amine Bou Chk_

0-100108-119

⑈237051⑈  ⑈150001⑈:  000100108119⑈

# EXHIBIT F
# PART 1

Name: JAMES ALLAN
Surname: PRATT
Father's name: DONALD
Mother's name: HILDA
Nationality: American
Year of birth: 1970
Occupation: administrative manager
Passport number: 132902707
Issuance date: 1999
Address: Jal El-Dib at Radian International
Document: work permit 5077/2005
Tel: 01/616616

Permit valid until: April 8, 2006
26848
776148/G A

General Director of General Security
For him the head of the Arab, Foreigners and Special Categories Department
General Antoine Oseiran (signature and seal)

April 9, 2005

Fee amounting to 1,800,000 L.P. collected
By virtue of the payment order No. 8569
Payment order date: 8/4/2005

Mr. JAMES ALLAN PRATT
of American nationality
shall be authorized to work in Lebanon as an administrative manager
at Radian International L.L.C.
in Beirut
starting from 2/4/2005 until 2/4/2006

Renewal (gratis)
(first category)

Head of Foreigners Labor Control Department
Marlene Atallah (signature and seal)

*Seal of the Foreigners Labor Control Department

Specimen 15/1/A-3

* The renewal application shall be submitted one month before the expiration of the
sojourn.

April 2, 2005

**Republic of Lebanon**
**Ministry of the Interior and Municipalities**
**General Security**

**Sojourn Permit**

Remark:
  1- The renewal of the sojourn permit should be submitted five days at least before its expiration date.
  2- The sojourn outside the country for six continuous or intermittent months causes the annulment of this permit.
  3- In case of change of residence, the Arab, Foreigners and Special Categories Department should be notified within seven days.


**Republic of Lebanon**
**Ministry of Labor**

**Workforce Service**
**Foreigners Labor Control Department**

**File number: 26078**

**Work permit number 5077/2005**
**Delivered to Mr. James Allan Pratt**
**Of American nationality**
**Beirut on April 2, 2005**

**Head of Foreigners Labor Control Department**
**Marlene Atallah (signature and seal)**

-Notice-
  1- **It is strictly forbidden to hire a foreigner who does not hold the work permit stipulated in article 59 of the Labor Law and in articles 6 and 25 of April 10, 1962 law.**
  2- **The foreigners is strictly forbidden to practice another work than the one mentioned in the present permit.**
  3- **In case of contravention, the law of September 17, 1962 shall be applied.**

Name: JAMES ALLAN
Surname: PRATT
Father's name: DONALD
Mother's name: HILDA
Nationality: American
Year of birth: 1970
Occupation: administrative manager
Passport number: 132902707
Issuance date: 1999
Address: Ashrafieh, Independence street, at Radian International
Document: work permit 5619/2004
Tel: 01/616616

Sojourn Permit valid until: 19/4/2005
27288
683488/G A

General Director of General Security
For him the head of the Arab, Foreigners and Special Categories Department
Colonel Sleiman Yammine (signature and seal)

April 21, 2004

Fee amounting to 1,800,000 L.P. collected
By virtue of the payment order No. 10559
Payment order date: 20/4/2004

Republic of Lebanon
Ministry of the Interior and Municipalities
General Security

Sojourn Permit

Remark:
  1- The renewal of the sojourn permit should be submitted five days at least
     before its expiration date.
  2- The sojourn outside the country for six continuous or intermittent months
     causes the annulment of this permit.
  3- In case of change of residence, the Arab, Foreigners and Special Categories
     Department should be notified within seven days.

Mr. JAMES ALLAN PRATT
of American nationality
shall be authorized to work in Lebanon as an administrative manager
at Radian International L.L.C. represented by its attorney
in Beirut
starting from 19/4/2004 until 15/4/2005

Renewal (gratis)
(first category)

Head of Foreigners Labor Control Department
Marlene Atallah (signature and seal)

*Seal of the Foreigners Labor Control Department

Specimen 15/1/A-3

* The renewal application shall be submitted one month before the expiration of the
sojourn.

April 19, 2004


**Republic of Lebanon**
**Ministry of Labor**

**Workforce Service**
**Foreigners Labor Control Department**

**File number: 26078**

**Work permit number 5619/2004**
**Delivered to Mr. James Allan Pratt**
**Of American nationality**
**Beirut on April 19, 2004**

**Head of Foreigners Labor Control Department**
**Marlene Atallah (signature and seal)**

**-Notice-**
     1- **It is strictly forbidden to hire a foreigner who does not hold the work
permit stipulated in article 59 of the Labor Law and in articles 6 and 25
of April 10, 1962 law.**
     2- **The foreigners is strictly forbidden to practice another work than the one
mentioned in the present permit.**
     3- **In case of contravention, the law of September 17, 1962 shall be applied.**

Name: JAMES ALLAN
Surname: PRATT
Father's name: DONALD
Mother's name: HILDA
Nationality: American
Year of birth: 1970
Occupation: administrative manager for health affairs
Passport number: 132902707
Issuance date: 1999
Address: Ashrafieh, Independence street, at Radian International
Document: work permit 52001/2003
Tel: 01/616616

Sojourn Permit valid until: 19/4/2004
24911
594342/G A

General Director of General Security
For him the head of the Arab, Foreigners and Special Categories Department
Colonel Sleiman Yammine (signature and seal)

April 22, 2003

Fee amounting to 1,800,000 L.P. collected
By virtue of the payment order No. 10559
Payment order date: 19/4/2003

Mr. JAMES ALLAN PRATT
of American nationality
shall be authorized to work in Lebanon as an administrative manager
at Radian International L.L.C. represented by its attorney
in Beirut
starting from 16/4/2003 until 15/4/2004

Renewal (gratis)
(first category)

Head of Foreigners Labor Control Department
Marlene Atallah (signature and seal)

*Seal of the Foreigners Labor Control Department

Specimen 15/1/A-3

* The renewal application shall be submitted one month before the expiration of the
sojourn.

Republic of Lebanon
Ministry of the Interior and Municipalities
General Security

**Sojourn Permit**

Remark:

    4- The renewal of the sojourn permit should be submitted five days at least before its expiration date.

    5- The sojourn outside the country for six continuous or intermittent months causes the annulment of this permit.

    6- In case of change of residence, the Arab, Foreigners and Special Categories Department should be notified within seven days.


Republic of Lebanon
Ministry of Labor

Workforce Service
Foreigners Labor Control Department

File number: 26078

Work permit number 25200/2003
Delivered to Mr. James Allan Pratt
Of American nationality
Beirut on April 16, 2003

Head of Foreigners Labor Control Department
Marlene Atallah (signature and seal)

-Notice-

    **1- It is strictly forbidden to hire a foreigner who does not hold the work permit stipulated in article 59 of the Labor Law and in articles 6 and 25 of April 10, 1962 law.**

    **2- The foreigners is strictly forbidden to practice another work than the one mentioned in the present permit.**

    **3- In case of contravention, the law of September 17, 1962 shall be applied.**

Surname: PRATT
Name: JAMES ALLAN
Father's name: DONALD
Mother's name: HILDA
Nationality: American
Year of birth: 1970
Occupation: administrative manager of first category
Passport number: 132902707
Issuance date: 1999
Address: Ashrafieh, Habib Bacha Al-Saad street, at Radian International
Document: work permit 4269/2002
Tel: 01/616616

Sojourn Permit valid until: 19/4/2003
22950
512595/G A

General Director of General Security
For him the head of the Arab, Foreigners and Special Categories Department
General Dalal Rahbani (signature and seal)

April 20, 2002

| Stamps pasted on an attached card |
| 1,800,000 L.P. |

**Republic of Lebanon**
**Ministry of the Interior**
**General Security**

**Sojourn Permit**

In case of change of residence, the Foreigners Department should be notified within seven days.

Mr. JAMES ALLAN PRATT
of American nationality
shall be authorized to work in Lebanon as an administrative manager for health affairs
at Radian International L.L.C. represented by its attorney, lawyer Najib Lyan
in Beirut
starting from 27/3/2002 until 26/3/2003

Renewal (gratis)
(first category)

Head of Foreigners Labor Control Department
Farouk Rizk (signature and seal)

*Seal of the Foreigners Labor Control Department

Specimen 15/1/A-3

March 27, 2002

* The renewal application shall be submitted one month before the expiration of the sojourn.

**C.D.S. 512575 Date: 20/4/2002**
**Name: PRATT James Allan**

**(Financial stamps amounting to 1,800,000 L.P.)**

**\* Seal of the Arab and Foreigners Department at the General Directorate of General Security**

File number:

Surname:

Name:

Father's name:

Mother's name:

Place and date of birth:

Nationality:

Occupation:

Measures:

Document:

Date of permit drafting:

Remarks:

Specimen number 193 A/78

Republic of Lebanon
Ministry of Labor

Workforce Service
Foreigners Labor Control Department

File number: 26078

Work permit number 4269/2002 (renewal)
Delivered to Mr. James Allan Pratt
Of American nationality
Beirut on March 17, 2003

Head of Foreigners Labor Control Department
Farouk Rizk (signature and seal)

-Notice-
   1- It is strictly forbidden to hire a foreigner who does not hold the work
      permit stipulated in article 59 of the Labor Law and in articles 6 and 25
      of April 10, 1962 law.
   2- The foreigners is strictly forbidden to practice another work than the one
      mentioned in the present permit.
   3- In case of contravention, the law of September 17, 1962 shall be applied.

**Republic of Lebanon**
**Ministry of the Interior**
**General Security**

**Sojourn Permit**

In case of change of residence, the Foreigners Department should be notified within seven days.

Surname: **PRATT**
Name: **JAMES ALLAN**
Father's name: **DONALD**
Mother's name: **HILDA**
Nationality: **American**
Year of birth: **1970**
Occupation: **administrative manager for health affairs**
Passport number: **132902707**
Issuance date: **1999**
Address: **Ashrafieh, Habib Bacha Al-Saad street, at Radian International**
Document: **work permit 1104/2000**
Tel: **01/616616**

Sojourn Permit valid until: **21/3/2001**
**1213**
**372381/G A**

**General Director of General Security**
**For him the head of the Arab and Foreigners Department**
**General Mounir Tohmeh (signature and seal)**

**March 22, 2000**

| Stamps pasted on an attached card |
|---|
| 1,500,000 L.P. |

Republic of Lebanon
Ministry of Labor

Workforce Service
Foreigners Labor Control Department

File number: 26078

Work permit number 1104/A 2000
Delivered to Mr. James Allan Pratt
Of American nationality
Beirut on February 28, 2000

Head of Foreigners Labor Control Department
Marlene Atallah (signature and seal)

Notice-
1- It is strictly forbidden to hire a foreigner who does not hold the work permit stipulated in article 59 of the Labor Law and in articles 6 and 25 of April 10, 1962 law.
2- The foreigners is strictly forbidden to practice another work than the one mentioned in the present permit.
3- In case of contravention, the law of September 17, 1962 shall be applied

Mr. JAMES ALLAN PRATT
of American nationality
shall be authorized to work in Lebanon as an administrative manager for health affairs
at Radian International L.L.C. / Amin Tanious Bou Anak
in Beirut
starting from 28/2/2000 until 27/2/2001

Renewal (gratis)

Head of Foreigners Labor Control Department
Marlene Atallah (signature and seal)

*Seal of the Foreigners Labor Control Department

Specimen 15/1/A-3

Republic of Lebanon
Ministry of Labor

Workforce Service
Foreigners Labor Control Department

File number: 26077

Work permit number 1103/A 2000
Delivered to Mr. Trussel James Buchanan
Of American nationality
Beirut on February 28, 2000

Head of Foreigners Labor Control Department
Marlene Atallah (signature and seal)

-Notice-
1- It is strictly forbidden to hire a foreigner who does not hold the work permit stipulated in article 59 of the Labor Law and in articles 6 and 25 of April 10, 1962 law.
2- The foreigners is strictly forbidden to practice another work than the one mentioned in the present permit.
3- In case of contravention, the law of September 17, 1962 shall be applied

Mr. TRUSSEL JAMES BUCHANAN
of American nationality
shall be authorized to work in Lebanon as an administrative manager for health affairs
at Radian International L.L.C. / Amin Tanious Bou Anak
in Beirut
starting from 28/2/2000 until 27/2/2001

Renewal (gratis)

Head of Foreigners Labor Control Department
Marlene Atallah (signature and seal)

*Seal of the Foreigners Labor Control Department

Specimen 15/1/A-3

**Republic of Lebanon**
**Ministry of the Interior**
**General Security**

**Sojourn Permit**

In case of change of residence, the Foreigners Department should be notified within seven days.

Surname: TRUSSEL - JR
Name: JAMES BUCHANAN
Father's name: JAMES TRUSSEL
Mother's maiden name: ROSA LINDA DURHAM
Nationality: American
Year of birth: 1962
Occupation: administrative manager for health affairs
Passport number: 082612538
Issuance date: 1991
Address: Ashrafieh, Habib Bacha Al-Saad street, at Radian International
Document: work permit 1103/2000
Tel: 01/616616

Sojourn Permit valid until: 21/3/2001
12114
372382/G A

General Director of General Security
For him the head of the Arab and Foreigners Department
General Mounir Tohmeh (signature and seal)

March 22, 2000

| Stamps pasted on an attached card |
| 1,500,000 L.P. |







GRATIS

PERMIS DE TRAVAIL No.

Delivré a

Mr.

de nationalité

profession

**AVIS**

1 - Il est interdit à toute personne d'employer
un étranger non muni d'un Permis de
Travail conformément à l'article 59 du
code du travail et les articles 625 de la loi
du 10 Juillet 1962.

2 - Il est interdit à tout étranger d'exercer un
travail autre que celui mentionné dans le
présent permis de travail.

3 - En cas d'inobservation, l'article du 17
Septembre 1962 sera appliquée.







Mr. JAMES ALLAN

de nationalité Américain

est autorisé à travailler au Liban en qualité de

Renouvellement



RÉPUBLIQUE FRANÇAISE
MINISTÈRE DU TRAVAIL

SERVICE DU TRAVAIL O DELIVRE

BUREAU DU CONTROLE
DE TRAVAIL DES ÉTRANGERS

PERMIS DE TRAVAIL No.

Délivré à

Mr.

de nationalité

Profession

AVIS



Work Permit
John

بطاقة مصالحة تأكيد تابعية ٢٠٠٤/٢/١٩
Validité de séjour jusqu'au ١٩/٤/٢٠٠٤
٤٨٩١١
١٤/٠٩٤٢٤٢

NOM : PRATT                الإســـــــم :
Prénom: JAMES ALLAN        الشهــرة :
Père : DONALD              اسم الأب :
Mère : HILDA               اسم وشهرة الأم :
Nat. : أمريكية            الجنســـية :
Naiss. : ١٩٧٥              الـــــولادة :
Prof. : مدير إداري لشئون البحر   المهنــة :
Fam. :                    الوضع العائلي :
Pass. : 13290277          رقم الوثيقة :
Date : 99                 تاريخ إصدارها :
Lieu :                    مكان إصدارها :

العنوان : الشركة عامة للسقطري
لوريشة ودبان للتشغيل
والصيانة

المستند : إجازة عمل ١٠.٢      Doc. : المهلة قبل ١.٢
١٢٦٦١٦ : تسهيل ٥.٢١.٢٠٤ ب





# EXHIBIT F
# PART 2

NOM : PKALE

Prenom: JASSALON

Père : ADNACO

Mère : HILDA

Nat. :

Naiss. : 1970

Prof. :

Fam. :

Pass. : 1329027

Date : 99

Lieu :

Adr. :

Doc. :

Validité de séjour jusqu'au  1 9. APR. 2003

LE DIRECTEUR GÉNÉRAL

الجمهورية اللبنانية

وزارة الداخلية

للمديرية العامة للأمن العام

RÉPUBLIQUE LIBANAISE
SÛRETÉ GÉNÉRALE

في حال تغيير محل الإقامة إبلاغ
دائرة الأجانب ضمن مهلة سبعة أيام

En cas de changement du lieu de
résidence, avertir le département des
étrangers dans un délai de sept jours.

جواز إقامة

Permis de séjour



M. _James Allan Pratt_
de nationalité _American_
est autorisé à travailler au Liban en qualité de

Renouvellement:    تجديد

GRATIS    GRATIS

رقم الملف : ................

الشهرة : ................

الاسم : ................

اسم الاب : ................    اسم الام : ................

محل الولادة وتاريخها : ................    الجنسية : ................

المهنة : ................

التدابير : ................

المستند : ................

تاريخ تنظيم البطاقة : ................

ملاحظات : ................

النموذج رقم ١٦٣/٢/٧٨

REPUBLIQUE LIBANAISE
MINISTERE DU TRAVAIL
SERVICE DE LA MAIN D'ŒUVRE
BUREAU DU CONTROLE
DE TRAVAIL DES ETRANGERS

الجمهورية اللبنانية
وزارة العمل
مصلحة القوى العاملة
دائرة مراقبة عمل الاجانب

رقم الملف ٨٨٨ .

إجازة عمل رقم ٤٨٩

PERMIS DE TRAVAIL No.    ٤ ٢٦٩ - ٢٠٠٢

Délivré à    منحت الى

Mr.: السيد جيمس الدن بات

de nationalité: من الجنسية: الامريكية

Beyrouth, le    بيروت في : ٢٧ تموز ٢٠٠٢

رئيس دائرة مراقبة عمل الاجانب

تنبيه –
يمنع على كل شخص أن يستخدم اجنبياً لا يحمل
الترخيص عملاً في المادة ٥٩ من قانون
وزارة ٢٣ من قانون ١٠ تموز ١٩٦٢.
يمنع أن يمارس غير العمل المحدد له في
هذه تطبق احكام قانون ١٧ ايلول ١٩٦٢.

-AVIS-

1- Il est interdit à toute personn
un étranger non muni d'u
Travail conformément à l':
code du travail et les articles
du 10 Juillet 1962.

2- Il est interdit à tout étranger
travail autre que celui menti
présent permis de travail.

3- En cas d'inobservation, la
Septembre 1962 sera appliqu















REPUBLIQUE LIBANAISE
SÛRETÉ GÉNÉRALE

Permis de séjour

En cas de changement du lieu de
résidence, avertir le département des
étrangers dans un délai de sept jours.



# EXHIBIT G



## LIBANO-SUISSE S.A.L.
### INSURANCE COMPANY

# SCHEDULE

| BRANCH | POLICY NO | CURRENCY | TYPE OF INSURANCE |
|--------|-----------|----------|-------------------|
| LEBANON | EE/99/166 | US DOLLARS | Plant and Machinery. |

Incorporated in this policy is Questionnaire and Proposal dated 25/04/1999.

The policy cover is as per Munich Re Contractor's Plant & Machinery policy wording and endorsements.
This policy is reinsured by the following reinsurers :
- Munich Re - Germany   : 94.27%
- Employers Re - U.S.A  : 5.73%
It is agreed and understood that this policy covers damages due to explosion of munitions discovered on the site.

The following endorsements are attached to and form part of this Policy :
- Year 2000 exclusion clause.

Annual Premium US$ 22,050.-
(inclusive of extra premiums for the above-mentioned endorsements

| Name and address of Insured | |
|---|---|
| Name | Radian International LLC. |
| Adddress | Beirut Central District - Lebanon |

| Address of Risk | |
|---|---|
| | Normandy Landfill.<br>Beirut Central District - Lebanon. |

| Inception date | Policy due date/expiry | Date of Today | Old Policy No |
|----------------|------------------------|---------------|---------------|
| July 1, 1999 | July 1, 2000 | July 14, 1999 | — |

## Specification of Insured Items

| Item No | DESCRIPTION OF ITEMS | QUANTITY | DEDUCTIBLES | ESTIMATED SUM INSURED |
|---------|---------------------|----------|-------------|----------------------|
| | To be advised as soon as available on site.<br><br>Temporary Main Site Office and Contents located at Southeast entrance of Normandy Site : USD 150,000.-<br><br>Temporary Site Offices and Storage Containers and their Contents located inside the Phase 2 area of the site : USD 100,000.-<br><br>Waiver of subrogation in favour of the employer and the construction manager. | | 5 pct of the loss amount with a minimum of USD 2,500.- & a maximum of USD 25,000.- each and every loss. | $ 4 500 000.00 |
| | | TOTAL SUM INSURED | | $ 4 500 000.00 |

This  1st        day of        December                    1999



# LIBANO-SUISSE S.A.L.

## INSURANCE COMPANY

### R.C.B. 7533

CAPITAL 4,050,000,000 LEBANESE POUNDS FULLY PAID UP

AUTHORIZED BY DECREE NO. 10708
DATED 24/4/59 AND REGISTERED AT
THE MINISTRY OF NATIONAL ECONOMY
SUB. NO. 77

# Contractors' Plant and Machinery Insurance Policy No EE/99/166

**Whereas the Insured** named in the Schedule hereto has made to the LIBANO-SUISSE S.A.L - INSURANCE COMPANY (hereinafter called "the Insurers") a written proposal by completing a Questionnaire which together with any other statements made in writing by the insured for the purpose of this policy is deemed to be incorporated herein.

**Now this policy of Insurance witnesses** that subject to the insured having paid to the Insurers the premium mentioned in the Schedule and subject to the terms, exclusions, provisions and conditions contained herein or endorsed hereon.

**The Insurers hereby agree** with the Insured that if at any time during the period of insurance stated in the Schedule or during any subsequent period for which the Insured pays and the Insurers may accept the premium for the renewal of this Policy, the items (or any part thereof) entered in the Schedule, whilst at the location or in the geographical area mentioned therein, suffer any unforseen and sudden physical loss or damage from any cause not specifically excluded in a manner necessitating repair or replacement.

**The Insurers will indemnify** the Insured in respect of such loss or damage as hereinafter provided by payment in cash, replacement or repair (at their own option) up to an amount not exceeding in any one year of insurance in respect of each of the items specified in the Schedule the sum set opposite thereto and not exceeding in all the total sum expressed in the Schedule as insured hereby.

This policy shall apply whether the insured items are at work or at rest, or being dismantled for the purpose of cleaning or overhauling, or in the course of the aforesaid operations themselves, or in the course of subsequent re-erection, but in any case only after successful commissioning.



1



**LIBANO-SUISSE S.A.L.**
INSURANCE COMPANY

# General Conditions

1. The due observance and fulfilment of the terms of this policy in so far as they relate to anything to be done or complied with by the insured and the truth of the statements and answers in the questionnaire and proposal made by the insured shall be a condition precedent to any liability of the Insurers.

2. The Schedule shall be deemed to be incorporated in and form part of this policy and the expression "this policy" wherever used in this contract shall be read as including the Schedule. Any word or expression to which a specific meaning has been attached in any part of this Policy or of the Schedule shall bear such meaning wherever it may appear.

3. The Insured shall at his own expense take all reasonable precautions and comply with all reasonable recommendations of the Insurers to prevent loss or damage and comply with statutory requirements and manufacturers recommendations.

4. a) Representatives of the Insurers shall at any reasonable time have the right to inspect and examine the risk and the Insured shall provide the representatives of the Insurers with all details and information necessary for the assessment of the risk.
   b) The Insured shall immediately notify the Insurers by telegram and in writing of any material change in the risk and cause at his own expense such additional precautions to be taken as circumstances may require, and the scope of cover and/or premium shall, if necessary, be adjusted accordingly.
   No material alteration shall be made or admitted by the Insured whereby the risk is increased, unless the continuance of the insurance is confirmed in writing by the Insurers.

5. In the event of any occurrence which might give rise to a claim under this policy, the Insured shall
   a) immediately notify the Insurers by telephone or telegram as well as in writing, giving an indication as to the nature and extent of the loss or damage;
   b) take all reasonable steps within his power to minimize the extent of the loss or damage;
   c) preserve the parts affected and make them available for inspection by a representative or surveyor of the Insurers;
   d) furnish all such information and documentary evidence as the Insurers may require;
   e) inform the police authorities in the case of loss or damage due to theft or burglary.
   The Insurers shall on no account be liable for loss or damage of which no notice has been received by the Insurers within 14 days of its occurrence.
   Upon notification being given to the Insurers under this condition, the Insured may carry out repairs of any minor damage or replace items which have sustained any minor damage; in all other cases a representative of the Insurers shall have the opportunity of inspecting the loss or damage before any repairs or alterations are effected. If a representative of the insurers does not carry out the inspection within a period of time which could be considered adequate under the circumstances, the insured shall be entitled to proceed with the repairs or replacement. Nothing contained herein shall prevent the Insured from taking such steps as are absolutely necessary for the upkeep of operations at the respective construction site. The liability of the Insurers under this policy in respect of any item sustaining damage shall cease if said item is not repaired properly without delay.



## LIBANO-SUISSE S.A.L.
### INSURANCE COMPANY

6. The Insured shall at the expense of the Insurers do and concur in doing and permit to be done all such acts and things as may be necessary or required by the Insurers in the interest of any rights or remedies, or of obtaining relief or indemnity from parties (other than those insured under this Policy) to which the Insurers are or would become entitled or which is or would be subrogated to them upon their paying for or making good any loss or damage under this Policy, whether such acts and things are or become necessary or required before or after the Insured's indemnification by the Insurers.

7. If any difference arises as to the amount to be paid under this Policy (liability being otherwise admitted), such difference shall be referred to the decision of an arbitrator to be appointed in writing by the parties in difference or, if they cannot agree upon a single arbitrator, to the decision of two arbitrators, one to be appointed in writing by each of the parties within one calender month after having been required in writing so to do by either of the parties, or in case the arbitrators do not agree, of an umpire to be appointed in writing by the arbitrators before the latter enter upon the reference. The umpire shall sit with the arbitrators and preside at their meetings. The making of an award shall be a condition precedent to any right of action against the Insurers.

8. a. If the proposal or declaration of the insured is untrue in any material respect, or if any claim made is fraudulent or substantially exaggerated, or if any false declaration or statement is made in support thereof, then this policy shall be void and the Insurers shall not be liable to make any payment hereunder.

b) In the event of the insurers disclaiming liability in respect of any claim and if an action or suit is not commenced within three months after such disclaimer or (in the case of arbitration taking place in pursuance of Condition 7 of this Policy) within three months after the arbitrators or umpire have made their award, all benefit under this Policy in respect of such claim shall be forfeited.

9. This policy may be terminated at the request of the Insured at any time, in which case the Insurers will retain the customary short-period rate for the time this policy has been in force. This policy may equally be terminated at the option of the Insurers by seven days' notice to that effect being given to the insured, in which case the Insurers will be liable to repay on demand a rateable proportion of the premium for the unexpired term from the date of cancellation less any reasonable inspection charges the Insurers may have incurred.

10. If at the time any claim arises under the Policy there is any other insurance covering the same loss or damage, the Insurers shall not be liable to pay or contribute more than their rateable proportion of any claim for such loss or damage.



3



## LIBANO-SUISSE S.A.L.
INSURANCE COMPANY

# Provisions

**Memo 1 - Sum Insured**

It shall be a requirement of this Policy that the sum insured is equal to the cost of replacement of the insured items by new items of the same kind and capacity, which means their cost of replacement including, eg, freight, customs duties and dues, if any, and cost of erection.

If the sum insured is less than the amount required to be insured, the Insurers shall pay only in such proportion as the sum insured bears to the amount required to be insured. Every item if more than one shall be subject to this condition separately.

**Memo 2 - Basis of Loss Settlement**

In the event of any loss or damage the basis of any settlement under this policy shall be as follows :

a. In cases where damage to an insured item can be repaired - the insurers shall pay expenses necessarily incurred to restore the damaged item to its former state of serviceability plus the cost of dismantling and re-erection incurred for the purpose of effecting the repairs as well as ordinary freight to and from a repairshop, customs duties and dues, if any, to the extent such expenses have been included in the sum insured. If the repairs are executed at a workshop owned by the Insured, the Insurers shall pay the cost of materials and wages incurred for the purpose of the repairs plus a reasonable percentage to cover overhead charges.

No deduction shall be made for depreciation in respect of parts replaced, but the value of any salvage shall be taken into account.

If the cost of repairs as detailed hereinabove equals or exceeds the actual value of the insured item immediately before the occurrence of the damage, the item shall be regarded as destroyed and settlement shall be made on the basis provided for in b below.

b. In cases where an insured item is destroyed the Insurers shall pay the actual value of the item immediately before the occurrence of the loss, including charges for ordinary freight, cost of erection, customs duties, if any, provided such expenses have been included in the sum insured, such actual value to be calculated by deducting proper depreciation from the replacement value of the item. The value of any salvage shall be taken into account.

4



**LIBANO-SUISSE S.A.L.**
INSURANCE COMPANY

Any extra charges incurred for overtime, nightwork, work on public holidays, and express freight shall be covered by this Policy only if especially agreed in writing.

The cost of any alterations, additions, improvements or overhauls shall not be recoverable under this Policy.

The cost of any provisional repairs shall be borne by the Insurers if such repairs constitute part of the final repairs and do not increase the total cost of repair.

The amount payable by the Insurers according to the above-mentioned provisions shall be reduced by the deductible stated in the Schedule. The Insurers shall make payments only after being satisfied by production of the necessary bills and documents that the repairs have been effected or replacement has taken place, as the case may be.

5



## LIBANO-SUISSE S.A.L.
### INSURANCE COMPANY

# Exclusions

The Insurers shall not be liable for

a. the deductible stated in the schedule to be borne by the insured in any one occurrence; if more than one item is lost or damaged in one occurrence, the Insured shall not, however, be called upon to bear more than the highest single deductible applicable to such items;

b. loss or damage due to electrical or mechanical breakdown, failure, breakage or derangement, freezing of coolant or other fluid, defective lubrication or lack of oil or coolant, but if as a consequence of such breakdown or other derangement an accident occurs causing external damage, such consequential damage shall be indemnifiable.

c. loss of or damage to replaceable parts and attachments such as bits, drills, knives or other cutting edges, saw blades, dies, moulds, patterns, pulverizing and crushing surfaces, screens and sieves, ropes, belts, chains, elevator and conveyor bands, batteries, tyres, connecting wires and cables, flexible pipes, jointing and packing material regularly replaced;

d. loss or damage due to explosion of any boiler or pressure vessel subject to internal steam or fluid pressure or of any internal combustion engine;

e. Loss of or damage to vehicles designed and licensed for general road use unless these vehicles are exclusively used on construction sites;

f. loss of or damage to waterborne vessels or craft;

g. loss or damage due to total or partial immersion in tidal waters;

h. loss or damage whilst in transit unless otherwise agreed by endorsement;

i. loss or damage as a direct consequence of the continual influence of operation eg wear and tear, corrosion, rust, deterioration due to lack of use and normal atmospheric conditions);

k. loss or damage occurring whilst any insured item is undergoing a test of any kind or is being used in any manner or for any purpose other than that for which it was designed;

l. loss of or damage to plant and/or machinery working underground unless otherwise agreed by endorsement;

m. loss or damage directly or indirectly caused by, or arising out of, or aggravated by war, invasion, act of foreign enemy, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, mutiny, riot, strike, lock-out, civil commotion, military or usurped power, a group of malicious persons or persons acting on behalf of or in connection with any political organization, conspiracy, confiscation, commandeering, requisition or destruction or damage by order of any government de jure or de facto or by any public authority;

n. loss or damage directly or indirectly caused by or arising out of or aggravated by nuclear reaction, nuclear radiation or radioactive contamination;

o. loss or damage due to any faults or defects existing at the time of commencement of this policy within the knowledge of the insured or his representatives, whether such faults or defects were known to the insurers or not;

p. loss or damage directly or indirectly caused by or arising out of or aggravated by the wilful act or wilful negligence of the insured or his representatives;

q. loss or damage for which the supplier or manufacturer is responsible either by law or under contract;

r. consequential loss or liability of any kind or description;

s. loss or damage discovered only at the time of taking an inventory or during routine servicing. In any action, suit or other proceeding where the insurers allege that by reason of the provisions of exclusions m-q above any loss, destruction or damage is not covered by this policy, the onus of proving that such loss, destruction or damage is covered shall be upon the insured.



**LIBANO-SUISSE S.A.L.**
INSURANCE COMPANY

## YEAR 2000 EXCLUSION CLAUSE
## CASUALTY

This insurance will not apply to any damage, bodily injury or consequential loss of whatsoever nature, directly or indirectly caused by or consisting of or arising from the failure of any computer, data processing equipment or media, microship, integrated circuit or similar device or any computer, software, whether the property of the insured or not, and whether occurring before, during or after the year 2000

(I)    correctly to recognise any date as its true calendar date and/or

(II)   to capture, save or retain, and/or correctly to manipulate, interpret or processing data or information or command or instruction as a result of treating any date otherwise than as its true calendar and/or

(III)  to capture save retain or correctly to process any data as a result of the operation of any command which has been programmed into a computer software, being a command which causes the loss of data or the inability to capture, save, retain or correctly process such data on or after any date.



# SCHEDULE

| BRANCH | POLICY NO | CURRENCY | TYPE OF INSURANCE |
|--------|-----------|----------|-------------------|
| LEBANON | EE/00/186 | US DOLLARS | Plant and Machinery. |

Incorporated in this policy is Questionnaire and Proposal dated 25/04/1999.

The policy cover is as per Munich Re Contractor's Plant & Machinery policy wording and endorsements.
This policy is reinsured by the following reinsurers :
- Munich Re - Germany  : 94.27%
- Employers Re - U.S.A  : 5.73%
It is agreed and understood that this policy covers damages due to explosion of munitions discovered ● the site.

The following endorsements are attached to and form part of this Policy :

Annual Premium: As agreed.
(inclusive of extra premiums for the above-mentioned endorsements

| Name and address of Insured | |
|---|---|
| Name | Radian International LLC. |
| Adddress | Beirut Central District - Lebanon |

| Address of Risk | Normandy Landfill.<br>Beirut Central District - Lebanon. |
|---|---|

| Inception date | Policy due date/expiry | Date of Today | Old Policy No |
|----------------|------------------------|---------------|---------------|
| 01/07/2000 | 01/07/2001 | 17/07/2000 | EE/99/166 |

## ● Specification of Insured Items

| Item No | DESCRIPTION OF ITEMS | QUANTITY | DEDUCTIBLES | ESTIMATED SUM INSURED |
|---------|----------------------|----------|-------------|------------------------|
| | As per List Herewith enclosed &/Or forthcoming equipment as soon as available on site.<br><br>Temporary Main Site Office and Contents located at Southeast entrance of Normandy Site : USD 150,000.-<br>Temporary Site Offices and Storage Containers and their Contents located inside the Phase 2 area of the site : USD 100,000.-<br><br>Waiver of subrogation in favour of the employer and the construction manager. | | 5 pct of the loss amount with a minimum of USD 2,500.- & a maximum of USD 25,000.- each and every loss. | As agreed. |
| | | | TOTAL SUM INSURED | As agreed. |
| | | | 2000 | |

This  17th    day of    July

18.7.2000



**LIBANO-SUISSE S.A.L**
Société d'Assurances
depuis 1959

Capital: 4.050.000.000 L.L.
entièrement versé
R.C.B. 7533
Autorisé par décret No. 10708
Daté le 24/4/59 et enregistré
au Ministère de l'Economie Nationale
Sub. No. 77

Kantari, Imm. Commerce & Finance
B.P. 11-3821 Beyrouth - Liban
Tél: (961.1) 364461, 374900
Fax: (961.1) 368724
E-mail: insure@libano-suisse.com
Website: www.libano-suisse.com
Hotline: (01) 367222, 367999

# Contractors' Plant and Machinery Insurance Policy EE/00/186

**Whereas the Insured** named in the Schedule hereto has made to the LIBANO-SUISSE S.A.L - INSURANCE COMPANY (hereinafter called "the Insurers") a written proposal by completing a Questionnaire which together with any other statements made in writing by the insured for the purpose of this policy is deemed to be incorporated herein.

**Now this policy of Insurance witnesses** that subject to the insured having paid to the Insurers the premium mentioned in the Schedule and subject to the terms, exclusions, provisions and conditions contained herein or endorsed hereon.

**The Insurers hereby agree** with the Insured that if at any time during the period of insurance stated in the Schedule or during any subsequent period for which the Insured pays and the Insurers may accept the premium for the renewal of this Policy, the items (or any part thereof) entered in the Schedule, whilst at the location or in the geographical area mentioned therein, suffer any unforeseen and sudden physical loss or damage from any cause not specifically excluded in a manner necessitating repair or replacement.

**The Insurers will indemnify** the Insured in respect of such loss or damage as hereinafter provided by payment in cash, replacement or repair (at their own option) up to an amount not exceeding in any one year of insurance in respect of each of the items specified in the Schedule the sum set opposite thereto and not exceeding in all the total sum expressed in the Schedule as insured hereby.

This policy shall apply whether the insured items are at work or at rest, or being dismantled for the purpose of cleaning or overhauling, or in the course of the aforesaid operations themselves, or in the course of subsequent re-erection, but in any case only after successful commissioning.

18.7.2000



# General Conditions

1. The due observance and fulfilment of the terms of this policy in so far as they relate to anything to be done or complied with by the insured and the truth of the statements and answers in the questionnaire and proposal made by the insured shall be a condition precedent to any liability of the Insurers.

2. The Schedule shall be deemed to be incorporated in and form part of this policy and the expression "this policy" wherever used in this contract shall be read as including the Schedule. Any word or expression to which a specific meaning has been attached in any part of this Policy or of the Schedule shall bear such meaning wherever it may appear.

3. The Insured shall at his own expense take all reasonable precautions and comply with all reasonable recommendations of the Insurers to prevent loss or damage and comply with statutory requirements and manufacturers recommendations.

4. a)Representatives of the Insurers shall at any reasonable time have the right to inspect and examine the risk and the Insured shall provide the representatives of the Insurers with all details and information necessary for the assessment of the risk.

   b)The Insured shall immediately notify the Insurers by telegram and in writing of any material change in the risk and cause at his own expense such additional precautions to be taken as circumstances may require, and the scope of cover and/or premium shall, if necessary, be adjusted accordingly.

   No material alteration shall be made or admitted by the Insured whereby the risk is increased, unless the continuance of the insurance is confirmed in writing by the Insurers.

5. In the event of any occurrence which might give rise to a claim under this policy, the Insured shall

   a)immediately notify the Insurers by telephone or telegram as well as in writing, giving an indication as to the nature and extent of the loss or damage;

   b)take all reasonable steps within his power to minimize the extent of the loss or damage;

   c)preserve the parts affected and make them available for inspection by a representative or surveyor of the Insurers;

   d)furnish all such information and documentary evidence as the Insurers may require;

   e)inform the police authorities in case of loss or damage due to theft or burglary.

   The Insurers shall on no account be liable for loss or damage of which no notice has been received by the Insurers within 14 days of its occurrence.

   Upon notification being given to the Insurers under this condition, the Insured may carry out the repairs or replacement of any minor damage; in all other cases a representative of the Insurers shall have the opportunity of inspecting the loss or damage before any repairs or alterations are effected. if a representative of the insurers does not carry out the inspection within a period of time which could be considered adequate under the circumstances, the insured shall be entitled to proceed with the repairs or replacement.

   Nothing contained herein shall prevent the Insured from taking such steps as are absolutely necessary for the upkeep of operations at the respective construction site. The liability of the Insurers under this policy in respect of any item sustaining damage shall cease if said item is not repaired properly without delay.



6. The Insured shall at the expense of the Insurers do and concur in doing and permit to be done all such acts and things as may be necessary or required by the Insurers in the interest of any rights or remedies, or of obtaining relief or indemnity from parties (other than those insured under this Policy) to which the Insurers are or would become entitled or which is or would be subrogated to them upon their paying for or making good any loss or damage under this Policy, whether such acts and things are or become necessary or required before or after the Insured's indemnification by the Insurers.

7. If any difference arises as to the amount to be paid under this Policy (liability being otherwise admitted), such difference shall be referred to the decision of an arbitrator to be appointed in writing by the Insurers in difference or, if they cannot agree upon a single arbitrator, to the decision of two arbitrators, one to be appointed in writing by each of the parties within one calendar month after having been required in writing so to do by either of the parties, or in case the arbitrators do not agree, of an umpire to be appointed in writing by the arbitrators before the latter enter upon the reference. The umpire shall sit with the arbitrators and preside at their meetings. The making of an award shall be a condition precedent to any right of action against the Insurers.

8. If the proposal or declaration of the insured is untrue in any material respect, or if any claim made is fraudulent or substantially exaggerated, or if any false declaration or statement is made in support thereof, then this policy shall be void and the Insurers shall not be liable to make any payment hereunder.

b) In the event of the insurers disclaiming liability in respect of any claim and if an action or suit is not commenced within three months after such disclaimer or (in the case of arbitration taking place in pursuance of Condition 7 of this Policy) within three months after the arbitrators or umpire have made their award, all benefit under this Policy in respect of such claim shall be forfeited.

9. This policy may be terminated at the request of the Insured at any time, in which case the Insurers will retain the customary short-period rate for the time this policy has been in force. This policy may equally be terminated at the option of the Insurers by seven days' notice to that effect being given to the insured, in which case the Insurers will be liable to repay on demand a rateable proportion of the premium for the unexpired term from the date of cancellation less any reasonable inspection charges the Insurers may have incurred.

10. If at the time any claim arises under the Policy there is any other insurance covering the same loss, damage, the Insurers shall not be liable to pay or contribute more than their rateable proportion of any claim for such loss or damage.



# Provisions

**Memo 1 - Sum Insured**

It shall be a requirement of this Policy that the sum insured is equal to the cost of replacement of the insured items by new items of the same kind and capacity, which means their cost of replacement including eg. freight, customs duties and dues, if any, and cost of erection.

If the sum insured is less than the amount required to be insured, the Insurers shall pay only in such proportion as the sum insured bears to the amount required to be insured. Every item if more than one shall be subject to this condition separately.

**Memo 2 - Basis of Loss Settlement**

In the event of any loss or damage the basis of any settlement under this policy shall be as follows :

a. In cases where damage to an insured item can be repaired - the insurers shall pay expenses necessarily incurred to restore the damaged item to its former state of serviceability plus the cost of dismantling and re-erection incurred for the purpose of effecting the repairs as well as ordinary freight to and from a repair shop, customs duties and dues, if any, to the extent such expenses have been included in the sum insured. If the repairs are excluded at a workshop owned by the Insure, the Insurers shall pay the cost of materials and wages incurred for the purpose of the repairs plus a reasonable percentage to cover overhead charges.

No deduction shall be made for depreciation in respect of parts replaced, but the value of any salvage shall be taken into account.

If the cost repairs as detailed herein above equals or exceeds the actual value of the insured item immediately before the occurrence of the damage, the item shall be regarded as destroyed and settlement shall be made on the basis provided for in b below.

b. In cases where an insured item is destroyed - the Insurers shall pay the actual value of the item immediately before the occurrence of the loss, including charges for ordinary freight, cost of erection, customs duties, if any provided such expenses have been included in the sum insured, such actual value to be calculated by deducting proper depreciation from the replacement value of the item. The value of any salvage shall be taken into account.



Any extra charges incurred for overtime, nightwork, work on public holidays, and express freight shall be covered by this Policy only if especially agreed in writing.

The cost of any alterations, additions, improvements or overhauls shall not be recoverable under this Policy.

The cost of any provisional repairs shall be borne by the Insurers if such repairs constitute part of the final repairs and do not increase the total cost of repair.

The amount payable by the Insurers according to the above-mentioned provisions shall be reduced by the deductible stated in the Schedule. The Insurers shall make payments only after being satisfied by production of the necessary bills and documents that the repairs have been effected or replacement has taken place, as the case may be.



## Exclusions

The Insurers shall not be liable for

a. the deductible stated in the schedule to be borne by the insured in any one occurrence; if more than one item is lost or damaged in one occurrence, the Insured shall not, however, be called upon to bear more than the highest single deductible applicable to such items;

b. loss or damage due to electrical or mechanical breakdown, failure, breakage or derangement, freezing of coolant or other fluid, defective lubrication or lack of oil or coolant, but if as a consequence of such breakdown or other derangement an accident occurs causing external damage, such consequential damage shall be indemnifiable.

c. loss of or damage to replaceable parts and attachments such as bits, drills, knives or other cutting edges, saw blades, dies, moulds, patters, pulverizing and crushing surfaces, screens and selves, ropes, belts, chains, elevator and conveyor bands, batteries, tyres, connecting wires and cables, flexible pipes, jointing and packing material regularly replaced;

d. loss or damage due to explosion of any boiler or pressure vessel subject to internal steam or fluid pressure or of any internal combustion engine;

e. Loss of or damage to vehicles designed and licensed for general road use unless these vehicles are exclusively used on construction sites;

f. loss of or damage to waterborne vessels or craft.;

g. loss or damage due to total or partial immersion in tidal waters;

h. loss or damage whilst in transit unless otherwise agreed by endorsement;

i. loss or damage as a direct consequence of the continual influence or operation 9 eg wear and tear, corrosion, rust, deterioration due to lack of use and normal atmospheric conditions);

k. loss or damage occurring whilst any insured item is undergoing a test of any king or is being used in any manner or for any purpose other than that for which it was designed;

l. loss of or damage to plant and/or machinery working underground unless otherwise agreed by endorsement.

m. loss or damage directly or indirectly caused by, or arising out of, or aggravated by war invasion, act of foreign enemy, hostilities (whether war be declared or not), civil war rebellion, revolution, insurrection, mutiny, riot strike, lock-out, civil commotion, military or usurped power, a group of malicious persons or persons acting on behalf of or in connection with any political organisation, conspiracy confiscation, commandeering, requisition or destruction or damage by order of any government de jure or de facto or by any public authority;

n. loss or damage directly or indirectly caused by or arising out of or aggravated by nuclear reaction, nuclear radiation or radioactive contamination;

o. loss or damage due to any faults or defects existing at the time of commencement of this policy within the knowledge of the insured or his representatives, whether such faults or defects were known to the insurers or not;

p. loss or damage directly or indirectly caused by or arising out of or aggravated by the wilful act of wilful negligence of the insured or his representatives;

q. loss or damage for which the supplier or manufacturer is responsible either by law or under contact;

r. consequential loss or liability of any kind or description;

s. loss or damage discovered only at the time of taking an inventory or during routine servicing In any action, suit or other proceeding where the insurers allege that by reason of the provisions of exclusions m-q above any loss, destruction or damage is not covered by this policy, the onus of proving that such loss, destruction or damage is covered shall be upon the insured.



ATTACHING TO AND FORMING PART OF GUARANTEE NO EE/03/186

| CLASS | : | Plant & Machinery | |
|---|---|---|---|
| ASSURED | : | Radian International LLC | |
| PERIOD | : | From 01/10/2004 till 01/01/2005. | Endorsement No : 02/04 |

It is agreed and understood that otherwise subject to the terms, exclusions, provisions and conditions contained in the policy or endorsed hereon, this endorsement is issued in order to extend above policy for 3 months till 01/01/2005,

| ADDITIONAL PREMIUM | USD 4,219.- (US Dollars Four Thousand Two Hundred Nineteen). |
|---|---|

In witness whereof , the undersigned being duly authorized by the company has/have hereunto set his/their hand at BEIRUT THIS 01st day of October 2004.



FOR AND ON BEHALF OF
LIBANO-SUISSE SAL
INSURANCE COMPANY



<u>Forming Part of Policy No EE/03/186</u>

Extended period: From 01/10/2004 To 01/01/2005

| | QTY |
|---|---|
| Shredder W/Ram series 45 Model 3400-E, | 1 |
| Compost Turner-SCAT Model 4833, | 1 |
| Picking Station - Model PPS-6035 Serial # PPC99016-8035, | 1 |
| Wildcat Trommel Screen with caterpiller diesel engine-model RHC 6-230 LH. SN 1W9SS4820XF167100, | 1 |
| Meteorological Station Equipment, | 1 |
| Laboratory Equipment, | 1 |
| Laboratory Equipment, | 1 |
| (1) Mini-Ram Dust Monitor w/case, field kit, sunshield, | 1 |
| (2) Rae Systems Mini-Rae Photo ionization Detectors w/case, field kit, cal kit, | 2 |
| (2) MSA watchman Combustible Gas Indicators, O2-LEL-H2S, w/case Calibration Kits, | 2 |
| (1) Metrosonics Heat Stess Monitor W/tripod and case, | 1 |
| (2) MSA or Rae Systems Single Gas Monitors for Methane w/and alarm, | 2 |
| Analyzing Equipment: Perkin Elmer Model Optima 3000 DV ICP System, | 1 |
| Safety Equipment - | 2 |
| MSA or Rae Systems Single Gas Gas Monitors for CO2 W/and alarm | 1 |
| Safety Equipment - Metrosonics Noise dosimeter w/case and calibrator, | 1 |
| LFG Flare - AES Model EoF50-500, | 1 |
| GAS CHROMATOGRAPH W/PURGE & TRAP, | 1 |
| ASC Incinerator CA-1500MSW and spare parts, | 1 |
| Wildcat Trommel Screen : S/N 1W9SS5334YF167110, | 1 |
| Bobcat Shovel 753 B Chassis 512723880, | 1 |
| Wheel loader, Fiat FR15, Chassis No. R15A2T 575299 | 1 |
| Bobcat Shovel 743B 509324621 | 1 |
| (1) Pelletizer type Maxima 950 and accessories- Salmatec GmbH Germany, | 1 |
| Pelletizer plant grinder and other components- H.S.I. Germany, | 1 |
| Sorting conveyor and platform- Technica International, | 1 |
| 2 Complet Conveyor Belt 1200mm width (Hand Picking Station)- ARMICO, | 1 |
| Wildcat Trommel Screen S/N 1W9SS533BYF167112, Model Number RHC6-280LH, | 1 |
| Generator P40 JBN 4.236 STMF (40) | 1 |
| Generator P11 OE JBN 1006.6T (110) | 1 |
| Generator Yanmar SU-5 220V 5KW (5) | 1 |
| Generator LU 18 FGW LPA4, (17) | 1 |
| Generator Genset 100KVA Perkins, (100) | 1 |
| Generator Genset Volvo 1x/230 KVA Jimco, (230) | 1 |
| Generator Perkins Diesel 27KVA, (27) | 1 |
| One wheel loader, Fiat FR15, chassis No. R15A2TZ 575798, | 1 |
| Wheel loader, Fiat FR15, chassis NO 580FR15 82/00214, | 1 |
| Excavator Caterpillar 219D chassis No 12737083, Engine 3304D1 | 1 |



## Forming Part of Policy No EE/03/186
Extended period: From 01/10/2004 To 01/01/2005

| | QTY |
|---|---|
| One Caterpillar 225 BLC, chassis No. 3YD00947, | 1 |
| Wheel Loader Fiat Allis, FR12 chassis no R12A2T2550314 | 1 |
| Generator GENSET 725 KVA 3012TAG2A 220/380V MF Perkins S.N. 23761/10 | 1 |
| + Super Sound Proof for 725 KVA | 1 |
| 2 Complet Conveyor Belt 1200mm width (Hand Picking Station)- ARMICO, | 1 |
| 2 Complet Conveyor Belt 1200mm width (Hand Picking Station)- ARMICO, | 1 |
| WILDCAT TROMMEL SCREENS/N 1WSS5334YF167124 | 1 |
| Atlas-Copco Compressor Serial no AIP336793 | 1 |
| Generator MF GENSET PERKINS 725 KVA 3012TAG2A SN: 931360/50 | 1 |
| + Sound Proof Super 68DBA 550/670/800 KVA | 1 |
| Truck Majarus, Model 1980, Plate No 782151, Chassis No 4900020242 | 1 |
| Two Pelletizer type maxima 840 and accessories – Salmatec GmbH Germany | 1 |
| Two Grinders Lindner MS 2000/9-KW drives and components – Germany | 1 |
| Two Pieces Dryer 1500x6000mm with screen drum, input screw conveyor, screen cleaning system with cyclone and filter. Two pieces: Blowers, Feed hopper with two double output screws. Electric power cabin. HIS Germany Conveyor belts per Armico specification | 1 |
| Generator MF GENSET PERKINS 800 KVA 220/380V MF Perkins S.N. 59441/10 | 1 |
| + Super Sound Proof for 800 KVA | 1 |
| Portable Soil Remediation Plant, TARMAC Inc | |
| Komatsu 220 Exavator K10063 mod 1988 TC 220MLC-3 | 1 |
| Bobcaty Shoval 743 SN 509323116 | 1 |
| Bobcat Model 753 with pallet fork teeth SN 515844781 Engin 2 L3264 | 1 |
| BOBCAT Model 753, | 1 |
| With Pallet Fork Teeth SN 515844768Engin 2N0019 | 1 |
| Caterpillar Excavator CAT235 Model 1990 SN 4DG00125 | 1 |
| Wheel Loader Komatsu WA470 Model 1992 SN 20581 | 1 |



**LIBANO-SUISSE S.A.L**
Insurance Company
Since 1959

Capital: 4,050,000,000 L.L.
Fully paid up
C.R.B. 7553
Authorised by decree No. 10708
Dated le 24/4/59 and registered at
The Ministry of National Economy
Sub. No. 77

Kantari, Commerce & Finance Bldg,
P.O.Box 11-3821 Beirut 1107 2150, Lebanon
Tel: (961.1) 364461, 374900
Fax: (961.1) 368724
E-mail: insure@libano-suisse.com
Website: www.libano-suisse.com
Hotline: (01) 367222, 367999

# Contractors' Plant and Machinery Insurance Policy EE/03/186

**Whereas the Insured** named in the Schedule hereto has made to the LIBANO-SUISSE S.A.L - INSURANCE COMPANY (hereinafter called "the Insurers") a written proposal by completing a Questionnaire which together with any other statements made in writing by the insured for the purpose of this policy is deemed to be incorporated herein.

**Now this policy of Insurance witnesses** that subject to the insured having paid to the Insurers the premium mentioned in the Schedule and subject to the terms, exclusions, provisions and conditions contained herein or endorsed hereon.

**The Insurers hereby agree** with the Insured that if at any time during the period of insurance stated in the Schedule or during any subsequent period for which the Insured pays and the Insurers may accept the premium for the renewal of this Policy, the items (or any part thereof) entered in the Schedule, whilst at the location or in the geographical area mentioned therein, suffer any unforeseen and sudden physical loss or damage from any cause not specifically excluded in a manner necessitating repair or replacement.

**The Insurers will indemnify** the Insured in respect of such loss or damage as hereinafter provided by payment in cash, replacement or repair (at their own option) up to an amount not exceeding in any one year of insurance in respect of each of the items specified in the Schedule up to an amount not exceeding in any one and not exceeding in all the total sum expressed in the Schedule as insured hereby.

This policy shall apply whether the insured items are at work or at rest, or being dismantled for the purpose of cleaning or overhauling, or in the course of the aforesaid operations themselves, or in the course of subsequent re-erection, but in any case only after successful commissioning.



# General Conditions

1. The due observance and fulfilment of the terms of this policy in so far as they relate to anything to be done or complied with by the insured and the truth of the statements and answers in the questionnaire and proposal made by the insured shall be a condition precedent to any liability of the Insurers.

2. The Schedule shall be deemed to be incorporated in and form part of this policy and the expression "this policy" wherever used in this contract shall be read as including the Schedule. Any word or expression to which a specific meaning has been attached in any part of this Policy or of the Schedule shall bear such meaning wherever it may appear.

3. The Insured shall at his own expense take all reasonable precautions and comply with all reasonable recommendations of the Insurers to prevent loss or damage and comply with statutory requirements and manufacturers recommendations.

4. a) Representatives of the Insurers shall at any reasonable time have the right to inspect and examine the risk and the Insured shall provide the representatives of the Insurers with all details and information necessary for the assessment of the risk.

   b) The Insured shall immediately notify the Insurers by telegram and in writing of any material change in the risk and cause at his own expense such additional precautions to be taken as circumstances may require, and the scope of cover and/or premium shall, if necessary, be adjusted accordingly.

   No material alteration shall be made or admitted by the Insured whereby the risk is increased, unless the continuance of the insurance is confirmed in writing by the Insurers.

5. In the event of any occurrence which might give rise to a claim under this policy, the Insured shall

   a) immediately notify the Insurers by telephone or telegram as well as in writing, giving an indication as to the nature and extent of the loss or damage;

   b) take all reasonable steps within his power to minimize the extent of the loss or damage;

   c) preserve the parts affected and make them available for inspection by a representative or surveyor of the Insurers;

   d) furnish all such information and documentary evidence as the Insurers may require;

   e) inform the police authorities in case of loss or damage due to theft or burglary. The Insurers shall on no account be liable for loss or damage of which no notice has been received by the Insurers within 14 days of its occurrence.

   Upon notification being given to the Insurers under this condition, the Insured may carry out the repairs or replacement of any minor damage; in all other cases a representative of the Insurers shall have the opportunity of inspecting the loss or damage before any repairs or alterations are effected. If a representative of the insurers does not carry out the inspection within a period of time which could be considered adequate under the circumstances, the insured shall be entitled to proceed with the repairs or replacement.

   Nothing contained herein shall prevent the Insured from taking such steps as are absolutely necessary for the upkeep of operations at the respective construction site. The liability of the Insurers under this policy in respect of any item sustaining damage shall cease if said item is not repaired properly without delay.



6. The Insured shall at the expense of the Insurers do and concur in doing and permit to be done all such acts and things as may be necessary or required by the Insurers in the interest of any rights or remedies, or of obtaining relief or indemnity from parties (other than those insured under this Policy) to which the Insurers are or would become entitled or which is or would be subrogated to them upon their paying for or making good any loss or damage under this Policy, whether such acts and things are or become necessary or required before or after the Insured's indemnification by the Insurers.

7. If any difference arises as to the amount to be paid under this Policy (liability being otherwise admitted), such difference shall be referred to the decision of an arbitrator to be appointed in writing by the parties, in difference or, if they cannot agree upon a single arbitrator, to the decision of two arbitrators, one to be appointed in writing by each of the parties within one calendar month after having been required in writing so to do by either of the parties, or in case the arbitrators do not agree, of an umpire to be appointed in writing by the arbitrators before the latter enter upon the reference. The umpire shall sit with the arbitrators and preside at their meetings. The making of an award shall be a condition precedent to any right of action against the Insurers.

8. If the proposal or declaration of the insured is untrue in any material respect, or if any claim made is fraudulent or substantially exaggerated, or if any false declaration or statement is made in support thereof, then this policy shall be void and the Insurers shall not be liable to make any payment hereunder.

b) In the event of the insurers disclaiming liability in respect of any claim and if an action or suit is not commenced within three months after such disclaimer or (in the case of arbitration taking place in pursuance of Condition 7 of this Policy) within three months after the arbitrators or umpire have made their award, all benefit under this Policy in respect of such claim shall be forfeited.

9. This policy may be terminated at the request of the Insured at any time, in which case the Insurers will retain the customary short-period rate for the time this policy has been in force. This policy may equally be terminated at the option of the Insurers by seven days' notice to that effect being given to the insured, in which case the Insurers will be liable to repay on demand a rateable proportion of the premium for the unexpired term from the date of cancellation less any reasonable inspection charges the Insurers may have incurred.

10. If at the time any claim arises under the Policy there is any other insurance covering the same loss, damage, the Insurers shall not be liable to pay or contribute more than their rateable proportion of any claim for such loss or damage.



# Provisions

## Memo 1 - Sum Insured

It shall be a requirement of this Policy that the sum insured is equal to the cost of replacement of the insured items by new items of the same kind and capacity. which means their cost of replacement including eg. freight. customs duties and dues, if any, and cost of erection. If the sum insured is less than the amount required to be insured, the Insurers shall pay only in such proportion as the sum insured bears to the amount required to be insured. Every item if more than one shall be subject to this condition separately.

## Memo 2 - Basis of Loss Settlement

In the event of any loss or damage the basis of any settlement under this policy shall be as follows :

a. In cases where damage to an insured item can be repaired - the insurers shall pay expenses necessarily incurred to restore the damaged item to its former state of serviceability plus the cost of dismantling and re-erection incurred for the purpose of effecting the repairs as well as ordinary freight to and from a repair shop, customs duties and dues, if any, to the extent such expenses have been included in the sum insured. If the repairs are excluded at a workshop owned by the Insure, the Insurers shall pay the cost of materials and wages incurred for the purpose of the repairs plus a reasonable percentage to cover overhead charges.

No deduction shall be made for depreciation in respect of parts replaced, but the value of any salvage shall be taken into account.

If the cost repairs as detailed herein above equals or exceeds the actual value of the insured item immediately before the occurrence of the damage, the item shall be regarded as destroyed and settlement shall be made on the basis provided for in b below.

b. In cases where an insured item is destroyed - the Insurers shall pay the actual value of the item immediately before the occurrence of the loss, including charges for ordinary freight, cost of erection, customs duties. if any provided such expenses have been included in the sum insured. such actual value to be calculated by deducting proper depreciation from the replacement value of the item. The value of any salvage shall be taken into account.



Any extra charges incurred for overtime, nightwork. work on public holidays. and express freight shall be covered by this Policy only if especially agreed in writing.

The cost of any alterations, additions. improvements or overhauls shall not be recoverable under this Policy.

The cost of any provisional repairs shall be borne by the Insurers if such repairs constitute part of the final repairs and do not increase the total cost of repair.

The amount payable by the Insurers according to the above-mentioned provisions shall be reduced by the deductible stated in the Schedule. The Insurers shall make payments only after being satisfied by production of the necessary bills and documents that the repairs have been effected or replacement has taken place, as the case may be.



# Exclusions

The Insurers shall not be liable for

a. the deductible stated in the schedule to be borne by the insured in any one occurrence; if more than one item is lost or damaged in one occurrence, the Insured shall not, however, be called upon to bear more than the highest single deductible applicable to such items;

b. loss or damage due to electrical or mechanical breakdown, failure, breakage or derangement, freezing of coolant or other fluid, defective lubrication or lack of oil or coolant, but if as a consequence of such breakdown or other derangement an accident occurs causing external damage, such consequential damage shall be indemnifiable.

c. loss of or damage to replaceable parts and attachments such as bits, drills, knives or other cutting edges, saw blades, dies, moulds, patters, pulverizing and crushing surfaces, screens and selves, ropes, belts, chains, elevator and conveyor bands, batteries, tyres, connecting wires and cables, flexible pipes, jointing and packing material regularly replaced;

d. loss or damage due to explosion of any boiler or pressure vessel subject to internal steam or fluid pressure or of any internal combustion engine;

e. Loss of or damage to vehicles designed and licensed for general road use unless these vehicles are exclusively used on construction sites;

f. loss of or damage to waterborne vessels or craft.;

g. loss or damage due to total or partial immersion in tidal waters;

h. loss or damage whilst in transit unless otherwise agreed by endorsement;

i. loss or damage as a direct consequence of the continual influence or operation 9 eg wear and tear, corrosion, rust, deterioration due to lack of use and normal atmospheric conditions);

k. loss or damage occurring whilst any insured item is undergoing a test of any king or is being used in any manner or for any purpose other than that for which it was designed;

l. loss of or damage to plant and/or machinery

working underground unless otherwise agreed by endorsement.

m. loss or damage directly or indirectly caused by, or arising out of, or aggravated by war, invasion, act of foreign enemy, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, mutiny, riot, strike, lock-out, civil commotion, military or usurped power, a group of malicious persons or persons acting on behalf of or in connection with any political organisation, conspiracy, confiscation, commandeering, requisition or destruction or damage by order of any government de jure or de facto or by any public authority;

n. loss or damage directly or indirectly caused by or arising out of or aggravated by nuclear reaction, nuclear radiation or radioactive contamination;

o. loss or damage due to any faults or defects existing at the time of commencement of this policy within the knowledge of the insured or his representatives, whether such faults or defects were known to the insurers or not:

p. loss or damage directly or indirectly caused by or arising out of or aggravated by the wilful act of wilful negligence of the insured or his representatives;

q. loss or damage for which the supplier or manufacturer is responsible either by law or under contact:

r. consequential loss or liability of any kind or description;

s. loss or damage discovered only at the time of taking an inventory or during routine servicing. In any action, suit or other proceeding where the insurers allege that by reason of the provisions of exclusions m-q above any loss, destruction or damage is not covered by this policy, the onus of proving that such loss, destruction or damage is covered shall be upon the insured.



## ATTACHING TO AND FORMING PART OF GUARANTEE NO EE/03/186

| CLASS | : | Plant & Machinery | Endorsement No : 03/04 |
|---|---|---|---|
| ASSURED | : | Radian International LLC | |
| PERIOD | : | From 01/01/2005 till 01/04/2005. | |

It is agreed and understood that otherwise subject to the terms, exclusions, provisions and conditions contained in the policy or endorsed hereon, this endorsement is issued in order to extend above policy for 3 months till 01/04/2005.

| ADDITIONAL PREMIUM | USD 4,219.- (US Dollars Four Thousand Two Hundred Nineteen). |
|---|---|

In witness whereof , the undersigned being duly authorized by the company has/have hereunto set his/their hand at BEIRUT THIS 06th day of December 2004.

FOR AND ON BEHALF OF

LIBANO SUISSE SAL
INSURANCE COMPANY



Forming Part of Policy No EE/03/186, Endorsment no 03/04
Class            :  Plant & Machinery
Assured:         :  Radian International LLC
Extended period  :  From 01/01/2005 To 01/04/05

|  | | QTY |
|---|---|---|
| 1 | Shredder W/Ram series 45 Model 3400-E, | 1 |
| 2 | Compost Turner-SCAT Model 4833, | 1 |
| 3 | Picking Station - Model PPS-6035 Serial # PPC99016-6035, | 1 |
| 4 | Wildcat Trommel Screen with caterpiller diesel engine-model RHC 6-230 LH. SN 1W9SS4820XF167100, | 1 |
| 5 | Meteorological Station Equipment, | 1 |
| 6 | Laboratory Equipment, | 1 |
| 7 | Laboratory Equipment, | 1 |
| 8 | (1) Mini-Ram Dust Monitor w/case, field kit, sunshield, | 1 |
| 9 | (2) Rae Systems Mini-Rae Photo Ionization Detectors w/case, field kit, cal kit, | 2 |
| 10 | (2) MSA watchman Combustible Gas Indicators, O2-LEL-H2S, w/case Calibration Kits, | 2 |
| 11 | (1) Metrosonics Heat Stess Monitor W/tripod and case, | 1 |
| 12 | (2) MSA or Rae Systems Single Gas Monitors for Methane w/and alarm, | 2 |
| 13 | Analyzing Equipment: Perkin Elmer Model Optima 3000 DV ICP System, | 1 |
| 14 | Safety Equipment - MSA or Rae Systems Single Gas Gas Monitors for CO2 W/and alarm | 2 |
| 15 | Safety Equipment - Metrosonics Noise dosimeter w/case and calibrator, | 1 |
| 16 | LFG Flare - AES Model EoF50-500, | 1 |
| 17 | GAS CHROMATOGRAPH W/PURGE & TRAP, | 1 |
| 18 | ASC incinerator CA-1500MSW and spare parts, | 1 |
| 19 | Wildcat Trommel Screen : S/N 1W9SS5334YF167110, | 1 |
| 20 | Bobcat Shovel 753 B Chassis 512723880, | 1 |
| 21 | Wheel loader, Fiat FR15, Chassis No. R15A2T 575299 | 1 |
| 22 | Bobcat Shovel 743B 509324621 | 1 |
| 23 | (1) Pelletizer type Maxima 950 and accessories- Salmatec GmbH Germany, | 1 |
| 24 | Pelletizer plant grinder and other components- H.S.I. Germany, | 1 |
| 25 | Sorting conveyor and platform- Technica International, | 1 |
| 26 | 2 Complet Conveyor Belt 1200mm width (Hand Picking Station)- ARMICO, | 1 |
| 27 | Wildcat Trommel Screen S/N 1W9SS5338YF167112, Model Number RHC6-280LH, | 1 |
| 28 | Generator P40 JBN 4.236 STMF (40) | 1 |
| 29 | Generator P11 OE JBN 1006.6T (110) | 1 |
| 30 | Generator Yanmar SU-5 220V 5KW (5) | 1 |
| 31 | Generator LU 18 FGW LPA4, (17) | 1 |
| 32 | Generator Genset 100KVA Perkins, (100) | 1 |
| 33 | Generator Genset Volvo 1xJ230 KVA Jimco, (230) | 1 |
| 34 | Generator Perkins Diesel 27KVA, (27) | 1 |
| 35 | One wheel loader, Fiat FR15, chassis No. R15A2TZ  575798, | 1 |

1/2



Forming Part of Policy No EE/03/186, Endorsment no 03/04

Class            :  Plant & Machinery
Assured:         :  Radian International LLC
Extended period  :  From 01/01/2005 To 01/04/05

| | | QTY |
|---|---|---|
| 36 | Wheel loader, Fiat FR15, chassis NO 580FR15 82/00214 | 1 |
| 37 | Excavator Caterpillar 219D chassis No 12737083, Engine 3304D1 | 1 |
| 38 | One Caterpillar 225 BLC, chassis No. 3YD00947, | 1 |
| 39 | Wheel Loader Fiat Allis, FR12 chassis no R12A2T2550314 | 1 |
| 40 | Generator GENSET 725 KVA 3012TAG2A 220/380V MF Perkins S.N. 23761/10 + Super Sound Proof for 725 KVA | 1 |
| 41 | 2 Complet Conveyor Belt 1200mm width (Hand Picking Station)- ARMICO, | 1 |
| 42 | 2 Complet Conveyor Belt 1200mm width (Hand Picking Station)- ARMICO, | 1 |
| 43 | WILDCAT TROMMEL SCREENS/N 1WSS5334YF167124 | 1 |
| 44 | Atlas-Copco Compressor Serial no AIP336793 | 1 |
| 45 | Generator MF GENSET PERKINS 725 KVA 3012TAG2A SN: 931360/50 + Sound Proof Super 66DBA 550/670/800 KVA | 1 |
| 46 | Truck Majarus, Model 1980, Plate No 782151, Chassis No 4900020242 | 1 |
| 47 | Two Pelletizer type maxima 840 and accessories – Salmatec GmbH Germany | 1 |
| 48 | Two Grinders Lindner MS 2000/9-KW drives and components – Germany | 1 |
| 49 | Two Pieces Dryer 1500x6000mm with screen drum, input screw conveyor, screen cleaning system with cyclone and filter. Two pieces: Blowers, Feed hopper with two double output screws. Electric power cabin. HIS Germany | 1 |
| 50 | Conveyor belts per Armico specification | 1 |
| 51 | Generator MF GENSET PERKINS 800 KVA 220/380V MF Perkins S.N. 59441/10 + Super Sound Proof for 800 KVA | 1 |
| 52 | Portable Soil Remediation Plant, TARMAC Inc | 1 |
| 53 | Komatsu 220 Exavator K10083 mod 1988 TC 220MLC-3 | 1 |
| 54 | Bobcaty Shovel 743 SN 509323116 | 1 |
| 55 | Bobcat Model 753 with pallet fork teeth SN 515844781 Engin 2 L3264 | 1 |
| 56 | BOBCAT Model 753, With Pallet Fork Teeth SN 515844758Engin 2N0019 | 1 |
| 57 | Caterpillar Excavator CAT235 Model 1990 SN 4DG00125 | 1 |
| 58 | Wheel Loader Komatsu WA470 Model 1992 SN 20581 | 1 |

LANO-SUISSE S.A.L
...ance Company

fully paid up
C.R.B. 7585
Authorised by decree No. 10708
Dated le 24/4/59 and registered at
The Ministry of National Economy
Sub. No. 77

P.O.Box 11-3821 Beirut 1107-2130 Lebanon
Tel: (961.1) 364461, 374900
Fax: (961.1) 368724
E-mail: insure@libano-suisse.com
Website: www.libano-suisse.com
Hotline: (01) 367222, 367999

## ATTACHING TO AND FORMING PART OF GUARANTEE NO EE/03/186

| | | Endt No : 04/05 |
|---|---|---|
| CLASS | : Plant & Machinery | |
| ASSURED | : Radian International LLC | |
| PERIOD | : From 01/04/2005 till 01/07/2005. | |

It is agreed and understood that otherwise subject to the terms, exclusions, provisions and conditions contained in the policy or endorsed hereon, this endorsement is issued in order to extend above policy for a period of Three months till 01/07/2005.

Total Machineries values: US $ 5,462,156.- (as per list attached)

| ADDITIONAL PREMIUM : | US $ 4,097.- (US Dollars Four Thousand) |
|---|---|

In witness whereof , the undersigned being duly authorized by the company has/have hereunto set his/their hand at BEIRUT THIS 5th day of April 2005

FOR AND ON BEHALF OF

LEBANON SUISSE SAL
Insurance Company



Forming Part of Policy No EE/03/186, Endorsment no 04/05
Class                    :   Plant & Machinery
Assured:              :   Radian International LLC
Extended period   :   From 01/04/2005 To 01/07/05

| | | QTY |
|---|---|---|
| | | 1 |
| 1 | Shredder W/Ram series 45 Model 3400-E, | 1 |
| 2 | Compost Turner-SCAT Model 4833, | 1 |
| 3 | Picking Station - Model PPS-6035 Serial # PPC99016-6035, | 1 |
| 4 | Wildcat Trommel Screen with caterpiller diesel engine-model RHC 8-230 LH. SN 1W9SS4820XF167100, | 1 |
| 5 | Meteorological Station Equipment, | 1 |
| 6 | Laboratory Equipment, | 1 |
| 7 | Laboratory Equipment, | 1 |
| 8 | (1) Mini-Ram Dust Monitor w/case, field kit, sunshield, | 1 |
| 9 | (2) Rae Systems Mini-Rae Photo ionization Detectors w/case, field kit, cal kit, | 2 |
| 10 | (2) MSA watchman Combustible Gas Indicators, O2-LEL-H2S, w/case Calibration Kits, | 2 |
| 11 | (1) Metrosonics Heat Stess Monitor W/tripod and case, | 1 |
| 12 | (2) MSA or Rae Systems Single Gas Monitors for Methane w/and alarm, | 2 |
| 13 | Analyzing Equipment: Perkin Elmer Model Optima 3000 DV ICP System, | 1 |
| 14 | Safety Equipment - MSA or Rae Systems Single Gas Gas Monitors for CO2 W/and alarm | 2 |
| 15 | Safety Equipment - Metrosonics Noise dosimeter w/case end calibrator, | 1 |
| 16 | LFG Flare - AES Model EoF50-500, | 1 |
| 17 | GAS CHROMATOGRAPH W/PURGE & TRAP, | 1 |
| 18 | ASC Incinerator CA-1500MSW and spare parts, | 1 |
| 19 | Wildcat Trommel Screen : S/N 1W9SS5334YF167110, | 1 |
| 20 | Bobcat Shovel 753 B Chassis 512723580, | |
| 21 | Wheel loader, Fiat FR15, Chassis No. R15A2T 575299 | |
| 22 | Bobcat Shovel 743B 509324621 | |
| 23 | (1) Pelletizer type Maxima 950 and accessories- Salmatec GmbH Germany, | 1 |
| 24 | Pelletizer plant grinder and other components- H.S.I. Germany, | 1 |
| 25 | Sorting conveyor and platform- Technica International, | 1 |
| 26 | 2 Complet Conveyor Belt 1200mm width (Hand Picking Station)- ARMICO, | 1 |
| 27 | Wildcat Trommel Screen S/N 1W9SS5336YF167112, Model Number RHC8-280LH, | 1 |
| 28 | Generator P40 JBN 4.236 STMF (40) | 1 |
| 29 | Generator P11 OE JBN 1006.6T (110) | 1 |
| 30 | Generator Yanmar SU-5 220V 5KW (5) | 1 |
| 31 | Generator LU 18 FGW LPA4, (17) | 1 |
| 32 | Generator Genset 100KVA Perkins, (100) | 1 |
| 33 | Generator Genset Volvo 1xJ230 KVA Jimco, (230) | 1 |
| 34 | Generator Perkins Diesel 27KVA, (27) | 1 |
| 35 | One wheel loader, Fiat FR15, chassis No. R15A2T2 575499 | |

1/2



Forming Part of Policy No EE/03/186, Endorsement no 04/05
Class            :  Plant & Machinery
Assured:         :  Radian International LLC
Extended period  :  From 01/04/2005 To 01/07/05 .

| | | QTY |
|---|---|---|
| 36 | Wheel loader, Fiat FR15, chassis NO 580FR15 82/00214  93/200982 | 1 |
| 37 | Excavator Caterpillar 219D chassis No 12737083, Engine 3304D1 | 1 |
| 38 | One Caterpillar 225 BLC, chassis No. 3YD00847, | 1 |
| 39 | Wheel Loader Fiat Allis, FR12 chassis no R12A2T2550314 | |
| 40 | Generator GENSET 725 KVA 3012TAG2A 220/380V MF Perkins S.N. 23761/10 + Super Sound Proof for 725 KVA | 1 |
| 41 | 2 Complet Conveyor Belt 1200mm width (Hand Picking Station)- ARMICO, | 1 |
| 42 | 2 Complet Conveyor Belt 1200mm width (Hand Picking Station)- ARMICO, | 1 |
| 43 | WILDCAT TROMMEL SCREENS/N 1WSS5334YF167124 | 1 |
| 44 | Atlas-Copco Compressor Serial no AIP336793 | 1 |
| 45 | Generator MF GENSET PERKINS 725 KVA 3012TAG2A SN: 931360/50 + Sound Proof Super 66DBA 550/670/800 KVA | 1 |
| 46 | Truck Majarus, Model 1980, Plate No 782151, Chassis No 4900020242 | 1 |
| 47 | Two Pelletizer type maxima 840 and accessories -- Salmatec GmbH Germany | 1 |
| 48 | Two Grinders Lindner MS 2000/9-KW drives and components -- Germany | 1 |
| 49 | Two Pieces Dryer 1500x6000mm with screen drum, input screw conveyor, screen cleaning system with cyclone and filter. Two pieces; Blowers, Feed hopper with two double output screws. Electric power cabin. HIS Germany | 1 |
| 50 | Conveyor belts per Armico specification | 1 |
| 51 | Generator MF GENSET PERKINS 800 KVA 220/380V MF Perkins S.N. 59441/10 + Super Sound Proof for 800 KVA | 1 |
| 52 | Portable Soil Remediation Plant, TARMAC inc | 1 |
| 53 | Komatsu 220 Exavator K10083 mod 1988 TC 220MLC-3 | 1 |
| 54 | Bobcat Sheval 743 SN 509323116 | |
| 55 | Bobcat Model 753 with pallet fork teeth SN 515844781 Engin 2 L3264 | 1 |
| 56 | BOBCAT Model 753, With Pallet Fork Teeth SN 515844758Engin 2N0019 | 1 |
| 57 | Caterpillar Excavator CAT235 Model 1990 SN 4DG00126 | |
| 58 | Wheel Loader Komatsu WA470 Model 1992 SN 20581 | |
| 59 | Fuel Truck, Mercedes 2624, model 1978, plate no 356391 | 1 |



**LIBANO-SUISSE S.A.L**
Insurance Company
Since 1959

Capital: LBP 4,050,000,000
Fully paid up
C.R.B. 7533
Authorised by decree No. 10708
Dated 24/4/59 and registered at
The Ministry of National Economy
Sub. No. 77

Kantari, Commerce & Finance Bldg.
P.O.Box: 11-3821 Beirut 1107 2150, Lebanon
Tel: (961.1) 364461, 374900
Fax: (961.1) 368724
E-mail: insure@libano-suisse.com
Website: www.libano-suisse.com
Hotline: (01) 367222, 367999, 365125

## ATTACHING TO AND FORMING PART OF GUARANTEE NO EE/03/186

| CLASS | : Plant & Machinery | Endorsement No : 05/05 |
|---|---|---|
| ASSURED | : Radian International LLC | |
| PERIOD | : From 01/072005 till 01/10/2005 | |

It is agreed and understood that otherwise subject to the terms, exclusions, provisions and conditions contained in the policy or endorsed hereon, this endorsement is issued in order to extend above policy for three months to expire on 1er October 2005.

Value of Machinery : US 5,462,156.-.- (as per list attached)

| ADDITIONAL PREMIUM: | US $ 4,097.- (US Dollars Four Thousand Ninety Seven) |
|---|---|

In witness whereof, the undersigned being duly authorized by the company has/have hereunto set his/their hand at BEIRUT THIS 1st day of July 2005

For and on behalf of
LIBANO-SUISSE SAL
Insurance Company





Forming Part of Policy No EE/03/186, Endorsement no 05/05
Class              :  Plant & Machinery
Assured:           :  Radian International LLC
Extended period    :  From 01/07/2005 To 01/10/2005

|  | | QTY |
|---|---|---|
| 1 | Shredder W/Ram series 45 Model 3400-E, | 1 |
| 2 | Compost Turner-SCAT Model 4833, | 1 |
| 3 | Picking Station - Model PPS-6035 Serial # PPC99016-6035, | 1 |
| 4 | Wildcat Trommel Screen with caterpiller diesel engine-model RHC 6-230 LH. SN 1W9SS4820XF167100, | 1 |
| 5 | Meteorological Station Equipment, | 1 |
| 6 | Laboratory Equipment, | 1 |
| 7 | Laboratory Equipment, | 1 |
| 8 | (1) Mini-Ram Dust Monitor w/case, field kit, sunshield, | 1 |
| 9 | (2) Rae Systems Mini-Rae Photo ionization Detectors w/case, field kit, cal kit, | 2 |
| 10 | (2) MSA watchman Combustible Gas Indicators, O2-LEL-H2S, w/case Calibration Kits, | 2 |
| 11 | (1) Metrosonics Heat Stess Monitor W/tripod and case, | 1 |
| 12 | (2) MSA or Rae Systems Single Gas Monitors for Methane w/and alarm, | 2 |
| 13 | Analyzing Equipment Perkin Elmer Model Optima 3000 DV ICP System, | 1 |
| 14 | Safety Equipment - MSA or Rae Systems Single Gas Gas Monitors for CO2 W/and alarm | 2 |
| 15 | Safety Equipment - Metrosonics Noise dosimeter w/case and calibrator, | 1 |
| 16 | LFG Flare - AES Model EoF50-500, | 1 |
| 17 | GAS CHROMATOGRAPH W/PURGE & TRAP, | 1 |
| 18 | ASC Incinerator CA-1500MSW and spare parts, | 1 |
| 19 | Wildcat Trommel Screen : S/N 1W9SS5334YF167110, | 1 |
| 20 | Bobcat Shovel 753 B Chassis 512723880, | |
| 21 | Wheel-loader, Fiat FR15, Chassis No. R15A2T 575299 | |
| 22 | Bobcat Shovel 743B 509324621 | |
| 23 | (1) Pelletizer type Maxima 950 and accessories- Salmatec GmbH Germany, | 1 |
| 24 | Pelletizer plant grinder and other components- H.S.I. Germany, | 1 |
| 25 | Sorting conveyor and platform- Technica International, | 1 |
| 26 | 2 Complet Conveyor Belt 1200mm width (Hand Picking Station)- ARMICO, | 1 |
| 27 | Wildcat Trommel Screen S/N 1W9SS5338YF167112, Model Number RHC6-280LH, | 1 |
| 28 | Generator P40 JBN 4.236 STMF (40) | 1 |
| 29 | Generator P11 OE JBN 1006.6T (110) | 1 |
| 30 | Generator Yanmar SU-5 220V 5KW (5) | 1 |
| 31 | Generator LU 18 FGW LPA4, (17) | 1 |
| 32 | Generator Genset 100KVA Perkins, (100) | 1 |
| 33 | Generator Genset Volvo 1xJ230 KVA Jimco, (230) | 1 |
| 34 | Generator Perkins Diesel 27KVA, (27) | 1 |
| 35 | One wheel-loader, Fiat FR15, chassis No. R15A2TZ 575798, | |



Forming Part of Policy No EE/03/186, Endorsment no 05/05
Class               :  Plant & Machinery
Assured:            :  Radian International LLC
Extended period     :  From 01/07/2005 To 01/10/2005

| | | QTY |
|---|---|---|
| 36 | Wheel loader, Fiat FR15, chassis NO 580FR15 82/00214  93/200982 | 1 |
| 37 | Excavator Caterpillar 219D chassis No 12737083, Engine 3304D1 | 1 |
| 38 | One Caterpillar 225 BLC, chassis No. 3YD00947, | 1 |
| 39 | Wheel Loader Fiat-Allis, FR12 chassis no R12A2T2550314 | |
| 40 | Generator GENSET 725 KVA 3012TAG2A 220/380V MF Perkins S.N. 23761/10 + Super Sound Proof for 725 KVA | 1 |
| 41 | 2 Complet Conveyor Belt 1200mm width (Hand Picking Station)- ARMICO, | 1 |
| 42 | 2 Complet Conveyor Belt 1200mm width (Hand Picking Station)- ARMICO, | 1 |
| 43 | WILDCAT TROMMEL SCREENS/N 1WSS5334YF187124 | 1 |
| 44 | Atlas-Copco Compressor Serial no AIP336793 | 1 |
| 45 | Generator MF GENSET PERKINS 725 KVA 3012TAG2A SN: 9313B0/50 + Sound Proof Super 66DBA 550/670/800 KVA | 1 |
| 46 | Truck Malarus, Model 1980, Plate No 782151, Chassis No 4900020242 | 1 |
| 47 | Two Pelletizer type maxima 840 and accessories – Saimatec GmbH Germany | 1 |
| 48 | Two Grinders Lindner MS 2000/9-KW drives and components – Germany | 1 |
| 49 | Two Pieces Dryer 1500x6000mm with screen drum, input screw conveyor, screen cleaning system with cyclone and filter. Two pieces; Blowers, Feed hopper with two double output screws. Electric power cabin. HIS Germany | 1 |
| 50 | Conveyor belts per Armico specification | 1 |
| 51 | Generator MF GENSET PERKINS 800 KVA 220/380V MF Perkins S.N. 59441/10 + Super Sound Proof for 800 KVA | 1 |
| 52 | Portable Soil Remediation Plant, TARMAC Inc | 1 |
| 53 | Komatsu 220 Exavator K10083 mod 1988 TC 220MLC-3 | 1 |
| 54 | Bobcaty Shovel 743 SN 506323116 | |
| 55 | Bobcat Model 753 with pallet fork teeth SN 515844781 Engin 2 L3264 | 1 |
| 56 | BOBCAT Model 753, With Pallet Fork Teeth SN 515844758Engin 2N0019 | 1 |
| 57 | Caterpillar Exavator CAT225 Model 1990 SN 4DG00425 | |
| 58 | Wheel Loader Komatsu WA470 Model 1992 SN 20581 | |
| 59 | Fuel Truck, Mercedes 2624, model 1978, plate no 358331 | 1 |



**LIBANO-SUISSE S.A.L**
Insurance Company
Since 1959

Capital: LBP 4,050,000,000
Fully paid up
C.R.B. 7533
Authorised by decree No. 10708
Dated 24/4/59 and registered at
The Ministry of National Economy
Sub. No. 77

Kantari, Commerce & Finance Bldg.
P.O.Box: 11-5821 Beirut 1107 2150, Lebanon
Tel: (961.1) 364461, 374900
Fax: (961.1) 368724
E-mail: insure@libano-suisse.com
Website: www.libano-suisse.com
Hotline: (01) 367222, 367999, 369125

## ATTACHING TO AND FORMING PART OF GUARANTEE NO EE/03/186

| CLASS | : Plant & Machinery | Endorsement No : 05/06 |
|---|---|---|
| ASSURED | : Radian International LLC | |
| PERIOD | : From 01/10/2005 till 01/01/2006 | |

It is agreed and understood that otherwise subject to the terms, exclusions, provisions and conditions contained in the policy or endorsed hereon, this endorsement is issued in order to extend above policy for three months to expire on 1er January 2006.

Value of Machinery : US 5,462,156.-.- (as per list attached)

| ADDITIONAL PREMIUM: | US $ 4,097.- (US Dollars Four Thousand Ninety Seven) |
|---|---|

In witness whereof, the undersigned being duly authorized by the company has/have hereunto set his/their hand at BEIRUT THIS September 27, 2005

*For and On Behalf of*
**LIBANO-SUISSE SAL**
Insurance Company



Forming Part of Policy No EE/03/186, Endorsment no 05/05
Class          :  Plant & Machinery
Assured:       :  Radian International LLC
Extended period :  From 01/10/2005 To 01/01/2006

| | | QTY |
|---|---|---|
| 1 | Shredder W/Ram series 45 Model 3400-E, | 1 |
| 2 | Compost Turner-SCAT Model 4833, | 1 |
| 3 | Picking Station - Model PPS-6035 Serial # PPC99016-6035, | 1 |
| 4 | Wildcat Trommel Screen with caterpiller diesel engine-model RHC 6-230 LH. SN 1W9SS4820XF167100, | 1 |
| 5 | Meteorological Station Equipment, | 1 |
| 6 | Laboratory Equipment, | 1 |
| 7 | Laboratory Equipment, | 1 |
| 8 | (1) Mini-Ram Dust Monitor w/case, field kit, sunshield, | 1 |
| 9 | (2) Rae Systems Mini-Rae Photo ionization Detectors w/case, field kit, cal kit, | 2 |
| 10 | (2) MSA watchman Combustible Gas Indicators, O2-LEL-H2S, w/case Calibration Kits, | 2 |
| 11 | (1) Metrosonics Heat Stess Monitor W/tripod and case, | 1 |
| 12 | (2) MSA or Rae Systems Single Gas Monitors for Methane w/and alarm, | 2 |
| 13 | Analyzing Equipment: Perkin Elmer Model Optima 3000 DV ICP System, | 1 |
| 14 | Safety Equipment - MSA or Rae Systems Single Gas Gas Monitors for CO2 W/and alarm | 2 |
| 15 | Safety Equipment - Metrosonics Noise dosimeter w/case and calibrator, | 1 |
| 16 | LFG Flare - AES Model EoF50-500, | 1 |
| 17 | GAS CHROMATOGRAPH W/PURGE & TRAP, | 1 |
| 18 | ASC Incinerator CA-1500MSW and spare paris, | 1 |
| 19 | Wildcat Trommel Screen : S/N 1W9SS5334YF167110, | 1 |
| 20 | Bobcat Shovel 753 B Chassis 512723880, | |
| 21 | Wheel loader, Fiat FR15, Chassis No. R15A2T 575299 | |
| 22 | Bobcat Shovel 743B 509324624 | |
| 23 | (1) Pelletizer type Maxima 950 and accessories- Salmatec GmbH Germany, | 1 |
| 24 | Pelletizer plant grinder and other components- H.S.I. Germany, | 1 |
| 25 | Sorting conveyor and platform- Technica International, | 1 |
| 26 | 2 Complet Conveyor Belt 1200mm width (Hand Picking Station)-ARMICO, | 1 |
| 27 | Wildcat Trommel Screen S/N 1W9SS5338YF167112, Model Number RHC6-280LH, | 1 |
| 28 | Generator P40 JBN 4.236 STMF (40) | 1 |
| 29 | Generator P11 OE JBN 1006.6T (110) | 1 |
| 30 | Generator Yanmar SU-5 220V 5KW (5) | 1 |
| 31 | Generator LU 18 FGW LPA4, (17) | 1 |
| 32 | Generator Genset 100KVA Perkins, (100) | 1 |
| 33 | Generator Genset Volvo 1xJ230 KVA Jimco, (230) | 1 |
| 34 | Generator Perkins Diesel 27KVA, (27) | 1 |
| 35 | One wheel loader, Fiat FR15, chassis No. R15A2T2, 578798, | |

Forming Part of Policy No EE/03/186, Endorsment no 05/05
Class          :  Plant & Machinery
Assured:       :  Radian International LLC
Extended period :  From 01/10/2005 To 01/01/2006

|    |                                                                                                                                                              | QTY |
|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|
| 36 | Wheel loader, Fiat FR15, chassis NO 580FR16 82/00214  93/200982                                                                                              | 1   |
| 37 | Excavator Caterpillar 219D chassis No 12737083, Engine 3304D1                                                                                                | 1   |
| 38 | One Caterpillar 225 BLC, chassis No. 3YD00947,                                                                                                               | 1   |
| 39 | Wheel Loader Fiat Allie, FR12 chassis no R12A2T2560314                                                                                                        |     |
| 40 | Generator GENSET 725 KVA 3012TAG2A 220/380V MF Perkins S.N. 23761/10 + Super Sound Proof for 725 KVA                                                         | 1   |
| 41 | 2 Complet Conveyor Belt 1200mm width (Hand Picking Station)- ARMICO,                                                                                         | 1   |
| 42 | 2 Complet Conveyor Belt 1200mm width (Hand Picking Station)- ARMICO,                                                                                         | 1   |
| 43 | WILDCAT TROMMEL SCREENS/N 1WSS5334YF187124                                                                                                                   | 1   |
| 44 | Atlas-Copco Compressor Serial no AIP336793                                                                                                                   | 1   |
| 45 | Generator MF GENSET PERKINS 725 KVA 3012TAG2A SN: 931360/50 + Sound Proof Super 66DBA 550/670/800 KVA                                                        | 1   |
| 46 | Truck Majarus, Model 1980, Plate No 782151, Chassis No 4900020242                                                                                           | 1   |
| 47 | Two Pelletizer type maxima 640 and accessories – Salmatec GmbH Germany                                                                                       | 1   |
| 48 | Two Grinders Lindner MS 2000/9-KW drives and components – Germany                                                                                            | 1   |
| 49 | Two Pieces Dryer 1500x6000mm with screen drum, input screw conveyor, screen cleaning system with cyclone and filter. Two pieces: Blowers, Feed hopper with two double output screws. Electric power cabin. HIS Germany | 1   |
| 50 | Conveyor belts per Armico specification                                                                                                                      | 1   |
| 51 | Generator MF GENSET PERKINS 800 KVA 220/380V MF Perkins S.N. 59441/10 + Super Sound Proof for 800 KVA                                                        | 1   |
| 52 | Portable Soil Remediation Plant, TARMAC Inc                                                                                                                  | 1   |
| 53 | Komatsu 220 Exavator K10083 mod 1988 TC 220MLC-3                                                                                                             | 1   |
| 54 | Bobcaty Shoval 743 SN 509323116                                                                                                                              |     |
| 55 | Bobcal Model 753 with pallet fork teeth SN 515844761 Engin 2 L3264                                                                                           | 1   |
| 56 | BOBCAT Model 753, With Pallet Fork Teeth SN 515844758Engin 2N0019                                                                                            | 1   |
| 57 | Caterpillar Excavator GAT235 Model 1990 SN 4DG00125                                                                                                          |     |
| 58 | Wheel Loader Komatsu WA470 Model 1992 SN 20581                                                                                                               |     |
| 59 | Fuel Truck, Mercedes 2624, model 1978, plate no 356331                                                                                                       | 1   |



EXHIBIT H

# LIBANO-SUISSE S.A.L.

SOCIÉTÉ D'ASSURANCES
CAPITAL 4,050,000,000 LIVRES LIBANAISES
R.C.B.: 7533 BEYROUTH - LIBAN
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL. : (+961-1) 364461 - 374900 - FAX : (+961-1) 368724
B.P. 11-3821 Beyrouth - Liban - E-mail: libanosu@dm.net.lb



الشركة اللبنانية السويسرية للضمان
شركة مساهمة لبنانية
رأسمالها ٠٠٠,٠٠٠,٠٥٠,٤ ل.ل لبنانية
س.ت.ب ٧٥٣٣ بيروت - لبنان
القنطاري - بناية التجارة والمال - الطابق الثاني
هاتف: (٣٦٤٤٦١-١)٩٦١+ (٣٧٤٩٠٠-١)٩٦١+ - فاكس: (٣٦٨٧٢٤-١)٩٦١+
E-mail: libanosu@dm.net.lb
ص.ب.: ١١-٣٨٢١ بيروت - لبنان

## WORKMEN COMPENSATION INSURANCE POLICY

Policy No.     1999/WE/3333/2                    0                              0
Insured        RADIAN   INTERNATIONAL                                    1061748
               BEIRUT CENTRAL DISTRICT-
Class          RISQUE DE CONST/CONSTRUCTIONAL
Period From    12/06/1999 12:00              To    12/06/2000 12:00

This insurance is issued for the premium herebelow stated,stamps,taxes & Fees included

Taxable Premium        16,215.02
Tax                         1.33
Mun. Tax                  972.90        Declared Salaries        600000US$
Prop.Stamps               810.75
Total Premium          18,000.00US$

THIS POLICY COVERS ALL CONTRACTORS, EMPLOYEES & WORKERS AS PER THE LEBANESE
LABOUR LAW IN FORCE, AT THE SERVICE OF THE INSURED, ENGAGED IN THE FULFILLMENT
OF THE PROJECT DESCRIBED IN THE PROPOSAL FORM DATED APRIL 25,1999 DULY FILLED
IN AND SIGNED AS WELL AS IN THE RENOVATION WORKS TO THE SITE OFFICE SITUATED
AT NORMANDY LANDFILL, BEIRUT CENTRAL DISTRICT.

DECLARED SALARIES : US$.600,000.- (US.DOLLARS SIX HUNDRED THOUSAND)

EXTENSION :- RADIAN INTERNATIONAL (CONTRACTOR) LIABILITY UP TO AN AMOUNT OF
             US$.250,000.- EACH OCCURRENCE AND UNLIMITED IN THE AGGREGATE.
           - WAIVER OF RIGHTS OF SUBROGATION IN FAVOR OF THE SOLIDERE AND
             FAIRHURST INTERNATIONAL.
           - DISEASE, SICKNESS OR POISONING ARISING OUT OF THE NATURE OF THE
             WORK.
           - INJURY ARISING OUT OF EXPLOSION OF GAS OR ANY EXPLOSIVE DEVICE
             DISCOVERED ON THE SITE.

THIS POLICY IS SUBJECT TO THE FOLLOWING ATTACHEMENTS :
1- GENERAL CONDITIONS
2- NUCLEAR CLAUSE
3- EXCLUDED RISKS CLAUSE
4- WAIVER OF RIGHTS OF SUBROGATION CLAUSE
5- YEAR 2000 EXCLUSION CLAUSE.
6- EMPLOYER LIABILITY CLAUSE.

                              ISSUED AT BEIRUT    30/11/1999
                              FOR THE COMPANY

THE ASSURED

Copie à retourner signée à la Compagnie

ANNEXE JOINTE A LA POLICE No.............................

DONT ELLE FAIT PARTIE INTEGRANTE 3 3 3 3

L'Assuré reconnaît que, nonobstant toute interprétation éventuellement contraire aux conditions auxquelles est assujettie la présente police, il demeure entendu et convenu que cette police couvre uniquement les accidents proprement dits à l'exclusion de toutes les maladies professionnelles ou quasi-professionnelles ou d'origine allergique ainsi que tous les cas d'insolation, d'hernie musculaire ou discale que les personnes couvertes par cette police pourraient subir au cours de l'accomplissement de leur travail au service de l'Assuré.

Nonobstant toute stipulation contraire du 4ème paragraphe de l'Article «6» (Primes et déclarations des salaires) des conditions générales de cette police, il est entendu et convenu que l'Assuré s'engage à remettre à la Compagnie à la fin de chaque Trimestre/Semestre/Période d'Assurance, un relevé établi conformément à ses livres, indiquant le chiffre des salaires et rémunérations alloués durant la susdite période à son Personnel, mais qu'en aucun cas, la prime due à la Compagnie ne doit être inférieure à celle désignée au décompte de prime de la présente police.

 LIBANO - SUISSE S.A.L.
Société d'Assurances



بند استثناء الاخطار النووية

بالاضافة الى الاستثناءات المنصوص عنها في الشروط العامة، لا تضمن الشركة ايضاً،

١ – أ) المسؤولية المدنية اية كانت طبيعتها،

ب) الحوادث والخسائر والاضرار الحاصلة للاملاك كافة، او الخسائر والنفقات كافة الناتجة او
المتأتية عن هذه الظروف، او الخسائر غير المباشرة

الحاصلة او المتفاقمة مباشرة او غير مباشرة من، او تلك الناتجة مباشرة او غير مباشرة عن
الاشعاعات الذرية او الاصابات بالتفاعل الذري الناتجة عن اية مواد نووية ملتهبة او اية آفات
نووية ناتجة عن اشتعال المواد الملتهبة النووية. ويعتبر التهابا لتطبيق هذا الاستثناء كل
تفاعل متسلسل للانفصام النووي.

٢ – الحوادث والخسائر والتدمير والاضرار او المسؤولية المدنية الحاصلة او المتفاقمة مباشرة او
غير مباشرة بفعل مواد الاسلحة النووية او بنتيجتها المباشرة او غير المباشرة.

٣ – الخسائر والمسؤوليات من أي نوع كانت الناتجة عن أي طاقة ذرية او نووية.



### Annexe faisant partie intégrante de la police No.
### <u>CLAUSE D'EXCLUSION NUCLEAIRE</u>

Nonobstant les exclusions figurant dans les conditions générales, la compagnie
ne garantit pas non plus :

1- (a) La responsabilité civile de nature quelconque,

(b) Les accidents, les pertes ou les dommages occasionnés aux biens quel-
conques, ou les pertes ou dépenses quelconques résultant ou provenant de ces
circonstances, ou les pertes indirectes

Occasionnés ou aggravés directement ou indirectement par ou qui résultent
directement ou indirectement des radiations ionisantes ou de la contamina-
tion radioactive provenant de tout combustible nucléaire ou de tous déchets
nucléaires résultant de la combustion de combustible nucléaire. Toute réaction
en chaîne de fission nucléaire est considérée comme combustion pour l'appli-
cation de cette exclusion.

2- Les accidents, pertes, destructions, dommages ou responsabilité civile, occa-
sionnés ou aggravés directement ou indirectement par ce qui résulte directe-
ment ou indirectement des matières d'armes nucléaires.

3- Les pertes ou responsabilités de toutes natures résultant de toute énergie ato-
mique ou nucléaire.



**LIBANO-SUISSE S.A.L.**
Société d'Assurances

# )LICE D'ASSURANCE CONTRE LES ACCIDENTS DU TRAVAIL

## CONDITIONS GENERALES

### Disposition préliminaire générale

L'assurance étant conclue et la prime fixée sur la foi des déclarations du souscripteur reproduites dans les conditions particulières et contre-signées ur lui qui font, avec les conditions générales, partie intégrante de la pré-nte police, la société s'engage, sous réserve:

1 – du paiement de la prime fixée aux conditions particulières pour la période d'assurance indiquée aux dites conditions.

2 – de la stricte exécution des stipulations et obligations prévues dans les conditions particulières et générales de la présente police.

3 – des risques exclus énumérés à l'article 3 ci-dessous.

●antir au souscripteur dans le cadre et les limites des conditions par-iculières et générales de la présente police ou ses avenants les prestations mises à sa charge, comme précisé aux conditions particulières, en vertu des dispositions du décret-législatif N° 136 du 16 septembre 1983.

### I – Objet et étendue de l'assurance

**Article 1er :**

La société garantit au souscripteur par application des dispositions du décret-législatif N° 136 du 16 septembre 1983, comme précisé aux condi-tions particulières et dans les limites prévues par ces dernières; le paiement des prestations dues du chef de tout accident corporel du travail pouvant survenir au Liban à ses ouvriers et/ou employés du fait ou à l'occasion de leurs fonctions.

Sauf convention contraire qui serait consignée aux conditions particu-lières ou constatée par avenant, l'assurance garantit dans les limites pré-vues aux conditions particulières, les prestations prévues en cas de décès et d'invalidité permanente, totale ou partielle, les prestations journalières en cas d'incapacité temporaire, les frais funéraires et, conformément au tarif en vigueur auprès de la Caisse Nationale de la Sécurité Sociale, les frais médicaux, chirurgicaux, pharmaceutiques et d'hospitalisation, ainsi que les frais ● transport de la victime jusqu'à son domicile au Liban et les frais d'●●isition d'appareils de prothèse.

L'assurance porte et la prime est due sur tout le personnel des deux sexes salarié à un titre quelconque au service du souscripteur actuellement ou à l'avenir dans tous ses établissements, chantiers, usines ou bureaux sur tout le territoire du Liban pour l'exécution des travaux de sa profession telle qu'indiquée aux conditions particulières ou par avenant.

Toutefois, à moins de convention spéciale et d'indication nominative, elle ne s'applique pas aux membres de sa famille (conjoint, ascendants, descendants, frères, soeurs, beaux-parents, beaux-frères, belles-soeurs et neveux) ni aux sous-entrepreneurs, sous-traitants et tâcherons, ni au per-sonnel de toutes ces personnes.

**Article 2 :**

L'assurance est fondée sur les déclarations du souscripteur reproduites dans la présente police ou dans ses avenants. Elle est en conséquence stric-tement limitée aux risques et aux garanties résultant de ces déclarations fondamentales, aussi longtemps qu'une convention intervenant sous forme d'avenant n'aura pas pris acte d'une modification ajoutant des charges nouvelles pour la société dans la nature, les conditions, l'importance ou le mode de fonctionnement de l'établissement , de l'industrie ou de l'outil-lage du souscripteur.

Par ailleurs, en cas de modification du décret-législatif N° 136 du 16 ●●● ●●●● ●● lequel se fondent les garanties accordées par la présente

**Article 3 :**

Sont exclus de la présente assurance:

1 – Les accidents provenant d'une faute intentionnelle ou dolosive du souscripteur: en cas de faute inexcusable du patron ou de ceux qu'il s'est substitués dans la direction de l'entreprise, la société verse les prestations forfaitaires prévues au décret-législatif N° 136 du 16 septembre 1983 à l'exclusion de toute autre indemnité à laquelle pourrait être tenu le patron du fait de sa faute.

2 – Les indemnités de licenciement et les pensions d'invalidité ou de retraite.

3 – Les maladies de quelque nature qu'elles soient, quelles qu'en soient l'origine ou la cause ainsi que la mort, l'invalidité permanente ou l'incapa-cité temporaire provenant d'anévrisme, de congestion, d'insolation, de congélation ou de tous autres effets de température ou de dépression atmosphérique.

4 – Les cas d'empoisonnement, d'érisypèle, de rhumatismes, d'ulcères variqueux, de lumbago, de ruptures musculaires, d'efforts, de hernie, lors même que ces affections seraient d'origine traumatique.

5 – Les accidents éprouvés par les employés et ouvriers âgés de moins de 12 ans et de plus de 60 ans, ainsi que par ceux atteints ou ayant été atteints d'une attaque quelconque de paralysie, d'apoplexie ou d'épilepsie, d'affection mentale ou de maladie de la moelle épinière ou du cerveau, d'une infirmité ou maladie grave ou incurable.

6 – Les conséquences directes ou indirectes d'une faute intentionnelle, de suicide tenté ou consommé en quelque état mental que ce soit, de muti-lation volontaire, de duel, de lutte ou de rixe, sauf le cas de légitime défense, des conséquences de l'ivresse, du dérangement des facultés men-tales, d'opérations chirurgicales non nécessitées par un accident garanti.

7 – Les accidents résultant de l'usage d'un mode quelconque de loco-motion aérienne ou de l'utilisation de matières explosives.

8 – Les accidents résultant directement ou indirectement:

a: d'inondations, de typhons, d'ouragans, de tornades, cyclones, trem-blements de terre, d'éruptions volcaniques ou de tout autre cataclysme ou phénomène météorologique;

b: d'invasion, guerre étrangère, puissance étrangère, guerre civile, Etat de Siège, Rebellions, Mobilisation Générale, révolution, usurpation politique ou militaire, acte de terrorisme ou sabotage, émeutes, grèves, mouvements populaires ou pillage, n'importe quels genres de projectiles ou n'importe quelles sortes d'explosifs, balles, bombes, fusées ou autres engins de guerre ou actes ou méfaits de personnes armées affiliées ou non à des organisations ou partis politiques, mili-taires ou à des organisation para-militaires et/ou tombant sous la juridiction des autorités de «facto» ou «de jure» agissant pour leur propre compte ou pour le compte des organisations envers lesquelles elles sont responsables.

Il incombera à l'Assureur de prouver que l'objet de la réclamation du Souscripteur provient, directement ou indirectement ou de quelque façon que ce soit, de l'un quelconque de ces événements.

c: de la modification de la structure des atomes, de la fission nucléaire ou de la force radioactive.

**Article 4 :**

Toutes les fois que les conséquences d'un accident seront aggravées par l'action d'une maladie, d'un état constitutionnel ou d'une infirmité autre que les affections prévues au 5ème alinéa de l'article 3 ci-dessus comme excluant tout droit à indemnité, par un manque de soins constaté ou un traitement empirique, l'indemnité sera calculée, non pas sur les suites effectives du cas, mais sur celles qu'il aurait eues chez un sujet sain soumis à un traitement médical convenable.

## II – Formation du contrat-Obligations du souscripteur en cours d'assurance

**Article 5:**

L'Assurance est conclue et la prime fixée sur la base des déclarations du souscripteur et conformément aux stipulations des conditions particulières.

Par ailleurs, toutes modifications au risque assuré après la conclusion de la présente police, et plus particulièrement celles de nature à l'aggraver, par suite notamment de changements dans les occupations ou fonctions du personnel ou dans la nature ou les conditions d'exploitation de l'entreprise, doivent être déclarées à la société au préalable par le souscripteur si ces modifications sont dues à son propre fait.

Dans tout autre cas celui-ci devra en faire la déclaration dans les huit jours du moment où il en a eu connaissance.

Dans l'un ou l'autre cas ou lorsque l'aggravation du risque provient d'une nouvelle législation ou d'une disposition légale nouvelle la société aura toujours le droit de résilier la police immédiatement, à moins que sur sa proposition le souscripteur ne consente à une augmentation de prime.

**Article 6:**

Les primes et provisions de primes se paient contre quittances signées par la société ou par son représentant autorisé.

Le Souscripteur doit acquitter les frais, taxes et impôts existant ou pouvant exister, frappant le contrat d'assurance.

La prime est calculée sur le montant des salaires complets, c'est-à-dire sur la totalité des rémunérations allouées au personnel soit en argent, y compris gratifications, pourboires, parts d'intérêts; soit en nature: logement, chauffage, habillement, nourriture, à évaluer suivant la profession et les usages locaux.

A la fin de la période de cette police, le souscripteur adressera à la société, ou à son représentant, un relevé établi conformément à ses livres indiquant le chiffre des rémunérations allouées à son personnel.

Le souscripteur s'engage à tenir une comptabilité régulière, et, à l'appui de celle-ci, des livres ou feuilles de paie, sur lesquels seront inscrits avec exactitude les noms, prénoms, âge et emploi de chacune des personnes travaillant pour son compte, le nombre de leurs journées de travail, ainsi que le montant de leurs salaires, redevances en nature et appointements quelconques.

La société a le droit de faire vérifier à toute époque, par les délégués de son choix, même après la résiliation ou l'expiration de la police, l'exactitude de ces relevés sur les registres et livres de comptabilité du souscripteur.

En cas de défaut ou d'insuffisance de comptabilité, la société a le droit d'invoquer la nullité de la police. En cas d'omission dans les déclarations, le complément des primes portant sur la dissimulation constatée par la société sera à titre de pénalité majoré de 50 %.

La société se réserve, en outre, le droit de laisser à la charge du souscripteur tout sinistre frappant des ouvriers et/ou employés dont les salaires n'auraient pas été compris dans les déclarations précédentes des salaires.

A la conclusion de l'assurance la société perçoit une provision de prime calculée sur base des salaires moyens du personnel en service à ce moment. Cette provision sera à la fin du contrat imputée sur la prime finale.

**Article 7:**

En cas de non-paiement des primes à leur échéance il sera fait application de toutes les dispositions de l'article 975 du code des obligations et des contrats.

**III: Règlement des sinistres**

**Article 8:**

Dans les trois jours de chaque accident le souscripteur est tenu d'en faire parvenir, au siège de la société ou de son agence la déclaration qui devra mentionner, outre la date, , lieu, causes et circonstances de l'accident, les noms, prénoms, fonctions et domicile de la victime et des témoins, s'il y en a.

Il doit envoyer immédiatement les blessés au médecin de la société désigné aux conditions particulières. Ce dernier est seul habilité à soigner les blessés et le souscripteur accepte, dès maintenant, cette désignation. Cependant, par application de l'article 19 du décret-législatif N° 136 du 16 septembre 1983 la victime a le libre choix de son médecin. Dans ce cas, la société remboursera les frais médicaux, chirurgicaux, pharmaceutiques et d'hospitalisation dans la limite de la garantie accordée par la présente

Lorsque la victime n'est pas en état de reprendre son travail à la date fixée par le médecin délégué par la société, le souscripteur doit, dans les deux jours de cette date transmettre un nouveau certificat médical, destiné à renseigner la société sur l'état de l'intéressé.

En cas de simple retard apporté dans l'envoi de la déclaration de l'accident ou dans la transmission des pièces, la société a le droit de réclamer au souscripteur, une indemnité équivalente au dommage que ce retard, lui aura causé.

**Article 9:**

Les médecins de la société, ses inspecteurs et agents devront avoir libre accès auprès de tout ouvrier ou employé, victime d'accident, sous peine, pour celui-ci en cas de refus, de perdre tout droit à indemnité.

L'emploi de documents ou de moyens mensongers, toute réticence dans la déclaration d'accident tendant à exagérer ou à dénaturer les suites d'un accident, à en déguiser les causes ou à en prolonger les conséquences, entraînent de plein droit la déchéance et autorisent la société à résilier la police, par la lettre recommandée, toute provision versée lui restant acquise.

L'aggravation des conséquences d'un accident par suite d'un retard dans le traitement médical ou par suite de l'inobservation des ordonnances médicales ne peut, en aucun cas, incomber à la société.

**Article 10:**

Les indemnités garanties ne s'appliquent qu'aux seuls accidents du travail et ne couvrent pas les dommages imputables à la responsabilité civile du souscripteur.

Elles ne se cumulent pas avec celles qui pourraient être dues en vertu d'une assurance de responsabilité civile.

Dans ces conditions, la société ne paiera l'indemnité que contre décharge du souscripteur et renonciation par la victime ou ses ayants-droit à toute réclamation en dommages et intérêts.

**IV - Dispositions Diverses**

**Article 11: Prise d'effet et durée de l'assurance:**

L'assurance ne produit effet qu'après remise à la Société d'un exemplaire de la police dûment signé par le souscripteur et paiement de la prime fixée aux conditions particulières.

L'assurance est souscrite pour la durée indiquée dans les conditions particulières et en cas de décès du souscripteur, de vente cession ou donation de son entreprise la police ne continuera à produire ses effets au profit de l'héritier, de l'acquéreur, du cessionnaire ou du bénéficiaire qu'après le consentement de la société par avenant.

En cas de faillite ou de liquidation judiciaire du souscripteur, la société se réserve la faculté de résilier la police à dater de l'ouverture de la faillite ou de la liquidation judiciaire du souscripteur.

**Article 12: Résiliation de la police:**

La société a la faculté de résilier à tout moment la police. Cette résiliation produira ses effets huit jours après l'expédition par la société d'une lettre recommandée adressée au domicile du souscripteur indiqué aux conditions particulières, sans préjudice des droits du souscripteur en ce qui concerne tout sinistre antérieur à la date de prise d'effet de la résiliation.

Sur la demande du souscripteur la société lui remboursera la prime nette payée après déduction de la tranche de la prime correspondant à la période durant laquelle l'assurance était demeurée en vigueur et cela sur la base de la déclaration par le souscripteur des salaires payés jusqu'au jour de la résiliation.

**Article 13: Election de domicile**

Il est mutuellement convenu que le souscripteur a fait élection de domicile à l'adresse indiquée dans la présente police et que toute notification judiciaire ou extrajudiciaire qui lui sera envoyée à la dite adresse sera réputée valable, même au cas où le souscripteur aurait changé de domicile ou refuserait la notification ou négligerait d'en prendre communication.

Tout changement d'adresse du souscripteur ne sera reconnu par la société que s'il lui est signifié par écrit.

**Article 14: Compétence**

# عَقد ضَمَان ضدّ طَوارئ العَمَل

## الشروط العامة

### حكم تمهيدي عام

بما ان الضمان معقود والقسط محدد بناء على تصريحات المتعاقد الواردة في الشروط الخاصة والولحق عليها من قبله والتي تشكل جزءاً لا يجزأ من هذا العقد، فإنه تعهد الشركة على :

شرط :

١ ـ دفع القسط المحدد في الشروط الخاصة عن مدة الضمان المبينة في نفس الشروط.

٢ ـ التقيد بدقة بالاحكام والالتزامات المنصوص عليها في شروط هذا العقد الخاصة والعامة.

٣ ـ استثناء الاخطار المذكورة في المادة الثالثة ادناه.

بان تدفع للمتعاقد، ضمن اطار وفي حدود شروط هذا العقد الخاصة والعامة او ملحقاته، التقديمات المترتبة عليه وفقاً لما ورد في الشروط الخاصة وبموجب أحكام المرسوم الاشتراعي رقم ١٣٦ تاريخ ١٦ أيلول ١٩٨٣.

### اولا : موضوع الضمان ونطاقه

#### المادة الاولى :

تطبيقاً لأحكام المرسوم القسط الاشتراعي رقم ١٣٦ تاريخ ١٦ أيلول ١٩٨٣ المبينة في الشروط الخاصة وضمن الحدود المشار اليها في هذه الاخيرة تضمن الشركة للمتعاقد دفع التقديمات المترتبة من جراء أي طارئ، عمل جسدي يمكن أن يصيب في لبنان عماله و/او مستخدميه بسبب عملهم او بمناسبته.

ما لم يحصل اتفاق مخالف يكون في الشروط الخاصة او في ملحق لهذا العقد يشمل الضمان، ضمن الحدود المبينة في الشروط الخاصة، التقديمات عن الوفاة والعجز الدائم الكامل أو الجزئي، والتقديمات اليومية من التعطيل المؤقت، وتكاليف الدفن، وبقية النفقات المترتبة لدى الصندوق الوطني للضمان الاجتماعي، النفقات الطبية والجراحية والصيدلية ونفقات الاستشفاء، ومصاريف نقل جثمان الطارئه الى محل اقامتها في لبنان وثمن الاعضاء الجسدية الاصطناعية.

يسري الضمان ويترتب القسط على جميع المستخدمين لدى المتعاقد لقاء اي نوع من الاجر ذكورا واناثا العاملين حاليا او في المستقبل في جميع مؤسسات ورش ومعامل ومكاتب على كافة الاراضي اللبنانية لتنفيذ اعمال مهنته كما تحددت في الشروط الخاصة او في ملحق لهذا العقد.

ولكن، ما لم يحصل اتفاق خاص وتحديد اسمي، لا يشمل الضمان افراد عائلته ( الزوج او الزوجة، الاصول، الفروع، الاصول، الاخوات، الاخوات، الحموات، الاصهار، الكنائن، اولاد الاخ او الاخت ) كما لا يشمل المترلين القاطنين وللعاملين والعاملات بالمقاطعة وعمال ومستخدمي جميع هؤلاء الاشخاص.

#### المادة ٢ :

الضمان مبني على تصريحات المتعاقد المدرجة في هذا العقد او في ملحقاته. وبالتالي فإن الضمان محدد بشكل حصري بالاخطار والضمانات الناتجة عن هذه التصريحات الاساسية طالما انه لم يحصل اتفاق خاص في ملحق لهذا العقد بشأن تبديل يجد في اعباء الشركة من جراء نوع مؤسسة المتعاقد او مسله او عنته او شروطها او اعبائها او وسائل تسييرها.

ومن جهة أخرى، في حال تعديل التشريع المبنية عليه التقديمات المترتبة بموجب هذا العقد ( المرسوم الاشتراعي رقم ١٣٦ تاريخ ١٦ أيلول ١٩٨٣ ) أو في حال نشر تشريعات جديدة ........

---

#### المادة ٣ :

يستثنى من هذا الضمان :

١ ) الطواري الناتجة عن الخطأ الذي يرتكبه المتعاقد قصدا او بهية الغش وكمال حصيل ء لا سيما ان من قبل رب العمل او من قبل من النايم عنه في ادارة المشروع، فان الشركة لا التقديمات المقطوعة المنصوص عليها في المرسوم الاشتراعي رقم ١٣٦ تاريخ ١٦ أيلول ١٩٨٣ بامد أي تعويض آخر قد يترتب به بارب العمل من جراء خطئه.

٢ ) تعويضات الصرف ورواتب العجز عن العمل والقاعد.

٣ ) الامراض مهما كانت طبيعيا ومهما كان مصدرها او سببا والولادة والعجز الدائم المؤقت الناتج عن قطع الشرايين او الاحتقان او الحر او الصقيع او ما عدا حالة المرض او انقطاع الحبك الجوي.

٤ ) حالات التسمم وبت الحمو والمعسي والفروح والبوئة وانقطاع العضلات والاها والاتفاق، حتى ولو نتجت هذه الحالات عن جروح.

٥ ) الطواري الخاصة للاجراء والمستخدمين الذين هم دون الثانية عشرة من عمرهم واللو تعدى عمرهم الستين، كما والعمالون حاليا عندما او او اصبيرا سابقا بعاج ما، او بانقطار في الدماغ او بداء الفالجة او جمس في عقولهم او يعرض في النخاع الشوكي او في دماغهم او عجز او ورد خطر او مستلم.

٦ ) النتائج المباشرة او غير المباشرة حكماً مقصود او فاعلة الانتحار او الانتحار بالانتحار بأ حالة عقلية كانت او للبتر المقصود او المبارزة او المعارضة او الشجار ما عدا حالة الدفاع هم النفس، او عواقب السكر وبقية القوى العقلية والعمليات الجراحية التي لا يوجب اجراؤها طارئ مضمون.

٧ ) الطواري الناتجة عن استعمال اية وسيلة من وسائل النقل الجوي او عن استعمال الواد المتفجرة.

٨ ) الطواري الناتجة مباشرة او غير مباشرة :

أ ) عن الطوفان والعواصف والاعاصير والزلازل وفجر البراكين او عن أية آفة ارضية او جوية.

ب ) عن غزو، حرب خارجية، دولة أجنبية، حرب أهلية، أحكام عرفية، عصيان، تمرد عامل، قوى، استبلاد على السلطة عسكريا او سياسيا، عمل ارهابي او تخريبي، تمرد، اضراب تحركات شعبية، نهب، اي نوع من القتالات او اي نوع من المظاهرات، الرصاص، القنابل المتفجرة، الصواريخ او غيرها من الادوات الحربية او اي كانت معدها ومن اي نوع كانت او اية اعمال او عمليات ناشئة من قبل اشخاص مسلحين منتسبين او غير منتسبين لمنظمات او لاحزاب سياسية او عسكرية او هم عسكرية و/او خاضعين لسلطات سلطات لاحزاب او جميع عاملين لحسابهم الخاص او في حساب التنظيمات التي هم مسؤولون عن مسؤوليتها المالية.

واذا حصل حادث، وبترتب على الضمان في الاضرار موضوع المطالبة قد نتجت عن احدى هذه الحالات بصورة مباشرة او غير مباشرة او باية طريقة كانت.

ج ) عن تعميل لتكوين الذرة، والشلوق النووية او القوة الاشعاعية.

#### المادة ٤ :

اذا اتفاقت خطورة نتائج طارئ ما، بسبب مرض او حالة البنية او علة اخرى غير الحال المذكورة في الفقرة الخامسة من المادة الثالثة اعلاه والتي تخفي كل حق في التعويض، وكان ذلك ناجما عن عدم عناية مرضية او عن مبالغة غير فنية، فان التعويض لا يتناول عواقب الطواري، التعلية، بل المواقب التي كانت قد تنتج لو حصم صحيح اجريت له المداواة الطبية المناسبة.

### ثانيا : ابرام العقد ـ موجبات المتعاقد خلال سريان الضمان

#### المادة ٥ :

عقد الضمان وتحدد القسط بناء على تصريحات المتعاقد وبوفقا لاحكام ال طه الخاصة.

ومن جهة اخرى فان جميع التعديلات التي تطرأ على الخطر المؤمن بعد ابرام هذا العقد وخاصة تلك التي يكون من شأنها ان تهدد في اهمية كالتغييرات مثلا في اشتغال وظائف الاجراء او في نوع المؤسسة او شرط استعمالها يجب ان يصرح بها المتعاقد للشركة مباشرة اذا كانت هذه التغييرات ناتجة عن فعله الشخصي. في اية حالة اخرى يجب على المتعاقد ان يخبر تصرفه بمهلة ثمانية ايام من الوقت الذي علم فيه بهذه التغييرات.

وفي كلا الحالين او اذا كان تفاقم الخطر ناتجا عن تشريع جديد او عن نص قانوني جديد، فان دائما للشركة ان تفسخ العقد فورا الا اذا قبل المتعاقد المبرم الصادر عنها بها زيادة القسط.

المادة ٦ :

ان الاقساط والتوابت على الاقساط تدفع مقابل ايصالات توقيعها الشركة او عنها الجائز، يجب على المتعاقد ان يدفع المعاليم والرسوم والضرائب المفروضة او التي قد تفرض على عقد الضمان.

يحسب القسط على اساس مبلغ الاجور كاملة، اي مجموع البدلات المدفوعة للاجراء، اكان ذلك نقدا بما فيه المنح والتعويش والمخصص في الارباح، او كان منها كالسكن والتدفئة والكساء والغذاء المقدرة حسب المهنة والعادات المهنية.

وفي نهاية مدة الضمان يجب على المتعاقد ان يرسل الى الشركة او الى عنها بيانا منظما على اساس دفاتره يبين فيه البدلات المدفوعة لاجرائه.

يتعهد المتعاقد بان يمسك حسابات منظمة محرزة بدفاتر او اوراق دفع تفيد تبعا فيها الارقام الصحيحة لاسماء واعمار ووظائف كل من الاشخاص العاملين لحسابه مع عدد ايام عملهم وعليه اجورهم وعملائهم العينية ورواتبهم المختلفة.

يحق للشركة في اي وقت كان وحتى بعد انتهاء العقد ان تفوض شخصا من قبلها لتحقق من صحة البيانات في سجلات ودفاتر حسابات المتعاقد.

وفي حال عدم وجود حسابات او اذا كانت غير كافية يحق للشركة ان تدعي ببطلان العقد.

في حال الكتمان او التصريح بخلاف مقدار حسين بالمالية جباية غرامة على القسط الاضافي العائد عن الكاتم غير المصرح بها التي تحتفظ بها الشركة.

وتحتفظ الشركة عندها بان تبقى على عاتق المتعاقد كل حادث يحصل بسبب المال و/او المستخدمين الذين لم تتضمن التصاريح السابقة بيانا باجورهم.

عند عقد الضمان تقبض الشركة القسط مؤونة على القسط تقدر على اساس متوسط اجور المستخدمين المحتملين في ذلك المؤونة. اما هذه المؤونة فتصبح داخلة عند انتهاء العقد في حساب القسط النهائي.

المادة ٧ :

في حال عدم دفع الاقساط في مواعيد استحقاقها تطبق جميع احكام المادة ٩٧٠ من قانون الموجبات والعقود.

ثالثا : تصفية الحوادث

المادة ٨ :

على المتعاقد عند حصول كل طارىء ان يرسل الى مركز الشركة او وكالتها حسن ثلاثة ايام من تاريخ حصوله تصريحا يتضمن تاريخ حصول الطارىء ومكانه واسبابه وظروفه كل باسماء ووظائف وعناوين الضحية والشهود اذا وجدوا.

ويترتب عليه ان يرسل المتضرر حالا الى الطبيب الشركة المبين في الشروط الخصوصية، وهذا الامر يحق وحده بمعالجة المتضررين، والمعالقه يقبل منذ الآن واحتى آلان حسابا بالمادة ١ من المرسوم الاشتراعي رقم ١٣٦ تاريخ ١٦ ايلول ١٩٨٣ بنص للمتضرر ان يختار طبيبه، وفي هذه الحال، تتدخل الشركة

---

عندما لا يكون المتضرر بحالة يستطيع معها استعمال حقه في التاريخ الذي حدده الطبيب المعين من الشركة، يجب على المتعاقد بمهلة يومين من هذا التاريخ ان يقدم شهادة طبية جديدة تعلم الشركة عن حالة المتضرر.

اذا تأخر المتعاقد في اعلام الشركة بحصول الحادث او عن تقديم المستندات المطلوبة، يحق للشركة ان تطالبه بتعويض يتناسب مع الضرر الذي لحقه من هذا التأخير.

المادة ٩ :

يحق لاعوان الشركة ومفتشيها ووكلائها ان يعاينوا وان يطلعوا على حالة اي عامل او مستخدم اصيب بطارىء ما، واذا رفض هذا الامر السماح لهم بذلك فيسقط حقه بالتعويض.

ان استعمال المستندات او الوثائق الكاذبة والمحكم في ما يراد منها المبالغة في وصف نتائج الطوارىء او تغييرها او تعيه اسبابها او اطالة عوائقها، تؤدي حتما الى سقوط الحق بالاستفادة من العقد، وتحول الشركة فسخه بموجب كتاب مضمون، مع احتفاظها بجميع الاقساط المدفوعة.

ان الشركة لا تكون مسؤولة بحالة من الاحوال عن تفاقم عوائب احد الطوارىء بسبب التأخير في اسداء المعالجة الطبية او النجوع عن التقيد بارامر الطبيب.

المادة ١٠ :

ان التعويضات المقررة لا تتناول الا طوارىء العمل ولا تنطبق الاضرار التي تنسب الى المتعاقد المدنية.

ان التعويضات المقررة لا تجمع مع التعويضات التي قد تستحق بموجب عقد ضمان المسؤولية المدنية.

وفي هذه الحالة لا تدفع الشركة التعويض الا مقابل ابراء موقع من المتضرر او ذوي حقه عن كل مطالبة بالمال والضرر.

رابعا : احكام مختلفة

المادة ١١ : سريان الضمان ومدته :

لا يسري مفعول الضمان الا بعد ان تتسلم الشركة نسخة عن العقد موقعة حسب الاصول من قبل المتعاقد وبعد دفع القسط العائد في الشرط الخامس.

الضمان منعقد للمدة المبينة في الشرط الخامس ولو حال وفاة المتعاقد او بيع مؤسسته او التفرغ عنها او هبتها لا يستمر العقد لمصلحة الوريث او التفرغ له او الموهوب له الا بعد موافقة الشركة بموجب ملحق للعقد.

في حال افلاس المتعاقد او حضوره للتصفية القضائية تحتفظ الشركة بحق فسخ العقد اعتبارا من تاريخ افتتاح الافلاس او التصفية القضائية.

المادة ١٢ : فسخ العقد :

للشركة الحق في فسخ العقد في اي وقت كان. ينتج هذا الفسخ مفاعيله ثمانية ايام بعد تاريخ ارسال كتاب مضمون من قبل الشركة الى المتعاقد على العنوان المبين في الشروط الخامسة، مع الاحتفاظ بحقوق المتعاقد فيما يخص بكل طارىء سابق تاريخ سريان مفعول الفسخ.

واذا طلب المتعاقد ذلك تعيد له الشركة القسط المالي المدفوع من قبله بعد حسم قسم القسط المتعلق للمدة التي في الضمان ساريا المفعول فيها وذلك على اساس تعرض المتعاقد عن الرواتب المدفوعة حتى تاريخ الفسخ.

المادة ١٣ : اختيار محل الاقامة :

من المتفق عليه ان المتعاقد قد اتخذ على اقامته في هذا العنوان المبين في هذا المتعاقد وان كل تبليغ قضائي او غير قضائي يرسل الى هذا العنوان المذكور بحبر قانوني حتى لو غير المتعاقد محل اقامته او رفض التبليغ او اهمله.

لا تعرف الشركة باي تغيير لمحل اقامة المتعاقد ما لم يبلغ اليها خطيا.

# LIBANO-SUISSE S.A.L.

SOCIÉTÉ D'ASSURANCES
CAPITAL 4,050,000,000 LIVRES LIBANAISES
R.C.B.: 7533 BEYROUTH - LIBAN
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL. : (+961-1) 364461 - 374900 - FAX : (+961-1) 368724
B.P. 11-3821 Beyrouth - Liban - E-mail: insure@libano-suisse.com



شركة اللبنانية السويسرية للضمان
شركة مساهمة لبنانية
رأسمالها ٤,٠٥٠,٠٠٠,٠٠٠ ليرة لبنانية
س.ت.ب ٧٥٣٣ بيروت - لبنان
القنطاري - بناية التجارة والمال - الطابق الثاني
تلفون ٣٦٤٤٦١,٣٧٤٩٠٠ (٩٦١-١) - فاكس ٣٦٨٧٢٤ (٩٦١-١)
E-mail: insure@libano-suisse.com
ص.ب. ١١.٣٨٢١ بيروت - لبنان

## WORKMEN COMPENSATION INSURANCE POLICY

Policy No.     2000/WE/3333/3                    0                              0

Insured        RADIAN INTERNATIONAL                                 1061748
               BEIRUT CENTRAL DISTRICT-

Class          RISQUE DE CONST/CONSTRUCTIONAL

Period From    12/06/2000 12:00                To     12/06/2001 12:00

This insurance is issued for the premium herebelow stated, stamps, taxes & Fees included

Taxable Premium      21,890.69
Fix Tax                   1.33
Mun. Tax              1,313.44      Declared Salaries      900000US$
Prop.Stamps           1,094.54
Total Premium        24,300.00US$

THIS POLICY COVERS ALL CONTRACTORS, EMPLOYEES & WORKERS AS PER THE LEBANESE
LABOUR LAW DECREE No.136 IN FORCE, AT THE SERVICE OF THE INSURED, ENGAGED IN
THE FULFILLMENT OF THE PROJECT DESCRIBED IN THE PROPOSAL FORM DATED APRIL
25,1999 DULY FILLED IN AND SIGNED AS WELL AS IN THE RENOVATION WORKS TO
THE SITE OFFICE SITUATED AT NORMANDY LANDFILL, BEIRUT CENTRAL DISTRICT.

DECLARED SALARIES : US$.900,000.-(US.DOLLARS NINE HUNDRED THOUSAND)


EXTENSION :- RADIAN INTERNATIONAL (CONTRACTOR) LIABILITY UP TO AN AMOUNT
             OF US$.250,000.- EACH OCCURRENCE AND UNLIMITED IN THE AGGREGATE.
           - WAIVER OF RIGHTS OF SUBROGATION IN FAVOR OF THE SOLIDERE AND
             FAIRHURST INTERNATIONAL.
           - DISEASE, SICKNESS OR POISONING ARISING OUT OF THE NATURE OF THE
             WORK.
           - INJURY ARISING OUT OF EXPLOSION OF GAS OR ANY EXPLOSIVE DEVICE
             DISCOVERED ON THE SITE.

THIS POLICY IS SUBJECT TO THE FOLLOWING ATTACHEMENTS :
1- GENERAL CONDITIONS
2- NUCLEAR CLAUSE
3- EXCLUDED RISKS CLAUSE
4- WAIVER OF RIGHTS OF SUBROGATION CLAUSE
5- EMPLOYER LIABILITY CLAUSE.


                                    ISSUED AT BEIRUT  13/07/2000

THE ASSURED                         FOR THE COMPANY

                                    CARMEN 07Z0001219 1081577 00      1    1

ANNEXE JOINTE A LA POLICE No. .............. 003333
DONT ELLE FAIT PARTIE INTEGRANTE

L'Assuré reconnaît que, nonobstant toute interprétation éventuellement contraire aux conditions auxquelles est assujettie la présente police, il demeure entendu et convenu que cette police couvre uniquement les accidents proprement dits à l'exclusion de toutes les maladies professionnelles ou quasi-professionnelles ou d'origine allergique ainsi que tous les cas d'insolation, d'hernie musculaire ou discale que les personnes couvertes par cette police pourraient subir au cours de l'accomplissement de leur travail au service de l'Assuré.

Nonobstant toute stipulation contraire du 4ème paragraphe de l'Article "6" (Primes et déclarations des salaires) des conditions générales de cette police, il est entendu et convenu que l'Assuré s'engage à remettre à la Compagnie à la fin de chaque Trimestre/Semestre/Période d'assurance, un relevé établi conformément à ses livres, indiquant le chiffre des salaires et rémunérations alloués durant la susdite période à son Personnel, mais qu'en aucun cas, la prime due à la Compagnie ne doit être inférieure à celle désignée au décompte de prime de la présente police.



بند استثناء الاخطار النووية

بالاضافة الى الاستثناءات المنصوص عنها في الشروط العامة ، لا تضمن الشركة ايضا ،

١ – أ ) المسؤولية المدنية اية كانت طبيعتها ،

ب ) الحوادث والخسائر والاضرار الحاصلة للاملاك كافة ، او الخسائر والنفقات كافة الناتجة او المتأتية عن هذه الظروف ، او الخسائر غير المباشرة ،

الحاصلة او المتفاقمة مباشرة او غير مباشرة من ، او تلك الناتجة مباشرة او غير مباشرة عن الاشعاعات الذرية او الاصابات بالتفاعل الذري الناتجة عن اية مواد نووية ملتهبة او اية آفات نووية ناتجة عن اشتعال المواد الملتهبة النووية . ويعتبر التهابا لتطبيق هذا الاستثناء كل تفاعل متسلسل للانفصام النووي .

٢ – الحوادث والخسائر والتدمير والاضرار او المسؤولية المدنية الحاصلة او المتفاقمة مباشرة او غير مباشرة بفعل مواد الاسلحة النووية او بنتيجتها المباشرة او غير المباشرة،

٣ – الخسائر والمسؤوليات من اي نوع كانت الناتجة عن اي طاقة ذرية او نووية .

## Annexe faisant partie intégrante de la police No.

### CLAUSE D'EXCLUSION NUCLEAIRE

Nonobstant les exclusions figurant dans les conditions générales la compagnie ne garantit pas non plus :

1 - (a)  La responsabilité civile de nature quelconque ,

(b)  Les accidents , les pertes ou les dommages occasionnés aux biens quelconques , ou les pertes ou dépenses quelconques résultant ou provenant de ces circonstances , ou les pertes indirectes ,

Occasionnés ou aggravés directement ou indirectement par ou qui résultent directement ou indirectement des radiations ionisantes ou de la contamination radioactive provenant de tout combustible nucléaire ou de tous déchets nucléaires résultant de la combustion de combustible nucléaire . Toute réaction en chaîne de fission nucléaire est considérée comme combustion pour l'application de cette exclusion.

2 - Les accidents , pertes , destructions , dommages ou responsabilité civile, occasionnés ou aggravés directement ou indirectement par ce qui résulte directement ou indirectement des matières d'armes nucléaires .

3 - Les pertes ou responsabilités de toutes natures résultant de toute énergie atomique ou nucléaire .



LIBANO - SUISSE S.A.L.
Société d'Assurances



# POLICE D'ASSURANCE CONTRE LES ACCIDENTS DU TRAVAIL

## CONDITIONS GENERALES

### Disposition préliminaire générale

L'assurance étant conclue et la prime fixée sur la foi des déclarations du souscripteur reproduites dans les conditions particulières et contre-signées par lui qui font, avec les conditions générales, partie intégrante de la présente police, la société s'engage, sous réserve:

1 – du paiement de la prime fixée aux conditions particulières pour la période d'assurance indiquée aux dites conditions.

2 – de la stricte exécution des stipulations et obligations prévues dans les conditions particulières et générales de la présente police.

3 – des risques exclus énumérés à l'article 3 ci-dessous.

À garantir au souscripteur dans le cadre et les limites des conditions particulières et générales de la présente police ou ses amendes les prestations mises à sa charge, comme précisé aux conditions particulières, en vertu des dispositions du décret-législatif N° 136 du 16 septembre 1983.

### I – Objet et étendue de l'assurance

**Article 1er :**

La société garantit au souscripteur par application des dispositions du décret-législatif N° 136 du 16 septembre 1983, comme précisé aux conditions particulières et dans les limites prévues par ces dernières, le paiement des prestations dues du chef de tout accident corporel du travail pouvant survenir au Liban à ses ouvriers et/ou employés du fait ou à l'occasion de leurs fonctions.

Sauf convention contraire qui serait consignée aux conditions particulières ou constatée par avenant, l'assurance garantit dans les limites prévues aux conditions particulières, les prestations prévues en cas de décès et d'invalidité permanente, totale ou partielle, les prestations journalières en cas d'incapacité temporaire, les frais funéraires et, conformément au tarif en vigueur auprès de la Caisse Nationale de la Sécurité Sociale, les frais médicaux, chirurgicaux, pharmaceutiques et d'hospitalisation, ainsi que les frais de transport de la victime jusqu'à son domicile au Liban et les frais d'acquisition d'appareils de prothèse.

L'assurance porte et la prime est due sur tout le personnel des deux sexes salarié à un titre quelconque, au service du souscripteur actuellement ou à l'avenir dans tous ses établissements, chantiers, usines ou bureaux sur tout le territoire du Liban pour l'exécution des travaux de sa profession telle qu'indiquée aux conditions particulières ou par avenant.

Toutefois, à moins de convention spéciale et d'indication nominative, elle ne s'applique pas aux membres de la famille (conjoint, ascendants, descendants, frères, sœurs, beaux-parents, beaux-frères, belles-sœurs et neveux) ni aux sous-entrepreneurs, sous-traitants et tâcherons, ni au personnel de toutes ces personnes.

**Article 2 :**

L'assurance est fondée sur les déclarations du souscripteur reproduites dans la présente police ou dans ses avenants. Elle est en conséquence strictement limitée aux risques et aux garanties résultant de ces déclarations fondamentales, aussi longtemps qu'une convention intervenant sous forme d'avenant n'aura pas pris acte d'une modification ajoutant des charges nouvelles pour la société dans la nature, les conditions, l'importance ou le mode de fonctionnement de l'établissement, de l'industrie ou de l'outillage du souscripteur.

Par ailleurs, en cas de modification du décret-législatif N° 136 du 16 septembre 1983 sur lequel se fondent les garanties accordées par la présente police ou de promulgation de nouvelles législations à ce sujet, la présente police sera maintenue mais dans la limite des garanties prévues par les dispositions légales en vigueur au moment de la souscription, sauf convention spéciale à ce sujet et paiement de la surprime adéquate.

**Article 3 :**

Sont exclus de la présente assurance:

1 – Les accidents provenant d'une faute intentionnelle ou dolosive du souscripteur; en cas de faute inexcusable du patron ou de ceux qu'il s'est substitués dans la direction de l'entreprise, la société verse les prestations forfaitaires prévues au décret-législatif N° 136 du 16 septembre 1983 à l'exclusion de toute autre indemnité à laquelle pourrait être tenu le patron du fait de sa faute.

2 – Les indemnités de licenciement et les pensions d'invalidité ou de retraite.

3 – Les maladies de quelque nature qu'elles soient, quelles qu'en soient l'origine ou la cause ainsi que la mort, l'invalidité permanente ou l'incapacité temporaire provenant d'anévrisme, de congestion, d'insolation, de congélation ou de tous autres effets de température ou de dépression atmosphérique.

4 – Les cas d'empoisonnement, d'érisypèle, de rhumatismes, d'ulcères variqueux, de lumbago, de ruptures musculaires, d'efforts, de hernie, lors même que ces affections seraient d'origine traumatique.

5 – Les accidents éprouvés par les employés et ouvriers âgés de moins de 12 ans et de plus de 60 ans, ainsi que par ceux atteints ou ayant été atteints d'une attaque quelconque de paralysie, d'apoplexie ou d'épilepsie, d'affection mentale ou de maladie de la moelle épinière ou du cerveau, d'une infirmité ou maladie grave ou permanente.

6 – Les conséquences directes ou indirectes d'une faute intentionnelle, de suicide tenté ou consommé en quelque état mental que ce soit, de mutilation volontaire, de duel, de lutte ou de rixe, sauf le cas de légitime défense, des conséquences de l'ivresse, du dérangement des facultés mentales, d'opérations chirurgicales non nécessitées par un accident garanti.

7 – Les accidents résultant de l'usage d'un mode quelconque de locomotion aérienne ou de l'utilisation de matières explosives.

8 – Les accidents résultant directement ou indirectement:

a: d'inondations, de typhons, d'ouragans, de tornades, cyclones, tremblements de terre, d'éruptions volcaniques ou de tout autre cataclysme ou phénomène météorologique;

b: d'invasion, guerre étrangère, puissance étrangère, guerre civile, Etat de Siège, Rebellions, Mobilisation Générale, révolution, usurpation politique ou militaire, acte de terrorisme ou sabotage, émeutes, grèves, mouvements populaires ou pillage, n'importe quels genres de projectiles ou n'importe quelles sortes d'explosifs, balles, bombes, fusées ou autres engins de guerre ou actes ou méfaits de personnes armées affiliées ou non à des organisations ou partis politiques, militaires ou à des organisation para-militaires et/ou tombant sous la juridiction des autorités de «facto» ou «de jure» agissant pour leur propre compte ou pour le compte des organisations envers lesquelles elles sont responsables.

Il incombera à l'Assureur de prouver que l'objet de la réclamation du Souscripteur provient, directement ou indirectement ou de quelque façon que ce soit, de l'un quelconque de ces événements.

c: de la modification de la structure des atomes, de la fission nucléaire ou de la force radioactive.

**Article 4 :**

Toutes les fois que les conséquences d'un accident seront aggravées par l'action d'une maladie, d'un état constitutionnel ou d'une infirmité sauf excluant tout droit à indemnité, par un manque de soins constaté ou un traitement empirique, l'indemnité sera calculée, non pas sur les suites effectives du cas, mais sur celles qu'il aurait eues chez un sujet sain soumis à un traitement médical convenable.

### II – Formation du contrat-Obligations du souscripteur en cours d'assurance

**Article 5:**

L'Assurance est conclue et la prime fixée sur la base des déclarations du souscripteur et conformément aux stipulations des conditions particulières.

En cas de rétit ence ou de fausse déclaration du souscripteur de nature à influer sur l'opinion du risque chez la société, celle-ci pourra invoquer la nullité de l'assurance conformément aux dispositions de l'article 982 du code des obligations et des contrats.

Par ailleurs, toutes modifications au risque assuré après la conclusion de la présente police, et plus particulièrement celles de suite notamment de changements dans les occupations ou fonctions du personnel ou dans la nature ou les conditions d'exploitation de l'entreprise, doivent être déclarées à la société au préalable par le souscripteur si ces modifications sont dues à son propre fait.

Dans tout autre cas celui-ci devra en faire la déclaration dans les huit jours du moment où il en a eu connaissance.

Dans l'un ou l'autre cas ou lorsque l'aggravation du risque provient d'une nouvelle législation ou d'une disposition légale nouvelle la société aura toujours le droit de résilier la police immédiatement, à moins que sur sa proposition le souscripteur ne consente à une augmentation de prime.

### Article 6:

Les primes et provisions de primes se paient contre quittances signées par la société ou par son représentant autorisé.

Le Souscripteur doit acquitter les frais, taxes et impôts existant ou pouvant exister, frappant le contrat d'assurance.

La prime est calculée sur le montant des salaires complets, c'est-à-dire sur la totalité des rémunérations allouées au personnel soit en argent, y compris gratifications, pourboires, parts d'intérêts; soit en nature: logement, chauffage, habillement, nourriture, à évaluer suivant la profession et les usages locaux.

A la fin de la période de cette police, le souscripteur adressera à la société, ou à son représentant, un relevé établi conformément à ses livres indiquant le chiffre des rémunérations allouées à son personnel.

Le souscripteur s'engage à tenir une comptabilité régulière, et, à l'appui de celle-ci, des livres ou feuilles de paie, sur lesquels seront inscrits avec exactitude les noms, prénoms, âge et emploi de chacune des personnes travaillant pour son compte, le nombre de leurs journées de travail, ainsi que le montant de leurs salaires, redevances en nature et appointements quelconques.

La société a le droit de faire vérifier à toute époque, par les délégués de son choix, même après la résiliation ou l'expiration de la police, l'exactitude de ces relevés sur les registres et livres de comptabilité du souscripteur.

En cas de défaut ou d'insuffisance de comptabilité, la société a le droit d'invoquer la nullité de la police. En cas d'omission dans les déclarations, le complément des primes portant sur la dissimulation constatée par la société sera à titre de pénalité majoré de 50 %.

La société se réserve, en outre, le droit de laisser à la charge du souscripteur tout sinistre frappant des ouvriers et/ou employés dont les salaires n'auraient pas été compris dans les déclarations précédentes des salaires.

A la conclusion de l'assurance la société perçoit une provision de prime évaluée sur base des salaires moyens du personnel en service à ce moment.

Cette provision sera à la fin du contrat imputée sur la prime finale.

### Article 7:

En cas de non-paiement des primes à leur échéance il sera fait application de toutes les dispositions de l'article 975 du code des obligations et des contrats.

## III - Règlement des sinistres

### Article 8:

Dans les trois jours de chaque accident le souscripteur est tenu d'en faire parvenir, au siège de la société ou de son agence la déclaration qui devra mentionner, outre les date, lieu, causes et circonstances de l'accident, les noms, prénoms, fonctions et domicile de la victime et des témoins, s'il y en a.

Il doit envoyer immédiatement les blessés au médecin de la société désigné aux conditions particulières. Ce dernier est seul habilité à soigner les blessés et le souscripteur accepte, dès maintenant, cette désignation. Cependant, par application de l'article 19 du décret-législatif N° 136 du 16 septembre 1983 la victime a le libre choix de son médecin. Dans ce cas, la société remboursera les frais médicaux, chirurgicaux, pharmaceutiques et d'hospitalisation dans la limite de la garantie accordée par la présente police.

Lorsque la victime n'est pas en état de reprendre son travail à la date fixée par le médecin délégué par la société, le souscripteur doit, dan deux jours de cette date transmettre un nouveau certificat médical, de à renseigner la société sur l'état de l'intéressé.

En cas de simple retard apporté dans l'envoi de la déclaration de l' dent ou dans la transmission des pièces, la société a le droit de réclame souscripteur, une indemnité équivalente au dommage que ce retard aura causé.

### Article 9:

Les médecins de la société, ses inspecteurs et agents devront avoir accès auprès du tout ouvrier ou employé, victime d'accident, sous p pour celui-ci en cas de refus, de perdre tout droit à indemnité.

L'emploi de documents ou de moyens mensongers, toute réticence la déclaration d'accident tendant à exagérer ou à débaturer les suites accident, à en déguiser les causes ou à en prolonger les conséquen entraînent de plein droit la déchéance et autorisent la société à résilie police, par la lettre recommandée, toute provision versée lui res acquise.

L'aggravation des conséquences d'un accident par suite d'un retard d le traitement médical ou par suite de l'inobservation des ordonnance médicales ne peut, en aucun cas, incomber à la société.

### Article 10:

Les indemnités garanties ne s'appliquent qu'aux seuls accidents du t vail et ne couvrent pas les dommages imputables à la responsabilité civ du souscripteur.

Elles ne se cumulent pas avec celles qui pourraient être dues en ve d'une assurance de responsabilité civile.

Dans ces conditions, la société ne paiera l'indemnité que contre décha du souscripteur et renonciation par la victime ou ses ayants-droit à tot réclamation en dommages et intérêts.

## IV - Dispositions Diverses

### Article 11: Prise d'effet et durée de l'assurance:

L'assurance ne produit effet qu'après remise à la Société d'un exer plaire de la police dûment signé par le souscripteur et paiement de la prir fixée aux conditions particulières.

L'assurance est souscrite pour la durée indiquée dans les conditions pa ticulières et en cas de décès du souscripteur, de vente cession ou donatic de son entreprise la police ne continuera à produire ses effets au profit c l'héritier, de l'acquéreur, du cessionnaire ou du bénéficiaire qu'après consentement de la société par avenant.

En cas de faillite ou de liquidation judiciaire du souscripteur, la sociét se réserve la faculté de résilier la police à dater de l'ouverture de la faillit ou de la liquidation judiciaire du souscripteur.

### Article 12: Résiliation de la police:

La société a la faculté de résilier à tout moment la police. Cette résilia tion produira ses effets huit jours après l'expédition par la société d'un lettre recommandée adressée au domicile du souscripteur indiqué aux con ditions particulières, sans préjudice des droits du souscripteur en ce qu concerne tout sinistre antérieur à la date de prise d'effet de la résiliation.

Sur la demande du souscripteur la société lui remboursera la prime nett payée après déduction de la tranche de la prime correspondant à la périod durant laquelle l'assurance était demeurée en vigueur et cela sur la base d la déclaration par le souscripteur des salaires payés jusqu'au jour de la résiliation.

### Article 13: Election de domicile

Il est mutuellement convenu que le souscripteur a fait élection de domi cile à l'adresse indiquée dans la présente police et que toute notification judiciaire ou extrajudiciaire qui lui sera envoyée à la dite adresse sera réputée valable, même au cas où le souscripteur aurait changé de domicile ou refuserait la notification ou négligerait d'en prendre communication.

Tout changement d'adresse du souscripteur ne sera reconnu par la société que s'il lui est signifié par écrit.

### Article 14: Compétence

Tout litige entre la société et le souscripteur sur l'interprétation ou l'exé cution de la présente police sera de la compétence exclusive des tribunau: de Beyrouth.

# عقد ضمان ضدّ طوارئ العَمَل

## الشروط العامة

### حكم تمهيدي عام

ان هذا الضمان معقود والقسط محدد بناء على تصريحات المتعاقد الواردة في الشروط الخاصة والمثبتة عليها من قبله والتي تشكل مع الشروط العامة جزءا لا يجزأ من هذا العقد، فتلتزم تجاهه الشركة على نحو:

١ — دفع القسط المحدد في الشروط الخاصة عن مدة الضمان المثبتة في نفس الشرط.

٢ — العقد بدقة بالأحكام والالتزامات المنصوص عليها في شروط هذا العقد الخاصة والعامة.

٣ — استثناء الاخطار المذكورة في المادة الثالثة ادناه بان تدفع للمتعاقد، ضمن اخطار ولو حدود شروط هذا العقد الخاصة والعامة دفع التقديمات المترتبة عليه وفقاً لما ورد في الشروط الخاصة وبموجب أحكام المرسوم الاشتراعي رقم ١٣٦ تاريخ ١٦ أيلول ١٩٨٣

### اولا : موضوع الضمان ونطاقه

**المادة الأولى :**

تطبيقاً لأحكام المرسوم الاشتراعي رقم ١٣٦ تاريخ ١٦ أيلول ١٩٨٣ المبنية في الشروط الخاصة وضمن الحدود المذكورة فيها في هذه الأخيرة تضمن الشركة للمتعاقد دفع التقديمات المترتبة من جراء أي طارئ، عمل جسدي يمكن ان يصيب أي لبنان عماله وأي مستخدميه بسبب عملهم أو بمناسبته.

ما يو يحصل اتفاق خلاف بذلك في الشروط الخاصة تبدأ او تسمل لهذا الضمان بتغطي الضمان، ضمن الحدود المبينة في الشروط الخاصة التقديمات الناتجة عن الوفاة والعجز الدائم الكامل أو الجزئي، والنفقات اليومية عن التعطيل المؤقت، ونفقات العلاج، ونفقات للضمانة المعمول بها لدى الصندوق الوطني للضمان الاجتماعي، النفقات الطبية والجراحية والصيدلية ونفقات الاستشفاء ومصاريف نقل بجثمة الطارئ ال على اثانيها في لبنان وأمّن وفق الأعضاء المجسدة الاصطناعية.

يسري الضمان ويوجب القسط على جميع المستخدمين لدى المتعاقد اياً كان نوع من الاجر كذوي المستخدمين حالياً او في المستقبل في جميع مؤسسات وورش ومحاله ومكاتبه على كافة الأراضي اللبنانية تنفيذ العاملين حالياً او في المستقبل في جميع مؤسساته وعند تحدده في الشروط الخاصة او في ملحق لهذا العقد.

ولكن، ما لم يحصل اتفاق خاص وتحديد اضمي، لا يشمل الضمان افراد عائلته ( الزوج او الزوجة والاصول، الفروع، الاخوة، الاخوات، الأصهار، الاكنان، الازلاد الاخ او الاخت ) كما لا يشمل المقترين القانونين والمعاملين والمتانين بالمقاطعة وعماله ومستخدميه جميع ملزاً الاختصاص.

**المادة ٢ :**

الضمان مبني على تصريحات المتعاقد المدونة في هذا العقد او في ملحقاته، وبالتالي فان الضمان محدد بشكل حصري بالاخطار والمنشآت الناتجة عن هذه التصريحات كذلك انه لم يحصل اتفاق خاص في ملحق لهذا العقد بشأن تعديل مبيد في اعباء الشركة من جراء نوع مؤسسة المتعاقد او عمله او عدته او شروطها او اجسامها او وسائل تسييرها.

ومن جهة أخرى في حال تعديل التشريع المبني على التقديمات المترتبة على هذا العقد ( المرسوم الاشتراعي رقم ١٣٦ تاريخ ١٦ أيلول ١٩٨٣ ) أو أي حال تشريعات جديدة يتلو المعوض يغني هذا العقد سالماً المتعاقد، ولكن ضمن حدود الضمانات المعمول عليها في النصوص التشريعية السارية المفعول، عند توقيعه، ما لم يقم اتفاق خاص بينا المعوض ويدفع القسط النهائي أو النسبي.

---

**المادة ٣ :**

يستثنى من هذا الضمان :

١ ) الطوارئ الناتجة عن الخطأ المتناهي الذي يرتكبه المتعاقد أو بمثابة الغش وعماله عمداً لا صير له من قبل رب العمل او من قبل من التابعين عنه في ادارة الشروع، فان الشركة تدفع التقديمات المقطعة المنصوص عليها في المرسوم الاشتراعي رقم ١٣٦ تاريخ ١٦ أيلول ١٩٨٣ باستثناء أي تعويض آخر قد يلزم به رب العمل من جرّاء خطئه.

٢ ) تعويضات الصرف وروائب العجز عن العمل والقاعد.

٣ ) الامراض مهما كانت طبيعتا ومهما كان مصدرها او سببا والإلغاء والعجز الدائم او الموقت الناتج عن قطع الشرايين أو الاحتقان او الخر او الصقيع او ايه عوارض اخرى كذلك الطقس وانقطاض الضغط الجوي.

٤ ) حالات التسمم وبت الخمر والمعنوي والقروح والبؤرة وانقطاع العضلات والاجهاد والفتاق، حتى ولو نتجت هذه الحالات عن جروح.

٥ ) الطوارئ الخاصة بالاجراء والمستخدمين الذين هم دون الثانية عشرة من عمرهم والذين لدى عمرهم الستين، والعمالين حالياً او قد اصيبوا سابقا بفالج ما، او بانخار في الدماغ او بداء النقطة او جس أي عراضهم او بعرض في الجهاز الذكري او في دماغهم او بعجز او مرض عظر او مبلم.

٦ ) النتائج المباشرة او غير المباشرة خطأً مقصوراً او مهارة الانتحار او محاولة التسمم باية حالة عقلية كانت او للخر المقصود او للمبارزة او المعارضة او الشجار ما عدا حالة الدفاع عن النفس، كما أو عواقب السكر وبلية القوى العقلية والعمليات الجراحية والعلميات التي لا يوجب اجرائها طارئهم معنون.

٧ ) الطوارئ الناتجة عن استعمال اية وسيلة من وسائل النقل الجوي او عن استعمال المواد المتفجرة.

٨ ) الطوارئ الناتجة عن سبب مباشر او غير مباشر :

أ : عن الطوفان والفيضان والعاصير والزلازل وتفجير البراكين او عن اية آلة ارضية او جوية.

ب : عن غزو، حرب خارجية، دولة اجنبية، حرب اهلية، أحكام عرفية، عصيان، فتنة عامة، ثورة، استيلاء على السلطة عسكريا او سياسيا، عمل ارهابي او تخريبي، تمرد، اضراب، حركات شغب، نهب، أي نوع من القنابل او أي نوع من المتفجرات، الرصاص، القذائف المقلعة، الصواريخ او غيرها من الادوات الحربية اياً كان مصدرها ومن أي نوع كانت او أية اعمال او عمليات شاذة من قبل اشخاص مسلحين منتسبين الى أي نوع نتيبين لمنظمات او لاحزاب سياسية او عسكرية او من يده عسكرية والاو عناصرين لسلطات واقعة او فعلية او شرعية عاملين لحسابهم الخاص او لحساب التنظيمات التي هم مسؤولون تجاهها.

واذا حصل حادث، بارتب على الضمان اثبات ان ذبت موضوع المطالبة قد نجمت عن احدى هذه الحالات بصورة مباشرة او غير مباشرة او باية طريقة كانت.

ج : عن تحويل تكوين الذرة، والشقوق النووية او القوة الاشعاعية.

**المادة ٤ :**

اذا تفاقمت خطورتا نتائج طارئ ما، بسبب نقل مرض او حالة السنية او عله اخرى غير الحال المذكورة في الفقرة الخامسة من المادة الثالثة اعلاه والتي تنفي كل حق في التعويض، وكان ذلك ناجما عن عدم عناية ملحوظة او عن مبالغة غير فنية فان التعويض لا يتناول عواقب الطوارئ المتعددة، بل المراقب التي كانت قد نتج في جسم صحيح اجيت له المداولة الطبية الخاصة.

### ثانيا : ابرام العقد ـــ موجبات المتعاقد خلال سريان الضمان

**المادة ٥ :**

عند الضمان وتحدد القسط بناء على تصريحات المتعاقد ورتبا لاحكام الشروط الخاصة.

في حال حصول أي تكتم او تصريح كاذب من شأنه ان يؤثر على نكرة الخطر الشركة، فان للشركة الاخذ في معالجة الضمان وفقا لاحكام المادة ٩٨٢ من قانون الموجبات والعقود.

عندما لا يكون المتجر بحالة يستطيع معها استئناف عمله في التاريخ الذي حدده الطبيب الثّمن
من الشركة، يجب على المتعاقد بمهلة يومين من هذا التاريخ ان يقدم شهادة طبية جديدة تعلم الشركة عن
حالة المتجر.
اذا تأخر المتعاقد عن اعلام الشركة بعمل الحادث او عن تقديم المستندات المطلوبة، يحق للشركة ان
تطالب بتعويض يتناسب مع الضرر الذي لحق بها بهذا التأخير.

المادة 9 :
يحق لاعوان الشركة وملشيها وركلائها ان ينابوا وان يطالبوا على حالة اي عامل او مستخدم
اصيب بخارجو ما، واذا رفض هذا الامر السماح لهم بذلك يسقط حقه بالتعويض.

ان استعمال المستندات او الوثائق الكاذبة والمكتوم او في وصف نتائج
الطاراوم او تحويرها او قيمه اسبابا او اطالة عوائلها، تؤدي حتى الى سقوط الحق بالاستفادة من
العقد، وتحول الشركة فنيه بزجب كتاب مضمون، مع احتفاظها بجميع الاقساط المدفوعة.

ان الشركة لا تكون مسؤولة بحالة من الاحوال عن تفاقم عوائل احد الطاراوى بسبب التأخير
في اسداء المعالجة الطبية او المنع عن القيد بأوامر الطبيب.

المادة 10 :
ان التعويضات المضمونة لا تتنازل الا طارئو العمل ولا تنطى الاضرار التي تنجب الى مسؤولة
المتعاقد المدنية.

ان التعويضات المضمونة لا تجمع اي التعويضات التي قد تستحق بموجب عقد ضمان المسؤولية
المدنية.

ولي هذه الحالة لا تدفع الشركة التعويض الا مقابل ابراء موقع من المتعاقد ما يسقط من المتجر او
ذوي حقه عن اي مطالبة بالمطل والضرر.

رابعا : احكام مختلفة

المادة 11 : صيانة الضمان ومدته :
لا يسري مفعول الضمان الا بعد ان تسلم الشركة نسخة من العقد موقعة حسب الاصول من قبل
المتعاقد وبعد دفع القسط الاول في الشروط الخامسة.

الضمان ممتد للمدة المبينة في الشروط الخامسة ولي حال وفاة المتعاقد او بيع مؤسسته او التفرغ
عنها او جعلها لا يستمر المتجر لمصلحة الوريث او الشاري او المتفرغ له او الموهوب له الا بعد موافقة
الشركة بموجب ملحق للعقد.

في حال افلاس المتعاقد او خضوعه للتصفية القضائية تحتفظ الشركة بحق فسخ العقد اعتبارا من
تاريخ افتتاح الافلاس او التصفية القضائية.

المادة 12 : فسخ العقد :
للشركة الحق في فسخ العقد في اي وقت كان. يتج هذا الفسخ مفاعيله لمائية ايام بعد تاريخ
ارسال كتاب مضمون من قبل الشركة الى مقام المتعاقد على العنوان المبين في الشروط الخامسة، مع
الاحتفاظ بحقوق المتعاقد فيما يخص بكل طاروء سابق لتاريخ سريان مفعول الفسخ.

واذا طلب المتعاقد ذلك يعيد له الشركة القسط العائد المدفوع من قبله بعد حسم قسم
القسط الفعلي للمدة التي يبقى الضمان ساريا المفعول فيها وذلك على اساس تعرف المتعاقد
بالرواتب المدفوعة حتى تاريخ الفسخ.

المادة 13 : اختيار محل الاقامة :
من المتفق عليه ان المتعاقد اتخذ محل اقامته لدى مقام العنوان المبين في هذا العقد وان كل تبلغ قضائي
او غير قضائي يرسل له في العنوان المذكور يعتبر قانونيا حتى لو كان المتعاقد قد غير محل اقامته او
رفض التبلغ او اهمله.

لا تحرك الشركة باي تغيير محل اقامة المتعاقد ما لم يبلغ اليها عطلا.

المادة 14 : الصلاحية :
كل خلاف بين الشركة والمتعاقد بشأن تفسير او تنفيذ هذا العقد يكون من صلاحية محكمة بيروت
وحدها.

---

بنيفية اخرى فان جميع التعديلات التي تطرأ على الخطر المضمون بعد ابرام هذا العقد وخاصة
ن يكون من شأنها ان تزيد اي اعمية كالتغيرات على اي اشغال وظائف الاجراء او في نوع
ر يشترط استلزام كتب ان يصرح عنها المتعاقد مسبقا للشركة ما لم كانت هذه التغييرات ناتجة
التحسين، في اية حالة اخرى يجب على المتعاقد ان يجري تصرفه بمهلة ثمانية ايام الى الوقت الذي يلي
يلم يوم قبله التعديلات.

كذا الحالين او اذا كان تفاقم الخطر ناتجا عن تشريع جديد او عن نص قانوني جديد، على
شركة ان تفسخ العقد فورا الا اذا قبل المتعاقد العرض الصادر عنها عند زيادة القسط.

: 6
ن الاقساط والتزمات على الاقساط تدفع مقابل باعمالات ترقمها الشركة او عنلها المجاز، يجب على
د ان يدفع المعاليف والرسوم والضرائب المترتبة او التي قد تترتب على عقد الضمان.

سب القسط على اساس مبلغ الاجور كاملة، اي على مجموع البدلات المدفوعة للاجراء كان ذلك
بما فيه المنحات والتشيش والمخصص في الرباح، او كان عينا كالسكن والتدفئة والكساء والثناء
حسب المهنة والبدلات الحلية.

ن بنهاية مدة عقد الضمان يجب على المتعاقد ان يرسل الى الشركة او الى عنلها بيانا منطبقا على
دفاتر بين البدلات المدفوعة لاجرائه.

يتعهد المتعاقد بان يمسك حسابات منظمة معززة بدفاتر او اوراق دفع تبدد فيها على الوجه الصحيح
و واسمار ووظائف كل من الاشخاص العاملين لحسابه مع عدد ايام عملهم ونوعة اجورهم
بالايام العينية وروتبهم المختلفة.

يحق للشركة في اي وقت وحتى بعد فسخ او انتهاء العقد ان تفوض شخصا من قبلها ليتحقق
من صحة البيانات في سجلات ودفاتر حسابات المتعاقد.

ولي حال عدم وجود حسابات او اذا كانت غير كافية بحق للشركة ان تدعي بطلان العقد.
في حال النقصان او التصريح بحال مقدار تحسين بالمانية بنائة غرامة على القسط الاعمالي
بند عن الخطر غير المصرح به او التي تحقق منها الشركة.
وتحتفظ الشركة بحقها بان تعني على عائق المتعاقد كل حادث بسبب المال و/او المستخدمين
بن لم تتضمن التصاريح السابقة بيانا باجورهم.

عند عقد الضمان تقبض الشركة مؤونة على القسط تقدر على اساس متوسط اجور المستخدمين
املين في ذلك في الوقت. اما هذه المؤونة فتجير ادخالها عند انتهاء العقد في حساب القسط النهائي.

المادة 7 :
في حال عدم دفع الاقساط في مواعيد استحقاقها تطبق احكام المادة 975 من قانون
الموجبات والعقود.

ثالثا : صفة الحوادث

المادة 8 :
على المتعاقد عند حصول كل طاروء ان يرسل الى مركز الشركة او وكالتها ضمن ثلاثة ايام من تاريخ
حصوله تصريحا يبين فيه تاريخ حصول الطاروء وسكانه واسباب وظروف كلا واسماء ووظائف وعناوين
الضحية والشهود اذا وجدوا.

ويترجب عليه ان يرسل المتضرر حالا الى طبيب الشركة المبين في الشروط المخصوصة، وعندا الاخير
ختيل وحده معالجة المتضررين، وللمتعاقد بقبل منذ الآن بهذا التعيين، على انه عملا بالمادة 19 من المرسوم
الاشتراعي رقم 136 تاريخ 16 ايلول 1983 يحق للمتضرر ان يختار طبيب، ولي هذه الحال على المتعاقد ان تدفع الشركة
المعاليف الطبية والجراحية والصيدلية ضمن حدود التغطية المنصوص عليها في هذا العقد.



**LIBANO - SUISSE S.A.L.**
SOCIÉTÉ D'ASSURANCES

## WAIVER OF SUBROGATION

The insurers agree to waive all rights of subrogation or action which they may have acquire against any of the parties comprising the insured arising out of any loss in respect of which any claim is admitted hereunder.

If any payment is made under this policy in respect of a claim for an accident and the insurer is thereupon subrogated to all the insured's rights of recovery in relation thereto, the insurers shall not exercise any such rights against ( the named Co)

LIBANO-SUISSE S.A.L.
INSURANCE COMAPNY

 **LIBANO-SUISSE S.A.L.**
INSURANCE COMPANY

## ANNEX 1 ATTACHING TO AND FORMING PART OF WORKMEN'S COMPENSATION POLICY : WB/ :

## EMPLOYER'S LIABILITY

Notwithstanding anything contained in the mentioned Policy to the contrary, it is hereby understood and agreed that this policy is extended to :

Indemnify the Insured for all sums which the Insured shall become legally obliged to pay as damages, including claimants costs and expenses, because of bodily injury of or bodily injury to any employee by accident, including death at any time resulting therefrom sustained during the Period of Insurance and arising out of and in the course of his employment by the Insured.

The Company will also :

(a)    pay the legal fees incurred with its consent for representation at any Inquest or Fatal Accident Enquiry in respect of any death.

(b)    all costs and expenses incurred with its written consent.

(c)    pay the legal fees incurred with its written consent for representation of the Insured at proceedings in any court arising out of any alleged breach of a statutory duty resulting in bodily injury which may be the subject of indemnity under this Policy.

The limit of the Company's liability under this Annex for all damage including damages for care and loss of services arising out of injury in any one accident shall be US$.

# LIBANO-SUISSE S.A.L.
### SOCIÉTÉ D'ASSURANCES
R.C.B.: 7533 Beyrouth - Capital: 4,655,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 29ème ÉTAGE
TEL. : (+961-1) 364461 : 364900 - FAX : (+961-1) 368924
B.R 11-3821 Beyrouth 1-072/150 Liban
E-mail: liusure@libano-suisse.com



البشائية السويسرية للضمان
شركة ضمان مساهمة لبنانية
...
E-mail: insure@libano-suisse.com

## WORKMEN COMPENSATION INSURANCE POLICY

Policy No.      2004/WK/3333/T1
Insured         RADIAN   INTERNATIONAL                    0
                BEIRUT CENTRAL DISTRICT-                          0

Class           RISQUE DE CONST
Period From     12/09/2004 12:00                      To    12/12/2004 12:00

This insurance is issued for the premium herebelow stated, stamps, taxes & fees included

Taxable Premium
Fix Tax.                    5,471.77
Mun. Tax                    L....
Prop. Stamps                R...                  Salaries          225000US$
Total Premium               273...
                            6,075...

AT THE REQUEST OF THE INSURED, ...
OF THE POLICY IN CAPTION FOR A ... THE EXPIRY DATE

IN CONSIDERATION THEREOF, THE ...

DECLARED SALARIES: US$.225,0... 004:

CONSEQUENTLY, AN ADDITIONNAL ... VE THOUSAND)

ALL OTHER TERMS, CLAUSES AND ... COMPANY.
UNALTERED.                        ... AIN

THE ASSURED                      ISSUED AT ... 09/2004          3254.94



## _WORKMEN COMPENSATION INSURANCE POLICY_
### _ENDORSEMENT_

Class                 : ACCIDENT DE TRAVAIL                                0
POLICY NUMBER         : 11/2004/WE/3333/0/16                               1061748
NAME OF INSURED       : RADIAN INTERNATIONAL                               12000 - 11
ADDRESS               : BEIRUT CENTRAL DISTRICT

PERIOD OF INSURANCE: FROM NOON ON      12/09/2005      To NOON ON 12/12/2005

THIS INSURANCE IS ISSUED FOR THE PREMIUM HEREBELOW STATED, TAXES and FEES INCLUDED

| | | | |
|---|---|---|---|
| Taxable Premium | 3,160.96 | Sum Insured | USD 130,000.00 |
| Fix Tax | 1.33 | | |
| Municipality Tax | 189.66 | Total Premium | USD 3,510.00 |
| Proportional Tax | 158.05 | | |

AT THE REQUEST OF THE INSURED, THE COMPANY AGREES TO EXTEND THE EXPIRY
DATE OF THE POLICY IN CAPTION FOR A PERIOD OF 3 MONTHS.
IN CONSIDERATION THEREOF, THE NEW EXPIRY DATE BECOMES 12.12.2005.

ESTIMATED SALARIES DURING THE PERIOD : US$.130,000.-

CONSEQUENTLY, AN ADDITIONAL PREMIUM OF US$.3,510.- IS DUE TO THE COMPANY.

ALL OTHER TERMS, CLAUSES AND CONDITIONS OF THE ORIGINAL POLICY REMAINS
UNALTERED.

THE INSURED                    Issued in duplicate at Beirut, on 30/09/2005    1,920.00
                               THE COMPANY

CARMENCH1115O511W03333016

# LIBANO-SUISSE S.A.L.
### SOCIÉTÉ D'ASSURANCES
R.C.B.: 7533 Beyrouth • Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961-1) 364461 - 374900 • FAX: (+961-1) 368724
B.P. 11-3921 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com



إنّ اللبنانية السويسرية للضمان
شركة مساهمة لبنانية
ر.ت.ب ٧٥٣٣ بيروت - رأسمالها ٤,٠٥٠,٠٠٠,٠٠٠ ل.ل.
القنطاري - بناية كومارس وفينانس - الطابق الثاني
هاتف: (+٩٦١-١)٣٧٤٩٠٠-٣٦٤٤٦١ - فاكس: (+٩٦١-١)٣٦٨٧٢٤
ص.ب ١١-٣٩٢١ بيروت ١١٠٧/٢١٥٠ لبنان
E-mail: insure@libano-suisse.com

## WORKMEN COMPENSATION INSURANCE POLICY
## ENDORSEMENT

```
Class             : ACCIDENT DE TRAVAIL              0
POLICY NUMBER     : 11/2004/WE/3333/0/14            1061748
NAME OF INSURED   : RADIAN INTERNATIONAL            12000 - 11
ADDRESS           : BEIRUT CENTRAL DISTRICT
```

PERIOD OF INSURANCE: FROM NOON ON   12/06/2005      To NOON ON 12/09/2005

THIS INSURANCE IS ISSUED FOR THE PREMIUM HEREBELOW STATED,TAXES and FEES INCLUDED

| | | | |
|---|---|---|---|
| Taxable Premium | 5,471.77 | Sum Insured | USD 225,000.00 |
| Fix Tax | 1.33 | | |
| Municipality Tax | 328.31 | Total Premium | USD 6,075.00 |
| Proportional Tax | 273.59 | | |

AT THE REQUEST OF THE INSURED, THE COMPANY AGREES TO EXTEND THE EXPIRY
DATE OF THE POLICY IN CAPTION FOR A PERIOD OF 3 MONTHS.

IN CONSIDERATION THEREOF, THE NEW EXPIRY DATE BECOMES 12.09.2005.

CONSEQUENTLY, AN ADDITIONAL PREMIUM OF USD 6,075.- IS DUE TO THE COMPANY.

ALL OTHER TERMS, CLAUSES AND CONDITIONS OF THE ORIGINAL POLICY REMAINS
UNALTERED.

THE INSURED                    Issued in duplicate at Beirut on : 13/06/2005    3,364.94

THE COMPANY

CISSA06140311W03333014    1    1



**LIBANO-SUISSE S.A.L.**
SOCIÉTÉ D'ASSURANCES
R.C.B.: 7583 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ÉTAGE
TEL.: (+961-1) 364461 - 374900 - FAX: (+961-1) 368724
B.P. 11-3621 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

الشركة اللبنانية السويسرية للضمان
شـركـة مسـاهـمـة لبـنـانـيـة

## WORKMEN COMPENSATION INSURANCE POLICY
### ENDORSEMENT

| | | |
|---|---|---|
| Class | : ACCIDENT DE TRAVAIL | 0 |
| POLICY NUMBER | : 11/2004/WE/33330/13 | 1061764 |
| NAME OF INSURED | : RADIAN INTERNATIONAL | 12000 - 11 |
| ADDRESS | : BEIRUT CENTRAL DISTRICT | |

PERIOD OF INSURANCE: FROM NOON ON    12/03/2005    To NOON ON 12/06/2005

THIS INSURANCE IS ISSUED FOR THE PREMIUM HEREBELOW STATED, TAXES and FEES INCLUDED

| | | | |
|---|---|---|---|
| Taxable Premium | 5,471.77 | Sum Insured | USD 225,000.00 |
| Fix Tax | 1.33 | | |
| Municipality Tax | 328.31 | Total Premium | USD 6,075.00 |
| Proportional Tax | 273.59 | | |

AT THE REQUEST OF THE INSURED, THE COMPANY AGREES TO EXTEND THE EXPIRY
DATE OF THE POLICY IN CAPTION FOR A PERIOD OF 3 MONTHS.

IN CONSIDERATION THEREOF, THE NEW EXPIRY DATE BECOMES 12.06.2005.

CONSEQUENTLY, AN ADDITIONAL PREMIUM OF US$.6,075.- IS DUE TO THE COMPANY.

ALL OTHER TERMS, CLAUSES AND CONDITIONS OF THE ORIGINAL POLICY REMAINS
UNALTERED.

THE INSURED                    Issued in duplicate at Beirut, on :              3,358.02

                                       THE COMPANY

CIRISLS03310511W03333013            1            1



# LIBANO.SUISSE S.A.L.
### SOCIÉTÉ D'ASSURANCES
R.C.B.: 7533 Beyrouth · Capital: 4,650,000,000 L.L.
KANTARI · IMM. COMMERCE ET FINANCE · 2ème ETAGE
TEL.: (+961-1) 364461 - 374900 · FAX: (+961-1) 366724
B.R 11-3821 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

الشركة اللبنانية السويسرية للضمان
شركة مساهمة لبنانية
ر.ت.ب: ٧٥٣٣ بيروت - رأسمالها ٤،٦٥٠،٠٠٠،٠٠٠ ل.ل.
القنطاري - بناية التجارة والمال - الطابق ثاني
هاتف: (+٩٦١-١) ٣٦٤٤٦١-٣٧٤٩٠٠ - فاكس: (+٩٦١-١) ٣٦٦٧٢٤
ص.ب: ٣٨٢١-١١ بيروت ١١٠٧/٢١٥٠ لبنان
E-mail: insure@libano-suisse.com

## WORKMEN COMPENSATION INSURANCE POLICY

**Policy No.**    2004/WE/3333/12          0                    ⓪
**Insured**       RADIAN   INTERNATIONAL                        10051749
                  BEIRUT CENTRAL DISTRICT-                      ⓪ -

**Class**         RISQUE DE CONST
**Period From**   12/12/2004 12:00              **To**    12/03/2005 12:00

This insurance is issued for the premium herebelow stated,stamps,taxes & Fees included

Taxable Premium          5,471.77
Fix Tax                      1.88        **Declared Salaries**        225000US$
Mun. Tax                   328.21
Prop.Stamps                273.59
**Total Premium**        6,075.00US$

AT THE REQUEST OF THE INSURED, THE COMPANY AGREES TO EXTEND THE EXPIRY
DATE OF THE POLICY IN CAPTION FOR A PERIOD OF 3 MONTHS.

IN CONSIDERATION THEREOF, THE NEW EXPIRY DATE BECOMES 12/03.2005.

CONSEQUENTLY, AN ADDITIONAL PREMIUM OF US$ 6,075.- IS DUE TO THE COMPANY.

ALL OTHER TERMS, CLAUSES AND CONDITIONS OF THE ORIGINAL POLICY REMAINS
UNALTERED.



ISSUED AT BEIRUT ON 9/12/2004        3354.94
FOR THE COMPANY

**THE ASSURED**

Copie à retourner signée à la Compagnie
نسخة تعاد موقعة إلى الشركة ٠

AUTORISEE PAR DECRET No. 11/708 DU 24/4/1956 ET ENREGISTREE AU MINISTERE DE L'ECONOMIE NATIONALE SUB UMUM DE L'UNITE. ALAILITE LE DECRET - S.A.R.L. 5F

CAROL091220040229 1599965 00      1   1

# EXHIBIT I
# PART 1



# LIBANO-SUISSE S.A.L.

## SOCIÉTÉ D'ASSURANCES
### R.C.B. 7533

CAPITAL 4,050,000,000 DE LIVRES LIBANAISES ENTIÈREMENT VERSÉ

AUTORISÉE PAR DÉCRET NO. 107C
DATÉ LE 24/4/59 ET ENREGISTRÉE A
MINISTÈRE DE L'ÉCONOMIE NATIONAL
SUB. NO. 77

| | | |
|---|---|---|
| **BRANCH** | : | Motor Comprehensive Insurance. |
| **POLICY NO** | : | AV/99/48067 |
| **INSURED** | : | Radian International. |
| **ADDRESS** | : | Beirut Central District. |
| **INCEPTION DATE** | : | 11/06/1999 |
| **EXPIRY DATE** | : | 11/06/2000 |

**COVER** :

This policy covers :
- Own damages to vehicles (list to be provided with descriptions and values)
- Civil liability towards third parties :
Bodily injury : Unlimited any one accident and in the agregate for the policy period.
Property damage : USD 250,000.- any one accident and unlimited in the aggregate for the policy period.

**EXTENSIONS** : Waiver of rights of subrogation in favour of the employer and the construction manager.

**RATE/PREMIUMS** : Flat rate of :
- 4% off actual value for models 1990 to 1993 included with a minimum premium of
- USD 500.- each unit.
3.5% off actual value for models 1994 to 1999 included with a minimum premium of USD 500.- each unit.



**LIBANO-SUISSE S.A.L.**
INSURANCE COMPANY

**-2 -**

| | | | |
|---|---|---|---|
| **EXCESS** | : | - | USD 150.- for each and every own damage loss only. |
| | | - | 10 pct off actual value for total loss (including theft). |

This policy is subject to the following attachments :

- General Conditions.
- Waiver of rights of subrogation clause.
- Year 2000 exclusion clause.

*Issued in Beirut, June 11, 1999*
LIBANO-SUISSE S.A.L.
SOCIETE D'ASSURANCES



<div dir="rtl">

# عقد ضمان للسيارات
## الشروط العامة

الشركة اللبنانية السويسرية للضمان
شركة مساهمة لبنانية

عملا بالمادة الثالثة من الشروط العامة لهذه البوليصة لقد حدد القسط بناء على تصريحات المتعاقد المبينة في الشروط الخاصة الموقع عليها من قبله والتي تشكل مع الشروط العامة جزءا لا يتجزأ من البوليصة.

وعليه تتعهد الشركة فيما لو:

١ – سدد لها المتعاقد قيمة القسط المبينة في الشروط الخاصة والمطلوبة لمدة التأمين المذكورة في العقد.

٢ – نفذ النصوص والتعهدات الواردة بالعقد أو ملحقاته تنفيذا دقيقا.

أن تضمن له استنادا للشروط العامة والخاصة ويحدود الاستثناءات المبينة في البند الثاني، كافة الأخطار الواردة في العقد ويحدود المبالغ المبينة فيه،

## موضوع ومدى الضمان – الأخطار المضمونة

### المادة ١:

أن الغاية من هذا العقد هو ضمان المتعاقد ضد الأخطار المبينة فيما يلي (أ – ب – ج – د) كلها أو بعضها وذلك على السيارة الموصوفة في الشروط الخاصة ووفقا لأحكام الشروط الخاصة أو الملاحق، شرط أن تكون السيارة المذكورة مستعملة، أثناء حصول الخطر، في لبنان.

**أ – المسؤولية المدنية:** التعويضات التي قد تترتب على المتعاقد بمقتضى القوانين المرعية الأجراء بمدد المسؤولية المدنية. والناتجة عن حوادث جسدية أو مادية سببتها تلك السيارة للغير (عندما تكون السيارة بقيادة المتعاقد أو أي شخص آخر شرط ان يكون السائق حائزا على اجازة سوق نظامية) الا أنه من المتفق عليه أن مسؤولية الشركة عن الأضرار الجسدية أو المادية التي تنجم عن حريق أو انفجار تتسبب بهما السيارة لن تتجاوز عن الحادث الواحد المبلغ المحدد في الشروط الخاصة.

يشمل هذا الضمان الحوادث الجسدية التي تصيب الأشخاص الثلاثين النقولين مجانا في السيارات الخصوصية المعدة لنقل الركاب فقط أو الصاعدين اليها أو النازلين منها.

مهما بلغ عدد الأشخاص المصابين، فإن ضمانة كل حادث لا يمكن أن تتجاوز المبلغ المحدد في الشروط الخاصة و بملحق، بما فيه النوائد والمصاريف القضائية وغيرها الناتجة عن الحادث. وهذه الضمانة المبينة في النصوص السابقة تشمل عواقب المسؤولية المدنية التي قد تترتب على أي شخص مرخص به من المتعاقد، قام باستعمال السيارة بصورة مؤقتة من أجل السبب المبرر عنه، شرط أن يكون حائزا على اجازة السوق النظامية ومتقيدا بأحكام هذا العقد. غير أنه يستثنى من عقد الضمان هذا الأشخاص الذين استأجروا السيارة أو الذين أودعت لديهم للزيادة أو التقليط أو الاصلاح أو التجربة أو لأي سبب آخر مماثل.

وانا فان الشخص الذي سلمت اليه السيارة حائزا على عقد يضمن مسؤوليته المدنية فان ضمانة الشركة لا تسري لصالحه الا بعد أن تكون قد استنفذت ضمانة العقد المذكور.

اذا أدى الحادث الى اصابة عدة أشخاص، فمن المتفق عليه أن الشركة غير ملزمة بالتعويض عن أحدهم دون الآخر وتكون بحل من موجباتها تجاه المتعاقد أو مسبب الحادث اذا ما أنفت قسطا كافيا من ضماناتها حتى الوصول إلى حل نهائي للحادث.

\* الغرامة وهي تعتبر عقوبة يضيق تعويضا لا تلزم بها الشركة كما أن هذه الأخيرة لا تتحمل مصاريف المحاكمات الجزائية.

**ب – أضرار السيارة المضمونة:** الأضرار المادية التي تصيب السيارة المضمونة بما في ذلك الأضراء والقطع الثابتة الضرورية لاستعمالها. شرط أن تنتج تلك الأضراء عن اصطدام مع سيارة أخرى أو أي جسم كان أو عن انقلاب السيارة دون اصطدام مسبق، وعلى أن يكون السائق حائزا على اجازة السوق لهذا النوع من السيارات. أما الأضرار الحاصلة لاطارات المطاط فانها تعد غير مضمونة الا اذا تضررت السيارة بذات الوقت.

يترتب على المتعاقد وبقدر الامكان، أن يتخذ الاحتياطات اللازمة كي لا يترك السيارة بدون حراسة اثر اصابتها بحادث.

عند حصول حادث للسيارة اذا فقدت القطع اللازمة لاصلاحها من السوق المحلية، أو كانت من طراز قديم غير قابل للاستعمال فان التعويض المترتب على الشركة دفعه عن تلك القطع لا يمكن أن يتعدى الثمن الأخير الذي كان وضعت لها صانعها أو اللثمن الأخير الذي كانت تباع به.

**ج – حريق السيارة – الخطر المباشر:** تضمن الشركة الأضرار التي تصيب السيارة وعطلها نتيجة الحريق أو الانفجار أو الصواعق.

**د – السرقة:** تضمن الشركة الفقدان أو التلف أو العطل الحاصل للسيارة والناتج عن سرقتها أو محاولة سرقتها حيثما وجدت هذه الأخيرة أكان في الطريق أو في المرأب أو متوقفة: الا أن الضمانة لا تشمل القطع الا اذا سرقت السيارة بذات الوقت.

ان السرقة أو محاولة السرقة بواسطة السلاح تبقى مستثناة من هذه الضمانة.

## الأخطار المستثناة

### المادة ٢:

**أ – استثناءات عامة تتعلق بجميع أنواع السيارات**

تستثنى من هذا الضمان وفي كافة الأحوال الحوادث الجسدية والأضرار أو الخسائر المادية الحاصلة مباشرة أو بصورة غير مباشرة في الظروف الآتية:

١ – الحوادث الجسدية والأضرار المادية الناتجة عن الخطأ المقصود أو الغش الذي يرتكبه المتعاقد أو أي شخص آخر هو تحت حراسة أو مسؤولية المتعاقد القانونية.

٢ – الحوادث الجسدية والأضرار المادية التي تصيب المتعاقد نفسه أو الأشخاص الذين سلمت اليهم السيارة، السائق أيا كان، اجراء المتعاقد أو السائق أو

</div>

نووية ملتهبة أو اية آفات نووية ناتجة عن اشتعال المواد الملتهبة النووية. ويعتبر النهائي لتطبيق هذا الاستثناء كل تفاعل متسلسل للانضمام النووي.

٢ – الحوادث والخسائر والتدمير والأضرار والمسؤولية المدنية الحاصلة أو المتفاقمة مباشرة أو غير مباشرة بفعل أو بنتيجة مباشرة أو غير مباشرة الأسلحة النووية.

ب - استئناءات متعلقة فقط بالسيارات الخصوصية السياحية

بالاضافة الى الاستثناءات العامة المنصوص عنها في الفقرة (أ) أعلاه يستثنى فيما يتعلق بالسيارات الخصوصية السياحية الأضرار التالية:

الحوادث الجسدية والأضرار المادية التي تصيب السيارة والتي سببتها السيارة عندما تنقل ركابا بالأجرة أم عندما تكون مؤجرة أم عندما تستعمل لغير الوجهة المصرح عنها.

ج - استئناءات خاصة بالسيارات المعدة للنقل العام والبضائع

بالاضافة الى الاستثناءات العامة المنصوص عنها في الفقرة (أ) أعلاه يستثنى أيضا فيما يتعلق بالسيارات المعدة للنقل العام أو لنقل البضائع الأضرار التالية :

١ - عند حصول رد حادث. اذا كان عدد الأشخاص المنقولين في السيارة يتجاوز العدد المرخص به اذا زادت الحمولة عن الحد النظامي فان الضمان لا يشمل هكذا حادث.

٢ - لا يكون الحادث مغطى بالضمان المنصوص عليه في العقد الحاضر الا اذا كانت السيارة المضمونة بقيادة المتعاقد أو أي شخص مولج عادة ذلك وشرط أن يكون السائق حائزا على اجازة السوق النظامية وأن تكون السيارة حائزة على رخصة السير النظامية أيضا.

٣ - تستثنى من الضمان الحوادث الجسدية التي قد تصيب الأشخاص المنقولين في السيارة المضمونة أو المساعدين اليها من قبل النازلين منها أو الذين يدرون فيها أي عمل كان وذلك انه لا يذكر ضمان هذه الحوادث صراحة في العقد أو في ملحق العقد ولهذه دفع العلاوة العائدة لضمان هذه الحوادث وضمن حدود الضمانات المنصوص عنها في الشروط الخامة.

٤ – ولا تعوض الشركة على المضمون الخسائر الناتجة:
أ – عن فقدان أو تلف الأشياء المنقولة في السيارة.
ب – بسبب مسؤوليته عن الأضرار اللاحقة بالجسور والطرقات والأشياء الموجودة تحتها والناتجة عن الارتجاج أو عن وزن السيارة أو عن أية حمولة تنقلها السيارة.
ج – بسبب أية مسؤولية ناتجة عن أي عقد كان.
د – بسبب الحوادث الجسدية والأضرار المادية الناتجة:
- عن عمليات تحميل أو تفريغ السيارة.
- عن الحمولة المنقولة و/أو تجاوز هذه الحمولة العلو أو العرض المرخص به.

تكوين العقد – التصاريح الواجبة لدى الاكتتاب –
الواجبات خلال مدة الضمان

المادة ٣ :

أ – تم عقد هذا الضمان وحدد قسطه استنادا الى تصاريح المتعاقد المدونة في الشروط الخاصة.

اذا حصل تصريح أو تصريح كاذب يؤدي الى خداع الخطر فان للضامن الحق بابطال عقد الضمان أو فسخه حسب الحالات وفقا لمنطوق المادة ٩٨٢ موجبات وعقود.

وبالاضافة الى ذلك اذا كانت الأخطاء أو الكتمان بالنسبة لطبيعتها أو لأهميتها

---

أعلاه اي الزوج والأصول والفروع، الأخوة، الأخوات والأصهرة وزوجات الأخوة وزوجين وأزواج البنين وأفراد عائلة جميع مؤلاء وذلك ايا كانت ظروف وأسباب الحادث وبدون أن تحفظ. وهذه الاستثناءات تطبق سواء كان الأشخاص المذكورين أعلاه يقودون السيارة المؤمنة أم منقولين فيها أم يصعدون اليها أو ينزلون منها أم كانوا خارجها وتشمل هذه الاستثناءات ممتلكات كافة المذكورين أعلاه المنقولة وغير المنقولة.

٣ - السرقات والتخريبات سواء التي يحدثها الأشخاص المنصوص عنهم في الفقرتين ١ و٢ أعلاه أم الأشخاص الذين كانت السيارة بعهدتهم أو عندما تكون السيارة مؤجرة من الغير.

٤ - الأضرار المادية التي تصيب السيارة المضمونة والناتجة عن عيب في الصنع أو التلف الناتج عن قدمها أو عن عطل ميكانيكي أو عن تدني قيمتها أو عدم الاهتمام بصيانتها.

٥ - الأضرار التي تصيب الأجهزة الكهربائية وقطعها اذا نتجت هذه الأضرار عن الطاقة الكهربائية.

٦ - كل حادث أية كانت نتائجه الذي يسبب ضررا للسيارة المؤمنة أو لغيرها من السيارات أو للأشخاص المؤمنين أو الأشخاص الثالثين اذا كان الحادث ناتجا عن زيادة عدد الركاب المنقولين عن العدد المسموح به أم عن ثقلها حمولة أثقل من المرخص بها.

٧ - كافة الأضرار التي قد تصيب الحيوانات أم الأموال أم الأمتعة على اختلاف أنواعها أثناء نقلها في السيارة المضمونة وكذلك فقدانها.

٨ - الحوادث مهما كان نوعها الناتجة عن مباريات أو سباق أو مرامنات.

٩ - الحوادث والأضرار والخسائر والمسؤوليات التي يكون سببها و/أو التي تنتج مباشرة أو غير مباشرة عن :

أ - الفياضانات أو الأنواء أو العواصف أو الاعصارات أو الانفجارات البركانية أو الزلازل أو غيرها من الظواهر الجوية. وعند حصول أي حادث يترتب على المتعاقد أن يثبت كون الأضرار موضوع مطالبته لم تنتج بأية صورة أو طريقة كانت مباشرة أو غير مباشرة عن الحالات المذكورة.

ب - غزو، حرب خارجية، دولة أجنبية، حرب أهلية، أحكام عرفية، عصيان، تعبئة عامة، ثورة، استيلاء على السلطة عسكريا أو سياسيا، عمل ارهابي أو تخريبي، تمرد، اضراب، تحركات شعبية، نهب، أي نوع من القذائف أو أي نوع من المتفجرات، الرصاص، القذائف المقذوفة، الصواريخ أو غيرها من الأدوات الحربية أيا كان مصدرها ومن أي نوع كانت أو أية أعمال أو عمليات شاذة من قبل أشخاص مسلحين منتسبين أو غير منتسبين لمنظمات أو لأحزاب سياسية أو عسكرية أو شبه عسكرية و/أو خاضعين لسلطان سلطات واقعية أو شرعية عاملين لحسابهم الخاص أو لحساب التنظيمات التي هم مسؤولون تجاهها. واذا حصل حادث، يترتب على الضمان أن يثبت أن الأضرار موضوع المطالبة قد نتجت عن احدى هذه الحالات بصورة مباشرة أو غير مباشرة أو بأية طريقة كانت.

ج - الحوادث والخسائر والأضرار الحاصلة للأملاك كافة أو الخسائر والنفقات كافة الناتجة أو المتأتية عن الظروف الملحوظة في "أ" و"ب" أو الخسائر غير المباشرة.

د - قيادة السيارة من قبل سائق كان حين حصول الحادث تحت تأثير الكحول أو المخدرات.

هـ - قيادة السيارة المضمونة بعكس وجهة السير يجعل حكما الحادث الطارئ غير مشمول بالضمان مهما كانت الأسباب التي كانت نجم عنها الحادث خلال مدة القيادة.

- ان الشركة لا تضمن أيضا:

السؤولية المدنية أية كانت طبيعتها، الحاصلة أو المتفاقمة مباشرة أو غير مباشرة من، أو تلك الناتجة مباشرة أو غير مباشرة عن الاشعاعات الذرية أو الاصابات بالتفاعل الذي الناتجة عن أية مواد

أو لتكرارها يرتدي طابع الغش آنذاك يحق للشركة أن تطالب باعادة جميع ما دفعته عن الحوادث السابقة.

يترتب على المضمون تحت طائلة بطلان الضمان ان يعلم الشركة مسبقاً بموجب كتاب مضمون عن اي تعديلات في الخطر المضمون وخاصة تلك التعديلات التي قد تؤدي الى زيادة خطورته وخاصة اذا كانت ناتجة عن تغيير قوة المحرك أو عدد المحلات أو الهيكل أو جهة الاستعمال أو قيمة السيارة.

اذا رفض المتعاقد تسديد القسط الاضافي المعادل لزيادة الخطر فانه يحق للشركة فسخ العقد.

ب – يتـعهد المتعاقد بحفظ السيارة المضمونة بحالة جيدة صالحة للسير ومصانة من كل عيب وخاصة لكشوفات عديدة كما ان الشركة تحفظ بحقها بأن تقوم بواسطة فنيين بالكشف على السيارة وباعلام المتعاقد خطيا بالاصلاحات التي ترى من الواجب اجرائها.

## تسديد الاقساط

### المادة ٤ :

لا يسري مفعول العقد الا بعد أن تدفع الاقساط مع قيمة المصاريف والرسوم المختلفة المفصلة في اللائحة المذكورة في الشروط الخاصة. ولا تعتبر الاقساط مدفوعة الا اذا أعطى بها ايصال موقع عليه من الادارة أو وكيلها الرسمي.

## تسوية الحوادث

### المادة ٥ :

على المتعاقد أن يقدم الى مركز الشركة أو وكالتها ايام من تاريخ وقوع الحادث تصريحا يبين فيه. فضلا عن تاريخ وقوع الحادث وأسبابه وظروفه واسم وشهرة وعمر ومحل اقامة السائق والأشخاص المصابين والشهود واذا أمكن سبب الحادث الذي يحتمل ان يكون مسؤولا عنه، وأن يبين أيضا في التصريح نوع الأضرار وأهميتها.

ويتوجب أيضا على المضمون أن يبلغ الضامن فور الاستلام جميع الاشارات والرسائل والانذارات والدعوات والأعمال القضائية وبصورة عامة أية وثائق تتعلق بمطالبة المتضرر او بدعوى مقامة من قبله.

عندما تقع المسؤولية على الغير يجب على المتعاقد أن يبلغ ذلك الى الشركة وأن يتخذ على الفور الاجراءات اللازمة في سبيل اقامة الدعوى عليه تحت طائلة تحمله الأضرار الناتجة عن عدم تقيده بهذا الشرط.

اذا تأخر المتعاقد عن تقديم التصريح عن تحويل الأوراق المذكورة الى الشركة فيحق لها في هذا الأخيرة ان يطالبه بتعويض يتناسب مع الضرر الناشئ عن التأخير. غير أنه اذا تمكن المتعاقد من أن يثبت ان التأخير ناتج عن أسباب خارجة عن ارادته أو عن قوة قاهرة فلا يطالب بأي تعويض ولا يفقد شيئا من حقوقه. عندئذ تبتدئ المهلة المعطاة لتقديم التصريح من تاريخ زوال هذه الأسباب القاهرة.

## الحوادث التي تصيب الغير

### المادة ٦ :

للشركة وحدها الحق بالاتفاق مع الغير الذي أصابه الضرر وقد منحها المتعاقد لذلك كل السلطة اللازمة معهما بتحديدها بموجب سند خاص فيما لو طلب منه ذلك. ويسقط حق المتعاقد من اية ضمانة اذا تمت تسوية ما من غير موافقتها أو مساهمتها أو في حالة اعتراف بالمسؤولية.

---

ولا يعتبر اعترافه الاقرار المادي بالواقع وتقديم الاسعافات الأولية للجرحى ونقلهم الى مكان معين.

واذا نشأ نزاع مع الأشخاص الثالثين الذين لحقهم الضرر تتابع الشركة الدعوى باسم المتعاقد الذي يخولها بسلطة لهذه الغاية كما ستيل بينما ومع ذلك فانه تولت السلطات الجزائية الادعاء بوجب ابلاغ الشركة ذلك على الفور وفي جميع الأحوال للشركة مطلق الحرية في تلك الحالة اذ لا تشرف على الدعوى غير أنها ليست ملزمة بذلك.

## الحوادث التي تقع للسيارات - الحريق - السرقة

### المادة ٧ :

اذا لم يتفق حبيا على تعويض الاضرار يترك تقديرها الى الخبيرين يعينهما الطرفان فاذا اختلف الخبيران ضما اليهما خبيرا ثالثا. عندئذ يتفاوض الخبراء الثلاثة في تقدير التعويض ويترك تقدير الرأي الذي تعتمده الأغلبية. واذا لم يعين أحد الطرفين خبيره أو اذا لم يتفق الخبيران على اختيار الخبير الثالث فيعين هذا الأخير من قبل المحكمة وذلك بناء على طلب الأكثر عجلة ويعفى الخبراء من المعاملات القضائية ويتحمل كل طرف أتعاب خبيره ونصف أتعاب الخبير الثالث اذا لزم تعيينه.

لا يمكن بأي حال من الأحوال الالتجاء الى المحاكم قبل أن يتم الخبراء أعمالهم. وحيث أنه لا يمكن ان يكون الضمان طريقا للكسب فلا تضمن الشركة عند وقوع حادث يلحق ضررا بالسيارة سوى الخسارة التي أصابت المتعاقد من جراء وقوع الحادث على أن لا تتجاوز قيمة التعويض المستحق اية قيمة السيارة يوم وقوع الحادث بقطع النظر عن الأضرار غير المباشرة أيا كانت.

ومن الموضح ان التعويشات المتعلقة بدفع الحوادث الفقدان الكلي (سرقة، حريق، وفقدان السيارة) تدفع على اساس سعر السيارة وهي جديدة على أن يطبق على هذا السعر تخفيض لا يمكن أن يقل عن المعدلات المئوية المتعارف عليها ويمكن زيادة هذا التخفيض اذا تبين أن السيارة قد جاء لها ثمناً على سعرها عند استئنافها.

يقصد بالضمان تصليح الأضرار الناتجة عن الحوادث لذلك لا يحق للمضمون أن يطالب بأي تعويض عن حرمانه من استعمال سيارته أو عن تدني قيمتها أو عن تكاليف زيادتها أو غيرها من المصاريف غير أن الشركة تضمن له لغاية المبلغ المحدد في الشروط الخاصة المصاريف التي يدفعها لنقل السيارة المتضررة من محل وقوع الحادث الى أقرب محل للتصليح.

ومن المتفق عليه أنه لا يجوز للمتعاقد اجراء تصليح أو تغيير قطعة ما من أدوات السيارة المتضررة بدون موافقة الشركة خطيا الا انه يحق له ان يجري التصليحات الضرورية بشرط أن لا تتجاوز قيمتها المبلغ المحدد في الشروط الخاصة وعليه أن يبلغ الشركة عن ذلك فورا وأن يقدم لها فاتورة الحساب مقطوعة ببيان تفصيلي عن قيمة التصليحات.

ويما ان الضمان قد أجري على أساس سعر السيارة وهي جديدة بعد أن استخرج منه قيمة التدني الناتج عن القدم لذلك اذا اتضح من التقدير أن قيمة السيارة المتضررة تفوق المبلغ المصرح عنه في العقد اعتبر المتعاقد مسؤولا عن هذه الزيادة وتحمل نصيبه من الخسارة بسببها.

اذا سرقت السيارة يتوجب على المتعاقد أن يبلغ الأمر الى السلطات المختصة ظرف ١٢ ساعة وعليه ان يرفع الأمر الى النيابة العامة اذا طلبت الشركة منه ذلك.

## حلول الشركة محل المتعاقد بعد وقوع الحادث

### المادة ٨ :

ان الضامن الذي دفع تعويض الضمان يحل حتما محل المضمون. في جميع الحقوق والدعاوى المترتبة له على الأشخاص الآخرين الذين أوقعوا بفعلهم الضرر الذي أدى الى ايجاب التبعة على الضامن.

## تعرفة المدة القصيرة

**المادة ١٣ :**

١ — مع مراعاة أحكام الفقرة ٢ التالية وفي الحالات التي تقرر الشركة فيها الفسخ بسبب مخالفة أحكام بوليصة الضمان، يكون للشركة الحق بأن تستوفي بدل الضمان في هكذا حالات على أساس النسب التالية :

٢٥٪ عن مدة ضمان لا تزيد على شهر واحد
٥٠٪ عن مدة ضمان لا تزيد على ٣ أشهر
٧٥٪ عن مدة ضمان لا تزيد على ٦ أشهر
١٠٠٪ عن مدة ضمان تزيد على ٦ أشهر

٢ — في حال بطلان العقد أو إبطاله بسبب تكتم المتعاقد أو تعمد عن قصد تصريحا كاذبا، يكون للشركة الحق بكامل أقساط الضمان عن كامل مدة الضمان التي كانت ملحوظة في العقد وذلك للشركة كجزائي غير قابل للتعديل.

٣ — أما في الأحوال التي يحصل فيها الفسخ دون حصول مخالفة أو دون حصول مخالفة ذات شأن فإن الشركة تعيد للضمان بناء لطلبه القسط العائد للمدة التي لم يعد الضمان يشملها بسبب الفسخ.

## شرط عام

**المادة ١٤ :**

لا يجوز مطلقا للمتعاقد أن يدخل الشركة شخصا ثالثا في الدعاوى أو يطلب كفالتها.

## المحاكم المختصة

**المادة ١٥ :**

في كل دعوى متكونة بين المتعاقد وبين الشركة بخصوص خلافات ناتجة عن هذا العقد اتفق الفريقان على اعطاء صلاحية الفصل بها الى محاكم ببروت.

## سقوط الحق بمرور الزمن

**المادة ١٦ :**

تسقط الحقوق الناتجة عن هذا العقد بعد مرور سنتين على الحادث الذي نشأت عنه غير أن في هذه المهلة لا تسري.

١ — في حالة التكتم والسهو والنصريح الكاذب أو المغلوط الا اعتبارا من اليوم الذي علمت الشركة به.

٢ — عند وقوع الحادث: الا اعتبارا من اليوم الذي علم به اصحاب الحق هذا على ان يثبتوا أنهم قبل هذا اليوم لم يكونوا على علم بوقوع الحادث.

أما في الحقوق العائدة للمتعاقد على الشركة والتي نشأت عن دعاوى الغير فتحسب تلك المدة ابتداء من اليوم الذي أقام فيه الغير الدعوى على المتعاقد أو اليوم الذي قبض فيه من المتعاقد التعويضات.

**المادة ١٧ :**

في حال وجود خلاف أو التباس أو تناقض بين النص العربي لهذا العقد، وأي نص آخر إن وجد، باللغة الأجنبية، يعتمد النص العربي دون سواه.

---

ويجوز للضمان أن يتخلص من التبعة كلها أو بعضها تجاه المضمون اذا استحال عليه الحلول محله في تلك الحقوق والدعاوى بسبب فعل من المضمون.

لا يحق للضمان، خلافا للأحكام السابقة، مداعاة أولاد المضمون أو فروعه أو أصوله أو مصاهريه مباشرة أو مأموريه أو مستخدميه أو عماله أو خدمه، وبوجه عام جميع الأشخاص الذين يسكنون عادة في بيت المضمون، ما لم يكن هناك غش اقترفه أحد هؤلاء الأشخاص.

## مفعول الضمان

**المادة ٩ :**

ان الضمان لا يسري الا بعد تسليم البوليصة الى المتعاقد موقعة وفقا للأصول من الضمان وبعد دفع قسط الضمان المتوجب.

ان عدم دفع قسط الضمان يؤدي حكما الى وقف مفعول البوليصة ويعتبر الضمان معلقا وغير ساري طالما لم يدفع قسط الضمان.

الا أنه يبقى للضمان الحق باستيفاء كامل قسط الضمان عن كامل المدة المعلق خلالها الضمان ويمكنه أن يعمل الى تحصيل هذا القسط قضائيا.

ان ذات الأحكام تطبق على أي ملحق لبوليصة الضمان.

## مدة العقد

**المادة ١٠ :**

ينظم العقد للمدة المحددة في الشروط الخاصة.

أما في حالة وفاة المتعاقد أو في حالة بيع او تنازل في أي شكل أتى حتى في شكل وكالة، أو هبة السيارة المؤمن عليها لا يبقى العقد ساري المفعول لصالح الوريث أو المقتني الجديد أو المهداة له السيارة الا بعد موافقة الشركة على ذلك كتابة بموجب ملحق خاص. في حالة الافلاس أو التصفية القضائية تحتفظ الشركة لنفسها بحق الغاء العقد ابتداء من تاريخ اشعار الافلاس أو طلب التصفية القضائية وفقا لنصوص المادة ١٢ من هذا العقد.

## محل الاقامة المختار

**المادة ١١ :**

اتفق الطرفان على أن يتخذ المتعاقد محل اقامة مختار في العنوان المذكور في هذا العقد وكل تبليغ يرسل له على ذلك العنوان يعتبر صالحا حتى ولو غير المتعاقد محل اقامته او رفض التبليغ أو أهمل استلامه.

ولا يتخبر أي تعديل في العنوان معروفا من الشركة الا اذا أبلغ منها خطيا.

## فسخ العقد

**المادة ١٢ :**

يحق للشركة أن تفسخ العقد في أي وقت تشاء بموجب كتاب مضمون ولا يسري هذا الفسخ الا بعد مضي ثمانية أيام على ارسال الكتاب المضمون الى المتعاقد على العنوان المذكور بالعقد دون مساس بحقوق المتعاقد بالتعويض عن الحوادث التي تكون قد وقعت قبل الفسخ.

في حالة الفسخ تعيد الشركة للمتعاقد بناء على طلبه قيمة القسط المدفوع بعد أن تحسم منها ما يتناسب مع المدة التي بقي فيها العقد ساري المفعول.



## LIBANO-SUISSE S.A.L.
### INSURANCE COMPANY

### WAIVER OF SUBROGATION

The insurers agree to waive all rights of subrogation or action which they may have acquire any of the parties comprising the insured arising out of any loss in respect of which any claim is admitted hereunder.

If any payment is made under this policy in respect of a claim for an accident and the insurer is thereupon subrogated to all the insured's rights of recovery in relation thereto, the insurers shall not exercise any such rights against the employer and the construction manager.

LIBANO-SUISSE SAL
SOCIETE D'ASSURANCES

**LIBANO-SUISSE S.A.L.**
SOCIÉTÉ D'ASSURANCES

## YEAR 2000 EXCLUSION CLAUSE CASUALTY

This insurance will not apply to any damage, bodily injury or consequential loss of whatsoever nature, directly or indirectly caused by or consisting of or arising from the failure of any computer, data processing equipment or media, microship, integrated circuit or similar device or any computer, software, whether the property of the insured or not, and whether occurring before, during or after the year 2000.

(I)    correctly to recognise any date as its true calendar date and/or

(II)   to capture, save or retain, and/or correctly to manipulate, interpret or processing data or information or command or instruction as a result of treating any date otherwise than as its true calendar and/or

(III)  to capture save retain or correctly to process any data as a result of the operation of any command which has been programmed into a computer software, being a command which causes the loss of data or the inability to capture, save, retain or correctly process such data on or after any date.



**LIBANO-SUISSE S.A.L**
Société d'Assurances
depuis 1959

Capital: 4.050.000.000 L.L.
entièrement versé
R.C.B. 7533
Autorisé par décret No. 10708
Daté le 24/4/59 et enregistré
au Ministère de l'Economie Nationale
Sub. No. 77

Kantari, Imm. Commerce & Finant
B.P. 11-3821 Beyrouth - Liban
Tél: (961.1) 364461, 374900
Fax: (961.1) 368724
E-mail: insure@libano-suisse.com
Website: www.libano-suisse.com
Hotline: (01) 367222, 367999

- **BRANCH**          :      Motor Comprehensive Insurance.

- **POLICY NO**       :      AV/00/48067

- **INSURED**         :      Radian International.

- **ADDRESS**         :      Beirut Central District.

- **INCEPTION DATE**  :      11/06/00.

- **EXPIRY DATE**     :      11/06/01.

- **COVER**           :      This policy covers
  - Own Damages to vehicles (list to be provided with descriptions and values).
  - Civil Liability towards third parties :
    Bodily injury : Unlimited anyone accident and in the aggregate for the policy period.
    Property damage : USD 250,000.- anyone accident and unlimited in the aggregate for the policy period.

- **EXTENSIONS**      :      Waiver of rights of subrogation in favour of the employer and the construction manager.

- **RATE/PREMIUMS**   :      Flat rate of :
  - 3.60 pct off actual value for models 1990 to 1993 included with a minimum premium of USD 450.- each unit.
  - 3.15% off actual value for models 1994 to 1999 included with a minimum premium of USD 450.- each unit.

- **EXCESS**          :      10 pct off actual value for total loss (including theft).

This policy is subject to the following attachments :
- General Conditions.
- Waiver of subrogation.
- ~~Year 2000 exclusion clause.~~

Issued at Beirut July 13, 2000
LIBANO-SUISSE SAL
SOCIETE D'ASSURANCES



الشركة اللبنانية السويسرية للضمان
شركة مساهمة لبنانية

# عقد ضمان للسيارات
## الشروط العامة

عملا بالمادة الثالثة من الشروط العامة لهذه البوليصة لقد عقد الضمان وتحدد القسط بناء على تصريحات المتعاقد المبينة في الشروط الخاصة الموقع عليها من قبله والتي تشكل مع الشروط العامة جزءا لا يتجزأ من البوليصة.

وعليه تتعهد الشركة فيما لي:

١ ــ تسدد لها المتعاقد قيمة القسط المبينة في الشروط الخاصة والمطلوبة لمدة التأمين المذكورة في العقد.

٢ ــ تنفذ النصوص والتعهدات الواردة بالعقد أو ملحقاته تنفيذا دقيقا، كافة الأخطار الواردة في العقد وبحدود المبالغ المبينة فيه.

أن تضمن له استنادا للشروط العامة والخاصة وبحدود الاستثناءات المبينة في البند الثاني.

## موضوع ومدى الضمان – الأخطار المضمونة

**المادة ١:**

ان الغاية من هذا العقد هو ضمان المتعاقد ضد الأخطار المبينة فيما يلي (أ – ب – ج – د) كلها أو بعضها وذلك عن السيارة الموصوفة في الشروط الخاصة ووفقا لأحكام الشروط الخاصة أو الملاحق. شرط أن تكون السيارة المذكورة مستعملة، أثناء حصول الخطر في لبنان.

**أ – المسؤولية المدنية:** التعويضات التي قد تترتب على المتعاقد بمقتضى القوانين المرعية الأجراء بصدد المسؤولية المدنية، والناتجة عن حوادث جسدية أو مادية سببتها تلك السيارة للغير (عندما تكون السيارة بقيادة المتعاقد أو أي شخص آخر شرط ان يكون السائق حائزا على اجازة سوق نظامية) الا أنه من المتفق عليه أن مسؤولية الشركة عن الأضرار الجسدية والمادية التي تنجم عن حريق أو انفجار تنسبب بهما السيارة لن تتجاوز عن الحادث الواحد المبلغ المحدد في الشروط الخاصة.

يشمل هذا الضمان الحوادث الجسدية التي تصيب الأشخاص المنقولين مجانا في السيارات الخصوصية المعدة لنقل الركاب فقط أو المساعدين اليها أو النازلين منها.

مهما بلغ عدد الأشخاص المصابين، فان ضمانة كل حادث لا يمكن أن تتجاوز المبلغ المحدد في الشروط الخاصة أو بملحق، بما فيه الفوائد والمصاريف القضائية وغيرها الناتجة عن الحادث. وهذه الضمانة المبينة في النصوص السابقة تشمل عواقب المسؤولية المدنية التي قد تترتب على أي شخص مرخص له من المتعاقد، قام باستعمال السيارة بصورة مؤقتة من أجل السبب المصرح عنه، شرط أن يكون حائزا على اجازة السوق النظامية ومتقيدا بأحكام هذا العقد. غير أنه يستثنى من عقد الضمان هذا الأشخاص الذين استأجروا السيارة أو الذين أودعت لديهم للازياحة أو التظليط أو الاصلاح أو التجربة أو لأي سبب آخر مماثل.

واذا كان الشخص الذي سلمت اليه السيارة حائزا على عقد يضمن مسؤوليته المدنية فان ضمانة الشركة لا تسري لصالحه الا بعد أن تكون قد استنفذت ضمانة العقد المذكور.

اذا أدى الحادث الى اصابة عدة أشخاص، فمن المتفق عليه أن الشركة غير ملزمة بالتعويض عن أحدهم دون الآخر وتكون بحل من موجباتها تجاه المتعاقد أو مسبب الحادث اذا ما أمنت قسما كافيا من ضماناتها حتى الوصول الى حل نهائي للحادث.

ان الغرامة وهي تعتبر عقوبة وليس تعويضا لا تلزم بها الشركة كما أن هذه الأخيرة لا تتحمل مصاريف المحاكمات الجزائية.

**ب – أضرار السيارة المضمونة:** الأضرار المادية التي تصيب السيارة المضمون بما في ذلك الأضرار والقطع الثابتة الضرورية لاستعمالها، شرط أن تنتج تلك الأضرار عن اصطدام مع سيارة أخرى أو أي جسم كان أو عن انقلاب السيارة دون اصطدام مسبق. وعلى أي يكون السائق حائزا على اجازة السوق لهذا النوع من السيارات.

أما الأضرار الخاصة لاطارات العجلات فانها غير مضمونة الا اذا تضررت السيارة بذات الوقت.

يترتب على المتعاقد وبقدر الامكان، أن يتخذ الاحتياطات اللازمة كي لا يترك السيارة بدون حراسة او اصابتها بحادث.

عند حصول حادث للسيارة اذا فقدت القطع اللازمة لاصلاحها من السوق المحلية، أو كانت من طراز قديم غير قابل للاستعمال، فان التعويض المترتب على الشركة بعمد عن تلك القطع لا يمكن أن يتعدى الثمن الأخير الذي كان وضعه لها صانعها أو الثمن الأخير الذي كان يباع به.

**ج – حريق السيارة – الخطر المباشر :** تضمن الشركة الأضرار التي تصيب السيارة وتقطعها نتيجة الحريق أو الانفجار أو الصواعق.

**د – السرقة :** تضمن الشركة الفقدان أو التلف أو العطل الحاصل للسيارة والناتج عن سرقتها أو محاولة سرقتها غير وجدت هذه الأخيرة أكان في الطريق أو ف المرآب، أو مترفقة. الا أن الضمانة لا تشمل القطع الا اذا سرقت السيارة بذات الوقت. ان السرقة أو محاولة السرقة بواسطة السلاح تبقى مستثناة من هذه الضمانة.

## الأخطار المستثناة

**المادة ٢:**

**أ – استثناءات عامة تتعلق بجميع أنواع السيارات**

تستثنى من هذا الضمان وفي كافة الأحوال الحوادث الجسدية والأضرار أو الخسائر المادية الحاصلة بصورة مباشرة أم غير مباشرة في الظروف الآتية :

١ – الحوادث الجسدية والأضرار المادية الناتجة عن الخطأ المقصود أو الجسيم أو الغش الذي يرتكبه المتعاقد أو أي شخص آخر هو تحت حراسة أو مسؤولية المتعاقد القانونية.

٢ – الحوادث الجسدية والأضرار المادية التي تصيب المتعاقد نفسه أو الأشخاص الذين سلمت اليهم السيارة. السائق أيا كان، اجراء المتعاقد أو السائق أو الشخص الذي سلمت اليه السيارة وكذلك أفراد عائلة كافة الأشخاص المذكورين

أعلاه من الزوج والأصول والفروع، الأخوة، الأخوات وأزواجهن والأصهرة وزوجات الأخوة وزوجات وأزواج البنين وأفراد عائلة جميع هؤلاء وذلك أن كانت ظروف وأسباب الحادث يدون أن تحفظ، وهذه الاستثناءات تطبق سواء كان الأشخاص المذكورين أعلاه يقودون السيارة المؤمنة أم منقولين فيها أم يصعدون اليها أو ينزلون منها أم كانوا خارجها، وتشمل هذه الاستثناءات ممتلكات كافة المذكورين أعلاه المنقولة وغير المنقولة.

٣ – السرقات والتخريبات سواء التي يحددها الأشخاص المنصوص عنهم في الفقرتين ١ و٢ أعلاه أم الأشخاص الذين كانت السيارة بعهدتهم أو عندما تكون السيارة مؤجرة من الغير.

٤ – الأضرار المادية التي تصيب السيارة المضمونة والناتجة عن عيب في الصنع أو التلف الناتج عن قدمها أو عن عطل ميكانيكي أو عن تدني قيمتها أو عدم الاهتمام بصيانتها.

٥ – كافة الأضرار التي تصيب الأجهزة الكهربائية وقطعها اذا نتجت هذه الأضرار عن الطاقة الكهربائية.

٦ – كل حادث أية كانت نتائجه الذي يسبب ضررا للسيارة المؤمنة أو لغيرها من السيارات أو للأشخاص المؤمنين أو الأشخاص الثالثين اذا كان الحادث ناتجا عن زيادة عدد الركاب المنقولين عن العدد المسموح به أو عن نقلها حمولة أثقل من المرخص بها.

٧ – كافة الأضرار التي قد تصيب الحيوانات أو الأموال أو الأمتعة على اختلاف أنواعها أثناء نقلها في السيارة المضمونة وكذلك فقدانها.

٨ – الحوادث مهما كان نوعها الناتجة عن مباريات أو سباق أو مراهنات.

٩ – الحوادث والأضرار والخسائر والمسؤوليات التي يكون سببها أو التي تنتج مباشرة أو غير مباشرة عن :

أ – القياضانات أو الأنواء أو العواصف أو الاعصارات أو الانفجارات البركانية أو الزلازل أو غيرها من التقلبات الجوية. وعند حصول أي حادث يترتب على المتعاقد أن يثبت كون الأضرار موضوع مطالبته لم تنتج بأية صورة أو طريقة كانت مباشرة أو غير مباشرة عن الحالات المذكورة.

ب – غزو، حرب خارجية، دولة أجنبية، حرب أهلية، أحكام عرفية، عصيان، تعبئة عامة، ثورة، استيلاء على السلطة عسكريا أو سياسيا، عمل ارهابي أو تخريبي، تمرد، اضراب، تحركات شعبية، نهب، أي نوع من القذائف أو أي نوع من المتفجرات، الرصاص، القنابل المدفعية، الصواريخ أو غيرها من الأدوات الحربية أيا كان مصدرها ومن أي نوع كانت أو أية أعمال أو عمليات شاذة من قبل أشخاص مسلحين منتسبين أو غير منتسبين لمنظمات أو لأحزاب سياسية أو عسكرية أو شبه عسكرية و/أو خاضعين لسلطان سلطان واقعية أو شرعية عاملين لحسابهم الخاص أو لحساب التنظيمات التي هم مسؤولون تجاهها. واذا حصل حادث، يترتب على الضمان أن يثبت أن الأضرار موضوع المطالبة قد نتجت عن احدى هذه الحالات بصورة مباشرة أو غير مباشرة أو بأية طريقة كانت.

ج – الحوادث والخسائر والأضرار الحاصلة للأملاك كافة أو الخسائر والنفقات كافة الناتجة أو المتأتية عن الظروف الملحوظة في"أ" و"ب" أو الخسائر غير المباشرة.

د – قيادة السيارة من قبل سائق كان حين حصول الحادث تحت تأثير الكحول أو المخدرات.

هـ – ان قيادة السيارة المضمونة بعكس وجهة السير يجعل حكما الحادث الطارئ غير مشمول بالضمان مهما كانت الأسباب التي نجم عنها الحادث خلال هذه القيادة.

١٠ – ان الشركة لا تضمن أيضا:

١ – المسؤولية المدنية أية كانت طبيعتها، الحاملة أو المتفاقمة مباشرة أو غير مباشرة من، أو تلك الناتجة مباشرة أو غير مباشرة عن الاشعاعات الذرية أو الاصابات بالتفاعل الذري الناتجة عن أية مواد

---

نووية ملتهبة أو اية آفات نووية ناتجة عن اشتعال المواد الملتهبة النووية. ويعتبر التهابا لتطبيق هذا الاستثناء كل تفاعل متسلسل للانقسام النووي.

٢ – الحوادث والخسائر والتدمير والأضرار أو المسؤولية المدنية الحاصلة أو المتفاقمة مباشرة أو غير مباشرة بفعل أو بنتيجة مباشرة أو غير مباشرة الأسلحة النووية.

<u>ب – استثناءات متعلقة فقط بالسيارات الخصوصية السياحية</u>

بالاضافة الى الاستثناءات العامة المنصوص عنها في الفقرة (أ) أعلاه يستثنى فيما يتعلق بالسيارات الخصوصية السياحية الأضرار التالية:
الحوادث الجسدية والأضرار المادية التي تصيب السيارة والتي سيدفع السيارة عندما تنقل ركابا بالأجرة أم عندما تكون مؤجرة أم عندما تستعمل لغير الوجهة المصرح عنها.

<u>ج – استثناءات خاصة بالسيارات المعدة للنقل العام والبضائع</u>

بالاضافة الى الاستثناءات العامة المنصوص عنها في الفقرة (أ) أعلاه يستثنى أيضا فيما يتعلق بالسيارات المعدة للنقل العام أو لنقل البضائع الأضرار التالية :
١ – عند حصول لمة حادث، اذا كان عدد الاشخاص المنقولين في السيارة يتجاوز العدد المرخص به أو زاد الحمولة عن الحد النظامي فان الضمان لا يشمل هكذا حادث.

٢ – لا يكون الحادث مغطى بالضمان المنصوص عليه في العقد الحاضر الا اذا كانت السيارة المضمونة بقيادة المتعاقد أو أي شخص مولج عادة لذلك وشرط أن يكون السائق حائزا على اجازة السوق النظامية وأن تكون السيارة حائزة على رخصة السير النظامية أيضا.

٣ – لا يشمل من الضمان الحوادث الجسدية التي قد تصيب الأشخاص المنقولين في السيارة المضمونة أو الصاعدين اليها أو النازلين منها أو الذين يجرون فيها أي عمل كان وذلك انه لم يدق ضمان هذه الحوادث صراحة في العقد أو في ملحق العقد ولقاء دفع العلاوة العائدة لضمان هذه الحوادث وضمن حدود الضمانات المنصوص عنها في الشروط الخاصة.

٤ – ولا تعوض الشركة على المضمون الخسائر الناتجة:
أ – عن فقدان أو تلف الأشياء المنقولة في السيارة.
ب – بسبب مسؤوليته عن الأضرار اللاحقة بالجسور والطرقات والأشياء الموجودة تحتها والناتجة عن الارتجاج أو عن وزن السيارة أو عن أية حمولة تنقلها السيارة.
ج – بسبب مسؤولية ناتجة عن أي عقد كان.
د – بسبب الحوادث الجسدية والأضرار المادية الناتجة:
– عن عمليات تحميل أو تفريغ السيارة.
– عن الحمولة المنقولة و/أو عن تجاوز هذه الحمولة العلو أو العرض المرخص له.

---

<u>تكوين العقد – التصاريح الواجبة لدى الاكتتاب –
الواجبات خلال مدة الضمان</u>

<u>المادة ٣ :</u>

أ – تم عقد هذا الضمان وحدد قسطه استنادا الى تصاريح المتعاقد المدونة في الشروط الخاصة.
اذا حمل كتمان أو تصريح كاذب بودي الى خداع الشركة في تقدير الخطر فان للضمان الحق بابطال عقد الضمان أو فسخه حسب الحالات ووفقا لمنطوق المادة ٩٨٢ موجبات وعقود.
وبالاضافة الى ذلك اذا كانت الأخطاء أو الكتمان بالنسبة لطبيعتها أو لأهميتها

ولا يعتبر اعترافه بالمسؤولية الاقرار المادي بالواقع وتقديم الاسعافات الأولية للجرحى ونقلهم الى مكان معين.

وانا نشأ نزاع مع الأشخاص الثالثين الذين يحدهم الضرر نتائج الشركة الدعوى باسم المتعاقد الذي يجري باسمه كل سلطة لها سبق بيانه ومع ذلك فاذا تولت السلطات الجزائية الادعاء بتوجب ابلاغ الشركة ذلك على الفور وفي جميع الأحوال للشركة مطلق الحرية في تلك الحالة في أن تشرف على الدعوى غير أنها ليست ملزمة بذلك.

## الحوادث التي تقع للسيارات – الحريق – السرقة

### المادة ٧ :

اذا لم يتفق حبيا على تعويض الاضرار يترك تقديرها الى خبيرين يعينهما الطرفان فاذا اختلف الخبيران ضما اليهما خبيرا ثالثا. عندئذ يتفاوض الخبراء الثلاثة في تقدير التعويض ويترك تقدير للرأي الذي يعتمده الأغلبية. واذا لم يعين أحد الطرفين خبيره أو اذا لم يتفق الخبيران على اختيار الخبير الثالث فيعين هذا الأخير من قبل المحكمة وذلك بناء على طلب الأكثر عجلة ويغطي الخبراء في المعاملات القضائية ويتحمل كل طرف أتعاب خبيره ونصف أتعاب الخبير الثالث اذا لزم تعيينه.

لا يمكن بأي حال من الأحوال الالتجاء الى المحاكم قبل أن يتم الخبراء أعمالهم. وحيث أنه لا يمكن ان يكون الضمان طريقا للكسب فلا تضمن الشركة عند وقوع حادث يلحق ضررا بالسيارة سوى الخسارة التي أصابت المتعاقد من جراء الحادث على أن لا تتجاوز قيمة التعويض المستحق أي قيمة السيارة يوم وقوع الحادث بقطع النظر عن الأضرار غير المباشرة أيا كانت.

ومن الموضح أن التعويضات المتعلقة بدفع الحوادث الفقدان الكلي للسيارة (سرقة، حريق، وفقدان السيارة) تدفع على أساس قيمة السيارة وهي جديدة على أن يطبق على هذا السعر تخفيض لا يمكن أن يقل عن المعدلات المئوية المتداول عليها ويمكن زيادة هذا التخفيض اذا تبين أن قيمة السيارة قد طرأ على سعرها ثمن استثنائي.

يقصد بالضمان تعطيل الأضرار الناتجة عن الحوادث لذلك لا يحق للمضمون أن يطالب بأي تعويض عن حرمانه من استعمال سيارته أو عن تدني قيمتها أو عن تكاليف زيادتها أو غيرها من المصاريف غير أن الشركة تضمن له لغاية المبلغ المحدد في الشروط الخاصة العمليات التي يدفعها بنقل السيارة المتضررة من محل وقوع الحادث الى أقرب محل لتصليح.

ومن المتفق عليه أنه لا يجوز للمتعاقد اجراء تصليح أو تغيير قطعة ما من أدوات السيارة المتضررة بدون موافقة الشركة خطيا الا انه يحق له أن يجري التصليحات الضرورية بشرط ان لا تتجاوز قيمتها المبلغ المحدد في الشروط الخاصة وعلى ان تبلغ الشركة عن ذلك فورا واان يقدم لها فاتورة الحساب مشفوعة ببيان تفصيلي عن قيمة التصليحات.

وبما ان الضمان قد أجري على أساس سعر السيارة وهي جديدة بعد أن استخرج منه قيمة التدني الناتج عن القدم لذلك اذا اتضح من التقدير أن قيمة السيارة المتضررة تفوق المبلغ المصرح عنه في العقد اعتبر المتعاقد مسؤولاً عن هذه الزيادة وتحمل نصيبه من الخسارة بسببها.

اذا سرقت السيارة يتوجب على المتعاقد أن يبلغ الأمر الى السلطات المختصة في ظرف ١٢ ساعة وعليه أن يرفع الأمر الى النهاية الى النيابة العامة اذا طلبت الشركة منه ذلك.

## حلول الشركة محل المتعاقد بعد وقوع الحادث

### المادة ٨ :

ان الضمان الذي دفع تعويض الضمان يحل حتما محل المضمون في جميع العقوق والدعاوى المترتبة له على الأشخاص الآخرين الذين أوقعوا بفعلهم الضرر الذي أدى الى ايجاب التبعة على الضامن.

أو لتكرارها يرتدي طابع الغش أنذاك يحق للشركة أن تطالب باعادة جميع ما دفعت عن الحوادث السابقة.

يترتب على المضمون أن يعلم الشركة بفلان ان يعلم الشركة مسبقاً وبموجب كتاب مضمون عن اي تعديلات في الخطر المضمون وخاصة تلك التعديلات التي قد تؤدي الى زيادة خطورته خاصة اذا كانت ناتجة عن تغيير قوة المحرك أو عدد الحلات أو الهيكل أو جهة الاستعمال أو قيمة السيارة.

اذا رفض المتعاقد تسديد القسط الاضافي المعادل لزيادة الخطر فانه يحق للشركة فسخ العقد.

ب – يتعهد المتعاقد بحفظ السيارة المضمونة بحالة جيدة صالحة للسير ومصانة من كل عيب وخاصة لكثرفات عديدة كما ان الشركة تحفظ بحقها بأن تقوم بواسطة مندوبين بالكشف على السيارة وباعلام المتعاقد خطيا بالاصلاحات التي ترى من الواجب اجراءها.

## تسديد الاقساط

### المادة ٤ :

لا يسري مفعول هذا العقد الا بعد أن تدفع الأقساط مع قيمة المصاريف والرسوم المختلفة المفصلة في اللائحة المذكورة في الشروط الخاصة. لا تعتبر الأقساط مدفوعة الا اذا أعطي بها ايصال موقع عليه من الادارة أو وكيلها الرسمي.

## تسوية الحوادث

### المادة ٥ :

على المتعاقد أن يقدم الى مركز الشركة أو وكالتها في ظرف ثلاثة ايام من تاريخ وقوع الحادث تصريحا يبين فيه، فضلا عن تاريخ وقوع الحادث وأسبابه وظروفه واسم وشهرة وعمر ومحل اقامة السائق والأشخاص المصابين والشهود واذا أمكن مسبب الحادث الذي يحتمل أن يكون مسؤولا عنه، وأن يبين أيضا في التصريح نوع الاضرار وأهميتها.

ويتوجب أيضا على المضمون أن يبلغ الضامن فور الاستلام جميع الاشعارات والرسائل والانذارات والدعاوى والأعمال القضائية وصورة عامة أية وثائق تتعلق بمطالبة المتضرر أو بدعوى مقامة من قبله.

عندما تقع المسؤولية على الغير يجب على المتعاقد أن يبلغ ذلك الى الشركة وأن يتخذ من الفور الاجراءات اللازمة في سبيل اقامة الدعوى عليه تحت طائلة تحمله الأضرار الناتجة عن عدم تقيده بهذا الشرط.

اذا تأخر المتعاقد عن تقديم التصريح أو عن تحويل الأوراق المذكورة الى الشركة فيحق لهذا الأخيرة أن تطالبه بتعويض يتناسب مع الضرر الناشئ عن التأخير.

غير أنه اذا تمكن المتعاقد من أن يثبت أن التأخير ناتج عن أسباب خارجية عن ارادته أو عن قوة قاهرة فلا يطالب بأي تعويض ولا يفقد شيئا من حقوقه. عندئذ تبتدىء المهلة المعطاة لتقديم التصريح من تاريخ زوال هذه الأسباب القاهرة.

## الحوادث التي تصيب الغير

### المادة ٦ :

للشركة وحدها الحق بالاتفاق مع الغير الذي أصابه الضرر وقد منحها المتعاقد لذلك كل السلطة اللازمة بتحديدها فيما خاص فيما او طلب منه ذلك. ويسقط حق المتعاقد من اية ضمانة اذا تمت تسوية ما من غير موافقتها أو مساهمتها أو في حالة اعتراف بالمسؤولية.

## تعرفة المدة القصيرة

### المادة ١٣ :

١ – مع مراعاة أحكام الفقرة ٢ التالية وفي الحالات التي تقرر الشركة فيها الفسخ بسبب مخالفة أحكام بوليصة الضمان، يكون للشركة الحق بأن تستوفي بدل الضمان في هكذا حالات على أساس النسب التالية :

٢٥٪ عن مدة ضمان لا تزيد على شهر واحد

٥٠٪ عن مدة ضمان لا تزيد على ٣ أشهر

٧٥٪ عن مدة ضمان لا تزيد على ٦ أشهر

١٠٠٪ عن مدة ضمان تزيد على ٦ أشهر

٢ – في حال بطلان العقد أو إبطاله بسبب كتم المتعاقد أو تقديمه عن قصد تصريحا كاذبا، يكون للشركة الحق بكامل أقساط الضمان عن كامل مدة الضمان التي كانت ملحوظة في العقد وذلك كبند جزائي غير قابل للتداول.

٣ – أما في الأحوال التي يحصل فيها الفسخ دون حصول مخالفة أو دون حصول مخالفة ذات شأن فإن الشركة تعيد للضمان بناء على طلبه القسط العائد للمدة التي لم يعد الضمان يشملها بسبب الفسخ.

## شرط عام

### المادة ١٤ :

لا يجوز مطلقا للمتعاقد أن يدخل الشركة شخصا ثالثا في الدعاوى أو يطلب كفالتها.

## المحاكم المختصة

### المادة ١٥ :

في كل دعوى متكونة بين المتعاقد وبين الشركة بخصوص خلافات ناتجة عن هذا العقد اتفق الفريقان على اعطاء صلاحية الفصل بها الى محاكم بيروت.

## سقوط الحق بمرور الزمن

### المادة ١٦ :

تسقط الحقوق الناتجة عن هذا العقد بعد مرور سنتين على الحادث الذي نشأت عنه غير أن هذه المهلة لا تسري.

١ – في حالة التكتم والسهو والتصريح الكاذب أو المغلوط الا اعتبارا من اليوم الذي علمت الشركة به.

٢ – عند وقوع الحادث: الا اعتبارا من اليوم الذي علم به أصحاب الحق، هذا على ان يثبتوا أنهم قبل هذا اليوم لم يكونوا على علم بوقوع الحادث.

أما في الحقوق العائدة للمتعاقد على الشركة والتي نشأت عن دعاوى الغير فتحسب تلك المدة ابتداء من اليوم الذي أقام فيه الغير الدعوى ضد المتعاقد أو اليوم الذي قبض فيه من المتعاقد التعويضات.

### المادة ١٧ :

في حال وجود خلاف أو التباس أو تناقض بين النص العربي لهذا العقد، وأي نص آخر، وجد، باللغة الأجنبية، يعتمد النص العربي دون سواه.

---

ويجوز للضامن أن يتخلص من التبعة كلها أو بعضها تجاه المضمون اذا استحال عليه الحلول محله في تلك الحقوق والدعاوى بسبب فعل من المضمون.

لا يحق للضامن: خلافا للأحكام السابقة، مداعاة أولاد المضمون أو فروعه أو أصوله أو مساعريه مباشرة أو مأمورين أو مستخدمين أو عماله أو خدمه، وبوجه عام جميع الأشخاص الذين يسكنون عادة في بيت المضمون، مالم يكن هناك غش اقترفه أحد هؤلاء الأشخاص.

## مفعول الضمان

### المادة ٩ :

ان الضمان لا يسري الا بعد تسليم البوليصة موقعة وفقا للأصول من الضامن وبعد دفع قسط الضمان المتوجب.

غير ان عدم دفع قسط الضمان يؤدي حكما الى وقف مفعول البوليصة ويعتبر الضمان معلقا وغير ساري طالما لم يدفع قسط الضمان.

الا أنه يبقى للضامن الحق باستيفاء كامل قسط الضمان عن كامل المدة المعلق خلالها الضمان ويمكنه أن يعمل الى تحصيل هذا القسط قضائيا.

ان ذات الأحكام تطبق على أي ملحق لبوليصة الضمان.

## مدة العقد

### المادة ١٠ :

ينظم العقد للمدة المحددة في الشروط الخاصة.

أما في حالة وفاة المتعاقد أو في حالة بيع او تنازل في أي شكل أتى حتى في شكل وكالة، أو هبة السيارة المؤمن عليها لا يبقى العقد ساري المفعول لصالح الوريث أو المقتني الجديد أو المهداة له السيارة الا بعد موافقة الشركة على ذلك كتابة بموجب ملحق خاص. في حالة الافلاس أو التصفية القضائية تحتفظ الشركة لنفسها بحق الغاء العقد ابتداء من تاريخ اشهار الافلاس أو طلب التصفية القضائية وفقا لنصوص المادة ١٢ من هذا العقد.

## محل الإقامة المختار

### المادة ١١ :

اتفق الطرفان على أن يتخذ المتعاقد محل اقامة مختار في العنوان المذكور في هذا العقد وكل تبليغ يرسل به على ذلك العنوان يعتبر صالحا حتى ولو غير المتعاقد محل اقامته أو رفض التبليغ أو أهمل استلامه.

ولا يتعبر أي تعديل في العنوان معروفا من الشركة الا اذا أبلغ منها خطيا.

## فسخ العقد

### المادة ١٢ :

يحق للشركة أن تفسخ العقد في أي وقت تشاء بموجب كتاب مضمون ولا يسري هذا الفسخ الا بعد مضي ثمانية أيام على ارسال الكتاب المضمون الى المتعاقد على العنوان المذكور بالعقد دون مساس بحقوق المتعاقد بالتعويض عن الحوادث التي تكون قد وقعت قبل الفسخ.

في حالة الفسخ تعيد الشركة للمتعاقد بناء على طلبه قيمة القسط المدفوع بعد أن تحسم منها قسط المدة اليوم التي بقي فيها العقد ساري المفعول.



## WAIVER OF SUBROGATION

The insurers agree to waive all rights of subrogation or action which they may have acquire any of the parties comprising the insured arising out of any loss in respect of which any claim is admitted hereunder.

If any payment is made under this policy in respect of a claim for an accident and the insurer is thereupon subrogated to all the insured's rights of recovery in relation thereto, the insurers shall not exercise any such rights against the employer and the construction manager.

LIBANO-SUISSE SAL
SOCIETE D'ASSURANCES

# LIBANO.SUISSE S.A.L.
### SOCIÉTÉ D'ASSURANCES
R.O.B.: 7533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 24me ÉTAGE
TEL : (+961-1) 364461 - 374900 - FAX : (+961-1) 368724
B.R 11-3821 Bayrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com



اللبنانية السويسرية للضمان
شركة مساهمة لبنانية
ب ش ٧٥٣٣ بيروت - رأسمالها ٤,٠٥٠,٠٠٠,٠٠٠ ل.ل.
القنطاري - بناية التجارة والمال - الطابق الثاني
التلفون: (٩٦١-١) ٣٧٤٩٠٠ - فاكس: (٩٦١-١) ٣٦٨٧٢٤
ص.ب: ١١-٣٨٢١ بيروت ١١٠٧/٢١٥٠ لبنان
E-mail: insure@libano-suisse.com

عقد الضمان الإلزامي

للمسؤولية المدنية عن الأضرار الجسدية التي تسببها المركبة البرية للغير

المنظم وفقاً لأحكام المرسوم الإشتراعي رقم ١٠٥ بتاريخ ١٩٧٧/٦/٣٠

والمرسوم رقم ٩٥٨٥ تاريخ ٢٠٠٣/١/٣٠

( يسري مفعول هذا العقد ضمن الأراضي اللبنانية)

الشـــــــروط الخـــاصـــة

| | |
|---|---|
| بدء الضمان | 11/06/2004 |
| إنتهاء الضمان | 11/06/2005 |

عقد رقم   2004/COC/7259/1

قسط الضمان   ٦٨٠٠٠ ل.ل.

ثمانية و ستون ألف ليرة لبنانية فقط لا غير.

اسم المضمون   شركة راديان انترناشيونال ش.م.م

الصفة

العنوان   بيروت

الهاتف

# مواصفات عن المركبة

| | | | |
|---|---|---|---|
| نوع المركبة | | رقم التسجيل | B/126801 |
| طرازها | مورد EXPLORER | قوتها بالأحصنة | 38 |
| جهة الإستعمال | خصوصي | عدد الركاب | 4 |
| سنة الصنع | 1999 | رقم المحرك | XUB80286 |
| وزنها الإجمالي | 0 | رقم الهيكل | 1FMDU34E4XUB80286 |

الحد الأقصى لمسؤولية الشركة:   ٧٥٠,٠٠٠,٠٠٠ ل.ل.

سبعمائة و خمسون مليون ليرة لبنانية فقط لا غير.

درجة المعالجة في المستشفى : درجة الضمان الإجتماعي و/أو تعتمد الدرجة الثالثة ما لم ينص العقد على خلاف ذلك.

يخضع هذا العقد للشروط الخاصة المبينة أعلاه وللشروط العامة المدرجة على ظهر هذا العقد.

في حال وقوع حادث تنجم عنه أضرار جسدية يترجب الإتصال فوراً بأقرب مخفر لقوى الأمن الداخلي بغية إجراء التحقيقات النظامية وتكليف خبير محلف مختص.

الشـــركـــة

المضمـــون



REÇU No    23442

[ LI ] 88000

Immatriculation: BN1
Reçu de: RADIANT INTERNATIONAL
La somme de:

En règlement de: Solde Police  2004/COC/72591 1061748
Date d'expiration  11/09/2005
Code: C  036289

Date: 15/09/2005

Police N0:94/COC/72591

Droits de timbre acquittés

SIGNATURE

REÇU N⁰ 23441

LL | 88000

Police N⁰94/COC/72621/1

Immatriculation EN2...

Reçu de KADAN INTERNATIONAL

La somme de ...

En réglement de Solde Police 2004/COC/72621/1 1081748

Date d'expiration  11/08/2005

Code: C 036288

Date: 16/08/2005

Droits de timbre acquittés

SIGNATURE

IBANCO DUBBEL W.L.

EXPLORER XLT
Bj122849
1FMSU34E2UC10577
PRICE

C 036288

# LIBANO.SUISSE S.A.L.
### SOCIÉTÉ D'ASSURANCES
R.C.B.: 7533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ÉTAGE
TEL.: (+961-1) 364461 - 374900 - FAX: (+961-1) 366724
B.P. 11-3821 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com



اللبنانية السويسرية للضمان
شركة مساهمة لبنانية
ص.ب. ٧٥٣٣ بيروت - رأسمالها ٤،٠٥٠،٠٠٠،٠٠٠ ل.ل.
القنطاري - بناية التجارة والمال - الطابق الثاني
تلفون: ٣٧٤٩٠٠-٣٦٤٤٦١ (١-٩٦١+) - فاكس: ٣٦٦٧٢٤ (١-٩٦١+)
ص.ب. ١١-٣٨٢١ بيروت ٢١٥٠/١١٠٧ لبنان
E-mail: insure@libano-suisse.com

عقد الضمان الإلزامي

للمسؤولية المدنية عن الأضرار الجسدية التي تسببها المركبة البرية للغير

المنظم وفقاً لأحكام المرسوم الإشتراعي رقم ١٠٥ بتاريخ ١٩٧٧/٦/٣٠

والمرسوم رقم ٩٥٨٥ تاريخ ٢٠٠٣/١/٣٠

( يسري مفعول هذا العقد ضمن الأراضي اللبنانية)

|  |  |  |
|---|---|---|
| الشـــــروط الخـــاصـــة | | |
| 11/06/2004 | بدء الضمان | |
| 11/06/2005 | انتهاء الضمان | |
| 2004/COC/7264/1 | عقد رقم | |
| 68000 ل.ل | قسط الضمان | |
| ثمانية و ستون ألف ليرة لبنانية فقط لا غير | | |

| | |
|---|---|
| شركة راديان انترناشيونال ش.م.م | اسم المضمون |
| | المهنة |
| بيروت | العنوان |
| | الهاتف |

## مواصفات عن المركبة

| | | |
|---|---|---|
| رقم التسجيل B/120388 | | لوع المركبة فورد |
| قوتها بالاحصنة 38 | EXPLORER | طرازها |
| عدد الركاب 4 | خصوصي | جهة الاستعمال |
| رقم المحرك XUB21233 | 1999 | سنة الصنع |
| رقم الهيكل 1FMDU34E7XUB21233 | 0 | وزنها الاجمالي |

الحد الأقصى لمسؤولية الشركة: ٧٠٠٠٠٠٠٠٠ ل.ل

سبعمائة و خمسون مليون ليرة لبنانية فقط لا غير

درجة المعالجة في المستشفى : درجة الضمان الإجتماعي و أو تعتمد الدرجة الثالثة ما لم ينص العقد على خــلاف ذلـك.

يخضع هذا العقد للشروط الخاصة المبينة أعلاه وللشروط العامة المدرجة على ظهر هذا العقد.

في حال وقوع حادث ينجم عنه أضرار جسدية يترجب الإتصال فوراً بأقرب مخفر لقوى الأمن الداخلي بغية إجراء التحقيقات النظامية وتكليف خبير مختص.

المضمــــــون

AUTORISEE PAR DECRET No. 10705 DU 24/4/1968 ET ENREGISTREE AU MINISTERE DE L'ECONOMIE NATIONALE SUB. No. 77 — DROIT DE TIMBRE ACQUITTE DECRET-LOI No. 67

1529005



REÇU No    23440

LL  68000

Immatriculation RN3/2388

Relative RADAR INTERNATIONAL

La somme de

En règlement de Solde Police 2004/COC/728/41 1081748

Date d'expiration    11/08/2005

Code: C 036287

Date: 19/08/2004

SIGNATURE

Droits de timbre

Police RB04/COC/728/41

C 036287

# LIBANO-SUISSE S.A.L.

**SOCIÉTÉ D'ASSURANCES**
R.C.B. 4533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL. : (+961-1) 364461 - 374600 - FAX : (+961-1) 368724
B.R 11-3821 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

الشركة اللبنانية السويسرية للضمان
شـركة ممـاهمة لبنانية

مكتب: ٧٠٣٢ بيروت - رأسمالها ٤,٠٥٠,٠٠٠,٠٠٠ ل.ل.
القنطاري - بناية التجارة والمال - الطابق الثاني
تلفون: (٣٦٤٤٦١-٣٧٤٦٠٠(٩٦١-١) - فاكس: (٩٦١-١)٣٦٨٧٢٤
صندوق: ٣٨٢١-١١ بيروت ١١٠٧/٢١٥٠ لبنان
E-mail: insure@libano-suisse.com

## *MOTOR COMMERCIAL*

Auto Commerciale - **COMMERCIAL TOUS-RIS**                    9
                                                             1061748
POLICY NUMBER         11/2005/CU/7267/0/2                    12000 - 11
NAME OF INSURED       RADIAN   INTERNATIONAL
ADDRESS               BEIRUT CENTRAL DISTRICT
PERIOD OF INSURANCE FROM NOON ON 11/06/2005  TO NOON ON 11/06/2006

THIS INSURANCE IS ISSUED FOR THE PREMIUM HEREBELOW STATED, TAXES and FEES
INCLUDED

Taxable Premium      404.21          Sum Insured    USD 255,000.00
Fixed Stamp            1.33
Municipal Tax         24.25          Prime Annuelle USD 450.00
Proportional Tax      20.21

### *DESCRIPTION OF THE VEHICLE INSURED*

| Make of car : TOYOTA HILUX YN106 | Year : 1997 | V.A :5000 |
| Registration N: M/180430 | Use :Customs & Public use | |
| Chassis No. : YN1060023586 | H.P :23 | |
| Engine No. : 4Y0473229 | Seats : 0. | |

These vehicules are covered against these following risks:

| Covers | Limit:USD |
|---|---|
| THIRD PARTY LIABILITY | 250000 |
| FIRE | 5000 |
| DAMMAGE | 5000 |
| THEFT | 5000 |

Sum Insured

CIVIL LIABILITY TOWARDS THIRD PARTIES PROPERTY DAMAGE:USD 250,000.-        250,000.-
ANYONE ACCIDENT AND UNLIMITED IN THE AGGREGATE FOR THE POLICY PERIOD.

FIRE OF THE INSURED VEHICLE        :55.000.-(U.S.DOLLARS FIVE THOUSAND)     5,000.-
OWN DAMAGE TO THE INSURED VEHICLE:55.000.-(U.S.DOLLARS FIVE THOUSAND)      5,000.-

THEFT OF THE INSURED VEHICLE       :55.000.-(U.S.DOLLARS FIVE THOUSAND)     5,000.-

IT IS NOTED AND AGREED THAT THE RISKS DESCRIBED UNDER ARTICLE "1"
PARAGRAPH "D" OF THE GENERAL CONDITIONS OF THE POLICY ARE ONLY
LIMITED TO TOTAL THEFT OR TOTAL DISAPPEARANCE OF THE INSURED VEHICLE.

-EXTENSIONS        :    WAIVER OF RIGHTS OF SUBROGATION IN FAVOUR OF THE
                        EMPLOYER AND THE CONSTRUCTION MANAGER.

- EXCESS           :    10% OFF ACTUAL VALUE FOR TOTAL LOSS (INCLUDING
                        THEFT).

AUTORISEE PAR DECRET No. 10708 DU 24/7/1956 ET ENREGISTREE AU MINISTERE DE L'ECONOMIE NATIONALE SUB. No. 77  -  DROIT DE TIMBRE ACQUITTE DECRET - LOINo. 67.

# LIBANO·SUISSE S.A.L.

**SOCIÉTÉ D'ASSURANCES**
R.C.B.: 7533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961•1) 364461 - 374900 · FAX : (+961•1) 366724
B.P. 11-3821 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

الشركة اللبنانية السويسرية للضمان
شركة مساهمة لبنانية

ب.ن.ب: ٧٥٣٣ بيروت - رأسمالها ٤,٠٥٠,٠٠٠,٠٠٠ ل.ل.
القنطاري - بناية التجارة والمال - الطابق الثاني
تلفون: ٢٦٤٤٦١-٣٧٤٩٠٠(٩٦١١) - فاكس: ٣٦٨٧٢٤ (٩٦١١)
ص.ب: ٣٨٢١-١١ بيروت ١١٠٧/٢١٥٠ لبنان
E-mail: insure@libano-suisse.com

```
                    Auto Commerciale - COMMERCIAL TOUS-RIS         0
POLICY NUMBER       11/2003/CU/7267/0/2                      1061748
NAME OF INSURED     RADIAN INTERNATIONAL                     12000 - 11

THIS POLICY IS SUBJECT TO THE FOLLOWING ATTACHMENTS;
- GENERAL CONDITIONS.
- WAIVER OF SUBROGATION.

  THE INSURED          Issued in duplicate at Beirut, on 16/05/2005      235.44
                               THE COMPANY
```

NRGUSN20619031106226903              2    2

**LIBANO-SUISSE S.A.L.**
SOCIÉTÉ D'ASSURANCES
R.C.B: 7533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961-1) 364461 - 374900 - FAX : (+961-1) 368724
S.R 11-3821 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

الشركة السويسرية اللبنانية
شـركـة مسـاهمة لبـنانية

من ص.ب ٧٥٣٣ بيروت - رأسمالها ٤,٠٥٠,٠٠٠,٠٠٠ ل.ل.
القنطاري - بناية التجارة والمال - الطابق الثاني
هاتف: (٩٦١-١)٣٦٤٤٦١ - ٣٧٤٩٠٠ - فاكس: (٩٦١-١)٣٦٨٧٢٤
س.ت ١١-٣٨٢١ بيروت ١١٠٧/٢١٥٠ لبنان
E-mail: insure@libano-suisse.com

*3rd party Gov. of lebanon mandated insurance*

عقد الضمان الإلزامي

للمسؤولية المدنية عن الأضرار الجسدية التي تسببها المركبة البرية للغير

المنظم وفقاً لأحكام المرسوم الإشتراعي رقم ١٠٥ بتاريخ ١٩٧٧/٦/٣٠

والمرسوم رقم ٩٥٨٥ تاريخ ٢٠٠٣/١/٣٠

( يسري مفعول هذا العقد ضمن الأراضي اللبنانية )

الشـــــروط الخــــاصـــــة

| | | |
|---|---|---|
| عقد رقم | 11/2005/CBI/8101/0/2 | |
| بدء الضمان | 30/04/2005 | |
| إنتهاء الضمان | 30/04/2006 | |
| قسط الضمان | ١٨٠,٠٠٠,٠٠٠ ل.ل | |

مائة و ثمانون ألف ليرة لبنانية فقط لا غير .

| | |
|---|---|
| إسم المضمون | شركة راديان إنترناشيونال ش.م.م |
| المهنة | |
| العنوان | بيروت |
| الهاتف | |

مواصفات عن المركبة

| | | |
|---|---|---|
| نوع المركبة | TOYOTA | |
| طرازها | HILUX YN106 | |
| جهة الإستعمال | Customs & Public use | |
| سنة الصنع | 1997 | |
| وزنها الإجمالي | 2585 | |
| رقم التسجيل | M/180450 | |
| قوتها بالأحصنة | 23 | |
| عدد الركاب | | |
| رقم للمحرك | 4Y0473229 | |
| رقم الهيكل | YN1060023586 | |

الحد الأقصى لمسؤولية للشركة ٧٥٠,٠٠٠,٠٠٠ ل.ل

سبعمائة وخمسون مليون ليرة لبنانية فقط لا غير .

درجة المعالجة في المستشفى : درجة الضمان الإجتماعي و أو تعتمد الدرجـة الثالثـة مـا لم يـنص العقـد علـى خـلاف ذلـك .

يخضع هذا العقد للشروط الخاصة المبينة أعلاه وللشروط العامة المدرجة على ظهر هذا العقد.

في حال وقوع حادث تنجم عنه أضرار جسدية يتوجب الإتصال فوراً بأقرب مخفر لقوى الأمن الداخلي بغية إجراء التحقيقات النظامية وتكليف خبير كشف مختص .

المضـــــــمـــــون


04/05/2005

# LIBANO SUISSE S.A.L.

**SOCIÉTÉ D'ASSURANCES**

R.C.B.: 7533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961-1) 364 461 - 374900 - FAX : (+961-1) 368724
B.P.11-3821 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

شركة مساهمة لبنانية

مركزها ب ٧٥٣٣ بيروت - رأسمالها ٤،٠٥٠،٠٠٠،٠٠٠ ل.ل.
القنطاري - بناية التجارة والمال - الطابق الثاني
شارع: (+٩٦١١) ٣٦٤٤٦١ ٣٧٤٩٠٠ - فاكس: (+٩٦١١) ٣٦٨٧٢٤
ص.ب.: ٣٨٢١ بيروت ٢١٥٠/١١٠٧ لبنان
E-mail: insure@libano-suisse.com

## MOTOR COMMERCIAL

|  |  |  |
|---|---|---|
| | Auto Commerciale – COMMERCIAL TOUS-RIS | ٍ 1861748 |
| POLICY NUMBER | 11/2003/CU/4090/0/15 | 12000 – 11 |
| NAME OF INSURED | RADIAN INTERNATIONAL | |
| ADDRESS | BEIRUT CENTRAL DISTRICT | |
| PERIOD OF INSURANCE FROM NOON ON 11/06/2003   To NOON ON  11/06/2004 | | |

THIS INSURANCE IS ISSUED FOR THE PREMIUM HEREBELOW STATED, TAXES and FEES
INCLUDED

| | | |
|---|---|---|
| Taxable Premium | 404.21 | **Sum Insured    USD 262,000.00** |
| Fixed Stamp | 1.33 | |
| Municipal Tax | 24.28 | **Prime Annuelle  USD 450.00** |
| Proportional Tax | 20.21 | |

### DESCRIPTION OF THE VEHICLE INSURED

| | | |
|---|---|---|
| Make of car  :NISSAN D22 | Year:2000 | V.A.:12000 |
| Registration No.:M/223584 | Use :COMMERCIAL | |
| Chassis No.  :D22ZD000247 | H.P.:20 | |
| Engine No.   :A24823786 | Seats :4 | |

These vehicles are covered against these following risks:

| Covers | Limit, USD |
|---|---|
| THIRD PARTY LIABILITY | 250000 |
| FIRE | 12000 |
| DAMMAGE | 12000 |
| THEFT | 12000 |

Sum Insured

| | |
|---|---|
| CIVIL LIABILITY TOWARDS THIRD PARTIES PROPERTY DAMAGE :USD 250,000.- ANYONE ACCIDENT AND UNLIMITED IN THE AGGREGATE FOR THE POLICY PERIOD, | 250,000.- |
| FIRE OF THE INSURED VEHICLE      :$12,000.-(U.S.DOLLARS TWELVE THOUSAND) | 12,000.- |
| OWN DAMAGE TO THE INSURED VEHICLE:$12,000.-(U.S.DOLLARS TWELVE THOUSAND) | 12,000.- |
| THEFT OF THE INSURED VEHICLE     :$12,000.-(U.S.DOLLARS TWELVE THOUSAND) | 12,000.- |

IT IS NOTED AND AGREED THAT THE RISKS DESCRIBED UNDER ARTICLE "1"
PARAGRAPH "D" OF THE GENERAL CONDITIONS OF THE POLICY ARE ONLY LIMITED
TO TOTAL THEFT OR TOTAL DISAPPEARANCE OF THE INSURED VEHICLE.

| | | |
|---|---|---|
| -EXTENSIONS | : | WAIVER OF RIGHTS OF SUBROGATION IN FAVOUR OF THE IMPLOYER AND THE CONSTRUCTION MANAGER. |
| -EXCESS | : | 10% OFF ACTUAL VALUE FOR TOTAL LOSS INCLUDING THEFT. |

4



# LIBANO-SUISSE S.A.L.
### SOCIÉTÉ D'ASSURANCES
R.C.B.: 7633 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM, COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961-1) 364-561 - 374600 - FAX: (+961-1) 368724
B.P.: 41-6521 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

Auto Commerciale - COMMERCIAL TOUS-RIS                    0
POLICY NUMBER      11/2005/CU/4080/0/15                   1061748
NAME OF INSURED    RADIAN  INTERNATIONAL                  12000 - 11

THIS POLICY IS SUBJECT TO THE FOLLOWING ATTACHMENTS:
- GENERAL CONDITIONS.
- WAIVER OF SUBROGATION.

THE INSURED           Issued in duplicate at Beirut, on 16/06/2005        236.44
                                              THE COMPANY

AUTORISEE PAR DECRET No. 16708 DU 24/01/1969 ET ENREGISTREE AU MINISTERE DE L'ECONOMIE NATIONALE SUB. No. 77 - DROIT DE TIMBRE ACQUITTE DECRET - LOI No. 67

NI03WN306170511C0402200016

5

LIBANO-SUISSE S.A.L.
SOCIÉTÉ D'ASSURANCES
R.C.B.: 7533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961-1) 364461 - 374900 - FAX : (+961-1) 368724
B.P. 11-8821 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

شركة مساهمة لبنانية
س.ت.ب ٧٥٣٣ بيروت - رأسمالها ٤٠٥٠٠٠٠٠٠٠ ل.ل.
القنطاري - بناية التجارة والمال - الطابق الثاني
هاتف: (٩٦١٠١) ٣٧٤٩٠٠-٣٦٤٤٦١ - فاكس: (٩٦١٠١) ٣٦٨٧٢٤
ص.ب ١١-٨٨٢١ بيروت ١١٠٧/٢١٥٠ لبنان
E-mail: insure@libano-suisse.com

*3rd party Gov. of lebanon*
*mandated insurance*

عقد الضمان الإلزامي

للمسؤولية المدنية عن الأضرار الجسدية التي تسببها المركبة البرية للغير

المنظم وفقاً لأحكام المرسوم الإشتراعي رقم ١٠٥ بتاريخ ١٩٧٧/٦/٣٠

والمرسوم رقم ٩٥٨٥ تاريخ ٢٠٠٣/١/٣٠

( يسري مفعول هذا العقد ضمن الأراضي اللبنانية )

الشــــــــروط الخـــــــاصـــــة

| | | | |
|---|---|---|---|
| 11/06/2005 | بدء الضمان | 11/2005/CBI/7284/0/2 | عقد رقم |
| 11/06/2006 | إنتهاء الضمان | ١٨٠٠٠٠٠٠٠ ل.ل | قسط الضمان |

مائة و ثمانون ألف ليرة لبنانية فقط لا غير .

| | |
|---|---|
| شركة راديان انترناشيونال ش.م.م | إسم المضمون |
| | الصفة |
| بيروت | العنوان |
| | الهاتف |

مواصفات عن المركبة

| | | | |
|---|---|---|---|
| M/223384 | رقم التسجيل | NISSAN | نوع المركبة |
| 20 | قوتها بالأحصنة | D22 | طرازها |
| 0 | عدد الركاب | Customs & Public use | جهة الإستعمال |
| A24628786 | رقم المحرك | 2000 | سنة الصنع |
| D22ZD000247 | رقم الهيكل | 2740 | وزنها الإجمالي |

الحد الأقصى لمسؤولية الشركة ٧٥٠٠٠٠٠٠٠ ل.ل

سبعمائة وخمسون مليون ليرة لبنانية فقط لا غير .

درجة المعالجة في المستشفى : درجة الضمان الإجتماعي و أو تعتمد الدرجة الثالثة ما لم ينص العقد على خلاف ذلك.

يخضع هذا العقد للشروط الخاصة المبينة أعلاه وللشروط العامة المدرجة على ظهر هذا العقد.

في حال وقوع حادث تنجم عنه أضرار جسدية يتوجب بترجمة الإتصال فوراً بأقرب مخفر لقوى الأمن الداخلي بغية إجراء التحقيقات النظامية وتكليف خبير مجلس عادل.

المضمــــــــــون :



18/06/20...
10617

AUTORISÉE PAR DÉCRET No. 10708 DU 24/4/1939 ET ENREGISTRÉE AU MINISTÈRE DE L'ÉCONOMIE NATIONALE SUB. No. 77  -  DROIT DE TIMBRE ACQUITTÉ DECRET - LOIRG. 67

6

# LIBANO·SUISSE S.A.L.

**SOCIÉTÉ D'ASSURANCES**

R.C.B.: 7533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL. : (+961-1) 364461 - 374900 · FAX : (+961-1) 368724
B.P. 11-3821 Beyrouth 1107/2160 Liban
E-mail: insure@libano-suisse.com

الشركة اللبنانية السويسرية لضمان
شركة ضمان لبنانية

## MOTOR COMMERCIAL

| | | 0 |
|---|---|---|
| Auto Commerciale - **COMMERCIAL TOUS-RIS**  | | 1061748 |
| **POLICY NUMBER**  11/2005/CU/7267/0/2 | | 12000 - 11 |
| **NAME OF INSURED**  RADIAN INTERNATIONAL | | |
| **ADDRESS**  BEIRUT CENTRAL DISTRICT | | |
| **PERIOD OF INSURANCE** FROM NOON ON 11/06/2005  TO NOON ON 11/06/2006 | | |

THIS INSURANCE IS ISSUED FOR THE PREMIUM HEREBELOW STATED, TAXES and FEES
INCLUDED

| Taxable Premium | 404.21 | **Sum Insured**  USD 255,000.00 |
| Fixed Stamp | 1.33 | |
| Municipal Tax | 24.25 | **Prime Annuelle**  USD 450.00 |
| Proportional Tax | 20.21 | |

## DESCRIPTION OF THE VEHICLE INSURED

| | | V.A.:5000 |
|---|---|---|
| Make of car  :TOYOTA HILUX YN106 | Year :1997 | |
| Registration N°:M/180450 | Use :Customs & Public use | |
| Chassis No  :YN1060023586 | H.P :23 | |
| Engine No.  :4Y0473229 | Seats :0 | |

These vehicules are covered against these following risks:

| Covers | Limit, USD |
|---|---|
| THIRD PARTY LIABILITY | 255000 |
| FIRE | 5000 |
| DAMMAGE | 5000 |
| THEFT | 5000 |

**Sum Insured**

CIVIL LIABILITY TOWARDS THIRD PARTIES PROPERTY DAMAGE:USD 255,000.-
ANYONE ACCIDENT AND UNLIMITED IN THE AGGREGATE FOR THE POLICY PERIOD.    250,000.-

FIRE OF THE INSURED VEHICLE    :$5.000.-(U.S.DOLLARS FIVE THOUSAND)    5,000.-

OWN DAMAGE TO THE INSURED VEHICLE:$5.000.-(U.S.DOLLARS FIVE THOUSAND)    5,000.-

THEFT ON THE INSURED VEHICLE    :$5.000.-(U.S.DOLLARS FIVE THOUSAND)    5,000.-

IT IS NOTED AND AGREED THAT THE RISKS DESCRIBED UNDER ARTICLE "1"
PARAGRAPH "D" OF THE GENERAL CONDITIONS OF THE POLICY ARE ONLY
LIMITED TO TOTAL THEFT OR TOTAL DISAPPEARANCE OF THE INSURED VEHICLE.

-EXTENSIONS    : WAIVER OF RIGHTS OF SUBROGATION IN FAVOUR OF THE
EMPLOYER AND THE CONSTRUCTION MANAGER.

-EXCESS    : 10% OFF ACTUAL VALUE FOR TOTAL LOSS (INCLUDING
THEFT).

**LIBANO-SUISSE S.A.L.**
SOCIÉTÉ D'ASSURANCES
R.C.B.: 7533 Beyrouth - Capital: 4,060,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961-1) 364461 - 374900 - FAX : (+961-1) 368724
B.P. 11-3921 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

الشركة اللبنانية السويسرية للتأمين
شركة مساهمة لبنانية
س.ت.ب ٧٥٣٣ بيروت - رأسمالها ٤,٠٦٠,٠٠٠,٠٠٠ ل.ل.
القنطاري - بناية التجارة والمال - الطابق الثاني
تلفون: ٣٦٤٤٦١ (٩٦١١-٠)-٣٧٤٩٠٠ (٩٦١١-٠) - فاكس: ٣٦٨٧٢٤ (٩٦١١-١)
ص.ب: ١١-٣٩٢١ بيروت ١١٠٧/٢١٥٠ لبنان
E-mail: insure@libano-suisse.com

Auto Commerciale - COMMERCIAL TOUS-RIS:          0

POLICY NUMBER        11/2005/20/7257/0/2                    1051748
NAME OF INSURED      RADIAN INTERNATIONAL                   12000 - 11

THIS POLICY IS SUBJECT TO THE FOLLOWING ATTACHMENTS:
- GENERAL CONDITIONS.
- WAIVER OF SUBROGATION.

    THE INSURED          Issued in Rurial - Beirut, on 16/06/2005          236.44
                                                    THE COMPANY

                                                          NLRBNBK:419D311C0U26702          0    2

# LIBANO-SUISSE S.A.L.

**SOCIÉTÉ D'ASSURANCES**

R.C.B.: 7533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL. : (+961-1) 364461 - 374600 - FAX : (+961-1) 368724
B.P. 11-3821 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suissa.com

الشركة اللبنانية السويسرية للضمان ش.م.ل.
شركة مساهمة لبنانية

س.ت.ب.: ٧٥٣٣ بيروت - رأسمالها ٤،٠٥٠،٠٠٠،٠٠٠ ل.ل.
القنطاري - بناية التجارة والمال - الطابق الثاني
تلفون: ٣٦٤٤٦١-٣٧٤٦٠٠(١١-٩٦١+) - فاكس: ٣٦٨٧٢٤(١١-٩٦١+)
ص.ب.: ١١-٣٨٢١ بيروت ١١٠٧/٢١٥٠ لبنان
E-mail: insure@libano-suisse.com

*3rd party Gov. of Lebanon*
*mandated insurance*

عقد الضمان الإلزامي

للمسؤولية المدنية عن الأضرار الجسدية التي تسببها المركبة البرية للغير

المنظم وفقاً لأحكام المرسوم الإشتراعي رقم ٢٠٥ بتاريخ ١٩٧٧/٦/٣٠

والمرسوم رقم ٩٥٨٥ تاريخ ٢٠٠٣/١/٣٠

( يسري مفعول هذا العقد ضمن الأراضي اللبنانية)

الـــشـــــروط الخـــــاصـــــة

| | | | |
|---|---|---|---|
| 11/06/2005 | بدء الضمان | 11/2005/CBI/7283/0/2 | عقد رقم |
| 11/06/2006 | إنتهاء الضمان | ١،٨٠،٠٠٠،٠٠ ل.ل | قسط الضمان |

مائة و ثمانون الف ليرة لبنانية فقط لا غير.

شركة راديان انترناشيونال ش.م.م.  إسم المضمون
المهنة
بيروت  العنوان/
الهاتف

مواصفات عن المركبة

| | | | |
|---|---|---|---|
| M/223383 | رقم التسجيل | NISSAN | نوع المركبة |
| 20 | قوتها بالأحصنة | D 22 | طرازها |
| 1 | عدد الركاب | Customs & Public use | جهة الإستعمال |
| Z24949134 | رقم المحرك | 1999 | سنة الصنع |
| D22ZD000291 | رقم الهيكل | 2740 | وزنها الإجمالي |

الحد الأقصى لمسؤولية الشركة ٧٥٠،٠٠٠،٠٠٠ ل.ل

سبعمائة وخمسون مليون ليرة لبنانية فقط لا غير

درجة المعالجة في المستشفى : درجة الضمان الإجتماعي و أو تعتمد الدرجة الثالثة ما لم ينص العقد على خلاف ذلك.

يخضع هذا العقد للشروط الخاصة المهنة أعلاه وللشروط العامة المدرجة على ظهر هذا العقد.

في حال وقوع حادث يجم عنه أضرار جسدية يتوجب الإتصال فوراً بأقرب مخفر لقوى الأمن الداخلي بغية إجراء التحقيقات النظامية وتكليف خبير محلف مختص.

المضمـــــون  الشـــركة الضامنة



AUTORISÉE PAR DÉCRET No. 10709 DU 24/4/1959 ET ENREGISTRÉE AU MINISTÈRE DE L'ECONOMIE NATIONALE SUS. No. 77   DROIT DE TIMBRE ACQUITTÉ DÉCRET - LOIRA. 67

# LIBANO.SUISSE S.A.L.
**SOCIÉTÉ D'ASSURANCES**
R.C.B.: 7533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL. : (+961-1) 364461 - 374900 - FAX : (+961-1) 365724
B.P. 11-3821 Beyrouth 1107/3150 Liban
E-mail: insure@libano-suisse.com

الشركة اللبنانية السويسرية للضمان
شركة مساهمة لبنانية

## MOTOR COMMERCIAL

Auto Commerciale - COMMERCIAL TOUS-RIS

| | | Q |
|---|---|---|
| POLICY NUMBER | 11/2005/CU/7265/0/2 | 1061748 |
| NAME OF INSURED | RADIAN INTERNATIONAL | 12000 - 11 |
| ADDRESS | BEIRUT CENTRAL DISTRICT | |
| PERIOD OF INSURANCE FROM NOON ON 11/06/2005  To NOON ON 11/06/2006 | | |

THIS INSURANCE IS ISSUED FOR THE PREMIUM HEREBELOW STATED, TAXES and FEES INCLUDED

| Taxable Premium | 404.21 | Sum Insured | USD 265,000.00 |
| Fixed Stamp | 1.33 | | |
| Municipal Tax | 24.25 | Total Premium | USD 450.00 |
| Proportional Tax | 20.21 | | |

### DESCRIPTION OF THE VEHICLE INSURED

| Make of car | : TOYOTA HILUX YN 106 | Year : 1997 | V.A : 5000 |
| Registration No. : M/180449 | | Use : COMMERCIAL | |
| Chassis No | : YN1060023583 | H.P : 23 | |
| Engine No. | : 4Y0473137 | Seats : 4 | |

These vehicles are covered against these following risks:

| Covers | Limit, USD |
|---|---|
| THIRD PARTY LIABILITY | 250000 |
| FIRE | 5000 |
| DAMAGE | 5000 |
| THEFT | 5000 |

**Sum Insured**

CIVIL LIABILITY TOWARDS THIRD PARTIES PROPERTY DAMAGE : USD 250,000.- ANYONE ACCIDENT AND UNLIMITED IN THE AGGREGATE FOR THE POLICY PERIOD.    250,000.-

FIRE OF THE INSURED VEHICLE    : $5,000.- (U.S.DOLLARS FIVE THOUSAND)    5,000.-

OWN DAMAGE TO THE INSURED VEHICLE : $5,000.- (U.S.DOLLARS FIVE THOUSAND)    5,000.-

THEFT OF THE INSURED VEHICLE    : $5,000.- (U.S.DOLLARS FIVE THOUSAND)    5,000.-

IT IS NOTED AND AGREED THAT THE RISKS DESCRIBED UNDER ARTICLE "1" PARAGRAPH "2" OF THE GENERAL CONDITIONS OF THE POLICY ARE ONLY LIMITED TO TOTAL THEFT OR TOTAL DISAPPEARANCE OF THE INSURED VEHICLE.

-EXTENSIONS    : WAIVER OF RIGHTS OF SUBROGATION IN FAVOUR OF THE EMPLOYER AND THE CONSTRUCTION MANAGER.

-EXCESS    : 10% OFF ACTUAL VALUE FOR TOTAL LOSS (INCLUDING THEFT).



**LIBANO - SUISSE S.A.L.**
SOCIÉTÉ D'ASSURANCES
R.C.B.: 7533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961)(1) 364461 - 374900 - FAX: (+961-1) 368724
B.P. 11-3621 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

شركة مساهمة لبنانية
من ي.ب ٧٥٣٣ بيروت - رأسمالها ٤,٠٥٠,٠٠٠,٠٠٠ ل.ل.
القنطاري - بناية التجارة والمال - الطابق الثاني
طول: (+٩٦١-١) ٣٧٤٩٠٠-٣٦٤٤٦١ (+٩٦١-١) - فاكس: ٣٦٨٧٢٤ (١-٩٦١+)
من ي.ب ٣٦٢١-١١ بيروت ١١٠٧/٢١٥٠ لبنان
E-mail: insure@libano-suisse.com

Auto Commerciale - COMMERCIAL TOUS-RIS

| | | |
|---|---|---|
| | | 0 |
| POLICY NUMBER | 11/2005/CU/7265/0/2 | 1061748 |
| NAME OF INSURED | RADIAN INTERNATIONAL | 12000 - 11 |

THIS POLICY IS SUBJECT TO THE FOLLOWING ATTACHMENTS:
- GENERAL CONDITIONS.
- WAIVER OF SUBROGATION.

THE INSURED                Issued in duplicate at Beirut, on 15/06/2005                236.44

NSTRIN206170511C0926302        2        2

# LIBANO SUISSE S.A.L.
### SOCIÉTÉ D'ASSURANCES
R.C.B.: 7533 Bayrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961-1) 364461 - 674900 - FAX : (+961-1) 368724
B.P. 11-3821 Bayrouth 1107/8160 Liban
E-mail: inaure@libano-suisse.com

الشركة اللبنانية السويسرية للضمان
شركة مساهمة لبنانية
مركزها: ٧٥٣٣ بيروت - رأسمالها: ١٠٥٠٠٠٠٠٠٠ ل.ل.
القنطاري - بناية التجارة والمال - الطابق الثاني
تلفون: ٣٦٤٤٦١-١١(٩٦١+) - ٦٧٤٩٠٠-١١(٩٦١+) - فاكس: ٣٦٨٧٢٤(١-٩٦١+)
ص.ب: ٣٨٢١-١١ بيروت ١١٠٧/٨١٦٠ لبنان
E-mail: inaure@libano-suisse.com

*3rd Party Gov. of Lebanon mandated Insurance*

عقد الضمان الإلزامي

للمسؤولية المدنية عن الأضرار الجسدية التي تسببها المركبة البرية للغير

المنظم وفقاً لأحكام المرسوم الإشتراعي رقم ١٠٥ بتاريخ ١٩٧٧/٦/٣٠

والمرسوم رقم ٩٥٨٥ تاريخ ٢٠٠٣/١/٣٠

( يسري مفعول هذا العقد ضمن الأراضي اللبنانية )

## الشروط الخاصة

| | | |
|---|---|---|
| 30/04/2005 | بدء الضمان | عقد رقم |
| 30/04/2006 | إنتهاء الضمان | قسط الضمان 11/2005/CBI/6100/0/2 |
| | ١٨٠٠٠٠٠٠ ل.ل | |

مائة و ثمانون ألف ليرة لبنانية فقط لا غير

| | |
|---|---|
| شركة رافيان إنترناشيونال ش.م.م | إسم المضمون |
| | المهنة |
| بيروت | العنوان |
| | الهاتف |

مواصفات عن المركبة

| | | |
|---|---|---|
| M/180449 | TOYOTA | نوع المركبة |
| رقم التسجيل | HILUX YN 106 | طرازها |
| 23 | Customs & Public use | جهة الإستعمال |
| وقتها بالأحصنة | 1997 | سنة الصنع |
| 4 عدد الركاب | 2585 | وزنها الإجمالي |
| 4Y0473137 رقم المحرك | | |
| YN1060023583 رقم الهيكل | | |

الحد الأقصى لمسؤولية الشركة ٧٥٠,٠٠٠,٠٠٠ ل.ل

سبعمائة وخمسون مليون ليرة لبنانية فقط لا غير

درجة المعالجة في المستشفى : درجة الضمان الإجتماعي و أو تعتمد الدرجة الثالثة ما لم ينص العقد على خلاف ذلك.

يخضع هذا العقد للشروط الخاصة المبينة أعلاه وللشروط العامة المدرجة على ظهر هذا العقد.

في حال وقوع حادث ينجم عنه أضرار جسدية يتوجب الإتصال فوراً بأقرب مخفر لقوى الأمن الداخلي بغية إجراء التحقيقات النظامية وتكليف خبير محلف مختص.

المضمون



04/05/2005
1061



# LIBANO·SUISSE S.A.L.
### SOCIÉTÉ D'ASSURANCES
R.C.B.: 7538 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961-1) 364461 - 374900 - FAX: (+961-1) 368724
B.R 11-3821 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

الشركة اللبنانية السويسرية للضمان
شركة ضمانة لبنانية

Afmad

## MOTOR COMMERCIAL

Auto Commerciale - COMMERCIAL TOUS-RIS.                    0
POLICY NUMBER        11/2005/CU/7255/0/2                    1061745
NAME OF INSURED      RADIAN   INTERNATIONAL                 12000 - 11
ADDRESS              BEIRUT CENTRAL DISTRICT
PERIOD OF INSURANCE FROM NOON ON 11/06/2005  To NOON ON 11/06/2006

THIS INSURANCE IS ISSUED FOR THE PREMIUM HEREBELOW STATED, TAXES and FEES
INCLUDED

Taxable Premium      404.21              Sum Insured      USD 260,000.00
Fixed Stamp          1.33
Municipal Tax        24.25               Total Premium    USD 450.00
Proportional Tax     20.21

### DESCRIPTION OF THE VEHICLE INSURED

Make of car    :FORD TAURUS            Year :1999          V.A:10000
Registration N.:B/126793               Use :Privee
Chassis No.    :1FAFP53U3XG264225       H.P :30
Engine No.     :XG264225               Seats:4

These vehicules are covered against these following risks:

| Covers | Limit USD |
|---|---|
| THIRD PARTY LIABILITY | 260000 |
| FIRE | 10000 |
| DAMMAGE | 10000 |
| THEFT | 10000 |
| ROAD ASSISTANCE | |

Sum Insured

CIVIL LIABILITY TOWARDS THIRD PARTIES PROPERTY DAMAGE:USD 260,000.-    260,000.-
ANYONE ACCIDENT AND UNLIMITED IN THE AGGREGATE FOR THE POLICY PERIOD.

FIRE OF THE INSURED VEHICLE      :$10,000.-(U.S.DOLLARS TEN THOUSAND)    10,000.-

OWN DAMAGE TO THE INSURED VEHICLE:$10,000.-(U.S.DOLLARS TEN THOUSAND)    10,000.-

THEFT ON THE INSURED VEHICLE     :$10,000.-(U.S.DOLLARS TEN THOUSAND)    10,000.-

IT IS NOTED AND AGREED THAT THE RISKS DESCRIBED UNDER ARTICLE "i"
PARAGRAPH "b" ON THE GENERAL CONDITIONS OF THE POLICY ARE ONLY
LIMITED TO TOTAL THEFT OR TOTAL DISAPPEARANCE OF THE INSURED VEHICLE.

-EXTENSIONS        : WAIVER OF RIGHTS OF SUBROGATION IN FAVOUR OF THE
                     EMPLOYER AND THE CONSTRUCTION MANAGER.

-EXCESS            : 10% OFF ACTUAL VALUE FOR TOTAL LOSS (INCLUDING
                     THEFT).

13



# LIBANO SUISSE S.A.L.
### SOCIÉTÉ D'ASSURANCES
R.C.B.: 7593 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI «IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961-1) 964461 - 374900 - FAX: (+961-1) 966724
B.R 11-3821 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

الشركة اللبنانية السويسرية للضمان
شركة سياحتة لبنانية

Auto Commerciale - COMMERCIAL TOUS-RIS          0.
POLICY NUMBER    11/2005/CU/7253/0/2                         1061748
NAME OF INSURED    RADIAN INTERNATIONAL                      12000 - 11

THE PRESENT POLICY COVERS THE SERVICES OF ROAD ASSISTANCE RELATED TO THE
INSURED VEHICULE, THESE SERVICES ARE AVAILABLE 24 HOURS A DAY, 7 DAYS A
WEEK WITHIN THE LEBANESE TERRITORY.
IN CASE OF NECESSITY, PLEASE FOLLOW THESE DIRECTIVES:
A) CALL THE ASSISTANCE SERVICE ON THE FOLLOWING NUMBER: (01)365125.
B) NOTIFY THE OPERATOR OF YOUR POLICY NUMBER, YOUR SITUATION AND
YOUR PHONE NUMBER.

IN CASE OF MECHANICAL OR ELECTRICAL BREAK-DOWN, WE SHALL TRY TO
UNDERTAKE THE PRELIMINARY REPAIRS ON SITE, IN CASE OF FAILURE,
THE DELEGATE SHALL TOW THE CAR TO THE DESTINATION CHOSEN BY THE INSURED.

IN CASE OF ACCIDENT OR COLLISION, THE ASSISTANCE SERVICE INCLUDES
THE TOWING TO THE DESTINATION CHOSEN BY THE INSURED.

THIS POLICY IS SUBJECT TO THE FOLLOWING AGREEMENTS:
- GENERAL CONDITIONS.
- WAIVER OF SUBROGATION.

THE INSURED             Issued in Ain Wazein at Beirut, on 16/06/2005          235.44
                                THE COMPANY

NB: KIN20061705110G725502          2          2

**LIBANO·SUISSE S.A.L.**
SOCIÉTÉ D'ASSURANCES
R.C.B.: 7588 Beyrouth · Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961-1) 364461 · 374900 · FAX : (+961-1) 368724
B.P. 11-3821 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

الشركة اللبنانية السويسرية للضمان
شـركة مساهمة لبنانية

من ب: ٧٥٣٣ بيروت ـ رأسمالها ٤،٠٥٠،٠٠٠،٠٠٠ ل.ل.
القنطاري ـ بناية التجارة والمال ـ الطابق الثاني
تلفون: ٣٦٤٤٦١(١-٩٦١+)·٣٧٤٩٠٠(١-٩٦١+) · فاكس: ٣٦٨٧٢٤ (١-٩٦١+)
ص.ب: ١١-٣٨٢١ بيروت ١١٠٧/٢١٥٠ لبنان
E-mail: insure@libano-suisse.com

*3rd party cov. of lebanon mandated insurance*

عقد الضمان الإلزامي

للمسؤولية المدنية عن الأضرار الجسدية التي تسببها المركبة البرية للغير

المنظم وفقاً لأحكام المرسوم الإشتراعي رقم ١٠٥ بتاريخ ١٩٧٧/٦/٣٠

والمرسوم رقم ٩٥٨٥ تاريخ ٢٠٠٣/١/٣٠

( يسري مفعول هذا العقد ضمن الأراضي اللبنانية)

الشـــروط الخـــاصـــة

| | | |
|---|---|---|
| بدء الضمان | 11/06/2005 | عقد رقم ٢/٠/COC/7261 11/2005 |
| إنتهاء الضمان | 11/06/2006 | قسط الضمان ٦٨،٠٠٠،٠٠ ل.ل |

ثمانية و ستون ألف ليرة لبنانية فقط لا غير .

| | |
|---|---|
| إسم المضمون | شركة راديان انترناشيونال ش.م.م |
| المهنة | |
| العنوان | بيروت |
| الهاتف | |

مواصفات عن المركبة

| | |
|---|---|
| نوع المركبة | FORD |
| طرازها | TAURUS |
| جهة الإستعمال | Privée |
| سنة الصنع | 1999 |

| | |
|---|---|
| رقم التسجيل | B/126798 |
| قوتها بالأحصنة | 30 |
| عدد الركاب | 4 |
| رقم المحرك | XG264225 |
| رقم الهيكل | 1FAFP53U3XG264225 |

الحد الأقصى لمسؤولية الشركة ٧٥٠،٠٠٠،٠٠٠ ل.ل

سبعمائة وخمسون مليون ليرة لبنانية فقط لا غير

درجة المعالجة في المستشفى : درجة الضمان الإجتماعي و أو تعتمد الدرجة الثالثة ما لم ينص العقد على خلاف ذلك.

يخضع هذا العقد للشروط الخاصة المبينة أعلاه وللشروط العامة المدرجة على ظهر هذا العقد.

في حال وقوع حادث ينجم عنه أضرار جسدية يتوجب الإتصال فوراً بأقرب مخفر لقوى الأمن الداخلي بغية إجراء التحقيقات النظامية وتكليف خبير محلف مختص.

الشركة                                              المضمـــــون





# LIBANO-SUISSE S.A.L.
SOCIÉTÉ D'ASSURANCES
R.C.B.: 7533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL. : (+961-1) 384461 - 374800 - FAX : (+961-1) 366724
B.P. 11-3821 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

الشركة اللبنانية السويسرية للضمان
شركة مساهمة لبنانية

## MOTOR COMMERCIAL

```
                    Auto Commerciale - COMMERCIAL TOUS-RIS
POLICY NUMBER       11/2006/CU/7254/0/2                      1061748
NAME OF INSURED     RADIAN   INTERNATIONAL                   12000 - 11
ADDRESS             BEIRUT CENTRAL DISTRICT
PERIOD OF INSURANCE FROM NOON ON 11/06/2005  TO NOON ON 11/06/2006
```

THIS INSURANCE IS ISSUED FOR THE PREMIUM HEREBELOW STATED, TAXES and FEES
INCLUDED

```
Taxable Premium     404.21        Sum Insured    USD 260,000.00
Fixed Stamp         1.33
Municipal Tax       24.25         Prime Annuelle USD 450.00
Proportional Tax    20.21
```

### DESCRIPTION OF THE VEHICLE INSURED

```
Make of car   :FORD TAURUS GL        Year :1999          V.A :10000
Registration N:B/123281              Use :Privée
Chassis No.   :1FAFP53U6XG184465     HP :30
Engine No.    :XG184465              Seats :4
```

These vehicules are covered against these following risks:

```
Covers                              Limit USD
THIRD PARTY LIABILITY               250000
FIRE                                10000
DAMMAGE                             10000
THEFT
ROAD ASSISTANCE
```

Sum Insured

CIVIL LIABILITY TOWARDS THIRD PARTIES PROPERTY DAMAGE:USD 250,000.-    250,000.-
ANYONE ACCIDENT AND UNLIMITED IN THE AGGREGATE FOR THE POLICY PERIOD.

FIRE OF THE INSURED VEHICLE      :$10,000.-(U.S.DOLLARS TEN THOUSAND)    10,000.-
OWN DAMAGE TO THE INSURED VEHICLE:$10,000.-(U.S.DOLLARS TEN THOUSAND)    10,000.-

THEFT OF THE INSURED VEHICLE     :$10,000.-(U.S.DOLLARS TEN THOUSAND)    10,000.-

IT IS NOTED AND AGREED THAT THE RISKS DESCRIBED UNDER ARTICLE "1"
PARAGRAGH "C" OF THE GENERAL CONDITIONS OF THE POLICY ARE ONLY LIMITED
TO TOTAL THEFT OR TOTAL DISAPPEARANCE OF THE INSURED VEHICLE.

-EXTENSIONS    : WAIVER OF RIGHTS OF SUBROGATION IN FAVOUR OF THE
                 EMPLOYER AND THE CONSTRUCTION MANAGER.

-EXCESS        : 10% OFF ACTUAL VALUE FOR TOTAL LOSS (INCLUDING
                 THEFT).

16

# LIBANO-SUISSE S.A.L.
### SOCIÉTÉ D'ASSURANCES
R.C.B.: 7533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL : (+961-1) 364461 - 374800 - FAX : (+961-1) 368724
B.R 11-3821 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

Auto Commerciale - COMMERCIAL TOUS-RIS
POLICY NUMBER    11/2005/CU/7254/0/2
NAME OF INSURED    RADIAN INTERNATIONAL

0
1081748
12000 - 11

THE PRESENT POLICY COVERS THE SERVICES OF ROAD ASSISTANCE RELATED TO THE
INSURED VEHICULE. THESE SERVICES ARE AVAILABLE 24 HOURS A DAY,7 DAYS A
WEEK WITHIN THE LEBANESE TERRITORY.
IN CASE OF NECESSITY, PLEASE FOLLOW THESE DIRECTIVES:
A) CALL THE ASSISTANCE SERVICE ON THE FOLLOWING NUMBER: (01)365125.
B) NOTIFY THE OPERATOR OF YOUR POLICY NUMBER, YOUR SITUATION AND
YOUR PHONE NUMBER.

IN CASE OF MECHANICAL OR ELECTRICAL BREAK-DOWN, WE SHALL TRY TO
UNDERTAKE THE PRELIMINARY REPAIRS ON SITE, IN CASE OF FAILURE,
THE DELEGATE SHALL TOW THE CAR TO THE DESTINATION CHOSEN BY THE INSURED.

IN CASE OF ACCIDENT OR COLLISION, THE ASSISTANCE SERVICE
INCLUDES THE TOWAGE TO THE DESTINATION CHOSEN BY THE INSURED.

THIS POLICY IS SUBJECT TO THE FOLLOWING ATTACHMENTS:
- GENERAL CONDITIONS.
- WAIVER OF SUBROGATION.

THE INSURED    Issued in duplicate in Beirut on 16/06/2005    236.44

NUMBER 306170511CU725402    2    2



**LIBANO-SUISSE S.A.L.**
SOCIÉTÉ D'ASSURANCES
R.C.B.: 7833 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM, COMMERCE ET FINANCE - 2ème ETAGE
· TEL : (+961-1) 364461 - 374800 - FAX : (+961-1) 366724
B.R 11-3621 Beyrouth 1107/2160 Liban
E-mail: insure@libano-suisse.com

الشركة اللبنانية السويسرية للضمان
شركة مساهمة لبنانية
ص.ب: ٧٨٣٣ بيروت - رأسمالها ٤,٠٥٠,٠٠٠,٠٠٠ ل.ل.
القنطاري - بناية التجارة والمال - الطابق الثاني
تلفون: (٣٦٤٤٦١ - ٣٧٤٨٠٠) (٩٦١١-١) - فاكس: ٣٦٦٧٢٤ (٩٦١١-١)
ص.ب: ٣٦٢١-١١ بيروت ١١٠٧/٢١٦٠ لبنان
E-mail: insure@libano-suisse.com

*3rd party Gov. of Lebanon*
*mandated insurance*

عقد الضمان الإلزامي

للمسؤولية المدنية عن الأضرار الجسدية التي تسببها المركبة البرية للغير

المنظم وفقاً لأحكام المرسوم الإشتراعي رقم ١٠٥ بتاريخ ١٩٧٧/٦/٣٠

والمرسوم رقم ٩٥٨٥ تاريخ ٢٠٠٣/١/٣٠

( يسري مفعول هذا العقد ضمن الأراضي اللبنانية)

الـشـــروط الخـــاصـــة

| | | | |
|---|---|---|---|
| 11/06/2005 | بدء الضمان | 11/2005/COC/7280/0/2 | عقد رقم |
| 11/06/2006 | إنتهاء الضمان | ٦٨,٠٠٠,٠٠ ل.ل | قسط الضمان |

ثمانية و ستون ألف ليرة لبنانية فقط لا غير .

| | | |
|---|---|---|
| شركة راديان انترناشيونال ش.م.م | | إسم المضمون |
| | | المهنة |
| بيروت | | العنوان |
| | | الهاتف |

مواصفات عن المركبة

| | | | |
|---|---|---|---|
| B/125281 | رقم التسجيل | FORD | نوع المركبة |
| 30 | قوتها بالأحصنة | TAURUS GL | طرازها |
| 4 | عدد الركاب | Privée | جهة الإستعمال |
| XG184465 | رقم المحرك | 1999 | سنة الصنع |
| 1FAFP53U6XG184465 | رقم الهيكل | | وزنها الإجمالي |

الحد الأقصى لمسؤولية للشركة ٧٥٠,٠٠٠,٠٠٠ ل.ل
سبعمائة وخمسون مليون ليرة لبنانية فقط لا غير .

درجة المعالجة في المستشفى : درجة الضمان الإجتماعي و أو تعتمد الدرجة الثالثة مـا لـم ينص العقد علـى خـلاف ذلك؛

يخضع هذا العقد للشروط الخاصة المبينة أعلاه وللشروط العامة المدرجة على ظهر هذا العقد.

في حال وقوع حادث نجم عنه أضرار جسدية يوجب الإتصال فوراً بأقرب مخفر لقوى الأمن الداخلي بنية إجراء التحقيقات النظامية وتكليف خبير مختص معتمد.

الـمـضـــمـــون                          الشـــركـــة



DROIT DE TIMBRE ACQUITTE DECRET - LOI No. 67 – AUTORISEE PAR DECRET No. 10703 DU 24/4/1959 ET ENREGISTRÉE AU MINISTÈRE DE L'ECONOMIE NATIONALE SUB. No. 77

18



# LIBANO SUISSE S.A.L.
SOCIÉTÉ D'ASSURANCES

R.C.B.: 7533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL. : (+961-1) 364461~ 374900 • FAX : (+961-1) 368724
B.R 11-3821 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

الشـركة اللبنانيـة السويسـرية للضمان
شركة مساهمة لبنانية

[Arabic text block right side]

## *MOTOR COMMERCIAL*

#4130

0
1361749
12000 - 11

Auto Commerciale - COMMERCIAL TOUS-RIS

POLICY NUMBER      11/2005/CU/7257/0/2
NAME OF INSURED    RADIAN  INTERNATIONAL
ADDRESS            BEIRUT CENTRAL DISTRICT
PERIOD OF INSURANCE FROM NOON ON 11/06/2005   To NOON ON  11/06/2006

THIS INSURANCE IS ISSUED FOR THE PREMIUM HEREBELOW STATED, TAXES and FEES
INCLUDED

| | | | | |
|---|---|---|---|---|
| Taxable Premium | 624.92 | | Sum Insured | USD 272,000.00 |
| Fixed Stamp | 1.33 | | | |
| Municipal Tax | 37.50 | | Prime Annuelle | USD 695.00 |
| Proportional Tax | 31.25 | | | |

### *DESCRIPTION OF THE VEHICLE INSURED*

Make of car   :FORD EXPLORER E/S          Year :1999          V.A:22000
Registration N: B/121913                  Use :Prive
Chassis No.   :1FMDU34E4XUC06739          H.P :38
Engine No.    :XUC06739                   Seats :4

These vehicules are covered against these following risks:

| Covers | Limit USD |
|---|---|
| THIRD PARTY LIABILITY | 250000 |
| FIRE | 22000 |
| DAMMAGE | 22000 |
| THEFT | 22000 |
| ROAD ASSISTANCE | |

Sum Insured

CIVIL LIABILITY TOWARDS THIRD PARTIES PROPERTY DAMAGE :USD 250,000.- | 250,000.-
ANYONE ACCIDENT AND UNLIMITED IN THE AGGREGATE FOR THE POLICY PERIOD.

FIRE OF THE INSURED VEHICLE      :622.000.-(U.S.DOLLARS TWENTY TWO | 22,000.-
                                  THOUSAND)

OWN DAMAGE TO THE INSURED VEHICLE:622.000.-(U.S.DOLLARS TWENTY TWO | 22,000.-
                                  THOUSAND)

THEFT OF THE INSURED VEHICLE     :622.000.-(U.S.DOLLARS TWENTY TWO | 22,000.-
                                  THOUSAND)

IT IS NOTED AND AGREED THAT THE RISKS DESCRIBED UNDER ARTICLE "1"
PARAGRAPH "D" OF THE GENERAL CONDITIONS OF THE POLICY ARE ONLY LIMITED
TO TOTAL THEFT OR TOTAL DISAPPEARANCE OF THE INSURED VEHICLE.

-EXTENSIONS      :  WAIVER OF RIGHTS OF SUBROGATION IN FAVOR OF THE

1    2

DROIT DE TIMBRE ACQUITTE DECRET - LOI No. 67 - No. 77 - AUTORISEE PAR DECRET No. 10765 DU 24/4/1963 ET ENREGISTREE AU MINISTERE DE L'ECONOMIE NATIONALE SUR No. 77

19



**LIBANO-SUISSE S.A.L.**
SOCIÉTÉ D'ASSURANCES
R.C.B.: 7533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961-1) 364461 - 374900 - FAX: (+961-1) 368724
B.R 14-3821 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

شركة مساهمة لبنانية

```
                    Auto Commerciale - COMMERCIAL TOUS-RIS        0
POLICY NUMBER       11/2005/CU/7257/5/2                          1051748
NAME OF INSURED     RADIAN INTERNATIONAL                         12000 - 11

                    EMPLOYER AND THE CONSTRUCTION MANAGER.

-EXCESS             : 10% OFT ACTUAL VALUE FOR TOTAL LOSS (INCLUDING
                      THEFT).
```

THE PRESENT POLICY COVERS THE SERVICES OF ROAD ASSISTANCE RELATED TO THE
INSURED VEHICULE. THESE SERVICES ARE AVAILABLE 24 HOURS A DAY, 7 DAYS A
WEEK WITHIN THE LEBANESE TERRITORY.
IN CASE OF NECESSITY, PLEASE FOLLOW THESE DIRECTIVES:
A) CALL THE ASSISTANCE SERVICE ON THE FOLLOWING NUMBER: (01)365125.
B) NOTIFY THE OPERATOR OF YOUR POLICY NUMBER, YOUR SITUATION AND
YOUR PHONE NUMBER.

IN CASE OF MECHANICAL OR ELECTRICAL BREAK-DOWN, WE SHALL TRY TO
UNDERTAKE THE PRELIMINARY REPAIRS ON SITE, IN CASE OF FAILURE,
THE DELEGATE SHALL TOW THE CAR TO THE DESTINATION CHOSEN BY THE INSURED.

IN CASE OF ACCIDENT OR COLLISION, THE ASSISTANCE SERVICE INCLUDES
THE TOWAGE TO THE DESTINATION CHOSEN BY THE INSURED.

THIS POLICY IS SUBJECT TO THE FOLLOWING ATTACHMENTS:
- GENERAL CONDITIONS.
- WAIVER OF SUBROGATION.

THE INSURED                    Issued in compliance in Beirut, on 16/06/2005        392.26
                                              THE COMPANY

HSRINB06176511C0725752        6        2



**LIBANO-SUISSE S.A.L.**
SOCIÉTÉ D'ASSURANCES
R.C.B.: 7593 Beyrouth - Capital: 4,050,000,000 لﻴﺮﺓ
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961-1) 364461 - 374900 - FAX: (+961-1) 368724
B.P. 11-3821 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

الشركة اللبنانية السويسرية للضمان
شركة مساهمة لبنانية
من ح.ت.ب ٧٥٩٣ بيروت - رأسمالها ٤،٠٥٠،٠٠٠،٠٠٠ ل.ل.
القنطاري - بناية تجارة وتمويل - الطابق الثاني
تلفون: ٣٦٤٤٦١-٣٧٤٩٠٠ (٩٦١-١) - فاكس: ٣٦٨٧٢٤ (٩٦١-١)
ص.ب: ١١-٣٨٢١ بيروت ١١٠٧/٢١٥٠ لبنان
E-mail: insure@libano-suisse.com

3rd party Gov. of Lebanon
mandated insurance

عقد الضمان الإلزامي

للمسؤولية المدنية عن الأضرار الجسدية التي تسببها المركبة البرية للغير

المنظم وفقاً لأحكام المرسوم الإشتراعي رقم ١٠٥ بتاريخ ١٩٧٧/٦/٣٠

والمرسوم رقم ٩٥٨٥ تاريخ ٢٠٠٣/١/٣٠

( يسري مفعول هذا العقد ضمن الأراضي اللبنانية)

الشـــروط الخــــاصــــة

| | | | |
|---|---|---|---|
| 11/06/2005 | بدء الضمان | 11/2005/COC/7263/0/2 | عقد رقم |
| 11/06/2006 | إنتهاء الضمان | ٦٨،٠٠٠،٠٠٠ ل.ل. | قيمة الضمان |

ثمانية وستون ألف ليرة لبنانية فقط لا غير.

| | |
|---|---|
| شركة راديان انترناشونال | إسم المضمون |
| | المهنة |
| بيروت | العنوان |
| | الهاتف |

مواصفات عن المركبة

| | | | |
|---|---|---|---|
| B/122813 | رقم التسجيل | FORD | نوع المركبة |
| 38 | قوتها بالأحصنة | EXPLORER E/B | طرازها |
| 4 | عدد الركاب | Privée | جهة الإستعمال |
| XUC06739 | رقم المحرك | 1999 | سنة الصنع |
| 1FMDU34E4XUC06739 | رقم الهيكل | | وزنها الإجمالي |

الحد الأقصى لمسؤولية الشركة ٧٥٠،٠٠٠،٠٠٠ ل.ل

سبعمئة وخمسون مليون ليرة لبنانية فقط لا غير.

درجة المعالجة في المستشفى : درجة الضمان الإجتماعي و أو تعتمد الدرجة الثالثة ما لم ينص العقد على خلاف ذلك.

يخضع هذا العقد للشروط الخاصة المبينة أعلاه وللشروط العامة المدرجة على ظهر هذا العقد.

في حال وقوع حادث تجم عنه أضرار جسدية يتوجب الإتصال فوراً بأقرب مخفر لقوى الأمن الداخلي بغية إجراء التحقيقات النظامية وتكليف خبير كشف مختص.

الشركة                                            المضمـــــــــون



# EXHIBIT I
# PART 2



# LIBANO-SUISSE S.A.L.

**SOCIÉTÉ D'ASSURANCES**

R.C.B.: 7539 Beyrouth - Capital: 4,060,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961-1) 364461 - 374900 - FAX: (+961-1) 369724
B.P. 11-3621 Beyrouth 1107/2160 Liban
E-mail: insure@libano-suisse.com

شركة سويسة للتأمين ش.م.ل.
شركة مساهمة لبنانية

E-mail: insure@libano-suisse.com

## *MOTOR COMMERCIAL*

FAIR HURS

```
                    Auto Commerciale - COMMERCIAL TOUS-RIS         8
POLICY NUMBER       11/2005/CU/7256/0/2                          1061748
NAME OF INSURED     RADIAN INTERNATIONAL                         12000 - 11
ADDRESS             BEIRUT CENTRAL DISTRICT
PERIOD OF INSURANCE FROM NOON ON 11/06/2005   TO NOON ON 11/06/2006
```

THIS INSURANCE IS ISSUED FOR THE PREMIUM HEREBELOW STATED, TAXES and FEES INCLUDED

```
Taxable Premium      566.37        Sum Insured     USD 270,000.00
Fixed Stamp            1.33
Municipal Tax         33.98         Total Premium   USD 630.00
Proportional Tax      28.32
```

### *DESCRIPTION OF THE VEHICLE INSURED*

Make of car    : FORD EXPLORER XLT        Year: 1999              V.A: 20000
Registration N: B/122849                 Use: Privée
Chassis No.   : 1FMDU34E2XUC10577         HP: 38
Engine No.    : XUC10577                  Seats: 4

These vehicles are covered against these following risks:

```
Covers                              Limit, USD
THIRD PARTY LIABILITY                 250000
FIRE                                   20000
DAMAGE                                 20000
THEFT                                  20000
ROAD ASSISTANCE
```

Sum Insured

CIVIL LIABILITY TOWARDS THIRD PARTIES PROPERTY DAMAGE: USD 250,000.-           250,000.-
PER ONE ACCIDENT AND UNLIMITED IN THE AGGREGATE FOR THE POLICY PERIOD.

FIRE OF THE INSURED VEHICLE          : $20,000.- (U.S. DOLLARS TWENTY THOUSAND)    20,000.-

OWN DAMAGE TO THE INSURED VEHICLE: $20,000.- (U.S. DOLLARS TWENTY THOUSAND)       20,000.-

THEFT OF THE INSURED VEHICLE         : $20,000.- (U.S. DOLLARS TWENTY THOUSAND)    20,000.-

IT IS NOTED AND AGREED THAT THE RISKS DESCRIBED UNDER ARTICLE "1"
PARAGRAPH "D" OF THE GENERAL CONDITIONS OF THE POLICY ARE ONLY
LIMITED TO TOTAL THEFT OR TOTAL DISAPPEARANCE OF THE INSURED VEHICLE.

EXTENSIONS       : WAIVER OF RIGHTS OF SUBROGATION IN FAVOUR OF THE
                   EMPLOYER AND THE CONSTRUCTION MANAGER.

EXCESS:          : 10% OFF ACTUAL VALUE FOR TOTAL LOSS PENDING

22



**LIBANO-SUISSE S.A.L.**
SOCIÉTÉ D'ASSURANCES
R.C.B.: 7533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE.
TEL.: (+961-1) 364461 - 374000 - FAX: (+961-1) 368724
B.P. 11-3921 Beyrouth 1107/2160 Liban
E-mail: insure@libano-suisse.com

شركة مساهمة لبنانية
مركزها ٧٥٣٣ بيروت - رأسمالها ٤،٠٥٠،٠٠٠،٠٠٠ ل.ل.
القنطاري - بناية التجارة والمال - الطابق الثاني
تلفون: ٣٦٤٤٦١ ٣٧٤٠٠٠ (٩٦١-١) - فاكس: ٣٦٨٧٢٤ (٩٦١-١)
ص.ب: ٣٩٢١ - ١١ بيروت ٢١٦٠/١١٠٧ لبنان
E-mail: insure@libano-suisse.com

Auto Commerciale - COMMERCIAL TOUS-RISQ

| | | | 0 |
|---|---|---|---|
| POLICY NUMBER | 11/2005/CU/7256/0/2 | | .1051748 |
| NAME OF INSURED | RADIAN INTERNATIONAL | | 12000 - 11 |

THEFT).

THE PRESENT POLICY COVERS THE SERVICES OF ROAD ASSISTANCE RELATED TO THE
INSURED VEHICULE, THESE SERVICES ARE AVAILABLE 24 HOURS A DAY, 7 DAYS A
WEEK WITHIN THE LEBANESE TERRITORY.
IN CASE OF NECESSITY, PLEASE FOLLOW THESE DIRECTIVES:
A) CALL THE ASSISTANCE SERVICE ON THE FOLLOWING NUMBER: (01)365125.
B) NOTIFY THE OPERATOR OF YOUR POLICY NUMBER, YOUR SITUATION AND
YOUR PHONE NUMBER.

IN CASE OF MECHANICAL OR ELECTRICAL BREAK-DOWN, WE SHALL TRY TO
UNDERTAKE THE PRELIMINARY REPAIRS ON SITE, IN CASE OF FAILURE,
THE DELEGATE SHALL TOW THE CAR TO THE DESTINATION CHOSEN BY THE INSURED.

IN CASE OF ACCIDENT OR COLLISION, THE ASSISTANCE SERVICE
INCLUDES THE TOWAGE TO THE DESTINATION CHOSEN BY THE INSURED.

THIS POLICY IS SUBJECT TO THE FOLLOWING ATTACHMENTS:
- GENERAL CONDITIONS.
- WAIVER OF SUBROGATION.

THE INSURED                    Issued in duplicate at Beirut, on 16/06/2005          336.23
                                        THE COMPANY

DROIT DE TIMBRE ACQUITTE DECRET - LOI NO. 67

AUTORISEE PAR DECRET No. 10738/LU 24/4/1998 ET ENREGISTREE AU MINISTERE DE L'ECONOMIE NATIONALE SUB. No. 77 -



**LIBANO·SUISSE S.A.L.**
SOCIÉTÉ D'ASSURANCES
R.C.B.: 7533 Beyrouth • Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961-1) 364461 - 374900 - FAX : (+961-1) 368724
B.P. 11-3821 Beyrouth 1107/2160 Liban
E-mail: insure@libano-suisse.com

الشركة اللبنانية السويسرية للضمان
شركة مساهمة لبنانية
...

3rd party Gov. of lebanon
mandated insurance

عقد الضمان الإلزامي

للمسؤولية المدنية عن الأضرار الجسدية التي تسببها المركبة البرية للغير

المنظم وفقاً لأحكام المرسوم الإشتراعي رقم ١٠٥ بتاريخ ١٩٧٧/٦/٣٠

والمرسوم رقم ٩٥٨٥ تاريخ ٢٠٠٣/١/٣٠

( يسري مفعول هذا العقد ضمن الأراضي اللبنانية)

الشـــــــروط الخـــــاصـــــة

| | | | |
|---|---|---|---|
| عقد رقم | 11/2005/COC/7262/0/2 | بدء الضمان | 11/06/2005 |
| قسط الضمان | ل.ل ٦٨،٠٠٠،٠٠ | لإنتهاء الضمان | 11/06/2006 |

ثمانية و ستون ألف ليرة لبنانية فقط لا غير .

اسم المضمونين      شركة راديان انترناشيونال ش.م.م

المهنة

العنوان      بيروت

الهاتف

مواصفات عن المركبة

| | | | |
|---|---|---|---|
| نوع المركبة | FORD | رقم التسجيل | B/122849 |
| طرازها | EXPLORER XLT | قوتها بالأحصنة | 38 |
| جهة الإستعمال | Privée | عدد الركاب | 4 |
| سنة الصنع | 1999 | رقم المحرك | XUC10577 |
| وزنها الإجمالي | | رقم الهيكل | 1FMDU34E2XUC10577 |

الحد الأقصى لمسؤولية الشركة ٧٥٠،٠٠٠،٠٠٠ ل.ل

سبعمائة وخمسون مليون ليرة لبنانية فقط لا غير .

درجة المعالجة في المستشفى : درجة الضمان الإجتماعي و /أو تعتمد الدرجة الثالثة مـــا لم ينص العقـــد علـــى خـــلاف ذلـــك.

يخضع هذا العقد للشروط الخاصة المبينة أعلاه وللشروط العامة المدرجة على ظهر هذا العقد.

في حال وقوع حادث ينجم عنه أضرار جسدية يتوجب الإتصال فوراً بأقرب مخفر لقوى الأمن الداخلي بغية إجراء التحقيقات النظامية وتكليف خبير محلف مختص.

الضمـــــــون      الشـــركـــة





# LIBANO SUISSE S.A.L.
SOCIÉTÉ D'ASSURANCES

R.C.B.: 7533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961-1) 364461 - 374900 - FAX: (+961-1) 368724
B.R 11-3821 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

الشركة اللبنانية السويسرية للضمان
شركة مساهمة لبنانية

## MOTOR COMMERCIAL

Auto Commercials – **COMMERCIAL TOUS-RIS**

| | | 1051746 |
|---|---|---|
| POLICY NUMBER | 11/2005/CU/7258/0/2 | 12000 - 11 |
| NAME OF INSURED | RADIAN INTERNATIONAL | |
| ADDRESS | BEIRUT CENTRAL DISTRICT | |
| PERIOD OF INSURANCE FROM NOON ON 11/06/2005 TO NOON ON 11/06/2006 | | |

THIS INSURANCE IS ISSUED FOR THE PREMIUM HEREBELOW STATED, TAXES and FEES
INCLUDED:

| Taxable Premium | 624.92 | Sum Insured | USD 272,000.00 |
|---|---|---|---|
| Fixed Stamp | 1.33 | | |
| Municipal Tax | 37.50 | **Prime Annuelle USD 695.00** | |
| Proportional Tax | 31.25 | | |

## DESCRIPTION OF THE VEHICLE INSURED

| Make of car | :FORD EXPLORER | Year:1999 | V.A:22000 |
|---|---|---|---|
| Registration N.:B/120388 | | Use:Prive | |
| Chassis No. | :1FMDU34E7XUB21233 | HP:33 | |
| Engine No. | :XUB21233 | Seats:4 | |

These vehicles are covered against these following risks:

| Covers | Limit USD |
|---|---|
| THIRD PARTY LIABILITY | 350000 |
| FIRE | 22000 |
| DAMMAGE | 22000 |
| THEFT | 22000 |
| ROAL ASSISTANCE | |

Sum Insured

CIVIL LIABILITY TOWARDS THIRD PARTIES PROPERTY DAMAGE: USD 250,000.-  ·250,000.-
ANYONE ACCIDENT AND UNLIMITED IN THE AGGREGATE FOR THE POLICY PERIOD.

FIRE OF THE INSURED VEHICLE     :$22,000.-(U.S.DOLLARS TWENTY TWO    ·22,000.-
                                 THOUSAND)

OWN DAMAGE TO THE INSURED VEHICLE:$22,000.-(U.S.DOLLARS TWENTY TWO    22,000.-
                                 THOUSAND)

THEFT OF THE INSURED VEHICLE    :$22,000.-(U.S.DOLLARS TWENTY TWO    22,000.-
                                 THOUSAND)

IT IS NOTED AND AGREED THAT THE RISKS DESCRIBED UNDER ARTICLE "1"
PARAGRAPH "D" OF THE GENERAL CONDITIONS OF THE POLICY ARE ONLY
LIMITED TO TOTAL THEFT OR TOTAL DISAPPEARANCE OF THE INSURED VEHICLE.

·EXTENSIONS      : WAIVER OF RIGHTS OF SUBROGATION IN FAVOUR OF THE
                   EMPLOYER AND THE CONSTRUCTION MANAGER

25



# LIBANO.SUISSE S.A.L.
### SOCIÉTÉ D'ASSURANCES
R.C.B.: 7533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961-1) 364461 - 374900 - FAX : (+961-1) 366724
B.P. 11-3821 Beyrouth 1107/2150 Liban
E-mail: insufe@libano-suisse.com

الشركة المساهمة السويسرية اللبنانية
شركة مساهمة لبنانية

Auto Commerciale - COMMERCIAL TOUR-RIS

POLICY NUMBER  .11/2005/CU/7258/0/2
NAME OF INSURED  RADIAN INTERNATIONAL

12000 - 11

-SXT=24  : 10% OFF ACTUAL VALUE FOR TOTAL LOSS (INCLUDING THEFT).

THE PRESENT POLICY COVERS THE SERVICES OF ROAD ASSISTANCE RELATED TO THE
INSURED VEHICULE, THESE SERVICES ARE AVAILABLE 24 HOURS A DAY, 7 DAYS A
WEEK WITHIN THE LEBANESE TERRITORY.
IN CASE OF NECESSITY, PLEASE FOLLOW THESE DIRECTIVES:
A) CALL THE ASSISTANCE SERVICE ON THE FOLLOWING NUMBER: (01)368128.
B) NOTIFY THE OPERATOR OF YOUR POLICY NUMBER, YOUR SITUATION AND
YOUR PHONE NUMBER.

IN CASE OF MECHANICAL OR ELECTRICAL BREAK-DOWN, WE SHALL TRY TO UNDERTAKE
THE PRELIMINARY REPAIRS ON SITE, IN CASE OF FAILURE, THE DELEGATE SHALL
TIE THE CAR TO THE DESTINATION CHOSEN BY THE INSURED.

IN CASE OF ACCIDENT OR COLLISION, THE ASSISTANCE SERVICE INCLUDES
THE
TOWAGE TO THE DESTINATION CHOSEN BY THE INSURED.

THIS POLICY IS SUBJECT TO THE FOLLOWING ATTACHMENTS:
- GENERAL CONDITIONS.
- WAIVER OF SUBROGATION.

THE INSURED        Issued in duplicate at Beyrouth on ../6/2005        372.26
                                                THE COMPANY

SERIN=06198511C0725802    2    2



**LIBANO·SUISSE S.A.L.**
SOCIÉTÉ D'ASSURANCES
R.C.B.: 7538 Bayrouth • Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961-1) 364451 - 974900 - FAX: (+961-1) 368724
B.P. 11-3821 Bayrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

الشركة اللبنانية السويسرية للضمان
شركة مساهمة لبنانية

*(Arabic masthead text, right column)*

3rd party Gov. of Lebanon
mandated insurance

عقد الضمان الإلزامي

للمسؤولية المدنية عن الأضرار الجسدية التي تسبيها المركبة البرية للغير .

المنظم وفقاً لأحكام المرسوم الإشتراعي رقم ١٠٥ بتاريخ ١٩٧٧/٦/٣٠

والمرسوم رقم ٩٥٨٥ تاريخ ٢٠٠٣/١/٣٠

( يسري مفعول هذا العقد ضمن الأراضي اللبنانية )

الشــــــــروط الخـــــــــاصـــــــــة

| | | |
|---|---|---|
| عقد رقم | 11/2005/CCC/7264/0/2 | |
| قسط الضمان | ٦٨،٠٠٠،٠٠ ل.ل. | |
| بدء الضمان | 11/06/2005 | |
| إنتهاء الضمان | 11/06/2006 | |

ثمانية و ستون ألف ليرة لبنانية فقط لا غير .

| | |
|---|---|
| إسم المضمون | شركة راديان انترناشونال ش.م.م |
| المهنة | |
| العنوان | بيروت |
| الهاتف | |

مواصفات عن المركبة

| | | | |
|---|---|---|---|
| نوع المركبة | FORD | رقم التسجيل | B/120388 |
| طرازها | EXPLORER E/B | قوتها بالأحصنة | 38 |
| جهة الإستعمال | Privée | عدد الركاب | 4 |
| سنة الصنع | 1999 | رقم المحرك | XUB21233 |
| وزنها الإجمالي | | رقم الهيكل | 1FMDU34E7XUB21233 |

الحد الأقصى لمسؤولية الشركة ٧٥٠،٠٠٠،٠٠٠ ل ل

سبعمائة وخمسون مليون ليرة لبنانية فقط لا غير .

درجة المعالجة في المستشفى : درجة الضمان الإجتماعي و أو تعتمد الدرجة الثالثة ما لم ينص العقد على خلاف ذلك .

يخضع هذا العقد للشروط الخاصة المبينة أعلاه وللشروط العامة المدرجة على ظهر هذا العقد.

في حال وقوع حادث ينجم عنه أضرار جسدية يتوجب الإتصال فوراً بأقرب مخفر لقوى الأمن الداخلي بغية إجراء التحقيقات النظامية وتكليف عبير مختص عنهم.

المضمــــــون



**LIBANO SUISSE S.A.L.**
SOCIÉTÉ D'ASSURANCES
R.C.B.: 7533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961-1) 364481 - 374900 - FAX : (+961-1) 368724
B.P. 11-3821 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com



شركة اللبنانية السويسرية للضمان
شركة مساهمة لبنانية
... ... ...

عقد الضمان الإلزامي

للمسؤولية المدنية عن الأضرار الجسدية التي تسببها المركبة البرية للغير

المنظم وفقاً لأحكام المرسوم الإشتراعي رقم ١٠٥ بتاريخ ١٩٧٧/٦/٣٠

والمرسوم رقم ٩٥٨٥ تاريخ ٢٠٠٣/١/٣٠

( يسري مفعول هذا العقد ضمن الأراضي اللبنانية )

**الشـــروط الخـــاصـــة**

| | |
|---|---|
| 11/06/2004 | بدء الضمان |
| 11/06/2005 | انتهاء الضمان |

عقد رقم  2004/COC/7262/1

قسط الضمان  ل.ل. 68000

ثمانية و ستون ألف ليرة لبنانية فقط لا غير

اسم المضمون  شركة راديان انترناشيونال ش.م.م

المهنة

العنوان  بيروت

الهاتف

**مواصفات عن المركبة**

| | | |
|---|---|---|
| رقم التسجيل B/122849 | نوع المركبة | فورد |
| قوتها بالأحصنة 38 | طرازها | EXPLORER XLT |
| عدد الركاب 4 | جهة الإستعمال | خصوصي |
| رقم المحرك XUC10577 | سنة الصنع | 1999 |
| رقم الهيكل 1FMDU34E2XUC10577 | وزنها الإجمالي | 0 |

الحد الأقصى لمسؤولية الشركة:  ٧٥٠,٠٠٠,٠٠٠ ل.ل.

سبعمائة و خمسون مليون ليرة لبنانية فقط لا غير

درجة المعالجة في المستشفى : درجة الضمان الإجتماعي و/أو تعتمد الدرجة الثالثة ما لم ينص العقد على خلاف ذلك.

يخضع هذا العقد للشروط الخاصة المبينة أعلاه وللشروط العامة المدرجة على ظهر هذا العقد.

في حال وقوع حادث ينجم عنه أضرار جسدية يتوجب الإتصال فوراً بأقرب مخفر لقوى الأمن الداخلي بغية إجراء التحقيقات النظامية وتكليف خبير محلف مختص.

الشـــركـــة

المضمـــون

152902



**SOCIÉTÉ D'ASSURANCES**
R.C.B.: 7633-Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL.: (+961-1) 364461 - 374900 - FAX: (+961-1) 368724
B.P. 11-3821 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

شركة مساهمة لبنانية
س.ت.ب ٧٦٣٣ بيروت - رأسمالها ٤.٠٥٠.٠٠٠.٠٠٠ ل.ل.
القنطاري - بناية التجارة والمال - طابق ثاني
هاتف: ٣٦٤٤٦١-٣٧٤٩٠٠(٩٦١-١+) - فاكس: ٣٦٨٧٢٤ (١-٩٦١+)
ص.ب: ٣٨٢١-١١ بيروت ١١٠٧/٢١٥٠ لبنان
E-mail: insure@libano-suisse.com

*FAIRHURST*

## *MOTOR COMMERCIAL*

Auto Commerciale - COMMERCIAL TOUS-RIS                     0
                                                          1351746

**POLICY NUMBER**    11/2005/CU/5291/0/9              13000 - 11
**NAME OF INSURED**  RADIAN  INTERNATIONAL
**ADDRESS**          BEIRUT CENTRAL DISTRICT
**PERIOD OF INSURANCE** FROM NOON ON 11/06/2005  To NOON ON  11/06/2006

THIS INSURANCE IS ISSUED FOR THE PREMIUM HEREBELOW STATED, TAXES and FEES
INCLUDED

Taxable Premium    585.37       **Sum Insured**    USD 270,000.00
Fixed Stamp          1.36
Municipal Tax       33.98        **Prime Annuelle** USD 630.00
Proportional Tax    28.3%

## *DESCRIPTION OF THE VEHICLE INSURED*

Make of car    :FORD EXPLORER          Year : 1999        V.A : 20000
Registration N. : B/126801             Use : Privée
Chassis No.    :1FMDU34E4XUB80286       H.P : 38
Engine No.     :XUB80286               Seats : 4

These vehicles are covered against these following risks:

Covers                              Limit, USD
THIRD PARTY LIABILITY                250000
FIRE                                 20000
DAMMAGE                              20000
THEFT                               20000
ROAD ASSISTANCE

                                                          **Sum Insured**

CIVIL LIABILITY TOWARDS THIRD PARTIES PROPERTY DAMAGE : USD 250,000.-      250,000.-
ANYONE ACCIDENT AND UNLIMITED IN THE AGGREGATE FOR THE POLICY PERIOD.

FIRE OF THE INSURED VEHICLE        : $20,000.- (U.S. DOLLARS TWENTY THOUSAND)   20,000.-

ANY DAMAGE TO THE INSURED VEHICLE : $20,000.- (U.S. DOLLARS TWENTY THOUSAND)    20,000.-

THEFT OF THE INSURED VEHICLE       : $20,000.- (U.S. DOLLARS TWENTY THOUSAND).  20,000.-

IT IS NOTED AND AGREED THAT THE RISKS DESCRIBED UNDER ARTICLE "1"
PARAGRAPH "D" OF THE GENERAL CONDITIONS OF THE POLICY ARE ONLY LIMITED
TO TOTAL THEFT OR TOTAL DISAPPEARANCE OF THE INSURED VEHICLE.

-EXTENSIONS      :  WAIVER OF RIGHTS OF SUBROGATION IN FAVOUR OF THE
                    EMPLOYER AND THE CONSTRUCTION MANAGER

-EXCESS          :  10% OFF ACTUAL VALUE FOR TOTAL LOSS INCLUDING

                                                          1        2



# LIBANO.SUISSE S.A.L.
SOCIÉTÉ D'ASSURANCES
R.C.B. : 7533 Beyrouth - Capital : 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE ET FINANCE - 2ème ETAGE
TEL : (+961-1) 364481 - 374900 - FAX : (+961-1) 366724
B.P 11-3821 Bayrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

الشركة اللبنانية السويسرية للتأمين
شركة مساهمة لبنانية
س.ت.ب ٧٥٣٣ بيروت - رأسمال ٤٠٥٠٠٠٠٠٠٠ ل.ل.
القنطاري - بناية التجارة والمال - الطابق الثاني
تلفون: ٣٧٤٩٠٠-٣٦٤٤٨١(٩٦١-١) - فاكس: ٣٦٦٧٢٤(٩٦١-١)
ص.ب ٣٨٢١-١١ بيروت ١١٠٧/٢١٥٠ لبنان
E-mail: insure@libano-suisse.com

```
                    Auto Commerciale - COMMERCIAL TOUS-RIS(        P PLUS
POLICY NUMBER       11/2005/CU/5291/9/9                            1051748
NAME OF INSURED     RADIAN INTERNATIONAL                           12000 - 11

                    TREFI) ,

THE PRESENT POLICY COVERS THE SERVICES OF ROAD ASSISTANCE RELATED TO THE
INSURED VEHICULE. THESE SERVICES ARE  AVAILABLE 24 HOURS A DAY,7 DAYS A
WEEK WITHIN THE LEBANESE TERRITORY.
IN CASE OF NECESSITY, PLEASE FOLLOW THESE DIRECTIVES:
A) CALL THE ASSISTANCE SERVICE ON THE FOLLOWING NUMBER: (01)365125.
B) NOTIFY  THE  OPERATOR OF YOUR POLICY NUMBER, YOUR SITUATION AND
YOUR PHONE NUMBER.

IN CASE OF MECHANICAL OR ELECTRICAL BREAK-DOWN, WE SHALL TRY TO
UNDERTAKE THE PRELIMINARY REPAIRS  ON  SITE.  IN CASE OF FAILURE,
THE DELEGATE SHALL TOW THE CAR TO THE DESTINATION CHOSEN BY THE INSURED.

IN  CASE  OF  ACCIDENT  OR  COLLISION,  THE ASSISTANCE SERVICE INCLUDES
THE TOWAGE TO THE DESTINATION CHOSEN BY THE INSURED.


THIS POLICY IS SUBJECT TO THE FOLLOWING ATTACHMENTS:
- GENERAL CONDITIONS.
- WAIVER OF SUBROGATION.

   THE INSURED            Issued                    at Beirut, on 16/05/2005        936.33

                                                      THE COMPANY
```

MSKRAINB06170511C0529109

29



**LIBANO-SUISSE S.A.L.**
SOCIÉTÉ D'ASSURANCES
R.C.B.: 7533 Beyrouth - Capital: 4,050,000,000 L.L.
KANTARI - IMM. COMMERCE AND FINANCE - 2ème ETAGE
TEL. : (+961-1) 364461 - 374900 - FAX : (+961-1) 368724
B.R 11-3621 Beyrouth 1107/2150 Liban
E-mail: insure@libano-suisse.com

الشركة التجارية السويسرية اللبنانية
شـركـة مسـاهـمـة لـبـنـانـيـة
س.ت.ب ٧٥٣٣ بيروت - رأسمالها ٤،٠٥٠،٠٠٠،٠٠٠ ل.ل.
القنطاري - بناية التجارة والمال - الطابق الثاني
تلفون: ٣٦٤٤٦١(١-٩٦١+) - ٣٧٤٩٠٠(١-٩٦١+) - فاكس: ٣٦٨٧٢٤(١-٩٦١+)
ص.ب ١١-٣٦٢١ بيروت ١١٠٧/٢١٥٠ لبنان
E-mail: insure@libano-suisse.com

*3rd party Gov. of lebanon mandated insurance*

عقد الضمان الإلزامي

للمسؤولية المدنية عن الأضرار الجسدية التي تسببها المركبة البرية للغير

المنظم وفقاً لأحكام المرسوم الإشتراعي رقم ١٠٥ بتاريخ ١٩٧٧/٦/٣٠

والمرسوم رقم ٩٥٨٥ تاريخ ٢٠٠٣/١/٣٠

( يسري مفعول هذا العقد ضمن الأراضي اللبنانية )

الشــــروط الخــــاصـــة

| | | |
|---|---|---|
| ١١/٢٠٠٥/COC/٧٢٥٩/٠/٢ | بدء الضمان | ١١/٠٦/٢٠٠٥ |
| ٦٨٠،٠٠٠،٠٠ ل.ل | إنتهاء الضمان | ١١/٠٦/٢٠٠٦ |

عقد رقم
قسط الضمان

ثمانية و ستون ألف ليرة لبنانية فقط لا غير .

شركة راديان انترناشيونال ش.م.م

إسم المضمون
المهنة
العنوان
الهاتف

بيروت:

مواصفات عن المركبة

| | | |
|---|---|---|
| رقم التسجيل | B/126801 | نوع المركبة |
| قوتها بالأحصنة | 38 | FORD |
| عدد الركاب | 4 | EXPLORER XLT |
| رقم المحرك | XUB80286 | Privée |
| رقم الهيكل | 1FMDU34E4XUB80286 | 1999 |

طرازها
جهة الإستعمال
سنة الصنع
وزنها الإجمالي

الحد الأقصى لمسؤولية الشركة ٧٥٠،٠٠٠،٠٠٠ ل.ل
سبعمائة وخمسون مليون ليرة لبنانية فقط لا غير.

درجة المعالجة في المستشفى : درجة الضمان الإجتماعي و أو تعتمد الدرجة الثالثة مـــا لم ينص العقـد علـى خـــلاف ذلـك.

يخضع هذا العقد للشروط الخاصة المبينة أعلاه وللشروط العامة المدرجة على ظهر هذا العقد.

في حال وقوع حادث يحمّ عنه أضرار جسدية يتوجب الإتصال فوراً بأقرب مخفر لقوى الأمن الداخلي بغية إجراء التحقيقات النظامية وتكليف خبير محلف مختص.

الشـــركـــة                                    المضمـــــــــون

نسرين ستوس
16/06/2005
13:07

AUTORISEE PAR DECRET No. 15730 DU 24/4/1959 ET ENREGISTREE AU MINISTERE DE L'ECONOMIE NATIONALE SUB. No. 77  -  DROIT DE TIMBRE ACQUITTE DECRET-LOI No. 67

30

Republic of Lebanon
Ministry of the Interior and Municipalities
Traffic, Mechanical vehicles and Vehicles Management Department
Cars and Mechanical vehicles Registration Service

2003

## Private Motor Vehicle Traffic License

| | |
|---|---|
| Registration number | 180449        M |
| Name and surname of owner | Radian International L.L.C. |
| Place of residence | Beirut – Ashrafieh – Habib Bacha Al-Saad street |
| Ownership date | 1/10/1999 |
| Date on which it was first driven | 1999 |

Head of the Buses and Freightage Section
(signature and seal)
* Seal of the Traffic, Mechanical vehicles and Vehicles Management Department

### Description of the Motor Vehicle

| | |
|---|---|
| Brand | TOYOTA |
| Date of manufacture | 1997 |
| Make | HILUX YN106 |
| Type | Private freightage |
| Engine power | 23 gasoline |
| Color | White-Yellow-Grey |
| Engine number | 4Y0473137 |
| Chassis number | YN1060023583 |
| Disks number | 4 |
| Seats number | 4 |
| Beside the driver | 1 |
| Weight when empty | 1525 |
| Total weight | 2585 |
| Net load | 1060 |
| Trunk description | uncovered, double cabin |

Chairman of the board, general manager
Engineer Farjallah Srour
(signature)

Republic of Lebanon
Ministry of the Interior
Traffic, Mechanical vehicles and Vehicles Management Department
Cars and Mechanical vehicles Registration Service

## Private Motor Vehicle Traffic License
### No. 1170154

| | | |
|---|---|---|
| Registration number | 223383 | M |
| Name and surname of owner | Radian International L.L.C. | |
| Place of residence | Ashrafieh – Habib Al-Saad street | |
| Ownership date | 2/10/2001 | |
| Date on which it was first driven | 2001 | |

Head of the Buses and Freightage Section
(signature and seal)
* Seal of the Traffic, Mechanical vehicles and Vehicles Management Department

### Description of the Motor Vehicle

| | |
|---|---|
| Brand | NISSAN |
| Date of manufacture | 1999 |
| Make | D22 |
| Type | Private freightage |
| Engine power | 20 gasoline |
| Color | White |
| Engine number | Z24949134 |
| Chassis number | D22ZD000291 |
| Disks number | 4 |
| Seats number | 1 |
| Beside the driver | 1 |
| Weight when empty | 1725 |
| Total weight | 2740 |
| Net load | 1015 |
| Trunk description | iron, uncovered |

Director General of the Interior
Atallah Ghacham
(signature)

Republic of Lebanon
Ministry of the Interior
Traffic, Mechanical vehicles and Vehicles Management Department
Cars and Mechanical vehicles Registration Service

Private Motor Vehicle Traffic License
No. 1170156

| | | |
|---|---|---|
| Registration number | 223384 | M |
| Name and surname of owner | Radian International L.L.C. | |
| Place of residence | Ashrafieh – Habib Al-Saad street | |
| Ownership date | 2/10/2001 | |
| Date on which it was first driven | 2001 | |

Head of the Buses and Freightage Section
(signature and seal)
* Seal of the Traffic, Mechanical vehicles and Vehicles Management Department

Description of the Motor Vehicle

| | |
|---|---|
| Brand | NISSAN |
| Date of manufacture | 2000 |
| Make | D22 |
| Type | Private freightage |
| Engine power | 20 gasoline |
| Color | White |
| Engine number | A24828786 |
| Chassis number | D22ZD000247 |
| Disks number | 4 |
| Seats number | 4 |
| Beside the driver | 1 |
| Weight when empty | 1725 |
| Total weight | 2740 |
| Net load | 1010 |
| Trunk description | uncovered, double cabin |

Director General of the Interior
Atallah Ghacham
(signature)

Republic of Lebanon
Ministry of the Interior
Cars and Mechanical vehicles Registration Service

Private Motor Vehicle Traffic License
No. 761869

| | | |
|---|---|---|
| Registration number | 126798 | B |
| Name and surname of owner | Radian International L.L.C. | |
| Place of residence | Beirut-Downtown- Solidere bldg- in their property | |
| Ownership date | 13/9/1999 | |
| Date on which it was first driven | 1999 | |

Head of the Cars and Mechanical vehicles Registration Service
(signature and seal)

Description of the Motor Vehicle

| | |
|---|---|
| Brand | FORD |
| Date of manufacture | 1999 |
| Make | TAURUS |
| Type | Tourism-Private |
| Engine power | 30 |
| Color | Petroleum color |
| Engine number | XG264225 |
| Chassis number | 1FAFP53U3XG264225 |
| Disks number | 6 |
| Seats number | 4 |
| Beside the driver | 1 |
| Weight when empty | |
| Total weight | |
| Net load | |
| Trunk description | |

Director General of the Interior
Atallah Ghacham
(signature)

Republic of Lebanon
Ministry of the Interior
Cars and Mechanical vehicles Registration Service


Private Motor Vehicle Traffic License
No. 755702

| | | |
|---|---|---|
| Registration number | 125281 | B |
| Name and surname of owner | Radian International L.L.C. | |
| Place of residence | Beirut - Downtown | |
| Ownership date | 3/9/1999 | |
| Date on which it was first driven | 1999 | |

Head of the Cars and Mechanical vehicles Registration Service
(signature and seal)

Description of the Motor Vehicle

| | |
|---|---|
| Brand | FORD |
| Date of manufacture | 1999 |
| Make | TAURUS GL |
| Type | Tourism-Private |
| Engine power | 30 |
| Color | Petroleum color |
| Engine number | XG184465 |
| Chassis number | 1FAFP53U6XG184465 |
| Disks number | 6 |
| Seats number | 4 |
| Beside the driver | 1 |
| Weight when empty | |
| Total weight | |
| Net load | |
| Trunk description | |

Director General of the Interior
Atallah Ghacham
(signature)

Republic of Lebanon
Ministry of the Interior
Cars and Mechanical vehicles Registration Service

Private Motor Vehicle Traffic License
No. 748444

| | | |
|---|---|---|
| Registration number | 122813 | B |
| Name and surname of owner | Radian International L.L.C. | |
| Place of residence | Beirut -- Downtown -- Solidere bldg | |
| Ownership date | 20/8/1999 | |
| Date on which it was first driven | 1999 | |

Head of the Cars and Mechanical vehicles Registration Service
(signature and seal)

| Description of the Motor Vehicle | |
|---|---|
| Brand | FORD |
| Date of manufacture | 1999 |
| Make | EXPLORER E/B |
| Type | Tourism-Private |
| Engine power | 38 |
| Color | dark blue |
| Engine number | XUC06739 |
| Chassis number | 1FMDU34E4XUC06739 |
| Disks number | 6 |
| Seats number | 4 |
| Beside the driver | 1 |
| Weight when empty | |
| Total weight | |
| Net load | |
| Trunk description | |

Director General of the Interior
Atallah Ghacham
(signature)

Republic of Lebanon
Ministry of the Interior
Cars and Mechanical vehicles Registration Service


Private Motor Vehicle Traffic License
No. 748543

| | | |
|---|---|---|
| Registration number | 122849 | B |
| Name and surname of owner | Radian International L.L.C. | |
| Place of residence | Beirut – Downtown – Solidere bldg – in their property | |
| Ownership date | 23/8/1999 | |
| Date on which it was first driven | 1999 | |

Head of the Cars and Mechanical vehicles Registration Service
(signature and seal)

### Description of the Motor Vehicle

| | |
|---|---|
| Brand | FORD |
| Date of manufacture | 1999 |
| Make | EXPLORER XLT |
| Type | Tourism-Private |
| Engine power | 38 |
| Color | dark blue |
| Engine number | XUC10577 |
| Chassis number | 1FMDU34E2XUC10577 |
| Disks number | 6 |
| Seats number | 4 |
| Beside the driver | 1 |
| Weight when empty | |
| Total weight | |
| Net load | |
| Trunk description | |

Director General of the Interior
Atallah Ghacham
(signature)

Republic of Lebanon
Ministry of the Interior
Cars and Mechanical vehicles Registration Service

Private Motor Vehicle Traffic License
No. 761876

| | |
|---|---|
| Registration number | 126801          B |
| Name and surname of owner | Radian International L.L.C. |
| Place of residence | Beirut – Downtown – Solidere bldg – in their property |
| Ownership date | 13/9/1999 |
| Date on which it was first driven | 1999 |

Head of the Cars and Mechanical vehicles Registration Service
(signature and seal)

Description of the Motor Vehicle

| | |
|---|---|
| Brand | FORD |
| Date of manufacture | 1999 |
| Make | EXPLORER XLT |
| Type | Tourism-Private |
| Engine power | 38 |
| Color | dark blue |
| Engine number | XUB80286 |
| Chassis number | 1FMDU34E4XUB80286 |
| Disks number | 6 |
| Seats number | 4 |
| Beside the driver | 1 |
| Weight when empty | |
| Total weight | |
| Net load | |
| Trunk description | |

Director General of the Interior
Atallah Ghacham
(signature)

Republic of Lebanon
Ministry of the Interior
Cars and Mechanical vehicles Registration Service

Private Motor Vehicle Traffic License
No. 745068

| | | |
|---|---|---|
| Registration number | 120388 | B |
| Name and surname of owner | Radian International L.L.C. | |
| Place of residence | Beirut – Downtown – Solidere bldg – in their property | |
| Ownership date | 30/7/1999 | |
| Date on which it was first driven | 1999 | |

Head of the Cars and Mechanical vehicles Registration Service
(signature and seal)

Description of the Motor Vehicle

| | |
|---|---|
| Brand | FORD |
| Date of manufacture | 1999 |
| Make | EXPLORER E/B |
| Type | Tourism-Private |
| Engine power | 38 |
| Color | white |
| Engine number | XUB21233 |
| Chassis number | 1FMDU34E7XUB21233 |
| Disks number | 6 |
| Seats number | 4 |
| Beside the driver | 1 |
| Weight when empty | |
| Total weight | |
| Net load | |
| Trunk description | |

Director General of the Interior
Atallah Ghacham
(signature)



















الجمهورية اللبنانية
وزارة الداخلية
مصلحة تسجيل السيارات والآليات

V00V۰۲

| رقم التسجيل | ب | ۱۲٥۲۸۱ |
| اسم وشهرة المالك | شركة راديان انترناسيونال ش.م.ل. |
| محل الاقامة | بيروت - وسط بيروت |
| تاريخ الملكية | ۱۹۹۹/۰۹/۰۳ |
| تاريخ وضعها في السير لأول مرة | ۱۹۹۹ |

أوصاف المركبة الآلية

| الماركة | فورد |
| تاريخ الصنع | ۱۹۹۹ |
| طرازها | TAURUS GL |
| شكلها | |
| نوعها | سياحة خصوصي |
| عدد الاسطوانات | |
| قوة المحرك | ۳۰ |
| نوعها | بنزول |
| رقم المحرك | XG184465 |
| رقم الهيكل | 1FAFP53U6XG184465 |







الجمهورية اللبنانية
وزارة الداخلية
مديرية تسجيل السيارات والآليات
أب

رقم التسجيل    ١٢٢٨٤٩

إسم وشهرة المالك    "شركة راديان انترناشيونال ش.م.ل."

مكان الإقامة    بيروت - الوسط التجاري - سوليدير - بناكم

تاريخ الملكية    ١٩٩٩/٠٨/٢٣

تاريخ وضعها في السير وأول سنة    ١٩٩٩

أوصاف المركبة الآلية

| | | |
|---|---|---|
| الماركة | فورد | |
| تاريخ الصنع | ١٩٩٩ | |
| طرازها | EXPLORER XLT | |
| نوعها | سياحة خصوصي | |
| قوة المحرك | ٣٨ | |
| لونها | كحلي | |
| رقم المحرك | XUC10577 | |
| رقم التوكيل | 1FMDU34E2XUC10577 | |

مدير الداخلية العام







أوصاف المركبة الآلية

EXPLORER E/B

XUB21283

1FMDU34E7XUB21283

HK

**Chamber of Commerce, Industry and Agriculture**

**in Beirut and Mount Lebanon**

**Affiliation Certificate**
**No. 1-3335**

Addressed to the Traffic, Mechanical Vehicles and Vehicles Management
Department                                                                                          17088

Valid until 17/8/2006

**The Chamber of Commerce, Industry and Agriculture in Beirut and
Mount Lebanon certifies that:**

Radian International L.L.C. – Lebanon branch

is registered at the Chamber in category: excellent under the affiliation
number: 1206

**Address:**
Lyan property – Habib Basha Al-Saad Street – Ashrafieh – Beirut

**Object:**
Contracting and carrying out projects.

The company needs to transport rubbles and all kinds of construction
materials.

**Warning:** It is strictly forbidden to use the permit issued by the Traffic,
Mechanical Vehicles and Vehicles Management Department according to
the present certificate to transport in compensation for a return under the
penalty of liability whereas the penalties include the cancellation of the
Affiliation Certificate.

Beirut on 17/8/2005

Rafic KABBANI (signature)
Nabil GHANEM (signature)

\* Seal of the Chamber of Commerce, Industry and Agriculture in Beirut and Mount Lebanon.
\* Financial stamp of 1000 L.P.

**Chamber of Commerce, Industry and Agriculture**

**in Beirut and Mount Lebanon**

**Affiliation Certificate**
**No. 13080**

Addressed to the Traffic, Mechanical Vehicles and Vehicles Management
Department                                                                    17088

**Valid until 22/9/2000**

**The Chamber of Commerce, Industry and Agriculture in Beirut and
Mount Lebanon certifies that:**

Radian International L.L.C. – Lebanon branch

is registered at the Chamber in category: excellent under the affiliation
number: 1206

**Address:**
Lyan property – Habib Basha Al-Saad Street – Ashrafieh – Beirut

**Object:**
Contracting and carrying out projects.

The company needs to transport rubbles and all kinds of construction
materials.

**Warning:** It is strictly forbidden to use the permit issued by the Traffic,
Mechanical Vehicles and Vehicles Management Department according to
the present certificate to transport in compensation for a return under the
penalty of liability whereas the penalties include the cancellation of the
Affiliation Certificate.

Beirut on 22/9/1999

Salim KABRIT (signature)
Dib AL-HOUSEINI (signature)

\* Seal of the Chamber of Commerce, Industry and Agriculture in Beirut and Mount
Lebanon.
\* Two financial stamps of 500 L.P. each

<div dir="rtl">

غرفة التجارة والصناعة والزراعة

في بيروت وجبل لبنان

شهادة إنتساب

رقم : ٣٣٥-١

صالحة لغاية ٢٠٠٦/٠٨/١٧

موجهة لهيئة إدارة السير والآليات
والمركبات - وزارة الداخلية

تشهد غرفة التجارة والصناعة والزراعة في بيروت وجبل لبنان أن :

راديان انترناشيونال ش م م - فرع لبنان

مسجلة لديها في الفئة : الممتازة          تحت رقم انتساب : ١٢٠٦

عنوانها :
ملك البان - شارع حبيب باشا السعد - الاشرفية - بيروت

نشاطاتها :
أعمال التعهدات والالتزامات وتنفيذ المشاريع.===

يلزمها نقل: ردميات ومواد بناء على انواعها.

تنبيـه: يحظر استعمال الرخصة الصادرة عن هيئة ادارة السير  والآليات والمركبات استنادا لهذه الشهادة لنقل
مقابل عوض تحت طائلة المسؤولية حيث تتضمن العقوبات الغاء شهادة الانتساب

ل.ش.

بيروت في : ٢٠٠٥/٠٨/١٧

نبيل غانم

</div>



غرفة التجارة والصناعة والزراعة

في بيروت وجبل لبنان

شهادة انتساب

موجهة لمصلحة تسجيل السيارات
والآليات - وزارة الداخلية

صالحة لغاية ٢٠٠٠/٠٩/٢٢          رقم : ١٣٠٨٠

تشهد غرفة التجارة والصناعة والزراعة في بيروت وجبل لبنان أن :

راديان انترناشيونال ش م م (فرع لبنان)

مسجلة لديها في الفئة : الممتازة          تحت رقم انتساب : ١٢٠٦

عنوانها :

بيروت ـ الاشرفيه ـ شارع حبيب باشا السعد ـ ملك اليان

نشاطاتها :

اعمال التعهدات والالتزامات وتنفيذ المشاريع

يلزمها نقل : ردميات ومواد بناء على أنواعها

تنبيه : يحظر استعمال الرخصة الصادرة عن مصلحة تسجيل السيارات والآليات استنادا لهذه الشهادة لنقل مقابل
عوض تحت طائلة المسؤولية وتوجيب تضمن العقوبات الغاء شهادة الانتساب

بيروت في : ١٩٩٩/٠٩/٢٢

# EXHIBIT J
# PART 1



R.C.B.: 69378

**CASH / CHECK RECEIPT**

No. C 19941

يقيد المبلغ المبين بازائه
في حساب المستفيد بعد تحصيله

Mt. $ 770 USD

RECEIVED FROM: Radeon international -

THE AMOUNT OF: Seven Hundred seventy an 00/100 US Dollars only

FOR: Easing assembly

CASH ☐    CHEQUE No. 274820    DATE: 31/3/03

BANK: Citibank    CUST. No.:

Date: 31/3/03
COMPUTER INFORMATION SYSTEMS sal
Signature

SAUF BONNES FIN

6

COMPUTER INFORMATION SYSTEMS SAL $A^{PO}$ 100632

## INVOICE

| CUSTOMER: 2592 | REF.# : TI020851 |
| RADIAN INTERNATIONAL | DATE : 12/11/02 |

**ADDRESS:**

SOLIDERE RUE FOCHE, 149 IMB. 5ET.

**CURRENCY:** USD

| | | | | |
|---|---|---|---|---|
| Repairing HP LaserJet 4500, replacing Fusing Assembly (Hot Line) | 1 | 700 | 700.00 |

Project/BU No.: 80365102
WBS/Sub No.: 007620
Subledger No.:
OR
PO No.: 100637
PR No.:
AND
Employee Signature:
Employee No.: 18189
Date: Dec. 12, 2002

C. I. S.
Tec~~hnical Servi~~ces    Paid by check #
224820
on Dec. 12, 2002

الرجاء طلب لإرسال المال فوراً عند
دفع أي مبلغ لأمر الشركة

| | | | | |
|---|---|---|---|---|
| **TOTAL** | 700.00 | **VAT:** | 70.00 | USD |
| **NET AMOUNT** | 700.00 | **TAX%:** | 10 | |
| | | **TTC:** | 770.00 | USD |
| | | **OR (LBP):** | 1,161,160.00 | |

ONE MILLION ONE HUNDRED SIXTY ONE THOUSAND ONE HUNDRED SIXTY LBP

C.I.S sal - Capital L.L 4.690.000.000 rcb 69378
Jal El Dib, Old Tripoli Road, C.I.S. Bldg.
Tel. 04/410410 Fax. 961 4 407801
VAT Reg. No : 875-601

7

**CIS** COMPUTER
INFORMATION
SYSTEMS SAL
R.C.B.: 69378

CASH / CHECK RECEIPT

*No. C* 18521

يقيد أسفله لحسين بازلة
في حساب المستفيد بعد تحصيله

RECEIVED FROM: Radian international

$ (3349.50)

THE AMOUNT OF: USDollars three thousand three hundred forty Nine $50/100 only

FOR: Receipt inv # 1024043

CASH ☐   CHEQUE No. _____

BANK: _____

SAUF BONNES FIN .

DATE: 8/12/02

CUST. No.: 2592

C. I. S.
COMPUTER INFORMATION SYSTEMS sal
Signature

8

citibank®
A member of citigroup

NO. 215041

PAY AGAINST THIS CHEQUE

TO THE ORDER OF _Computer Information Systems Sal_

THE SUM OF _Three Thousand Three Hundred fifty and 00/100_
NAME
_U.S. Dollars_ only

USD | 3,350 00/100

PAYABLE AT
BEIRUT - LEBANON
RADIAN INTERNATIONAL L.L.C (LEBANON BRANCH)

IRAN MARKETING & TRADING

0-100108-119

PLACE _Beirut_     DATE _27 May 2002_

SIGNATURE

⑈215041⑈ ⑆150001⑆ 000100108119⑈

9



Beirut , 27/ 11/ 02
REF : SU11/11/27

Messrs
**RADIAN INTERNATIONAL**
Attn : Mr. Nidale Karamé
Beirut - Lebanon

Fax : 01-983575

Dear Sir ,

We have the pleasure to submit you our quotation for the following :

| Project/BU No.: | 80365102 |
| WBS/Sub No.: | 007620 |
| Subledger No.: | |
| OR | |
| PO No.: | |
| PR No.: | |
| AND | |
| Employee Signature: | |
| Date: | 18189 Nov. 27 20.. |

| Item | Part Number | Description | Qty | Net Price (HT) | Total Net Price (HT) |
|------|-------------|-------------|-----|----------------|----------------------|
| 1 | HP C4096A | HP toner for laserjet 2100 | 1 | 105.-$ | 105.-$ |
| 2 | HP 51645AE | HP black cartridge for deskjet | 8 | 31.-$ | 248.-$ |
| 3 | HP C1823DE | HP color cartridge for deskjet | 2 | 37.-$ | 74.-$ |
| 4 | HP C4841AU | HP CYAN cartridge for deskjet 2000 | 1 | 45.-$ | 45.-$ |
| 5 | HP C4842AU | HP Magenta cartridge for deskjet 2000 | 1 | 45.-$ | 45.-$ |
| 6 | HP C4191A | HP BLACK toner for laserjet 4500 | 3 | 148.-$ | 444.-$ |
| 7 | HP C4192A | HP CYAN toner for laserjet 4500 | 2 | 148.-$ | 296.-$ |
| 8 | HP C4193A | HP MAGENTA toner for laserjet 4500 | 2 | 148.-$ | 296.-$ |
| 9 | HP C4194A | HP YELLOW toner for laserjet 4500 | 4 | 148.-$ | 592.-$ |
| 10 | HP C4195A | HP DRUM KIT for laserjet 4500 | 3 | 300.-$ | 900.-$ |

TOTAL (HT) :     3045.-$
TVA(+10%) :    304.5.-$
**GRAND TOTAL(TTC):    3.350.-$**

Paid by check # 215041
on 27 Nov. 2002

**Payments Terms :**    CASH on delivery
**Delivery :**    *Immediately* after your final confirmation .
**Validity :**    10 DAYS

We are at your disposal for any information you may request .

Sincerely
*COMPUTER INFORMATION SYSTEMS*

CIS LEBANON COMPUTER INFORMATION SYSTEMS SAL
CAPITAL L.B.P. 4.860.000.000 RCB 69575, JAL-EL-DIB
SQUARE, CIS BUILDING, P.O.BOX: 11-5274,
RIAD EL SOLH 1107 2210, BEIRUT, LEBANON.
TEL. +961 4 410 410 FAX: +961 4 526 161
Website: http://www.cis.com.lb, info@cis.com.lb

lo

**GENERAL BEARING
SERVICES CO S.A.R.L.**
CAPITAL L.L. 5 000 000 FULLY PAID
R.C.B. 44007
BEIRUT - LEBANON
VAT # 7999 - 601

الشركة العامة لخدمة
الرولمانات ش.م.م.
رأسمال ٥٠٠٠٠٠٠ل.ل. مدفوع بكامله
سجل تجاري ٤٤٠٠٧
بيروت - لبنان


LEBANON

**RECEIPT** إيصال

Receipt #

Amount

Coll.Amount

Received from ___Dadian Intur.___ لصالح

The Sum of _Cent Vingt Sept Dollars + 60 %_ مبلغ وقدره

Covering _____ وذلك

Date _7.0.03_

Signature

| | |
|---|---|
| Cash | نقداً |
| Bank | الرفع |
| Chq. No _224834_ | شك رقم |

**SKF Distributor**

DORA GATE BUILDING - M4 MAR-YOUSSEF STREET - DORA - P.O.B. 80384 B.H. BEIRUT - LEBANON
TEL: (01) 252052 - 257513 - (03) 248560 - FAX: 961-1-257513
e-mail: gbsco@gbsco.com    website: www.gbsco.com

*11*

FPO 100582

# GENERAL BEARING
# SERVICES CO S.A.R.L.

CAPITAL L.L. 5 000 000 FULLY PAID
R.C.B. 44007
BEIRUT - LEBANON

**LEBANON**

الشركة العامة لخدمة
الرولونات ش.م.م.
رأسمل ٥٠٠٠٠٠٠ ل.ل. مدفوع بكامله
سجل تجاري ٤٤٠٠٧
بيروت - لبنان

VAT # : 7999-601

| INVOICE N° | RQ | DATE التاريخ |
|---|---|---|
| 2952-A | | 13/12/2002 |

REQUESTED FROM ___ RADIAN INTERNATIONAL ___ المطلوب من
BEIRUT-NORMANDI 01-983375

Thomala

Currency : U.S.DOLLARS

| REF. | QTY. | NUMBER رقم | DESCRIPTION المواصفات | U.PRICE السعر | TOTAL PRICE السعر الاجمالي |
|---|---|---|---|---|---|
| | 4 | YAR 210-2F | Y-BEARING | 29.00 | 116.00 |
| | | | TOTAL | | 116.00 |

Project/BU No.: 80365102
WBS/Sub No.: 004910
Subledger No.:
OR
PO No.: 100582
PR No.:
AND
Employee Signature: _____  Paid by check # 22484
Employee No.: 18189              o Dec 27, 2002
Date: Dec 27, 2002

| VAT LBP | 17533.40 | VAT (% 10.00 ) | 11.60 |
|---|---|---|---|

| **ONLY** | ONE HUNDRED TWENTY SEVEN AND 60/100 U.S.DOLLARS فقط | 127.60 |
|---|---|---|

| ## NEW BAL | 513.60 | ## | TOTAL LBP | 192867.40 |
|---|---|---|---|---|

 **SKF Distributor**

DORA GATE BUILDING - M4 MAR-YOUSSEF STREET - DORA - P.O.B. 80384 B.H. BEIRUT - LEBANON
TEL: (01) 252052 - 257513 - (03) 248560 - FAX: 961-1-257513

12

**GENERAL BEARING
SERVICES CO S.A.R.L.**
CAPITAL L.L. 5 000 000 FULLY PAID
R.C.B. 44007
BEIRUT - LEBANON
VAT # 7999 - 601



**RECEIPT**  إيصال

الشركة العامة لخدمة
الروملونات ش.م.م.

Receipt #             Amount                Coll.Amount
№ 14047              385.- ≠

Received from    _Radian International_    لصالح

The Sum of _Iros Cent Quatre Vingt Cinp Dollars_    مبلغ وقدره

Covering _____    وذلك

Date _18.12.02_                    Cash _____    نقداً

Signature                          Bank _____    بموجب

_____                   Chq. No _224803_    شيك رقم

**SKF Distributor**
**GENERAL BEARING SERVICES CO. S.A.R.L.**
DORA GATE BUILDING - M4 MAR-YOUSSEF STREET - DORA - P.O.B. 80384 B.H. BEIRUT - LEBANON
TEL: (01) 252052 - 257513 - (03) 248560 - FAX: 961-1-257513
e-mail: gbsco@gbsco.com    website: www.gbsco.com

13

# GENERAL BEARING
# SERVICES CO S.A.R.L.

CAPITAL L.L. 5 000 000 FULLY PAID
R.C.B. 44007
BEIRUT - LEBANON



**LEBANON**

الشركة العامة لخدمة
الروولونات ش.م.م.

رأسمال ٥٠٠٠٠٠٠ل.ل. مدفوع بكامله
سجل تجاري ٤٤٠٠٧
بيروت ـ لبنان

PO 100588

VAT # : 7999-601                    UA2

| INVOICE N° | RQ | DATE التاريخ |
|---|---|---|
| 2736-A | | 16/11/2002 |

**REQUESTED FROM**   RADIAN INTERNATIONAL      ــــــ المطلوب من
BEIRUT-NORMANDI 01-983575

Currency : U.S.DOLLARS

| REF | QTY كمية | NUMBER رقم | DESCRIPTION المواصفات | U.PRICE السعر | TOTAL PRICE السعر الاجمالي |
|---|---|---|---|---|---|
| | 4 | YAR 210-115 2F | Y-BEARING | 29.00 | 116.00 |
| | 6 | SY 50 TF | PILLOW BLOCK | 39.00 | 234.00 |
| | | | TOTAL | | 350.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Paid by check #224803
on Dec. 11, 2002*

Project/BU No.:  805670
W.(S/Sub No.:   20000
Phenxar No.:
OR
PO No.:  100588
PR No.:
AND
Employee Signature:
Employee No.:  Dec. 11 2002
Date.

| VAT LBP | 52902.50 | VAT | 35.00 |
|---|---|---|---|

**ONLY**  THREE HUNDRED EIGHTY FIVE  AND 0/100 U.S.DOLLARS    فقط    385.00

TOTAL LBP        $61927.50

**SKF**  SKF Distributor

DORA GATE BUILDING - M4 MAR-YOUSSEFF STREET - DORA - P.O.B. 80384 B.H. BEIRUT - LEBANON
TEL: (01) 252052 - 257513 - (03) 248560 - FAX: 961-1-257513
e-mail: gbsco@gbsco.com  website: www.gbsco.com

14

# ML MULTILAB s.c.s.

*FPo 10083*

*VATJ*

# INVOICE

| BILL TO : Radian International LLC Beirut - Lebanon | Date: 22/04/2002 Invoice No.: 82 Ref.: Yr. P.Order dated 01/08/2002 |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | 2707003 | AQUA QC-STIK ENTEROBACTER PK/3 | 2 | 35 | 70 |
| 2 | 2706303 | AQUA QC-STIK E. COLI PK/3 | 2 | 35 | 70 |

*Inv # 82   $ 140#   VAT 14 #*

*154 #*

*22-04-*

**VAT No. 601-185673**

| G.Total | 140 |
|---|---|
| VAT 10 % | 14 |
| Net: USD | 154 |

ONLY

*8036 5103*
*005060*

*Paid by check # 186079*
*O- May 15, 2002*

*10083*
*1818*
*May 15, 2002*

P.O.Box : 13-6541
Beirut - Lebanon

Address : Aramta Center - 2nd Floor
Antelias ( Beirut ) - Lebanon

Tel    : 961 - 4 - 413463
Cell   : (03) 241653
Fax   : 961 - 4 - 413463
E-mail : multilab@dm.net.lb

*15*

**SNAS**
EXPRESS
IN ASSOCIATION WITH
**DHL**
EXPRESS

**RECEIPT**  إيصال

| RECEIPT NO. | 35875 |
| --- | --- |

| DATE التاريخ | 12 / 6 / 06 | AMOUNT المبلغ | 336 $^{03}/_{100}$ $ |

**RECEIVED FROM**  _Radian International_

**THE SUM OF**  _Three hundreds Thirty six and $^{03}/_{100}$ U. S. dollar_

**IN PAYMENT OF**  _Account # 467046192_

| CASH | CHEQUE NO. | DRAWN ON |
| --- | --- | --- |
| | 464475 | |

SIGNATURE

80



SNAS Lebanon Sarl
In Association with DHL,
Country Office, Beirut Intl. Airport
PO Box 166-439, Beirut, Lebanon -9755

Phone : 961 1 629700

Fax  : 961 1 629701

# STATEMENT OF ACCOUNT

RADIAN INTERNATIONAL
NORMANDY LANDFILL
BIEL DEVIATION
BEIRUT-LEBANON
Phone  01-983575/03-62

Account : D467046197
Date : 6/2/2006
Currency : USD

Attn:  AMINE BOU ONK

Conversion Code:    USD

| Date | Code | Reference | Allocation | Debit | Credit | Outstanding |
|------|------|-----------|------------|-------|--------|-------------|
| | | | | | 0.00 | 0.00 |
| 4/26/2006 | Bank/Cash Receipts | 124/ CK357418 | | 28.54 | | 28.54 |
| 4/30/2006 | INV/CN | BEY045030 | | 336.08 | | 336.08 |
| 5/31/2006 | INV/CN | BEY046577 | | | | |

| Current Balance | Overdue Balance | Net Payable |
|-----------------|-----------------|-------------|
| 336.08 | 28  .54 | 364.62 |

8 1

Issued On   6/2/2006

**CRÉDIT**

*AUTO LEVANT S.A.L.*
*Ford - Lincoln - Mercury*

**Chiyah Branch**

Vat Reg. No. 311507-601

**Invoice No : 000920**

| Name | 0060 RADIAN INTERNATIONAL | | Date | 19/05/2006 |
|---|---|---|---|---|
| Telephone | 01 983575    03/188210(AHMAD) | | Doc. Type | CREDIT INVOICE - |
| Address | DOWN TOWN NEAR BIEL | | Date Received | / / |
| Vehicle Model | TAURUS                    / 99 | | Date Delivered | 19/05/2006 |
| Veh. Id. No. | 1FAFP53U6XG184465 | | Mileage In | 107934 Km |
| Plate No | 125281B        Date Of Sale    / / | | Mileage Out | 0 Km |
| | | | Job Card No | CI000921 |

| Code | Description | Quantity | Unit Price | Total LBP |
|---|---|---|---|---|
| DY-935 | SENSOR & GEAR  F5DZ-9E731-BA | 1 | 65,000.00 | 65,000.00 |
| F75Z-6730-BA | OIL PLUG | 1 | 10,000.00 | 10,000.00 |
| FL-400-S | FILTER | 1 | 10,000.00 | 10,000.00 |
| XO-10W30-QSP | MOTOR OIL | 6 | 5,000.00 | 30,000.00 |
| | | | **Total Parts** | **115,000.00** |
| | Technician Labor | 1 | 90,000.00 | 90,000.00 |
| | | | **Total Labor** | **90,000.00** |

Only Two Hundred Twenty Five Thousand Five Hundred And 00/100 Lbp

| | |
|---|---|
| Total | 205,000.00 |
| Total Bef. V.A.T. | 205,000.00 |
| V.A.T.  10.00 % | 20,500.00 |
| Net Total LBP | 225,500.00 |

P.O.BOX: 11-1240 BEIRUT- LEBANON - CHIYAH MAIN RD -ANDRE BOULOS BLD - TEL: +961-1- 544777 - FAX:
+961-1-541260-www.autolevant.com

ACCOUNTANT

PAID by Pesly CASH

82

**AUTO LEVANT S.A.L.**
**Ford - Lincoln - Mercury**

*CRÉDIT*

**Chiyah Branch**

**Invoice No : 000898**

Vat Reg. No. 311507-601

| | |
|---|---|
| Name | 0060  RADIAN  INTERNATIONAL |
| Telephone | 01 983575   03/188210(AHMAD) |
| Address | DOWN TOWN  NEAR BIEL |
| Vehicle Model | TAURUS                         / 1999 |
| Veh. Id. No. | 1FAFP53U3XG264225 |
| Plate No | 126798         Date Of Sale       / / |

| | |
|---|---|
| Date | 18/05/2006 |
| Doc. Type | CREDIT INVOICE - |
| Date Received | / / |
| Date Delivered | 18/05/2006 |
| Mileage In | 172599  Km |
| Mileage Out | 0  Km |
| Job Card No | CI000907 |

| Code | Description | Quantity | Unit Price | Total LBP |
|---|---|---|---|---|
| | | 1 | 90,000.00 | 90,000.00 |
| BR-31 | PAD FRT.TAURUS SMALL SIZE | 2 | 50,000.00 | 100,000.00 |
| F6DZ-16C826-AB | HOOD LIFT | 1 | 10,000.00 | 10,000.00 |
| F75Z-6730-BA | OIL PLUG | 1 | 18,000.00 | 18,000.00 |
| FA-1630 | ELEMENT ASY | 1 | 18,000.00 | 18,000.00 |
| FG-800-A | FUEL FILTER | 1 | 10,000.00 | 10,000.00 |
| FL-400-S | FILTER | 1 | 6,000.00 | 6,000.00 |
| LP-2420 | BRAKE CLEANER | 5 | 5,000.00 | 25,000.00 |
| XO-10W30-QSP | MOTOR OIL | 1 | 120,000.00 | 120,000.00 |
| YF1Z-2200-AA | BRAKE PAD DRUM TAURUS | | | |
| | | | **Total Parts** | **397,000.00** |
| | | 1 | 150,000.00 | 150,000.00 |
| | Technician Labor | 1 | 75,000.00 | 75,000.00 |
| | FREON | 1 | 45,000.00 | 45,000.00 |
| | A/C HOSE | | **Total Labor** | **270,000.00** |

| | | |
|---|---|---|
| | **Total** | 667,000.00 |
| Only Seven Hundred Thirty Three Thousand Seven Hundred And 00/100 Lbp | **Total Bef. V.A.T.** | 667,000.00 |
| | V.A.T. 10.00 % | 66,700.00 |
| | **Net Total LBP** | **733,700.00** |

P.O.BOX: 11-1240 BEIRUT- LEBANON - CHIYAH MAIN RD -ANDRE BOULOS BLD - TEL: +961-1- 544777 - FAX:
+961-1-541260-www.autolevant.com

PAID by Peter CASH     ACCOUNTANT

83

**AUTO LEVANT S.A.L.**
**Ford – Lincoln – Mercury**
**V.A.T. Reg. 311507-601**

| Number | CR001310 |
|--------|----------|
| Date | 13/06/2006 |
| Amount | 959200.000 LBP |

## CHEYAH RECIPT

| | |
|---|---|
| Attention To | RADIAN INTERNATIONAL / 0060 |
| The Sum Of | Only Nine Hundred Fifty Nine Thousand Two Hundred And 00/100 Lbp |
| Being For | Payment & Receivables: CI000898/CI000920 |

Executive Manager          Chief Accountant          Cashier          Recipient

New Bal.          0.000

P.O.Box: 11-1240 Beirut-Lebanon - Tel:+961 1 245365 - Fax:+961 1 245371 - www.autolevant.com

| Invoice | | | | |
|---------|------------|-----|------------|
| CI000898 | 18/05/2006 | LBP | 733700.000 |
| CI000920 | 19/05/2006 | LBP | 225500.000 |
| Total | | | 959200.000 |

| Payment & Receivables | | | | |
|---------|-------|------------|-----|------------|
| 3001002 | CASH CHIAH | 13/06/2006 | LBP | 959000.000 |
| 7510001 | DIFFERENCE | 13/06/2006 | LBP | 200.000 |

914

mobile interim company no.2 sal
[illegible address lines]

**customer care**
hotline +961 3 30011
or 111 free of charge
[illegible]@mtc.com.lb

capital lbp 10 million fully paid
c.r. no. 1500369 beirut
vat registration no. 251711-601



| RADIAN INTERNATIONAL LLC | | Customer Ref: | 1000026565 | المرجع: |
| --- | --- | --- | --- | --- |
| **CITIBANK** | | GSM#: | 961 3624161 | الرقم: |
| **CITIBANK - HEAD OFFICE** | | Invoice Date: | 05-JUN-2006 | تاريخ الفاتورة: |
| Bank Account: 0100108119 | | Invoice No.: | 200605058098 | رقم الفاتورة: |
| Invoice No.: 200605058098 | | Billed Period: From 01-MAY-2006 To 31-MAY-2006 | | الفترة الزمنية: |

## Summary of Transactions in USD    ملخص العمليات بالدولار

| Date التاريخ | Transactions القيود | Due المستحق | Settled المسدد | Balance الرصيد |
| --- | --- | --- | --- | --- |
| 30-APR-2006 | Previous Balance | | | 555.23 |
| 10-MAY-2006 | Payment(s) | 555.23 | 555.23 | 0.00 |
| 31-MAY-2006 | Current Invoice | 938.43 | | 938.43 |

**Balance for Settlement (Debit ) USD**    الرصيد المتوجب (المدين) بالدولار    **938.43**

## Invoice Summary    خلاصة الفاتورة

| Description | LBP Charges التكليف ل.ل. | | Charges in $ التكليف بالدولار | Total in $ المجموع بالدولار | التفصيل |
| --- | --- | --- | --- | --- | --- |
| | LBP Val ل.ل. | LBP in USD | | | |
| Net Total Subject to VAT | | | | | المبلغ الاجمالي العائد الخاضع للضريبة |
| Value Added Tax at 10% | | | | | الضريبة على القيمة المضافة ١٠٪ |
| Amt. Exempt from VAT/Donation | 0.00 | 0.00 | | | المبلغ غير الخاضع للضريبة |
| **Total Due in USD:** | | | 938.43 | | **المجموع المتوجب بالدولار:** |

**USD Rate = LBP 1,507.** سعر صرف الدولار = ل.ل. ١،٥٠٧.



Only **2** years and a lot to say.

uty stamp is paid in cash    الطابع الاميري مدفوع نقداً

85

**mtctouch**

| RADIAN  INTERNATIONAL  LLC | | Customer Ref: | 1000026565 | مرجعي: |
| --- | --- | --- | --- | --- |
| **CITIBANK** | | GSM#: | 961 3624161 | الرقم: |
| CITIBANK - HEAD OFFICE | | Invoice Date: | 05-JUN-2006 | تاريخ الفاتورة: |
| Bank Account: | 0100108119 | Invoice No.: | 200605058098 | رقم الفاتورة: |
| Invoice No.: | 200605058098 | Billed Period: From 01-MAY-2006 To 31-MAY-2006 | | الفترة الزمنية: |

## Invoice Details          تفصيل الفاتورة

| Description | LBP Charges | | Charges in $ | Total in $ | التفصيل |
| --- | --- | --- | --- | --- | --- |
| | LBP Value ل.ل. القيمة | CN18 USD | | | |
| GSM#: 961 3624161<br>ICC#:367000032674 | | | | | الرقم : ٩٦١ ٣٦٢٤١٦١<br>٣٦٧٠٠٠٠٣٢٦٧٤ |
| **Monthly Fees:** | | | | | بدل اشتراكات: |
| Monthly Subscription | 0.00 | 0.00 | 25.00 | 25.00 | الاشتراك الشهري |
| Int'l calls guarantee | 0.00 | 0.00 | 0.00 | 0.00 | كفالة اتصالات دولية |
| Roaming calls guarantee | 0.00 | 0.00 | 0.00 | 0.00 | كفالة اتصالات التجوال |
| **Features:** | | | | | المميزات: |
| Call Forward | 0.00 | 0.00 | 2.00 | 2.00 | تحويل الاتصال |
| Bar. Inc. Calls while Roam | 0.00 | 0.00 | 0.00 | 0.00 | منع اتصال التجوال الوارد |
| CLIP | 0.00 | 0.00 | 6.00 | 6.00 | تحديد رقم المتصل |
| Call Wait/Hold | 0.00 | 0.00 | 1.00 | 1.00 | انتظار وحجز الاتصال |
| **Services:** | | | | | الخدمات: |
| SMS | 0.00 | 0.00 | | | خدمة الرسائل القصيرة |
| **Usage Charges:** | | | | | بدل التخابر: |
| Local Calls | 2,060.00 | .37 | 42.88 | 43.25 | الاتصالات المحلية |
| International Calls | 44,500.00 | 29.52 | 37.92 | 37.92 | الاتصالات الدولية |
| Roam. Out Calls Surcharge | 0.00 | | 28.24 | 28.24 | زيادة على التجوال الصادر |
| (18/05/2006 - 29/05/2006) | | | | | (18/05/2006 - 29/05/2006) |
| Roam. In Calls | 0.00 | 82.59 | 25.40 | 66.95 | مخابرات التجوال الداخلي |
| (17/05/2006 - 31/05/2006) | | | | | (17/05/2006 - 31/05/2006) |
| Roaming fees | 0.00 | 0.00 | 10.00 | 10.00 | ?????? ???? ??????? |
| (01/05/2006 - 31/05/2006) | | | | | (01/05/2006 - 31/05/2006) |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Subtotal Subject to VAT | 110,760.00 | 73.47 | 194.30 | 267.77 | مجموع القيمة الخاضعة للضريبة |
| 10% VAT | 11,076.00 | 7.35 | 19.43 | 26.78 | الضريبة على القيمة المضافة 10% |
| Amt. Exempt from VAT | 0.00 | 0.00 | 582.89 | 582.89 | القيمة الغير خاضع للضريبة |
| **GSM Total** | **121,836.00** | **80.82** | **796.61** | **877.44** | **مجموع الرقم أعلاه** |

**mportant:**

Monthly Fees, Features, and Services:  From 01/06/2006 to 30/06/2006

all Charges:  From 01/05/2006 to 31/05/2006, unless otherwise specified.

ملاحظة :

بدل لاشتراكات والمميزات والخدمات: من ٢٠٠٦/٠٦/٠١ الى ٢٠٠٦/٠٦/٣٠

بدل التخابر: من ٢٠٠٦/٠٥/٠١ الى ٢٠٠٦/٠٥/٣١ ، الا اذا نص عليه بشكل مختلف.

**mtctouch**

| RADIAN   INTERNATIONAL   LLC | | Customer Ref: | 1000026565 | المرجع: |
|---|---|---|---|---|
| **CITIBANK** | | GSM#: | 961 3624161 | الرقم: |
| **CITIBANK - HEAD OFFICE** | | Invoice Date: | 05-JUN-2006 | تاريخ الفاتورة: |
| Bank Account: | 0100108119 | Invoice No.: | 200605058098 | رقم الفاتورة: |
| Invoice No.: | 200605058098 | Billed Period: From 01-MAY-2006 To 31-MAY-2006 | | الفترة الزمنية: |

## Invoice Details

## تفصيل الفاتورة

| Description | LBP Charges الـتـكلـفـةبـاللـ.ل. | | Charges in $ التكاليفبالدولار | Total in $ المجموعبالدولار | التفصيل |
|---|---|---|---|---|---|
| | LBP Value القيمة ل.ل. | C/V in USD المعادلبالدولار | | | |
| GSM#: 961 3624171 ICC#: 301000211580 Monthly Fees: 01sc. Monthly Fees | 0.00 | 0.00 | 10.00 | 10.00 | الرقم: ٩٦١ ٣٦٢٤١٧١ ٣٠١٠٠٠٢١١٥٨٠ بدل اشتراكات: اشتراك توقيت الخط |
| Subtotal Subject to VAT 10% VAT | 0.00 0.00 | 0.00 0.00 | 10.00 1.00 | 10.00 1.00 | مجموع القيمة الخاضعة للضريبة الضريبة على القيمة المضافة 10% |
| **GSM Total** | **0.00** | **0.00** | **11.00** | **11.00** | **مجموع الرقم اعلاه** |

**Important:**
Monthly Fees, Features, and Services;  From 01/06/2006 to 30/06/2006
Call Charges;  From 01/05/2006 to 31/05/2006, unless otherwise specified.

ملاحظة:
بدل اختراقات والميزات والخدمات: من ٢٠٠٦/٠٦/٠١ الى ٢٠٠٦/٠٦/٣٠
بدل التخابر: من ٢٠٠٦/٠٥/٠١ الى ٢٠٠٦/٠٥/٣١ الا اذا نص عليه بشكل مختلف.

**mtctouch**

| | |
|---|---|
| RADIAN INTERNATIONAL LLC | Customer Ref: 1000026565 المرجع: |
| CITIBANK | GSM#: 961 3624161 الرقم: |
| CITIBANK - HEAD OFFICE | Invoice Date: 05-JUN-2006 تاريخ الفاتورة: |
| Bank Account: 0100108119 رقم الحساب: | Invoice No.: 200605058098 رقم الفاتورة: |
| Invoice No.: 200605058098 رقم الفاتورة: | Billed Period: From 01-MAY-2006 To 31-MAY-2006 الفترة الزمنية: |

**Invoice Details**       تفصيل الفاتورة

| Description | LBP Charges LBP Value القيمة ل.ل. | الضريبة ل.ل. VAT USD المضافة $ | Charges in $ | Total in $ المجموع بالدولار | التفصيل |
|---|---|---|---|---|---|
| GSM#: 961 3624919 ICC#: 367000032676 | | | | | الرقم: ٩٦١ ٣٦٢٤٩١٩ ٣٦٧٠٠٠٠٣٢٦٧٦ |
| **Monthly Fees:** Monthly Subscription | 0.00 | 0.00 | 25.00 | 25.00 | بدل اشتراك: الاشتراك الشهري |
| **Features:** Call Forward CLIP Call Wait/Hold | 0.00 0.00 0.00 | 0.00 0.00 0.00 | 2.00 6.00 1.00 | 2.00 6.00 1.00 | الميزات: تحويل الاتصالات تحديد رقم المتصل انتظار وحجز الاتصالات |
| **Services:** SMS | 0.00 | 0.00 | 0.00 | 0.00 | الخدمات: خدمة الرسائل القصيرة |
| **Usage Charges:** Local Calls | 180.00 | 0.12 | 11.34 | 11.46 | بدل التخابر: الاتصالات المحلية |
| Subtotal Subject to VAT 10% VAT | 180.00 18.00 | 0.12 0.01 | 45.34 4.53 | 45.46 4.55 | مجموع القيمة الخاضعة للضريبة الضريبة على القيمة المضافة 10% |
| **GSM Total** | 198.00 | 0.13 | 49.87 | 50.01 | مجموع الرقم اعلاه |

**Important:**
Monthly Fees, Features, and Services: From 01/06/2006 to 30/06/2006
Call Charges: From 01/05/2006 to 31/05/2006, unless otherwise specified.

Page 4/4

ملاحظة:
بدل اشتراكات والميزات والخدمات: من ٢٠٠٦/٠٦/٠١ الى ٢٠٠٦/٠٦/٣٠
بدل التخابر: من ٢٠٠٦/٠٥/٠١ الى ٢٠٠٦/٠٥/٣١، الا اذا نص عليه بشكل مختلف.

88

mobile interim company no.2 sal

customer care

capital lbp 3G million fully paid



| RADIAN INTERNATIONAL LLC | Customer Ref: | 1000026573 | المرجع: |
|---|---|---|---|
| CITIBANK | GSM#: | 961 3625102 | الرقم: |
| CITIBANK - HEAD OFFICE | Invoice Date: | 05-JUN-2006 | تاريخ الفاتورة: |
| Bank Account: 0100108119 | Invoice No.: | 200605058103 | رقم الفاتورة: |
| Invoice No.: 200605058103 | Billed Period: From 01-MAY-2006 To 31-MAY-2006 | | الفترة الزمنية: |

## Summary of Transactions in USD ملخص العمليات بالدولار

| Date التاريخ | Transactions قيود | Due | Settled | Balance الرصيد |
|---|---|---|---|---|
| 30-APR-2006 | Previous Balance | 290.90 | | 290.90 |
| 10-MAY-2006 | Payment(s) | | 290.90 | 0.00 |
| 31-MAY-2006 | Current Invoice | 260.83 | | 260.83 |

| Balance for Settlement (Debit ) USD الرصيد (المتوجب) بالدولار | 260.83 |
|---|---|

## Invoice Summary خلاصة الفاتورة

| Description | LBP Charges | | Charges in $ | Total Inv.$ | التفصيل |
|---|---|---|---|---|---|
| | LBP Value ل.ل | Chrg.in USD | | | |
| Net Total Subject to VAT | | | | | المبلغ الاجمالي المالي الخاضع للضريبة |
| Value Added Tax at 10% | | | | | الضريبة على القيمة المضافة ١٠٪ |
| Amt. Exempt from VAT/Donation | 0.00 | 0.00 | 0.00 | 0.00 | المبلغ الغير خاضع للضريبة |
| Total Due in USD: | | 260.83 | | | المجموع المتوجب بالدولار: |

USD Rate = LBP 1,507.



Only **2** years and a lot to say.

89



**mtctouch**

| RADIAN INTERNATIONAL LLC | | Customer Ref: | 1000026573 | :مرجع |
|---|---|---|---|---|
| CITIBANK | | GSM#: | 961 3625102 | :الرقم |
| CITIBANK - HEAD OFFICE | | Invoice Date: | 05-JUN-2006 | :تاريخ الفاتورة |
| Bank Account: | 0100108119 | Invoice No.: | 200605056103 | :رقم الفاتورة |
| Invoice No.: | 200605056103 | Billed Period: From 01-MAY-2006 To 31-MAY-2006 | | :الفترة الزمنية |

## Invoice Details / تفصيل الفاتورة

| Description | LBP Charges / التخفيض ل.ل. LBP Value القيمة ل.ل. | GSM in USD سعر الإتصال بالدولار | Charges in $ التخفيض بالدولار | Total in $ مجموع بالدولار | التفصيل |
|---|---|---|---|---|---|
| GSM#: 961 3625102 | | | | | ٩٦١ ٣٦٢٥١٠٢ :الرقم |
| ICC#: 301000171789 | | | | | ٣٠١٠٠٠١٧١٧٨٩ |
| **Monthly Fees:** | | | | | :بدل اشتراكات |
| Monthly Subscription | 0.00 | 0.00 | 25.00 | 25.00 | الاشتراك الشهري |
| **Features:** | | | | | :الميزات |
| Call Forward | 0.00 | 0.00 | 2.00 | 2.00 | تحويل الاتصال |
| CLIP | 0.00 | 0.00 | 6.00 | 6.00 | تحديد رقم المتصل |
| Call Wait/Hold | 0.00 | 0.00 | 1.00 | 1.00 | انتظار وحجز الاتصال |
| **Services:** | | | | | :الخدمات |
| SMS | 0.00 | 0.00 | 0.00 | 0.00 | خدمة الرسائل القصيرة |
| **Usage Charges:** | | | | | :بدل التخابر |
| Local Calls | 4,120.00 | 2.73 | 147.46 | 25.04 | الاتصالات المحلية |
| International SMS | 0.00 | 0.00 | 17.10 | 17.10 | الرسائل الدولية |
| **Subtotal Subject to VAT** | 4,120.00 | 2.73 | 173.46 | 176.19 | مجموع القيمة الخاضعة للضريبة |
| **10% VAT** | 412.00 | 0.27 | 17.35 | 17.62 | الضريبة على القيمة المضافة 10% |
| **GSM Total** | 4,532.00 | 3.00 | 190.81 | 193.81 | مجموع الرقم اعلاه |

**Important:**
Monthly Fees, Features, and Services:  From 01/05/2006 to 30/05/2006
Call Charges:  From 01/05/2006 to 31/05/2006, unless otherwise specified.

Page 2/3

ملاحظة:
بدل الاشتراكات والميزات والخدمات: من ٢٠٠٦/٠٥/٠١ الى ٢٠٠٦/٠٥/٣٠
بدل التخابر: من ٢٠٠٦/٠٥/٠١ الى ٢٠٠٦/٠٥/٣١، الا اذا نص عليه بشكل مختلف.

**mtctouch**

| RADIAN  INTERNATIONAL  LLC | | Customer Ref: | 1000026573 | المرجع: |
|---|---|---|---|---|
| CITIBANK | | GSM#: | 961 3625102 | الرقم: |
| CITIBANK - HEAD OFFICE | | Invoice Date: | 05-JUN-2006 | تاريخ الفاتورة: |
| Bank Account: | 0100108119  رقم الحساب: | Invoice No.: | 200605058103 | رقم الفاتورة: |
| Invoice No.: | 200605058103  رقم فاتورة: | Billed Period: From 01-MAY-2006 To 31-MAY-2006 | | الفترة الزمنية: |

## Invoice Details
تفصيل الفاتورة

| Description | LBP Charges ل.ل. | | Charges in $ | Total in $ | التفصيل |
|---|---|---|---|---|---|
| | LBP Value القيمة ل.ل. | CV in USD القيمة بالدولار | القيمة بالدولار | القيمة الاجمالية | |
| GSM#: 961 3625103 | | | | | الرقم: ٩٦١ ٣٦٢٥١٠٣ |
| ICC#: 367000032671 | | | | | ٣٦٧٠٠٠٠٣٢٦٧١ |
| Monthly Fees: | | | | | بدل اشتراكات: |
| Monthly Subscription | 0.00 | 0.00 | 25.00 | 25.00 | الاشتراك الشهري |
| Features: | | | | | الميزات: |
| Call Forward | 0.00 | 0.00 | 1.00 | 1.00 | تحويل الاتصالات |
| CLIP | 0.00 | 0.00 | 8.00 | 8.00 | تحديد رقم المتصل |
| Call Wait/Hold | 0.00 | 0.00 | 1.00 | 1.00 | انتظار وحجز الاتصالات |
| Services: | | | | | الخدمات: |
| SMS | 0.00 | 0.00 | 0.00 | 0.00 | خدمة الرسائل القصيرة |
| Usage Charges: | | | | | بدل التخابر: |
| Local Calls | 1,340.00 | 0.89 | 23.71 | 23.60 | الاتصالات الداخلية |
| (03/05/2006 - 31/05/2006) | | | | | (03/05/2006 - 31/05/2006) |
| International SMS | 0.00 | 0.00 | 3.00 | 3.00 | الرسائل الدولية |
| (23/05/2006 - 29/05/2006) | | | | | (23/05/2006 - 29/05/2006) |

| | LBP Charges | | Charges in $ | Total in $ | |
|---|---|---|---|---|---|
| **Subtotal Subject to VAT** | 1,340.00 | 0.89 | 60.04 | 60.93 | مجموع القيمة الخاضعة للضريبة |
| **10% VAT** | 134.00 | 0.09 | 6.00 | 6.09 | الضريبة على القيمة المضافة 10% |
| **GSM Total** | 1,474.00 | 0.98 | 66.04 | 67.02 | مجموع الرقم اعلاه |

**mportant:**
Monthly Fees, Features, and Services: From 01/06/2006 to 30/06/2006
Call Charges:  From 01/05/2006 to 31/05/2006, unless otherwise specified.

ملاحظة:
بدل اشتراكات والميزات والخدمات: من ٢٠٠٦/٠٦/٠١ الى ٢٠٠٦/٠٦/٣٠،
بدل التخابر: من ٢٠٠٦/٠٥/٠١ الى ٢٠٠٦/٠٥/٣١، الا اذا نص عليه بشكل مختلف،

91

**álphabet**
LIBRAIRIE - PAPETERIE
FOURNITURES
R. C. B. 3477 - B. P. 114
Tél: 913282 - 918547
Tlx: ALPHAB 45675 LE
JOUNIEH - LIBAN
TVA. No. 601 - 71988



ألـف بـاء
مكتبة – قرطاسية – لوازم
س. ت. بعبدا ٣٤٧٧ – ص. ب. ١١٤
تلفون: ٩١٣٢٨٢ – ٩١٨٥٤٧
تلكس: ألفاب LE ٤٥٦٧٥
جونيه – لبنان

ايصال رقم    № 1008 D
L. L. #172.45#

Reçu de Mr. Radian International     وصلني من السيد

La somme de One Hundred seventy two dollars     مبلغ

and 45 centsonly

Pour Citygraphs N° 357-388     وذلك

Jounieh, le 10/02/2006  ٢٠٠    جونيه في

Signature     الامضاء

92

# ALPHABET

V.A.T. Reg. 71988-601

JOUNIEH FACE NOUVEAU SERAIL
Tel:09-913282 Fax:09-918547

**Invoice**

| Customer | 05001 | **Radian International L.L.C** | | Number | IV001974 |
|---|---|---|---|---|---|
| Address | Normandy | | | | |
| Telephone | 01/983575 | | | Date | 26/12/2005 |
| Currency | 02 USD | Rate USD   1.0000   Rate LBP   1507.5000 | | Due | 26/12/2005 |
| | | | | Page | 1 / 1 |

| Code | Description | V.A.T | Quantity | Unit Price | Total USD |
|---|---|---|---|---|---|
| 5111112881 | 3M Imation Floppy Diskettes, 2 HD-1.44MB. | 10% | 5 C | 2.850 | 14.25 |
| 01425 | Imation CD-R 700MB 80MN 52X (10/pkt). | 10% | 1 C | 5.600 | 5.60 |
| 750b.03 | Bloc Calendar 2006 ordinary. | 10% | 13 U | 0.770 | 10.01 |
| 2988 | Pencils -Othello with eraser (12/pkt). | 10% | 1 C | 2.320 | 2.32 |
| P0^3 | Tianda vinyl Paper clips 33mm nickel. | 10% | 6 U | 0.120 | 0.72 |
| 88021 | Binder clip (Double clip) 19mm- NN- 1Doz. | 10% | 6 U | 0.420 | 2.52 |
| 88051 | Binder clip (Double clip) 32mm- NN- 1Doz. | 10% | 6 U | 0.770 | 4.62 |
| 4597BL | Box File Extreme 28x35x8cm blue. | 10% | 12 U | 3.990 | 47.88 |
| 4597BK | Box File Extreme 28x35x8cm black. | 10% | 12 U | 3.990 | 47.88 |
| H6819 | Autodex Envelops white (162x229mm)- adhesive. | 10% | 4 U | 1.800 | 7.20 |
| 04950 | Bloc note pocket square Ref:316. | 10% | 12 U | 0.510 | 6.12 |
| U/098 | Uhu, Self-Stick Notes -(75x75mm). | 10% | 15 U | 0.510 | 7.65 |

Project/BU No.: 4167-3362
was/Sub No.: 007620
Suplea^s
OR
PO No.:
PR No.:
AND
Employee Signature:
Employee No.: 107454
Date: Jaa 17, 2006

PAID by CH # 357388
on Jun. 17, 2006

| Only One Hundred Seventy Two And 45/100 Usd | Total | 156.77 |
|---|---|---|
| أو ما يعادله بالليرة اللبنانية | | |
| | Total Bef. V.A.T. | 156.77 |
| V.A.T. LBP   23637.60 | V.A.T. 10 % | 15.68 |
| Eq. Net Total LBP   259968.38 | Net Total USD | 172.45 |

Tel:09-913282 - Fax:09-918547

43

**citigroup**

USD | 172 $\frac{45}{100}$

إدفعوا بموجب هذا الشيك

N° 357388

لأمر

Pay against this cheque

To the order of _Alphabet_

مبلغ

The sum of _One Hundred Seventy Two and $\frac{45}{100}$ U.S. Dollars_
In letters

Only

Payable at   _Jun 17 2006_   of   _Beirut_      Signature   _Jinine Boudnk_

الإمضاء

CITIBANK, N.A.
Beirut - Lebanon
بيروت - لبنان

RADIAN INTERNATIONAL L.L.C.
(LEBANON BRANCH)
0-100108-119

"357388"  115000 1:  000100108119"

94

# EXHIBIT J
# PART 2



**KPMG** P.C.C
Civil Register - 114

Hamra Square Building – Hamra Street
P.O.Box 11-8270 – Beirut, Lebanon
Telephone : 961 (1) 348710- 350518
Fax  961 (1) 350238
E Mail: rmansour@kpmg.com.lb

بناية حمرا سكوير - شارع الحمرا
ص.ب. ١١-٨٢٧٠ بيروت، لبنان
تلفون ٣٤٨٦٢٨ - ٣٤٨٧١٠ (١) ٩٦١
فاكس ٢٥٠٢٣٨ (١) ٩٦١

Currency ~~$~~ العملة     **RECEIPT** № 2294   ايصال رقم

Amount 1,210,00 المبلغ     Date 13/07/06 التاريخ

Received from _M/s Reuben International C_ وصلنا من

As per: Check No. _357 11/5_ شك رقم     or / او     CASH نقدا ☐

Bank _Citibank_ مسحوب على بنك     Dated بتاريخ

For _Settlement of Ref. PX 06TX06RN_

95



**KPMG**
Hamra Square Building - Hamra Street
P.O. Box: 11-8270 - Beirut, Lebanon
Tel.: 961 1 348710 - 961 1 350518
Fax: 961 1 350238

Website: www.kpmg.com
www.kpmg.com.lb
E-mail: info@kpmg.com.lb

Private and Confidential
Due from Messrs.
Radian International
Beirut, Lebanon

Fee Note No.96/TX/06/RM
Date:10/02/2006

Code # 1149

VAT registration No. 601-194873

Attention: Mr. Amine Bou Onk

| | Charge US$ |
|---|---|
| Professional services rendered in connection with: | |
| A. Preparation of the annual Social Security reconciliation forms and supporting schedules for the year 2005 | 300 |
| B. Preparation of Payroll tax declaration forms for the 1st.,2nd., 3rd. and 4th.quarters of the year 2005 | 400 |
| VAT @ 10% | 70 |
| Total including VAT | 770 |
| | 770 |

US Dollars Seven Hundred Seventy Only.

Our charges are payable when this fee note is issued. The account is
therefore now due for settlement.

----------------------------------------------------------------

Please detach and send with cheque to our Beirut address or make payment direct to our bank:
Banca Di Roma, Hamra Branch, Beirut - Lebanon for the credit of KPMG,
Account No. 211128 quoting the fee number. If you require a receipt, please
return this slip with your remittance.

Client Name:      Radian International

Job Code:         1149

Fee Number:       96/TX/06/RM                                     $770

*96*

KPMG, a Lebanese Professional Civil Company - Register No. 114, is a member firm of KPMG International, a Swiss Cooperative.



**KPMG**
Hamra Square Building - Hamra Street
P.O. Box: 11-8270 - Beirut, Lebanon
Tel.: 961 1 348710 - 961 1 350518
Fax: 961 1 350238

Website: www.kpmg.com
www.kpmg.com.lb
E-mail: info@kpmg.com.lb

**Private and Confidential**
Due from Messrs.
Radian International
Beirut, Lebanon

Fee Note No:    127/PR/06/RM
Date:    01/03/2006

Code # 1149

VAT registration No. 601-194873

**Attention: Mr. Amine Bou Onk**

| | Charge US$ |
|---|---|
| Professional services rendered in connection with: | |
| Radian International Payroll processing for the month of February 2006 as follows: | |
| Processing fee for 20 Employees in February 2006 @ US$20 per Employee | 400 |
| Total excluding VAT | 400 |
| VAT @ 10% | 40 |
| US Dollars Four Hundred Forty Only. | 440 |

Our charges are payable when this fee note is issued. The account is
therefore now due for settlement.

Please detach and send with cheque to our Beirut address or make payment direct to our bank:
Banca Di Roma, Hamra Branch, Beirut - Lebanon for the credit of KPMG,
Account No. 211128 quoting the fee number. If you require a receipt, please
return this slip with your remittance.

Client Name:    Radian International

Job Code:    1149

Fee Number:    127/PR/06/RM    $440

97

KPMG, a Lebanese Professional Civil Company - Register No. 114,
is a member firm of KPMG International, a Swiss Cooperative.

citigroup

| USD | 1,210 $\frac{00}{100}$ |

إدفعوا بموجب هذا الشيك

N°  357415

Pay against this cheque

To the order of _KPMG_                                                          لأمر

The sum of _One Thousand Two Hundred Ten and $\frac{00}{100}$_     مبلغ     في من

_Dollars only_                                                      الإمضاء

In letters.

Payable at بنفع في   _April 11 2006_   of   _Beirut_     Signature

CITIBANK, N.A.     RADIAN INTERNATIONAL L.L.C.

Beirut - Lebanon     (LEBANON BRANCH)

بيروت – لبنان     0-100108-119

⑂357415⑂  ⑂15000⑂  000100108119⑂

98



P.C.C

Civil Register - 114

Hamra Square Building – Hamra Street
P.O.Box 11-8270 – Beirut, Lebanon
Telephone : 961 (1)  348710- 350518
Fax  961 (1) 350238
E Mail: rmansour@kpmg.com.lb

بناية حمرا سكوير — شارع الحمرا
ص.ب. ١١-٨٢٧٠ بيروت، لبنان
تلفون ٣٤٨٦٢٨ — ٣٤٨٧١٠ (١) ٩٦١
فاكس ٣٥٠٢٣٨ (١) ٩٦١

**RECEIPT  №    2312**       ايصال رقم

Currency        العملة

Amount   18250 00    المبلغ

Date   16 01 06    التاريخ

Received from   M/S Radian International   وصلنا من

As per: Check No.   357434   شك رقم     Or / او     CASH  ☐    نقداً

Bank   Citibank   مسحوب على بنك     Dated   بتاريخ

For   Settlement of our F/Note # 133/07/06 ISN

KPMG

99



**KPMG**
Hamra Square Building - Hamra Street
P.O. Box: 11-8270 - Beirut, Lebanon
Tel.: 961 1 348710 - 961 1 350518
Fax: 961 1 350238

Website: www.kpmg.com
www.kpmg.com.lb
E-mail: info@kpmg.com.lb

**Private and Confidential**
Due from Messrs.
Radian International
Beirut, Lebanon

Code # 1149

**Fee Note No.132/AT/06/RM**
**Date: March 03,2006**

VAT registration No. 601-194873

**Attention: Mr. Amine Bou Onk**

|  | Charge US$ |
|---|---|
| Professional fees rendered in connection with: | |
| Being 50% of services rendered in connection with the Accounting of Radian International for the period from November 01, 2004 to October 31, 2005 (12 months) | 7,500 |
| VAT @ 10% | 750 |
| US Dollars Eight Thousand Two Hundred Fifty Only. | 8,250 |

Our charges are payable when this fee note is issued. The account is
therefore now due for settlement.

Please detach and send with cheque to our Beirut address or make payment direct to our bank:
Banca Di Roma, Hamra Branch, Beirut - Lebanon for the credit of KPMG,
Account No. 211128 quoting the fee number. If you require a receipt, please
return this slip with your remittance.

Client Name:    Radian International

Job Code:    1149

Fee Number:    132/AT/06/RM    $8,250

$7500 WBS 667350
$750 WBS 999999

PAID by CH # 357424
on May 15, 2006

RADIAN INTERNATI...
Beirut, Lebanon

100

KPMG, a Lebanese Professional Civil Company - Registrar No. 114,
is a member firm of KPMG International, a Swiss Cooperative.



MEDCO S.A.L. - Liters Plus Card Center - Tabaris Square, Chammas Bldg.
Customer Service Hotline 24/7 : 03 784125 - website : www.medco.com.lb
E-mail : medcolp@medco.com.lb - Online Fueling : www.medco.com.lb/onlinefueling

*Page 2*

Date: 31/05/2006

Invoice #        :    I0605614

| Date | Time | Station | Coupon | Km | Product | Qty | Price TTC | L.O/ Qty | Price TTC | C.W/ Qty | Price TTC | Oth/ TTC | VAT L.L Amount |
|------|------|---------|--------|----|---------|-----|-----------|----------|-----------|----------|-----------|----------|----------------|
| **Card No: 005   RADIAN-FORD.EXPLOR** | | | | | | | **Business F - 20** | *Solidere* | | | **Car # : 126801** | | |
| | | | | | | | | | | | | | 6904. |
| 17/05/2006 16:53 | Med Bed 2 | 20613745061 | 0 | | Uni 95 | 71 | 50.99 | | | | | | 6904. |
| | | | | | Total: | 71.00 | 50.99 | .00 | .00 | 0 | .00 | .00 | |
| **Card No.   005       Net Total Due TTC (All Products)** | | | | | | | | | US. Dollars | | | | 50.9 |
| **Card No: 006   RADIAN-FORD.EXPLOR** | | | | | | | **Business F - 20** | *Radian* | | | **Car # : 122813** | | |
| | | | | | | | | | | | | | 818. |
| 02/05/2006 14:42 | M Jal Dib2 | 20612207013 | 0 | | Car Wash | | | | | 6.04 | | | 818. |
| 09/05/2006 10:41 | Med Karant | 20612908017 | 0 | | Car Wash | | | | | | | | 6587. |
| 09/05/2006 10:42 | Med Karant | 20612908018 | 0 | | Uni 98 | 65 | 48.54 | | | 6.04 | | | 818. |
| 23/05/2006 10:23 | Med Karant | 20614322032 | 0 | | Car Wash | | | | | | | | 7533 |
| 23/05/2006 10:24 | Med Karant | 20614322033 | 0 | | Uni 98 | 74 | 55.82 | | | | | | 16575 |
| | | | | | Total: | 139.00 | 104.26 | .00 | .00 | 0 | 18.08 | .00 | |
| **Card No.   006       Net Total Due TTC (All Products)** | | | | | | | | | US. Dollars | | | | 122.3 |
| **Card No: 007   RADIAN-TOYOTA** | | | | | | | **Business F - 20** | *Radian Pickup truck* | | | **Car # : 180449** | | |
| 11/05/2006 18:10 | Pc St Rita | 20813118048 | 0 | | Uni 98 | 26 | 19.46 | | | | | | 2635 |
| 11/05/2006 18:10 | Pc St Rita | 20613118049 | 0 | | Car Wash | | | | | 4.7 | | | 636 |
| | | | | | Total: | 26.00 | 19.46 | .00 | .00 | 0 | 4.70 | .00 | 3271 |
| **Card No.   007       Net Total Due TTC (All Products)** | | | | | | | | | US. Dollars | | | | 24.1 |
| **Your Balance Due TTC For Group:**   1 | | | | | | 1352.00 Liters | | | US. Dollars | | | | 1018.2 |

| | Amount | VAT |
|---|--------|-----|
| Total Amount TTC | 1,018.22 | 0.00 |
| Administrative Charge | 2.50 | 0.25 |
| NET AMOUNT          US. Dollars | 1,020.72 | 0.25 |

Your Balance due of        **1,020.97 US. Dollars**   will be automatically debited from your bank account
No   **1-100108-11!**   at the   **CITIBANK.$.388**
We thank you for your business and trust.

| **Total VAT Amount in Lebanese Pounds** | **138,444.55** |
|---|---|

   S.A.L.

Thank you for using LITERS PLUS 

☎ 03 784125 - 01 581836 Ext 602 - 603 : For loss or theft of your card, questions about your cash back rewards, invoice details,
additional or replacement cards, Gasoil orders, Lube Oils, Carwash coupons and top notch managerial reports.
If no objections to entries are received at MEDCO S.A.L. 30 days after this statement's date, the present account will be considered approved.

/o /



MEDCO S.A.L. · Liters Plus Card Center · Tabaris Square, Chammas Bldg.
**Customer Service Hotline 24/7 : 03 784125 – website : www.medco.com.lb**
E-mail : medcob@medco.com.lb – Online Fueling : www.medco.com.lb/onlinefueling

*Page 1*

Date: 31/05/2006

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # | : | I0605614 | | | | | |
| | | | | RADIAN INTERNATIONAL | | | |
| Account No | : | 11469 | | NORMANDIE, BIEL ROAD, BEIRUT | | | |
| Group | : | 1 | | 01-983575 01-983578 | | | |
| Customer Since | : | 05/10/1999 | | | | | |
| Currency | : | US. Dollars | | | | | |
| VAT Reg # | : | 4018-601 | | | | | |
| TTC | : | Toutes Taxes Comprises | | | | | |

*COPIE CONFORME* (stamp)

| Date | Time | Station | Coupon | Km | Product | Qty | Price TTC | L.Ol Qty | Price TTC | C.Wl Qty | Price TTC | Othl TTC | VAT L.L Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Card No: 001   RADIAN-FORD.EXPLOR**     *Business F - 20*     Soliders     **Car# : 120388**

| Date | Time | Station | Coupon | Km | Product | Qty | Price TTC | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/05/2006 | 19:35 | P Bachoura | 20612278001 | 0 | Uni 95 | 68 | 48.51 | | | | | | 6613. |
| 06/05/2006 | 10:42 | Pc Kfarhim | 20612640005 | 0 | Uni 95 | 51 | 38.16 | | | | | | 5168. |
| 10/05/2006 | 19:02 | P Bachoura | 20613090029 | 0 | Uni 95 | 60 | 43.09 | | | | | | 5835. |
| 11/05/2006 | 13:42 | Med Bcd 2 | 20613133042 | 0 | Uni 95 | 40 | 28.72 | | | | | | 3890. |
| 16/05/2006 | 14:27 | Med Bcd 2 | 20613643042 | 0 | Uni 95 | 75 | 53.86 | | | | | | 7293. |
| 21/05/2006 | 10:01 | Poo Chouit | 20614111001 | 0 | Uni 95 | 50 | 37.58 | | | | | | 5090. |
| 22/05/2006 | 16:16 | P Bachoura | 20614213037 | 0 | Uni 95 | 50 | 36.24 | | | | | | 4910. |
| | | | | | Total: | 394.00 | 286.16 | .00 | .00 | 0 | .00 | .00 | 38800. |

| | | | | | |
|---|---|---|---|---|---|
| Card No. | 001 | Net Total Due TTC (All Products) | US. Dollars | | 286.16 |

**Card No: 003   RADIAN-FORD.TAURUS**     *Business F - 20*     Radian     **Car # : 126798**

| Date | Time | Station | Coupon | Km | Product | Qty | Price TTC | | | C.Wl Qty | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/05/2006 | 10:05 | Med Karant | 20612302020 | 0 | Uni 98 | 60 | 44.6 | | | | | | 6081. |
| 07/05/2006 | 17:03 | Pc St Rita | 20612710010 | 0 | Uni 98 | 35 | 26.19 | | | | | | 3547. |
| 07/05/2006 | 17:04 | Pc St Rita | 20612710011 | 0 | Car Wash | | | | | 4.7 | | | 636. |
| 11/05/2006 | 10:23 | Med Karant | 20613110024 | 0 | Uni 98 | 58 | 43.4 | | | | | | 5878. |
| 19/05/2006 | 22:16 | Hyp Hadath | 20613941003 | 0 | Uni 98 | 61 | 45.85 | | | | | | 6209. |
| 22/05/2006 | 20:56 | Pc St Rita | 20614243001 | 0 | Uni 98 | 42 | 31.57 | | | | | | 4275. |
| | | | | | Total: | 256.00 | 191.61 | .00 | .00 | 0 | 4.70 | .00 | 26628. |

| | | | | | |
|---|---|---|---|---|---|
| Card No. | 003 | Net Total Due TTC (All Products) | US. Dollars | | 196.31 |

**Card No: 004   RADIAN-FORD.EXPLOR**     *Business F - 20*     Soliders     **Car# : 122849**

| Date | Time | Station | Coupon | Km | Product | Qty | Price TTC | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18/05/2006 | 09:30 | P Bachoura | 20613805009 | 0 | Uni 95 | 72 | 51.7 | | | | | | 7070.4 |
| 19/05/2006 | 19:40 | Med Karant | 20613918074 | 0 | Uni 95 | 57 | 41.32 | | | | | | 5597.4 |
| 21/05/2006 | 09:34 | Med HHreik | 20614116001 | 0 | Uni 95 | 80 | 57.99 | | | | | | 7856.0 |
| 22/05/2006 | 16:14 | P Bachoura | 20614213036 | 0 | Uni 95 | 21 | 15.22 | | | | | | 2062.2 |
| 22/05/2006 | 16:46 | Med Karant | 20614221055 | 0 | Uni 98 | 36 | 27.06 | | | | | | 3664.8 |
| 22/05/2006 | 07:55 | Med Karant | 20614221003 | 0 | Uni 95 | 200 | 144.97 | | | | | | 19640.0 |
| | | | | | Total: | 466.00 | 338.26 | .00 | .00 | 0 | .00 | .00 | 45890.8 |

| | | | | | |
|---|---|---|---|---|---|
| Card No. | 004 | Net Total Due TTC (All Products) | US. Dollars | | 338.26 |

Thank you for using LITERS PLUS  

☎ 03 784125 - 01 581836 Ext: 602 - 603 : For loss or theft of your card, questions about your cash back rewards, invoice details, additional or replacement cards, Gasoil orders, Lube Oils , Carwash coupons and top notch managerial reports.
If no objections to entries are received at MEDCO S.A.L. 30 days after this statement's date, the present account will be considered approved.

I02



MEDCO S.A.L. · Liters Plus Card Center · Tabaris Square, Chammas Bldg.
**Customer Service Hotline 24/7 : 03 784125 - website : www.medco.com.lb**
E-mail: medcolp@medco.com.lb · Online Fueling: www.medco.com.lb/onlinefueling

*Page 56*

Date: 31/03/2006

Invoice #         :   t0603613

Account No       :   11469
Group            :   1
Customer Since   :   05/10/1999
Currency         :   US. Dollars
VAT Reg #        :   4018-601
TTC              :   Toutes Taxes Comprises

RADIAN INTERNATIONAL
NORMANDIE, BIEL ROAD, BEIRUT
01-983575 01-983578

| Date | Time | Station | Coupon | Km | Product | Qty | Price TTC | L.O/ Qty | Price TTC | C.W/ Qty | Price TTC | Oth/ TTC | VAT L.L Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Card No: 001** | | **RADIAN FORD EXPLOR** | | | | **Business F - 20** | | | *Shidera* | | **Car # : 120388** | | |
| 6/03/2006 08:51 | | Mob Sanaye | 20608584003 | 0 | Unl 98 | 63 | 47.14 | | | | | | 6385.1 |
| 1/03/2006 15:50 | | MED.KARANT | 20607046026 | 0 | Unl 98 | 56 | 41.91 | | | | | | 5675.6 |
| 3/03/2006 12:29 | | MED-BCD 2 | 20607214042 | 0 | Unl 98 | 52 | 38.91 | | | | | | 5270.2 |
| 7/03/2006 14:31 | | Mob Sanaye | 20607586004 | 0 | Unl 98 | 44 | 32.93 | | | | | | 5574.3 |
| 2/03/2006 13:11 | | Mob Sanaye | 20608184013 | 0 | Unl 98 | 55 | 41.16 | | | | | | 8006.7 |
| 4/03/2006 13:06 | | Mob Sanaye | 20608398014 | 0 | Unl 98 | 79 | 59.12 | | | | | | 7780.0 |
| 9/03/2006 14:52 | | Mob Sanaye | 20608810004 | 0 | Unl 95 | 80 | 57.45 | | | | | | 7780.0 |
| | | | | | | Total: | 429.00 | 318.62 | .00 | .00 | 0 | .00 | .00 | 43151.3 |
| **Card No. 001** | | **Net Total Due TTC (All Products)** | | | | | | | | | **US. Dollars** | | **318.62** |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Card No: 002** | | **RADIAN FORD TAURUS** | | | | **Business F - 20** | | | *Radian* | | **Car # : 125281** | | |
| 5/03/2006 13:42 | | ANTE HWY | 20606411017 | 0 | Unl 98 | 62 | 46.09 | | | | | | 6283.7 |
| 2/03/2006 11:16 | | ANTE HWY | 20607118007 | 0 | Unl 98 | 35 | 26.19 | | | | | | 3547.3 |
| 8/03/2006 20:44 | | CTX ZK | 20607770064 | 0 | Unl 95 | 52.4 | 37.63 | | | | | | 5095.9 |
| 5/03/2006 21:23 | | Jiro Jbeil | 20608437007 | 0 | Unl 98 | 50 | 37.42 | | | | | | 5067.5 |
| | | | | | | Total: | 199.40 | 147.33 | .00 | .00 | 0 | .00 | .00 | 19994.4 |
| **Card No. 002** | | **Net Total Due TTC (All Products)** | | | | | | | | | **US. Dollars** | | **147.33** |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Card No: 003** | | **RADIAN FORD TAURUS** | | | | **Business F - 20** | | | *Radian* | | **Car # : 126798** | | |
| 0/03/2006 23:53 | | Hac Chiyah | 20608183005 | 0 | Unl 98 | 50 | 37.17 | | | | | | 5067.5 |
| 1/03/2006 12:07 | | PC ST RITA | 20608381031 | 0 | Unl 98 | 26 | 19.33 | | | | | | 2635.1 |
| 3/03/2006 16:30 | | PC ST RITA | 20607197007 | 0 | Car Wash | | | | | | 4.7 | | 638.4 |
| 3/03/2006 16:32 | | PC ST RITA | 20607197009 | 0 | Unl 98 | 50 | 37.42 | | | | | | 5067.5 |
| 3/03/2006 08:14 | | MED.KARANT | 20608157005 | 0 | Unl 98 | 60 | 44.9 | | | | | | 6081.0 |
| 3/03/2006 16:28 | | PC ST RITA | 20608525004 | 0 | Unl 98 | 65 | 48.64 | | | | | | 6587.8 |
| 3/03/2006 19:02 | | MED.KARANT | 20609066047 | 0 | Lube | | | 3 | 10 | | | | 1363.6 |
| 3/03/2006 19:03 | | MED.KARANT | 20609066048 | 0 | Unl 98 | 58 | 43.11 | | | | | | 5876.3 |
| | | | | | | Total: | 309.00 | 230.57 | 3.00 | 10.00 | 0 | 4.70 | .00 | 33317.2 |
| **Card No. 003** | | **Net Total Due TTC (All Products)** | | | | | | | | | **US. Dollars** | | **245.27** |

Thank you for using LITERS PLUS

☎ 03 784125 - 01 591836 Ext. 002 - 603, for loss or theft of your card, questions about your cash back rewards, invoice details, additional or replacement cards, Cashoil orders, Lube Oils or Carwash coupons.
If no objections to entries are received at MEDCO S.A.L. 30 days after this statement's date, the present account will be considered approved.

103



MEDCO S.A.L. · Liters Plus Card Center - Tabaris Square, Chammas Bldg.
**Customer Service Hotline 24/7 : 03 784125 · website : www.medco.com.lb**
E-mail: medcolp@medco.com.lb · Online Fueling: www.medco.com.lb/onlinefueling

Page 57

Date: 31/03/2006

Invoice #     :    I0603613

| Date | Time | Station | Coupon | Km | Product | Qty | Price TTC | L.O/ Qty | Price TTC | C.W/ Qty | Price TTC | Oth/ TTC | VAT L.L Amount |
|------|------|---------|--------|----|---------|----|-----------|----------|-----------|----------|-----------|----------|----------------|
| | | **Card No: 004  RADIAN-FORD.EXPLOR** | | | | **Business F - 20** | | | | | **Car # : 122849** | | |
| | | | | | | | | | | | | | 5371.6 |
| 01/03/2006 10:31 | | MED.KARANT | 20606036024 | 0 | Uni 98 | 53 | 39.4 | | | | | | 5543.3 |
| 01/03/2006 11:52 | | MED.KARANT | 20606036033 | 0 | Uni 95 | 57 | 40.66 | | | 6 | | | 818.2 |
| 01/03/2006 10:32 | | MED.KARANT | 20606036026 | 0 | Car Wash | | | | | | | | 3403.8 |
| 04/03/2006 12:05 | | MED.KARANT | 20606339015 | 0 | Uni 95 | 35 | 24.97 | | | | | | 6710.3 |
| 07/03/2006 18:55 | | Med Farah | 20606628010 | 0 | Uni 95 | 69 | 49.55 | | | | | | 3890.0 |
| 10/03/2006 20:31 | | MED.KARANT | 20606045055 | 0 | Uni 95 | 40 | 28.72 | | | 5.37 | | | 727.3 |
| 11/03/2006 13:27 | | Med HHrelk | 20607085003 | 0 | Car Wash | | | | | | | | 5675.8 |
| 15/03/2006 18:40 | | Med Farah | 20607436008 | 0 | Uni 98 | 56 | 41.91 | | | | | | 6081.0 |
| 15/03/2006 09:10 | | Mob Sarieye | 20607481009 | 0 | Uni 98 | 60 | 44.9 | | | | | | 2027.0 |
| 20/03/2006 14:03 | | Ras Nabeh | 20607915010 | 0 | Uni 98 | 20 | 14.97 | | | | | | 4862.5 |
| 21/03/2006 19:55 | | MANAR/DORA | 20608038009 | 0 | Uni 95 | 50 | 35.91 | | | | | | 6904.8 |
| 28/03/2006 11:58 | | Bachoure | 20608714018 | 0 | Uni 95 | 71 | 50.99 | | | | | | 8363.5 |
| 28/03/2006 20:01 | | Med Farah | 20608749009 | 0 | Uni 95 | 86 | 61.76 | | | | | | |
| | | | | | | **Total:** | 597.00 | 433.74 | .00 | .00 | 0 | 11.37 | .00 | 60378.9 |
| 11/03/2006 | | | C06031794 | | FREE GASOLINE TANK20 | | CONGRATULATIONS YOU WON A BONUS OF | | | | | -10 | .0 |
| | | **Card No.   004     Net Total Due TTC (All Products)** | | | | | | | US. Dollars | | | | **435.11** |
| | | **Card No:  005   RADIAN-FORD.EXPLOR** | | | | **Business F - 20** | | | | | **Car # : 126801** | | |
| | | | | | | | | | | | | | 6515.8 |
| 1/03/2006 13:09 | | MED-BCO 2 | 20608030035 | 0 | Uni 95 | 67 | 48.11 | | | | | | |
| | | | | | | **Total:** | 67.00 | 48.11 | .00 | .00 | 0 | .00 | .00 | 6515.8 |
| 1/03/2006 | | | C06031795 | | FREE GASOLINE TANK20 | | CONGRATULATIONS YOU WON A BONUS OF | | | | | -10 | .0 |
| | | **Card No.   005     Net Total Due TTC (All Products)** | | | | | | | US. Dollars | | | | **38.11** |
| | | **Card No:  006   RADIAN-FORD.EXPLOR** | | | | **Business F - 20** | | | | | **Car # : 122813** | | |
| | | | | | | | | | | | | | 6689.1 |
| 1/03/2006 13:10 | | PC ST RITA | 20606993039 | 0 | Uni 98 | 66 | 49.39 | | | 6.04 | | | 818.2 |
| 1/03/2006 13:11 | | PC ST RITA | 20606993040 | 0 | Car Wash | | | | | | | | 5067.5 |
| 1/03/2006 16:44 | | MED.KARANT | 20609066040 | 0 | Uni 98 | 50 | 37.17 | | | 6 | | | 818.2 |
| 1/03/2006 16:45 | | MED.KARANT | 20609066041 | 0 | Car Wash | | | | | | | | |
| | | | | | | **Total:** | 116.00 | 86.56 | .00 | .00 | 0 | 12.04 | .00 | 13393 |
| | | **Card No.   006     Net Total Due TTC (All Products)** | | | | | | | US. Dollars | | | | **98.60** |
| | | **Card No:  007   RADIAN-TOYOTA** | | | | **Business F - 20** | | | | | **Car # : 180449** | | |
| | | | | | | | | | | | | | 4864.8 |
| 1/03/2006 16:23 | | MED.KARANT | 20606541046 | 0 | Uni 98 | 48 | 35.92 | | | | | | |

Thank you for using LITERS PLUS

☎ 03 784125 .01 581836 Ext. 602 - 603, for loss or theft of your card, questions about your cash back rewards, invoice details,
additional or replacement cards, Gasoil orders, Lube Oils or Carwash coupons.
If no objections to entries are received at MEDCO S.A.L 30 days after this statement's date, the present account will be considered approved.

104



MEDCO S.A.L. · Liters Plus Card Center · Tabaris Square, Chammas Bldg.
**Customer Service Hotline 24/7 : 03 784125 · website : www.medco.com.lb**
E-mail: medcolp@medco.com.lb · Online Fueling: www.medco.com.lb/onlinefueling

Page 58

Date: 31/03/2006

Invoice #    :    I0603613

| Date | Time | Station | Coupon | Km | Product | Qty | Price TTC | L.Oi Qty | Price TTC | C.Wi Qty | Price TTC | Othi TTC | VAT L.L Amount |
|------|------|---------|--------|-----|---------|-----|-----------|----------|-----------|----------|-----------|----------|----------------|
| **Card No: 007  RADIAN-TOYOTA** | | | | | | | **Business F - 20** | | | *Radian* | | **Car # : 180449** | 6486 |
| 16/03/2006 13:52 | MED.KARANT | 20607551031 | 0 | | Uni 98 | 64 | 47.89 | | | | | | 2181 |
| 18/03/2006 12:54 | MED.KARANT | 20607753020 | 0 | | Car Wash | | | | | | 16.11 | | 1353 |
| | | | | Total: | | 112.00 | 83.81 | .00 | .00 | 0 | 16.11 | .00 | 99.9 |

| | | | | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| **Card No.  007** | | Net Total Due TTC (All Products) | | | | | US. Dollars | | | | | | 99.9 |

**Your Balance Due TTC For Group:    1      1829.40 Liters    US. Dollars      1382.9**

| | Amount | VAT |
|---|--------|-----|
| Total Amount TTC | 1,402.96 | 0.00 |
| Administrative Charge | 2.50 | 0.25 |
| Your Total Bonus / Cash Refund For This Month | 20.00 | 0.00 |
| **NET AMOUNT**        US. Dollars | **1,385.46** | 0.25 |

Your Balance due of    **1,385.71** US. Dollars   will be automatically debited from your bank account
No   1-100108-11    at the    CITIBANK.$.388
We thank you for your business and trust.

**Total VAT Amount In Lebanese Pounds      190,656.62**

 S.A.L.

☎ 03 784125 -01 581836 Ext: 602 - 603, for loss or theft of your card, questions about your cash back rewards, invoice details,
additional or replacement cards, Gasoil orders, Lube Oils or Carwash coupons.
If no objections to entries are received at MEDCO S.A.L. 30 days after this statement's date, the present account will be considered approved.

10

**Republic of Lebanon**
**Ministry of Communications**
**General Directorate of Investment and Maintenance**

**Regular Telephone Invoice**
**covering October, November and December 2005**

(Copy valid for payment)

Subscription number: 01983579
Name: Radian International
Address: Beirut, Riyad Al-Solh street, Radian International

Old number:
Establishment date: 14/9/1999
Subscription category: ordinary

| Kind of service | Explanation | Amount L.P. |
|---|---|---|
| Telephone line | Subscription for three months | 36,000 |
| Mechanical calls | Within the fixed network | 428,759 |
| Internet connecting fee | November: number of minutes 176 | 19,000 |
| Cellular calls | Number of calls: 874 | 491,515 |
| Municipal fee/ VAT | On services fees | 97,527 |
| Financial stamp | | 1,000 |
| | Total L.P. | 1,074,000 |

Seal and signature of the cashier
Citibank N.A., Head office
100108003

**Republic of Lebanon**
**Ministry of Communications**
**General Directorate of Investment and Maintenance**

1983579

Subscription receipt number 01983579
Fee: 2005/4
Amount L.P.: 1,074,000

Seal and signature of the cashier

Republic of Lebanon
Ministry of Communications
General Directorate of Investment and Maintenance

**Regular Telephone Invoice**
**covering October, November and December 2005**

(Copy valid for payment)

Subscription number: 01983580
Name: Radian International
Address: Beirut, Riyad Al-Solh street, Radian International

Old number:
Establishment date: 21/9/1999
Subscription category: ordinary

| Kind of service | Explanation | Amount L.P. |
|---|---|---|
| Telephone line | Subscription for three months | 36,000 |
| Mechanical calls | Within the fixed network | 375,845 |
| Internet connecting fee | November: number of minutes 276 | 19,000 |
| Cellular calls | Number of calls: 424 | 227,141 |
| Municipal fee/ VAT | On services fees | 65,798 |
| Financial stamp | | 1,000 |
| | Total L.P. | 725,000 |

Seal and signature of the cashier
Citibank N.A., Head office
100108003

Republic of Lebanon
Ministry of Communications
General Directorate of Investment and Maintenance

1983580

Subscription receipt number 01983580
Fee: 2005/4
Amount L.P.: 725,000

Seal and signature of the cashier

Republic of Lebanon
Ministry of Communications
General Directorate of Investment and Maintenance

**Regular Telephone Invoice**
**covering October, November and December 2005**

(Copy valid for payment)

Subscription number: 01983577
Name: Radian International
Address: Beirut, Riyad Al-Solh street, Radian International

Old number:
Establishment date: 17/9/1999
Subscription category: ordinary

| Kind of service | Explanation | Amount L.P. |
|---|---|---|
| Telephone line | Subscription for three months | 36,000 |
| BBX line | Subscription for three months | 4,500 |
| Mechanical calls | Within the fixed network | 35,819 |
| Internet connecting fee | October: number of minutes 4160 | 48,000 |
| Internet connecting fee | November: number of minutes 4125 | 48,000 |
| Internet connecting fee | December: number of minutes 1116 | 19,000 |
| Municipal fee/ VAT | On services fees | 19,131 |
| Financial stamp | | 1,000 |
| | Total L.P. | 212,000 |

Seal and signature of the cashier
Citibank N.A., Head office
100108003

Republic of Lebanon
Ministry of Communications
General Directorate of Investment and Maintenance

1983577

Subscription receipt number 01983577
Fee: 2005/4
Amount L.P.: 212,000

Seal and signature of the cashier

**Republic of Lebanon**
**Ministry of Communications**
**General Directorate of Investment and Maintenance**

**Regular Telephone Invoice**
**covering October, November and December 2005**

(Copy valid for payment)

Subscription number: 01983578
Name: Radian International
Address: Beirut, Riyad Al-Solh street, Radian International

Old number:
Establishment date: 14/9/1999
Subscription category: ordinary

| Kind of service | Explanation | Amount L.P. |
|---|---|---|
| Telephone line | Subscription for three months | 36,000 |
| Mechanical calls | Within the fixed network | 3,871 |
| Municipal fee/ VAT | On services fees | 3,987 |
| Financial stamp | | 1,000 |
| | Total L.P. | 45,000 |

Seal and signature of the cashier
Citibank N.A., Head office
100108003

**Republic of Lebanon**
**Ministry of Communications**
**General Directorate of Investment and Maintenance**

1983578

Subscription receipt number 01983578
Fee: 2005/4
Amount L.P.: 45,000

Seal and signature of the cashier
Citibank N.A.

Republic of Lebanon
Ministry of Communications
General Directorate of Investment and Maintenance

Regular Telephone Invoice
covering October, November and December 2005

(Copy valid for payment)

Subscription number: 01983576
Name: Radian International
Address: Beirut, Riyad Al-Solh street, Radian International

Old number:
Establishment date: 14/9/1999
Subscription category: ordinary

| Kind of service | Explanation | Amount L.P. |
|---|---|---|
| Telephone line | Subscription for three months | 36,000 |
| BBX line | Subscription for three months | 4,500 |
| Mechanical calls | Within the fixed network | 281,652 |
| Internet connecting fee | October: number of minutes 248 | 19,000 |
| Internet connecting fee | November: number of minutes 268 | 19,000 |
| Municipal fee/ VAT | On services fees | 36,015 |
| Financial stamp | | 1,000 |
| | Total L.P. | 398,000 |

Seal and signature of the cashier
Citibank N.A., Head office
100108003

Republic of Lebanon
Ministry of Communications
General Directorate of Investment and Maintenance

1983576

Subscription receipt number 01983576
Fee: 2005/4
Amount L.P.: 398,000

Seal and signature of the cashier
Citibank N.A.

**Republic of Lebanon**
**Ministry of Communications**
**General Directorate of Investment and Maintenance**

**Regular Telephone Invoice**
**covering October, November and December 2005**

(Copy valid for payment)

Subscription number: 01983575
Name: Radian International
Address: Beirut, Riyad Al-Solh street, Radian International

Old number:
Establishment date: 14/9/1999
Subscription category: ordinary

| Kind of service | Explanation | Amount L.P. |
|---|---|---|
| Telephone line | Subscription for three months | 36,000 |
| BBX line | Subscription for three months | 4,500 |
| Mechanical calls | Within the fixed network | 944,524 |
| Internet connecting fee | October: number of minutes 157 | 19,000 |
| Internet connecting fee | November: number of minutes 4395 | 48,000 |
| Municipal fee/ VAT | On services fees | 105,202 |
| Financial stamp | | 1,000 |
| | Total L.P. | 1,159,000 |

Seal and signature of the cashier
Citibank N.A., Head office
100108003

**Republic of Lebanon**
**Ministry of Communications**
**General Directorate of Investment and Maintenance**

1983575

Subscription receipt number 01983575
Fee: 2005/4
Amount L.P.: 1,159,000

Seal and signature of the cashier

**Republic of Lebanon**
**Ministry of Communications**
**General Directorate of Investment and Maintenance**

**International calls invoices statement**
August 2005 issue
First copy for the subscriber

Telephone number: 01983575
Establishment date: 14/9/1999

Name: Radian International
Address: Beirut, Riyad Al-Solh street, Radian International

| Explanation | Number of calls | Amount L.P. |
|---|---|---|
| International calls | 1 | 5,000 |
| Municipal fee/ VAT | | 500 |
| Financial stamp | | 1,000 |
| | Total | 7,000 |

Seal and signature of the cashier
Citibank N.A.

| Notice of account debit according to your instructions |
|---|
| Issued by Citibank                            115 |
| Head office |
| 100108003 |
| |
| Amount paid for you: 7,000 |

الجمهورية اللبنانية

وزارة الاتصالات

المديرية العامة للاستثمار والصيانة

الهاتف العادية عن اشهر

تشرين فواتـــورق ثاني – كانون اول 2005

( نسخة صالحة للدفع )

اشتراك رقم : 01983579
الاسم : شركه راديان انترناشونال
العنوان : ببروت رياض الصلح ب. راديان انترناشونال

الرقم القديم :
تاريخ التأسيس : 14/09/1999
فئة الاشتراك : عادي

| القيمة ل.ل. | الشــرح | نـوع الخـدمـة |
|---|---|---|
| 24.000 | | |
| 428.769 | | |
| 125.000 | | |
| 491.515 | 874 | |
| 73.527 | | |
| 1.000 | | |

| القيمة ل.ل. | 1.074.000 |
|---|---|
| غـرامـة ل.ل. | |
| المجـمـوع ل.ل. | |

ختم وتوقيع امين الصندوق

CITIBANK N.A.

115  سيتي بنك
الشريك الرئيسي
100108003

---

الجمهورية اللبنانية

وزارة الاتصالات

المديرية العامة للاستثمار والصيانة

1983579

| متسلسل | تاريخ القبض | آخر مهلة للدفع | | ايصال قبض اشتراك رقم |
|---|---|---|---|---|
| | | القسط | 2005/4 | 01983579 |
| 1.074.000 | القيـمـة ل.ل. | | | |
| | غـرامـة ل.ل. | ختم وتوقيع امين الصندوق | | |
| | المجـمـوع ل.ل. | | | |

الجمهورية اللبنانية
وزارة الاتصالات
المديرية العامة للاستثمار والصيانة

الهاتف العادية عن اشهر
تشرين فيوات تشرين ثاني – كانون اول ٢٠٠٥

( نسخة صالحة للدفع )

الرقم القديم :
تاريخ التأسيس : 21/09/1999
فئة الاشتراك : عادي

اشتراك رقم : 01983580
الاسم : شركة راديان انترناشونال
العنوان : بيروت رياض الصلح ب، راديان انترناشونال

| القيمة ل.ل. | الشرح | نوع الخدمة |
|---|---|---|
| 36.000 | | |
| 375.945 | | |
| 121.000 | | |
| 227.142 | | |
| 40.793 | | |
| 1.000 | | |

| 225.000 | القيمة ل.ل. |
| | غرامة ل.ل. |
| | المجموع ل.ل. |

ختم وتوقيع امين الصندوق

115 سيتي بنك
الفرع الرئيسي
100108003

الجمهورية اللبنانية
وزارة الاتصالات
المديرية العامة للاستثمار والصيانة    1983580

| متسلسل | تاريخ القبض | آخر مهلة للدفع | | |
|---|---|---|---|---|
| 225.000 | القيمة ل.ل. | 2005/4 | القسط | 01983580 |
| | غرامة ل.ل. | | | |
| | المجموع ل.ل. | | | |

ايصال قبض اشتراك رقم

ختم وتوقيع امين الصندوق

الجمهورية اللبنانية
وزارة الاتصالات
المديرية العامة للاستثمار والصيانة

الهاتف العادية عن شهر
تشرين فواتيـــورية ثاني - كانون اول 2005

( نسخة صالحة للدفع )

اشتراك رقم : 01983577
الاسم : شركة راديان انترناشونال
العنوان : بيروت رياض الصلح ب. راديان انترناشونال

الرقم القديم :
تاريخ التأسيس : 17/09/1999
فئة الاشتراك : عادي

| القيمة ل.ل. | الشرح | نوع الخدمة |
|---|---|---|
| 55.000 | | خط هاتفي |
| 4.500 | | غير نفدي : أجر |
| 35.619 | | مخابرات الشبكة |
| 48.000 | | رسم اتصال شهر |
| 48.000 | | رسم اتصال شهر |
| 17.000 | | رسم اتصال شهر |
| 15.131 | | رسم اتصال / |
| 1.000 | | طابع مالي |

| | | |
|---|---|---|
| 212.000 | القيمة ل.ل. | |
| | غرامة ل.ل. | |
| | المجموع ل.ل. | |

خاتم وتوقيع أمين الصندوق

CITIBANK N.A.

115    سيتي بنك
الفرع الرئيسي
100108003

---

الجمهورية اللبنانية
وزارة الاتصالات
المديرية العامة للاستثمار والصيانة

| متسلسل | تاريخ القبض | آخر مهلة للدفع | | 1983577 |
|---|---|---|---|---|
| | | | | |
| 212.000 | القيمة ل.ل. | 2005/4 | القسط | ايصال قبض اشتراك رقم 01983577 |
| | غرامة ل.ل. | | | |
| | المجموع ل.ل. | خاتم وتوقيع أمين الصندوق | | |

الجمهوريّة اللبنانيّة
وزارة الاتصالات
المديرية العامة للإستثمار والصيانة

الهاتف المؤدية عن اشتر
تشرين ثاني - كانون اول 2005%

( نسخة صالحة للدفع )

الرقم القديم :
تاريخ التأسيس : 14/09/1999
فئة الاشتراك : عادي

اشتراك رقم : 01983578
الاسم : شركه راديان انترناشونال
العنوان : بيروت رياض الصلح ب. راديان انترناشونال

| القيمة ل.ل. | الشرح | نوع الخدمة |
|---|---|---|
| 36.000 | | |
| 3.871 | | |
| 3.987 | | |
| 1.000 | | |

| | | |
|---|---|---|
| 45.000 | القيمة ل.ل. | |
| | غرامة ل.ل. | |
| | المجموع ل.ل. | |

خاتم وتوقيع امين الصندوق

115 سيتي بنك
الفرع الرئيسي
100108003

الجمهوريّة اللبنانيّة
وزارة الاتصالات
المديرية العامة للإستثمار والصيانة          1983578

| متسلسل | تاريخ القبض | آخر مهلة للدفع | | ايصال قبض اشتراك رقم |
|---|---|---|---|---|
| | | | | 01983578 |
| 45.000 | | 2005/4 | القسط | القيمة ل.ل. |
| | | | | غرامة ل.ل. |
| | | | | المجموع ل.ل. |

خاتم وتوقيع امين الصندوق

CITIBANK N.A.

الجمهورية اللبنانية
وزارة الاتصالات
المديرية العامة للاستثمار والصيانة

الهاتف العادي عن اشهر
تشرين فياتستورق ثاني - كانون أول 2005

( نسخة صالحة للدفع )

اشتراك رقم : 01983576
الاسم : شركة راديان انترناشونال
العنوان : بيروت رياض الصلح ب. راديان انترناشونال

الرقم القديم :
تاريخ التأسيس : 14/09/1999
فئة الاشتراك : عادي

| القيمة ل.ل. | الشرح | نوع الخدمة |
|---|---|---|
| 36،000 | اشتراك عن ثلاثة اشهر | |
| 4،500 | اشتراك عن ملحق الرقم | خط عريض الرقم |
| 281،652 | مقابل المكالمة الهاتفية | مقابلات المكالمة |
| 10،000 | رسم انتقال فعلية بنتيجة 2/1 | رسم انتقال فعلية انترنت |
| 191،000 | عن تشرين ثاني وفق الإضافة 266 | رسم انتقال فعلية انترنت |
| 36،015 | على رقم الاشتراك | رسم مبلغ/ ضريبة القيمة المضافة |
| 1،000 | | طابع مالي |

| 399،000 | القيمة ل.ل. |
|---|---|
| | غرامة ل.ل. |
| | المجموع ل.ل. |

خاتم وتوقيع امين الصندوق

115   سبتمبر بنك
الفرع الرئيسي
100108003

الجمهورية اللبنانية
وزارة الاتصالات
المديرية العامة للاستثمار والصيانة

1983576

| متسلسل | تاريخ القبض | آخر مهلة للدفع | | |
|---|---|---|---|---|
| | | | 01983576 | ايصال قبض اشتراك رقم |
| 399،000 | القيمة ل.ل. | 2005/4 | القسط | |
| | غرامة ل.ل. | | | |
| | المجموع ل.ل. | | | |

خاتم وتوقيع امين الصندوق

CITIBANK N.A.

الجمهورية اللبنانية
وزارة الاتصالات
المديرية العامة للاستثمار والصيانة

تشرين ثاني - كانون اول 2005

فاتورة الهاتف العادية عن اشهر

( نسخة صالحة للدفع )

| اشتراك رقم : | 01983575 |
| الاسم : | شركة راديان انترناشونال |
| العنوان : | بيروت رياض الصلح ب. راديان انترناشونال |

| الرقم القديم : | |
| تاريخ التأسيس : | 14/09/1999 |
| نئة الاشتراك : | عادي |

| القيمة ل.ل. | الشـرح | نـوع الخـدمة |
|---|---|---|
| 36,000 | اشتراك عن شهر/اشهر | خط هاتفي |
| 4,500 | اشتراك عن خدمة اخرى | رقم خط جوال اخر |
| 944,528 | ثمن الخطط العادية | مخابرات ثمن |
| 19,000 | ثمن اتصال بشبكة انترنيت | رقم اتصال بشبكة انترنيت |
| 48,000 | ثمن تشرين ثاني عن الفائق 375 | رقم جوال مختلفة الانترنيت |
| 105,202 | علما بموعد السداد | رقم خاص / مزيج الخدمة للجميع |
| 1,000 | | نتيجة دفع |

| القيمة ل.ل. | 1,159,000 |
| غرامة ل.ل. | |
| المجموع ل.ل. | |

خاتم وتوقيع امين الصندوق

CITIBANK N.A.

115  سيتي بنك
الفرع الرئيسي
100108003

---

الجمهورية اللبنانية
وزارة الاتصالات
المديرية العامة للاستثمار والصيانة

1983575

| متسلسل | تاريخ القبض | آخر مهلة للدفع | | ايصال قبض اشتراك رقم | 01983575 |
|---|---|---|---|---|---|
| 1,159,000 | القيمة ل.ل. | 2005/4 | القسط | | |
| | غرامة ل.ل. | | خاتم وتوقيع امين الصندوق | | |
| | المجموع ل.ل. | | | | |

الجمهورية اللبنانية
وزارة الاتصالات
المديرية العامة للاستثمار والصيانة

رقم الهاتف: 019835575

كشف بفواتير المخابرات الدولية
إصدار شهر
نسخة أولى للمشترك
2005

الرقم القديم

تاريخ التأسيس: 14/09/1999

الاسم: شركة ...

العنوان: بيروت ...

| الشرح | عدد المخابرات | القيمة بـ ل.ل. |
|---|---|---|
| مخابرات دولية | 1 | 5,000 |
| رسم بلدي/ضريبة القيمة المضافة | | 500 |
| | | 1,000 |
| المجموع العام | | 7,000 |

القيمة غير الخاضعة
مبلغ التقسيط

ختم وتوقيع أمين الصندوق

---

علماً قيد على الحساب بدل تعليماتكم      صادر كمبيوتر بنك
بدون مصاريف

فرع      المبلغ      الرقم التالي

اسم المراسل/البنك      مدون بيانات
عنوان المراسل/البنك      مدون بيانات

التالي

COMPTE      COURANT      DÉPOT

القيمة المسددة نقداً
مصاريف
مجموع

1001080003      7,000

ختم المصرف
توقيع المسؤول

التاريخ
توقيع
التالي

115

## CERTIFICATE OF SERVICE

I, Edward B. Micheletti, hereby certify that on October 23, 2006, the Motion for a

Preliminary Injunction Enjoining Arbitration, Statement Pursuant to Local Rule 7.1.1, proposed

Order for Preliminary Injunction, Opening Brief in Support thereof, and the Affidavit of David

Balfour, Affidavit of Thomas W. Bishop, Affidavit of Amine Bou Onk, Affidavit of Alberto

Cuenca and Affidavit of Kristin L. Jones were served electronically on the following counsel of

record:

<u>VIA CM/ECF</u>

Samuel A. Nolen, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

/s/ Edward B. Micheletti
Edward B. Micheletti (I.D. No. 3794)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000

474145-Wilmington Server 1A - MSW