IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| URS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE LEBANESE COMPANY FOR THE )<br>DEVELOPMENT AND RECONSTRUCTION )<br>OF BEIRUT CENTRAL DISTRICT SAL, )<br>a/k/a SOLIDERE, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-415 (SLR) |

### AFFIDAVIT OF KRISTIN L. JONES

STATE OF CALIFORNIA    )
                       ) SS.:
COUNTY OF SAN FRANCISCO )

KRISTIN L. JONES, being duly sworn, deposes and says as follows:

1. I am the Assistant to the Corporate Secretary of Plaintiff URS Corporation ("URS"). I submit this affidavit in support of URS's application for injunctive relief in the above-captioned litigation (the "Application"), in which URS seeks a preliminary injunction enjoining defendant the Lebanese Company for the Development and Reconstruction of Beirut Central District S.A.L. a/k/a Solidere ("Solidere") from proceeding against URS in an International Chamber of Commerce arbitration filed in Paris, France (the "ICC Arbitration"). This affidavit is based upon personal knowledge and my investigation and my review of URS's business records.

2. URS is an engineering design firm providing a comprehensive range of professional planning, design, systems engineering and technical assistance, program and construction management, and operations and maintenance services. It is incorporated under the laws of the State of Delaware. Its principal place of business is in San Francisco, California.

3. URS is an indirect corporate parent of Radian International LLC ("Radian"). On June 23, 1999, URS acquired Dames & Moore Group and all of the subsidiaries owned by Dames & Moore Group. One of the Dames & Moore Group subsidiaries was Radian Acquisition Corporation, which was the sole member of Radian. Thus, URS became an indirect corporate parent of Radian.

4. Through a series of mergers and transfers, the interests held by Radian Acquisition Corporation ultimately became vested in URS Resources, LLC. URS Resources LLC is currently the sole member of Radian International LLC. The sole member of URS Resources LLC is URS Holdings, Inc. URS Holdings, Inc., in turn, is owned by URS Corporation, the plaintiff in this action.

5. While URS and Radian have an indirect parent-subsidiary relationship, they are separate legal entities with separate operations and separate corporate identities. Radian is a Delaware limited liability company with its primary offices in the United States in San Francisco, California.

6. At all times relevant to the events alleged in the Complaint, URS and Radian adhered to corporate formalities, and Radian was adequately capitalized for purposes of its performance under the Contract.

FURTHER AFFIANT SAYETH NOT:

_____
KRISTIN L. JONES

Sworn to me before this
___ day of October 2006

_____
Notary Public
Dated: _____

*See attached certificate*

- 2 -

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**

State of California
City/County of San Francisco } ss.

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____
_____          _____
Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this
18th day of October, 2006, by
   Date            Month            Year
(1) Kristin L. Jones
        Name of Signer

☒ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
   to be the person who appeared before me (.) (,)
                          (and
(2) _____
        Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
   to be the person who appeared before me.)

_____
         Signature of Notary Public

[Notary Seal: CAROL J. BRUMMERSTEDT, Commission # 1635845, Notary Public - California, San Francisco County, My Comm. Expires Jan 10, 2010]

Place Notary Seal Above

—————————— **OPTIONAL** ——————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

**CERTIFICATE OF SERVICE**

I, Edward B. Micheletti, hereby certify that on October 23, 2006, the Motion for a Preliminary Injunction Enjoining Arbitration, Statement Pursuant to Local Rule 7.1.1, proposed Order for Preliminary Injunction, Opening Brief in Support thereof, and the Affidavit of David Balfour, Affidavit of Thomas W. Bishop, Affidavit of Amine Bou Onk, Affidavit of Alberto Cuenca and Affidavit of Kristin L. Jones were served electronically on the following counsel of record:

VIA CM/ECF

Samuel A. Nolen, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

/s/ Edward B. Micheletti
Edward B. Micheletti (I.D. No. 3794)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000