IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>THE LEBANESE COMPANY FOR THE DEVELOPMENT AND RECONSTRUCTION OF BEIRUT CENTRAL DISTRICT SAL, a/k/a SOLIDERE,<br><br>       Defendant. | Civil Action No. 06-415 (SLR) |

**NOTICE OF PAPER FILING WITH CLERK'S OFFICE**

Notice is hereby given that the following Declaration and Exhibits have been manually filed with the Court and are available in paper form only:

1. Declaration of Jason D. Russell, dated October 20, 2006

2. Exhibits 1 through 32 to the Declaration of Jason D. Russell.

                /s/ Edward B. Micheletti
             Edward P. Welch (I.D. No. 0671)
             Edward B. Micheletti (I.D. No. 3794)
             SKADDEN, ARPS, SLATE,
               MEAGHER & FLOM LLP
             One Rodney Square
             P.O. Box 636
             Wilmington, Delaware 19899
             (302) 651-3000
             emich@skadden.com
Of Counsel:          Attorneys for Plaintiff URS Corporation

Jeffrey H. Dasteel
Jason D. Russell
Marina V. Bogorad
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
300 S. Grand Avenue, 34th Floor
Los Angeles, CA 90071

DATED: October 23, 2006

## CERTIFICATE OF SERVICE

I, Edward B. Micheletti, hereby certify that on October 23, 2006, I caused to be filed electronically with the Clerk of Court the attached Notice of Paper Filing with Clerk's Office using CM/ECF which will send electronic notification of such filing to the following counsel of record listed below. In addition, two copies of the Declaration of Jason D. Russell with Exhibits will be served on the following counsel of record by hand delivery:

> Samuel A. Nolen, Esquire
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899

> /s/ Edward B. Micheletti
> Edward B. Micheletti (I.D. No. 3794)
> SKADDEN, ARPS, SLATE, MEAGHER
>   & FLOM LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, Delaware  19899-0636
> (302) 651-3000