IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-415-SLR |
| v. ) | |
| ) | |
| THE LEBANESE COMPANY FOR THE ) | |
| DEVELOPMENT AND RECONSTRUCTION ) | |
| OF BEIRUT CENTRAL DISTRICT, S.A.L., ) | |
| a/k/a SOLIDERE, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND ORDER SETTING DISCOVERY AND BRIEFING SCHEDULE**

**WHEREAS**, the Parties to the above-titled matter have previously fully briefed and submitted to the Court a motion seeking a scheduling conference (D.I. 19);

**WHEREAS**, subsequent events, as described below, have superseded the issues raised on that motion, necessitating the withdrawal of said motion (D.I. 19);

**WHEREAS**, Defendant filed a motion to dismiss the Complaint on October 16, 2006, claiming, *inter alia*, under Rule 12(b)(2) of the Federal Rules of Civil Procedure that this Court cannot exercise personal jurisdiction over Defendant (D.I. 32);

**WHEREAS**, Plaintiff filed a motion for preliminary injunction on October 23, 2006 (D.I. 36);

**WHEREAS**, Plaintiff is required, under Local District Court Rule 7.1.2, to respond to Defendant's motion to dismiss by October 30, 2006;

**WHEREAS**, Defendant is required, under Local District Court Rule 7.1.2, to respond to Plaintiff's motion for preliminary injunction on November 6, 2006;

**WHEREAS**, the issues raised in Defendant's motion to dismiss substantially overlap with the issues raised in Plaintiff's motion for preliminary injunction;

**WHEREAS**, it will promote judicial economy and preserve the resources of the Parties and the Court if the motion to dismiss and motion for preliminary injunction are heard and resolved simultaneously;

**WHEREAS**, the Parties agree that they need sufficient time to conduct discovery into the issues raised by their respective opponent's motions;

**WHEREAS**, the Parties have agreed that no hearing(s) shall take place in the arbitration proceedings pending before the International Chamber of Commerce in Paris, France (the "ICC Arbitrations"), other than the organizational hearing tentatively scheduled for December 2006, prior to April 15, 2007; and

**WHEREAS**, the Parties agree that the foregoing discovery and briefing schedule will protect the Parties' respective interests, promote judicial efficiency, and reduce conflicts that would otherwise require court intervention;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court, that

1. Docket Item 19 is hereby withdrawn without prejudice.
2. The Parties will not proceed with any hearings in the ICC Arbitrations before April 15, 2007, except that the Parties may hold an organization hearing, tentatively scheduled for December 2006;
3. By January 15, 2007, the Parties will complete discovery related to Defendant's motion to dismiss and Plaintiff's motion for preliminary injunction;
4. By January 22, 2007, Plaintiff will file and serve its opposition to Defendant's motion to dismiss, and Defendant will file and serve its opposition to Plaintiff's motion for preliminary injunction;

5. By February 9, 2007, Defendant will file and serve its reply in support of its motion to dismiss, and Plaintiff will file and serve its reply in support of its motion for preliminary injunction;

6. The Parties' respective motions will be heard at the earliest available date thereafter set by the Court; and

7. The Parties reserve their rights to seek leave of court or to jointly modify this schedule for good cause, provided, however, that in no event shall the Parties proceed with any hearings in the ICC Arbitrations prior to April 15, 2007 (except as provided in provision 2. above)

| | |
|---|---|
| _____/s/ Edward P. Welch_____ | _____/s/ Samuel A. Nolen_____ |
| Edward P. Welch (I.D. No. 671) | Samuel A. Nolen (I.D. No. 971) |
| Edward B. Micheletti (I.D. No. 3794) | Richards, Layton & Finger |
| Skadden, Arps, Slate, Meagher & Flom LLP | One Rodney Square |
| One Rodney Square | P.O. Box 551 |
| P.O. Box 636 | Wilmington, DE 19899-0551 |
| Wilmington, DE 19899 | 302-651-7700 |
| 302-651-3000 | *Attorney for Defendant The Lebanese* |
| *Attorneys for Plaintiff URS Corporation* | *Company for the Development and* |
| | *Reconstruction of Beirut Central District,* |
| | *S.A.L.* |

Of Counsel:

Jeffrey H. Dasteel
Jason D. Russell
Marina V. Bogorad
Skadden, Arps, Slate, Meagher & Flom LLP
300 S. Grand Avenue, 34th Floor
Los Angeles, CA 90071
(213) 687-5000

Of Counsel:

Paul Carberry
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8507

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

3