# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
———
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
(302) 651-3220
DIRECT FAX
(888) 329-2294
EMAIL ADDRESS
EMICH@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

October 27, 2006

BY HAND DELIVERY AND CM/ECF

The Honorable Sue L. Robinson
Chief Judge
United States District Court
for the District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

RE: *URS Corporation v. The Lebanese Company For The Development and Reconstruction of Beirut Central District, S.A.L., a/k/a Solidere*, C.A. No. 06-415-SLR

Dear Chief Judge Robinson:

We write on behalf of Plaintiff URS Corporation in the above-titled matter.

We are pleased to report that the parties have been able to work out a discovery and briefing schedule relating to two pending motions in this action – Defendant's Motion to Dismiss (D.I. 32) and Plaintiff's Motion for Preliminary Injunction (D.I. 36). A courtesy copy of the Stipulation and Proposed Order setting forth the parties' agreed-upon schedule, which was filed yesterday, is enclosed with this letter. (D.I. 47).

Accordingly, Defendant's motion seeking a scheduling conference with the Court (D.I. 19) has been mooted, and has been withdrawn by Defendant.

We are available at the convenience of the Court to answer any questions about these issues.

Respectfully,

Edward B. Micheletti
(I.D. No. 3794)

cc: Clerk of the Court (w/out enclosure)
cc: Samuel A. Nolen, Esquire (w/out enclosure)

474722.01-Wilmington Server 1A - MSW