IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> THE LEBANESE COMPANY FOR THE DEVELOPMENT AND RECONSTRUCTION OF BEIRUT CENTRAL DISTRICT, S.A.L., a/k/a SOLIDERE, <br><br> Defendant. | Civil Action No. 06-415-SLR |

## NOTICE OF DEPOSITION OF NASSER CHAMMAA

TO: Samuel A. Nolen (I.D. No. 971)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
302-651-7700

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, attorneys for Plaintiff URS Corporation ("URS") will take the deposition of Nasser Chammaa, Chairman of Defendant The Lebanese Company For The Development And Reconstruction Of Beirut Central District Sal, a/k/a Solidere, on December 19, 2006, at 9:00 a.m. at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, Wilmington, Delaware 19899, or at such other location, date and time as may be agreed to among counsel. The deposition, which will be recorded by videotape and

stenographic means, will be taken before an officer authorized to administer oaths, and will continue from day to day until completed.

/s/ Edward B. Micheletti
Edward P. Welch (I.D. No. 671)
Edward B. Micheletti (I.D. No. 3794)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
302-651-3000

*Attorneys For Plaintiff URS Corporation*

OF COUNSEL:

Jeffrey H. Dasteel
Jason D. Russell
Marina V. Bogorad
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
300 S. Grand Avenue, 34th Floor
Los Angeles, California 90071
(213) 687-5000

DATED: November 13, 2006

2