IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-415-SLR |
| ) | |
| THE LEBANESE COMPANY FOR THE ) | |
| DEVELOPMENT AND RECONSTRUCTION ) | |
| OF BEIRUT CENTRAL DISTRICT, S.A.L., ) | |
| a/k/a SOLIDERE, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that counsel for Plaintiff URS Corporation served electronically by CM/ECF Plaintiff's First Set of Interrogatories and Plaintiff's First Request for the Production of Documents as well as this Notice of Service on November 13, 2006, on the following counsel of record:

>Samuel A. Nolen, Esquire
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899

>/s/ Edward B. Micheletti
>Edward P. Welch (I.D. No. 671)
>Edward B. Micheletti (I.D. No. 3794)
>SKADDEN, ARPS, SLATE, MEAGHER
> & FLOM LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, Delaware 19899
>(302) 651-3252
>*Attorneys for Plaintiff URS Corporation*

Of Counsel:

Jeffrey H. Dasteel
Jason D. Russell
Marina V. Bogorad
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
300 S. Grand Avenue
34th Floor
Los Angeles, California 90071
(213) 687-5000
DATED: November 13 2006

2