## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| URS CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-415-SLR |
| | ) | |
| THE LEBANESE COMPANY FOR THE | ) | |
| DEVELOPMENT AND RECONSTRUCTION | ) | |
| OF BEIRUT CENTRAL DISTRICT, S.A.L., | ) | |
| a/k/a SOLIDERE, | ) | |
| | ) | |
| Defendant. | ) | |

## CORRECTED NOTICE OF SERVICE

PLEASE TAKE NOTICE that counsel for Plaintiff URS Corporation

served by hand Plaintiff's First Set of Interrogatories and Plaintiff's First Request for the

Production of Documents as well as this Notice of Service on November 13, 2006, on the

following counsel of record:

Samuel A. Nolen, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

/s/ Edward B. Micheletti
Edward P. Welch (I.D. No. 671)
Edward B. Micheletti (I.D. No. 3794)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899
(302) 651-3252
*Attorneys for Plaintiff URS Corporation*

Of Counsel:

Jeffrey H. Dasteel
Jason D. Russell
Marina V. Bogorad
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
300 S. Grand Avenue
34th Floor
Los Angeles, California 90071
(213) 687-5000
DATED:  November 13 2006

476363.01-Wilmington Server 1A - MSW