IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-415-SLR |
| THE LEBANESE COMPANY FOR THE | ) |
| DEVELOPMENT AND RECONSTRUCTION | ) |
| OF BEIRUT CENTRAL DISTRICT, S.A.L., | ) |
| a/k/a SOLIDERE, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Solidere's First Set of Requests for Production of Documents were caused to be served on November 17, 2006 on counsel of record in the manner and at the addresses indicated below:

**BY HAND DELIVERY**
Edward P. Welch, Esquire
Edward B. Micheletti, Esquire
Skadden, Arps, Slate, Meagher
 & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
Jeffrey H. Dasteel, Esquire
Jason D. Russell, Esquire
Marina V. Bogorad, Esquire
Skadden, Arps, Slate, Meagher
 & Flom LLP
300 S. Grand Avenue, 34th Floor
Los Angeles, CA 90071

|  |  |
|---|---|
| Of Counsel: | /s/ Samuel A. Nolen |
|  | Samuel A. Nolen (#971) |
| Paul Carberry | nolen@rlf.com |
| White & Case LLP | Anne Shea Gaza (#4093) |
| 1155 Avenue of the Americas | gaza@rlf.com |
| New York, NY 10036 | Richards, Layton & Finger |
| (212) 819-8507 | One Rodney Square |
|  | P.O. Box 551 |
|  | Wilmington, DE 19899-0551 |
|  | 302-651-7700 |
|  | Attorney for Defendant The Lebanese Company for the Development and Reconstruction of Beirut Central District, S.A.L. |

Dated: November 17, 2006

2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Edward P. Welch, Esquire
Edward B. Micheletti, Esquire
Skadden, Arps, Slate, Meagher
 & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

I hereby certify that on November 17, 2006, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

Jeffrey H. Dasteel, Esquire
Jason D. Russell, Esquire
Marina V. Bogorad, Esquire
Skadden, Arps, Slate, Meagher
 & Flom LLP
300 S. Grand Avenue, 34th Floor
Los Angeles, CA 90071

Samuel A. Nolen (#971)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
nolen@rlf.com

RLF1-3083740-1