IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
URS CORPORATION                              )
                                             )
           Plaintiff,                        )
                                             )
     v.                                      )
                                             ) Civil Action No. 06-415-SLR
THE LEBANESE COMPANY FOR THE                 )
DEVELOPMENT AND RECONSTRUCTION               )
OF BEIRUT CENTRAL DISTRICT, S.A.L.,          )
a/k/a SOLIDERE,                              )
                                             )
           Defendant.                        )
---------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Anne Shea Gaza of Richards, Layton & Finger is substituted for Matthew W. King, formerly of Richards, Layton & Finger, as counsel for Defendant The Lebanese Company for the Development and Reconstruction of Beirut Central District, S.A.L. a/k/a SOLIDERE.

RLF1-3088798-1

|  |  |
|---|---|
| | /s/ Anne Shea Gaza |
| | Samuel A. Nolen (#971) |
| | Anne Shea Gaza (#4093) |
| OF COUNSEL: | Richards, Layton & Finger, P.A. |
| Paul B. Carberry (admitted *pro hac vice*) | One Rodney Square |
| White & Case LLP | 920 N. King Street |
| 1155 Avenue of the Americas | Wilmington, Delaware  19801 |
| New York, NY  10036 | Telephone: (302) 651-7700 |
| Telephone: (212) 819-8507 | Facsimile: (302) 651-7701 |
| pcarberry@whitecase.com | Nolen@rlf.com |
| | Gaza@rlf.com |

*Attorneys for Defendant The Lebanese Company for the Development and Reconstruction of Beirut Central District, S.A.L. a/k/a SOLIDERE*

Dated: December 13, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Edward P. Welch, Esquire
Edward B. Micheletti, Esquire
Skadden, Arps, Slate, Meagher
 & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

I hereby certify that on December 13, 2006, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

Jeffrey H. Dasteel, Esquire
Jason D. Russell, Esquire
Marina V. Bogorad, Esquire
Skadden, Arps, Slate, Meagher
 & Flom LLP
300 S. Grand Avenue, 34th Floor
Los Angeles, CA 90071

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3089050-1