IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-415-SLR |
| ) | |
| THE LEBANESE COMPANY FOR THE DE- ) | |
| VELOPMENT AND RECONSTRUCTION OF ) | |
| BEIRUT CENTRAL DISTRICT, S.A.L., a/k/a ) | |
| SOLIDERE, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on December 18, 2006, counsel for Plaintiff URS Corporation served Plaintiff's Objections and Responses to Defendant's First Set of Requests for Production of Documents as well as this Notice of Service by hand delivery on the following counsel of record:

    Samuel A. Nolen, Esquire
    Richards, Layton & Finger
    One Rodney Square
    P.O. Box 551
    Wilmington, DE 19899

    /s/  T. Victor Clark
    Edward P. Welch (I.D. No. 671)
    Edward B. Micheletti (I.D. No. 3794)
    T. Victor Clark (I.D. No. 4233)
    SKADDEN, ARPS, SLATE, MEAGHER
     & FLOM LLP
    One Rodney Square
    P.O. Box 636
    Wilmington, Delaware  19899
    (302) 651-3252
    *Attorneys for Plaintiff URS Corporation*

2

Of Counsel:

Jeffrey H. Dasteel
Jason D. Russell
Marina V. Bogorad
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
300 S. Grand Avenue
34th Floor
Los Angeles, California 90071
(213) 687-5000

DATED:  December 18, 2006