IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-415-SLR |
| ) | |
| THE LEBANESE COMPANY FOR THE ) | |
| DEVELOPMENT AND RECONSTRUCTION ) | |
| OF BEIRUT CENTRAL DISTRICT, S.A.L., ) | |
| a/k/a SOLIDERE, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND ORDER MODIFYING STIPULATION SETTING DISCOVERY AND BRIEFING SCHEDULE**

**WHEREAS**, Defendant filed a motion to dismiss the Complaint on October 16, 2006 (D.I. 32);

**WHEREAS**, Plaintiff filed a motion for preliminary injunction on October 23, 2006 (D.I. 36);

**WHEREAS**, the Parties have previously agreed upon a stipulation and proposed order setting a discovery and briefing schedule (the "Stipulation and Order Setting Discovery and Briefing Schedule") in connection with the pending motions (D.I. 47);

**WHEREAS**, the Parties have determined that they require additional time to conduct reciprocal discovery and adequately brief the issues at hand; and

**WHEREAS**, the Parties agree that the foregoing amended discovery and briefing schedule will protect the Parties' respective interests, promote judicial efficiency, and reduce conflicts that would otherwise require court intervention;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court, that the Stipulation and Order Setting Discovery and Briefing Schedule

1

2

(D.I. 47) is to be amended in the following respects only:

1. By February 15, 2007, the Parties will complete discovery related to Defendant's motion to dismiss and Plaintiff's motion for preliminary injunction;

2. By February 23, 2007, Plaintiff will file and serve its opposition to Defendant's motion to dismiss, and Defendant will file and serve its opposition to Plaintiff's motion for preliminary injunction;

3. By March 9, 2007, Defendant will file and serve its reply in support of its motion to dismiss, and Plaintiff will file and serve its reply in support of its motion for preliminary injunction; and

4. The Parties reserve their rights to further modify this schedule subject to the Court's approval.

5. Except as specifically revised herein, the Stipulation and Order Setting Discovery and Briefing Schedule (D.I. 47) shall remain in full force and effect.

| /s/ Edward B. Micheletti | /s/ Samuel A. Nolen |
|---|---|
| Edward P. Welch (#671) | Samuel A. Nolen (#971) |
| Edward B. Micheletti (#3794) | Richards, Layton & Finger |
| Skadden, Arps, Slate, Meagher & Flom LLP | One Rodney Square |
| One Rodney Square | P.O. Box 551 |
| P.O. Box 636 | Wilmington, DE 19899-0551 |
| Wilmington, DE 19899 | 302-651-7700 |
| 302-651-3000 | nolen@rlf.com |
| emich@skadden.com | *Attorney for Defendant The Lebanese* |
| *Attorneys for Plaintiff URS Corporation* | *Company for the Development and Reconstruction of Beirut Central District, S.A.L.* |

3

| Of Counsel: | Of Counsel: |
|---|---|
| Jeffrey H. Dasteel | Paul B. Carberry |
| Jason D. Russell | White & Case LLP |
| Stacy R. Horth-Neubert | 1155 Avenue of the Americas |
| Marina V. Bogorad | New York, NY  10036 |
| Skadden, Arps, Slate, Meagher & Flom LLP | (212) 819-8507 |
| 300 S. Grand Avenue, 34th Floor | |
| Los Angeles, CA  90071 | |
| (213) 687-5000 | |

SO ORDERED this _____ day of _____, 2007.

                                                                              _____
                                                                              United States District Judge