IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION, Plaintiff, v. THE LEBANESE COMPANY FOR THE DEVELOPMENT AND RECONSTRUCTION OF BEIRUT CENTRAL DISTRICT, S.A.L., a/k/a SOLIDERE, Defendant. | Civil Action No. 06-415-SLR |

**SOLIDERE'S RULE 30 NOTICE OF DEPOSITION TO URS CORPORATION**

TO:

Edward P. Welch, Esquire
Edward B. Micheletti, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Jeffrey H. Dasteel, Esquire
Jason D. Russell, Esquire
Marina V. Bogorad, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
300 S. Grand Avenue, 34th Floor
Los Angeles, CA 90071

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, and Rule 30.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Defendant The Lebanese Company for the Development and Reconstruction of Beirut Central District, S.A.L. a/k/a SOLIDERE ("SOLIDERE") will take the Deposition upon oral examination of the individuals set forth in Schedule A hereto (the "Deponents") on the dates and at the times specified therein at the offices of White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036. The depositions of the Deponents will be taken pursuant to the Federal Rules of Civil Procedure and the Local Rules of Civil Practice

and Procedure of the United States District Court for the District of Delaware and will continue from day to day until completed.

/s/ Anne Shea Gaza
Samuel A. Nolen (#971)
Nolen@rlf.com
Anne Shea Gaza (#4093)
Gaza@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
302-651-7700
Nolen@rlf.com
Gaza@rlf.com

*Attorneys for Defendant The Lebanese Company for the Development and Reconstruction of Beirut Central District, S.A.L. a/k/a SOLIDERE*

OF COUNSEL:

Paul B. Carberry (admitted *pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8507
pcarberry@whitecase.com

Dated: January 12, 2007

**SCHEDULE A**

1. Alberto Cuenca
   January 26, 2007
   10:00 a.m.

2. Kristin L. Jones
   January 30, 2007
   10:00 a.m.

3. Thomas W. Bishop
   January 31, 2007
   10:00 a.m.

4. David Balfour
   February 1, 2007
   10:00 a.m.

5. Amine Bou Onk
   February 2, 2007
   10:00 a.m.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Edward P. Welch, Esquire
Edward B. Micheletti, Esquire
Skadden, Arps, Slate, Meagher
& Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

I hereby certify that on January 12, 2007, I caused to be sent by electronic mail the foregoing document to the following non-registered participants:

Jeffrey H. Dasteel, Esquire
Jason D. Russell, Esquire
Marina V. Bogorad, Esquire
Skadden, Arps, Slate, Meagher
& Flom LLP
300 S. Grand Avenue, 34th Floor
Los Angeles, CA 90071
jdasteel@skadden.com

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700