## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-415-SLR |
| | ) |
| THE LEBANESE COMPANY FOR THE DE- | ) |
| VELOPMENT AND RECONSTRUCTION OF | ) |
| BEIRUT CENTRAL DISTRICT, S.A.L., a/k/a | ) |
| SOLIDERE, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that counsel for Plaintiff URS Corporation served two copies by hand delivery of Plaintiff's Objections and Responses to Defendant's First Set of Interrogatories, and a copy of this Notice, on January 15, 2007, on the following counsel of record:

> Samuel A. Nolen, Esquire (I.D. No. 971)
> Anne Shea Gaza, Esquire (I.D. No. 4093)
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899

                                        /s/ Paul J. Lockwood
                                        Edward P. Welch (I.D. No. 671)
                                        Paul J. Lockwood (I.D. No. 3369)
                                        Edward B. Micheletti (I.D. No. 3794)
                                        SKADDEN, ARPS, SLATE, MEAGHER
                                         & FLOM LLP
                                        One Rodney Square
                                        P.O. Box 636
                                        Wilmington, Delaware  19899
                                        (302) 651-3252
                                        *Attorneys for Plaintiff URS Corporation*

Of Counsel:

Jeffrey H. Dasteel
Jason D. Russell
Marina V. Bogorad
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
300 S. Grand Avenue
34th Floor
Los Angeles, California 90071
(213) 687-5000

DATED:  January 15, 2007

2