IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
URS CORPORATION,                                        )
                                                        )
                Plaintiff,                              )
                                                        )
        v.                                              )
                                                        ) Civil Action No. 06-415-SLR
THE LEBANESE COMPANY FOR THE                            )
DEVELOPMENT AND RECONSTRUCTION                          )
OF BEIRUT CENTRAL DISTRICT, S.A.L.,                     )
a/k/a SOLIDERE,                                         )
                                                        )
                Defendant.                              )
------------------------------------------------------- x
```

## SOLIDERE'S REVISED RULE 30 NOTICE OF DEPOSITION TO URS CORPORATION

TO:   Edward P. Welch, Esquire          Jeffrey H. Dasteel, Esquire
      Edward B. Micheletti, Esquire     Jason D. Russell, Esquire
      Skadden, Arps, Slate, Meagher     Marina V. Bogorad, Esquire
       & Flom LLP                       Skadden, Arps, Slate, Meagher
      One Rodney Square                  & Flom LLP
      P.O. Box 636                      300 S. Grand Avenue, 34th Floor
      Wilmington, DE 19899              Los Angeles, CA 90071

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, and Rule 30.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Defendant The Lebanese Company for the Development and Reconstruction of Beirut Central District, S.A.L. a/k/a SOLIDERE ("SOLIDERE") will take the Deposition upon oral examination of the individuals set forth in Schedule A hereto (the "Deponents") on the dates and at the times specified therein at the offices of White & Case LLP, 1155 Avenue of the

Americas, New York, New York 10036. The depositions of the Deponents will be taken pursuant to the Federal Rules of Civil Procedure and the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware and will continue from day to day until completed. The depositions of the Deponents will be taken by an officer authorized by law to administer oaths and will be recorded stenographically and through videotape.

OF COUNSEL:

Paul B. Carberry (admitted *pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8507
pcarberry@whitecase.com

Samuel A. Nolen (#971)
Anne Shea Gaza (#4093)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
302-651-7700
Nolen@rlf.com
Gaza@rlf.com

*Attorneys for Defendant The Lebanese Company for the Development and Reconstruction of Beirut Central District, S.A.L. a/k/a SOLIDERE*

Dated: January 31, 2007

ii

RLF1-3110593-1

## REVISED SCHEDULE A

1. Thomas W. Bishop
   January 31, 2007
   10:00 a.m.

2. David Balfour
   February 1, 2007
   10:00 a.m.

3. Amine Bou Onk
   February 2, 2007
   10:00 a.m.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2007, I caused to be served by hand delivery and electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Edward P. Welch, Esquire
> Edward B. Micheletti, Esquire
> Skadden, Arps, Slate, Meagher
>  & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899

I hereby certify that on January 31, 2007, I caused to be sent by electronic mail the foregoing document to the following non-registered participants:

> Jeffrey H. Dasteel, Esquire
> Jason D. Russell, Esquire
> Marina V. Bogorad, Esquire
> Skadden, Arps, Slate, Meagher
>  & Flom LLP
> 300 S. Grand Avenue, 34th Floor
> Los Angeles, CA 90071
> jdasteel@skadden.com

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700