IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) Civil Action No. 06-415-SLR | |
| v. ) | |
| ) | |
| THE LEBANESE COMPANY FOR THE ) | |
| DEVELOPMENT AND RECONSTRUCTION ) | |
| OF BEIRUT CENTRAL DISTRICT, S.A.L., ) | |
| a/k/a SOLIDERE, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND ORDER SETTING PAGE LIMITS FOR REPLY BRIEFS AND MODIFYING STIPULATION SETTING BRIEFING SCHEDULE**

**WHEREAS**, Defendant filed a motion to dismiss the Complaint on October 16, 2006 (D.I. 32);

**WHEREAS**, Plaintiff filed a motion for preliminary injunction on October 23, 2006 (D.I. 36);

**WHEREAS**, the Parties have previously agreed upon a stipulation and proposed order setting a discovery and briefing schedule in connection with the pending motions (D.I. 47);

**WHEREAS**, the Parties have amended their stipulation on January 5, 2007, extending their reciprocal deadlines for discovery and briefing ("Stipulation And Order Modifying Stipulation Setting Discovery And Briefing Schedule" (D.I. 65));

**WHEREAS**, the Court approved the parties' original and amended stipulations on January 12, 2007;

**WHEREAS**, Plaintiff has requested and Defendant has agreed to an extension of time to prepare the Parties' respective reply briefs, currently due on March 9, 2007;

1

**WHEREAS**, Rule 7.1.3. (a) (D) of the Local Rules of the United States District Court for the District of Delaware provides that reply briefs should not exceed 20 pages;

**WHEREAS**, Plaintiff has requested and Defendant has agreed to an extension of the 20 page limit in order to allow the Parties adequately to address all the anticipated issues in their respective reply briefs; and

**WHEREAS**, the Parties agree that the foregoing stipulation will protect the Parties' respective interests, promote judicial efficiency, and reduce conflicts that would otherwise require court intervention;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court, that:

1. The Stipulation And Order Modifying Stipulation Setting Discovery And Briefing Schedule (D.I. 65) is to be amended only to reflect that by March 13, 2007, Defendant will file and serve its reply in support of its motion to dismiss, and Plaintiff will file and serve its reply in support of its motion for preliminary injunction;

2. The Parties' respective reply briefs shall not exceed 30 pages; and

3. Except as specifically revised herein, the Stipulation And Order Modifying Stipulation Setting Discovery And Briefing Schedule (D.I. 65) shall remain in full force and effect.

| | |
|---|---|
| /s/ Paul J. Lockwood | /s/ Samuel A. Nolen |
| Edward P. Welch (#671) | Samuel A. Nolen (#971) |
| Paul J. Lockwood (#3369) | Richards, Layton & Finger |
| Edward B. Micheletti (#3794) | One Rodney Square |
| Skadden, Arps, Slate, Meagher & Flom LLP | P.O. Box 551 |
| One Rodney Square | Wilmington, DE 19899-0551 |
| P.O. Box 636 | 302-651-7700 |
| Wilmington, DE 19899 | nolen@rlf.com |
| 302-651-3000 | *Attorney for Defendant The Lebanese* |
| emich@skadden.com | *Company for the Development and* |
| *Attorneys for Plaintiff URS Corporation* | *Reconstruction of Beirut Central District, S.A.L.* |
| | |
| Of Counsel: | Of Counsel: |
| | |
| Jeffrey H. Dasteel | Paul Carberry |
| Jason D. Russell | White & Case LLP |
| Stacy R. Horth-Neubert | 1155 Avenue of the Americas |
| Marina V. Bogorad | New York, NY 10036 |
| Skadden, Arps, Slate, Meagher & Flom LLP | (212) 819-8507 |
| 300 S. Grand Avenue, 34th Floor | |
| Los Angeles, CA 90071 | |
| (213) 687-5000 | |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

3