IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-415-SLR |
| ) | |
| THE LEBANESE COMPANY FOR THE ) | |
| DEVELOPMENT AND RECONSTRUCTION ) | |
| OF BEIRUT CENTRAL DISTRICT, S.A.L., ) | |
| a/k/a SOLIDERE, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING WITH CLERK'S OFFICE**

NOTICE is hereby given that the document and attachments listed below have been manually filed under seal with the Court in paper form only:

DECLARATION OF JASON D. RUSSELL

The original documents are maintained in the case file in the Clerk's office.

/s/ Paul J. Lockwood
Edward P. Welch (I.D. No. 671)
Paul J. Lockwood (I.D. No. 3369)
Edward B. Micheletti (I.D. No. 3794)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3252
*Attorneys for Plaintiff URS Corporation*

2

Of Counsel:

Jeffrey H. Dasteel
Jason D. Russell
Marina V. Bogorad
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
300 S. Grand Avenue
34th Floor
Los Angeles, California 90071
(213) 687-5000

DATED:  February 23, 2007