IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| URS CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-415-SLR |
| v. | ) | |
| | ) | |
| THE LEBANESE COMPANY FOR THE DEVELOPMENT AND RECONSTRUCTION OF BEIRUT CENTRAL DISTRICT, S.A.L., a/k/a SOLIDERE, | ) ) ) ) ) | |
| Defendant. | | |

### AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF MARYLAND    )
                     )  ss:
COUNTY OF MONTGOMERY )

I, Rafic A. Bizri, Custodian of Records for the Hariri Foundation USA. ("Hariri Foundation") declare as follows:

1. I am the duly authorized custodian of records maintained by Hariri Foundation, and I am therefore authorized to certify its records. I have personal knowledge of the matters testified herein.

2. On or about November 13, 2006, Hariri Foundation was served with a Subpoena in the above captioned Civil Case issued by T. Victor Clark, Esq., counsel for plaintiff URS Corporation ("URS") in the matter referenced therein as <u>URS Corporation v. Lebanese Company for the Development and Reconstruction of Beirut Central District S.A.L., a/k/a Solidere</u> ("Solidere"), calling for records described in Schedule A to the subpoena.

3. The records produced by the Hariri Foundation to Marina V. Bogorad, Esq. of Skadden Arps on January 9, 2007 are true and correct copies of the records of the Hariri Foundation and were produced in response to the above-referenced subpoena.

4. The records were prepared in the ordinary course of business, by personnel of Hariri Foundation at or near the time of the acts, conditions or events referenced therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 30, 2007, at Bethesda, Maryland.

_____
Rafic A. Bizri

Sworn to before me this
30 day of January, 2007

_____
Notary Public

Nancy E. Eldridge
My Commission Expires on Aug. 20, 2007