IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE LEBANESE COMPANY FOR THE )<br>DEVELOPMENT AND RECONSTRUCTION )<br>OF BEIRUT CENTRAL DISTRICT, S.A.L., )<br>a/k/a SOLIDERE, )<br>)<br>Defendant. ) | Civil Action No. 06-415-SLR |

**AFFIDAVIT OF CUSTODIAN OF RECORDS**

STATE OF DELAWARE        )
                                          :ss.:
COUNTY OF NEW CASTLE )

I, Solomon Bush, Custodian of Records for the Export-Import Bank of the United States ("Ex-Im Bank") declare as follows:

1. I am the duly authorized custodian of records maintained by Ex-Im Bank, and I am therefore authorized to certify its records. I have personal knowledge of the matters testified herein.

2. On or about June 12, 2006, Ex-Im Bank received a request for documents under the Freedom of Information Act from Marina V. Bogorad, Esq., counsel for plaintiff URS Corporation ("URS"), calling for records relating to, <u>inter alia</u>, a loan and/or loan guarantee issued to the Lebanese Company for the Development and Reconstruction of Beirut Central District S.A.L. a/k/a Solidere ("Solidere") by the Ex/Im Bank.

1

3.   On or about November 21, 2006, Ex-Im Bank was served with a Subpoena in a Civil Case issued by T. Victor Clark, Esq., counsel for plaintiff URS in the matter referenced therein as <u>URS Corporation v. Lebanese Company for the Development and Reconstruction of Beirut Central District S.A.L. a/k/a Solidere</u> calling for records described in Schedule A to the subpoena. On or about January 16, 2007, Mr. Clark further narrowed this subpoena via email.

4.   The accompanying records are true and correct copies of records produced in response to the above-referenced FOIA request and subpoena.

5.   The records were prepared in the ordinary course of business, by personnel of Ex-Im Bank at or near the time of the acts, conditions or events referenced therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on Jan 29, 2007, at Washington, District of Columbia.

_____
Solomon Bush

Sworn to before me this
29th day of January, 2007

_____
Notary Public

Joyce B. Stone
Notary Public, District of Columbia
My Commission Expires 11-14-2009

2