IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) Civil Action No. 06-415-SLR | |
| v. ) | |
| ) | |
| THE LEBANESE COMPANY FOR THE ) | |
| DEVELOPMENT AND RECONSTRUCTION ) | |
| OF BEIRUT CENTRAL DISTRICT, S.A.L., ) | |
| a/k/a SOLIDERE, ) | |
| ) | |
| Defendant. | |

### AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF DELAWARE    )
                     :ss.:
COUNTY OF NEW CASTLE )

I, [Antonio Fernandez], Project Manager at Paul C. Rizzo Associates, Inc. ("Rizzo Assoc.") declare as follows:

1. I am Project Manager at Paul C. Rizzo Assoc., and I am familiar with some of the company's records. I have personal acquaintance of the matters testified herein.

2. On or about November 14, 2006, Rizzo Assoc. was served with a Subpoena in a Civil Case issued by T. Victor Clark, Esq., counsel for plaintiff URS Corporation ("URS") in the matter referenced therein as <u>URS Corporation v. Lebanese Company for the Development and Reconstruction of Beirut Central District S.A.L. a/k/a Solidere ("Solidere")</u>, calling for records described in Schedule A to the subpoena.

3. In response to the above-referenced subpoena, records were provided to Ikon Document Services ( USX Tower, 600 Grant St, Suite 1275, Pittsburgh, PA 15219 ).

1

4. The records provided to Ikon Document Services were prepared in the ordinary course of business, by personnel of Rizzo Associates.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 19, 2007, at Monroeville, Pennsylvania.

_____
[Antonio Fernandez]

Sworn to before me this
19th day of February, 2007

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
LuAnn Volturno, Notary Public
Monroeville Boro, Allegheny County
My Commission Expires May 1, 2008