IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) Civil Action No. 06-415-SLR <br> v. ) <br> ) <br> THE LEBANESE COMPANY FOR THE ) <br> DEVELOPMENT AND RECONSTRUCTION ) <br> OF BEIRUT CENTRAL DISTRICT, S.A.L., ) <br> a/k/a SOLIDERE, ) <br> ) <br> Defendant. | |

### AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF DELAWARE         )
                                              :ss.:
COUNTY OF NEW CASTLE )

I, Deborah A. Lange, Custodian of Records for Carnegie Mellon University ("Carnegie Mellon") declare as follows:

1. I am the duly authorized custodian of certain records maintained by Carnegie Mellon, and I am therefore authorized to certify its records. I have personal knowledge of the matters testified herein.

2. On or about December 15, 2006, Carnegie Mellon was served with a Subpoena in a Civil Case issued by T. Victor Clark, Esq., counsel for plaintiff URS Corporation ("URS") in the matter referenced therein as URS Corporation v. Lebanese Company for the Development and Reconstruction of Beirut Central District S.A.L. a/k/a Solidere ("Solidere"), calling for records described in Schedule A to the subpoena.

1

3. The accompanying records are true and correct copies of records produced in response to the above-referenced subpoena.

4. The records were prepared in the ordinary course of business, by personnel of Carnegie Mellon at or near the time of the acts, conditions or events referenced therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 1, 2007, at Pittsburgh, Pennsylvania.

*Deborah A. Lange*

Sworn to before me this
1 day of February, 2007

*[signature]*
Notary Public

Commonwealth of Pennsylvania
Notarial Seal
Coreen M. Musser, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires May 15, 2007
Member, Pennsylvania Association Of Notaries

2