IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| URS CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-415-SLR |
| v. | ) | |
| | ) | |
| THE LEBANESE COMPANY FOR THE | ) | |
| DEVELOPMENT AND RECONSTRUCTION | ) | |
| OF BEIRUT CENTRAL DISTRICT, S.A.L., | ) | |
| a/k/a SOLIDERE, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT

STATE OF DELAWARE    )
                     :ss.:
COUNTY OF NEW CASTLE )

I, Leocadia I. Zak, Deputy Director of the U. S. Trade and Development Agency ("USTDA"), declare as follows:

1. The areas under my supervision include the maintaining of records by USTDA, and I am therefore authorized to certify USTDA's records. I have personal knowledge of the matters testified herein.

2. On or about November 14, 2006, USTDA was served with a Subpoena in a Civil Case issued by T. Victor Clark, Esq., counsel for plaintiff URS Corporation ("URS") in the matter referenced therein as <u>URS Corporation v. Lebanese Company for the Development and Reconstruction of Beirut Central District S.A.L. a/k/a Solidere</u> ("Solidere"), calling for records described in Schedule A to the subpoena.

3. The accompanying records are true and correct copies of records produced in response to the above-referenced subpoena.

4. The records were prepared or received in the ordinary course of business by personnel of USTDA.

I declare that the foregoing is true and correct.

Executed on February 16, 2007, at Arlington, Virginia.

_____
Leocadia I. Zak

Sworn to before me this
16th day of February, 2007

_____
Notary Public   My Commission Expires October 31, 2010

2