# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE

P.O. BOX 636

WILMINGTON, DELAWARE 19899-0636

———

TEL: (302) 651-3000

FAX: (302) 651-3001

www.skadden.com

DIRECT DIAL
302-651-3210
DIRECT FAX
302-651-3001
EMAIL ADDRESS
PLOCKWOO@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

February 23, 2007

BY E-FILING & HAND DELIVERY

Dr. Peter T. Dalleo
Clerk
United States District Court for the
District of Delaware
844 North King Street, Room 4209
Wilmington, Delaware 19801

RE:    *URS Corp. v. Solidere*, No. 06-415-SLR

Dear Dr. Dalleo:

I write on behalf of plaintiff URS Corporation to submit minor corrections to our filings of earlier today.

First, I enclose a revised Table of Contents and Table of Authorities for Plaintiff URS Corporation's Opposition to Defendant Solidere's Motion to Dismiss the Complaint. I also enclose a courtesy copy of the brief with the corrections included for The Honorable Sue L. Robinson.

In addition, the Declaration of Jason D. Russell filed today was missing Exhibits 134 and 135. I enclose copies of those exhibits.

Respectfully,

*Paul J. Lockwood*

Paul J. Lockwood (I.D. No. 6369)

Enclosure
cc:    Samuel A. Nolen

486230.01-Wilmington Server 1A - MSW

# <u>TABLE OF CONTENTS</u>

<u>Page</u>

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iv

NATURE AND STAGE OF PROCEEDING

SUMMARY OF ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

I.     SOLIDERE HAS SUFFICIENT CONTACTS WITH THE UNITED STATES FOR THE COURT TO EXERCISE PERSONAL JURISDICTION OVER IT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

     A.    Solidere's Contacts with the United States in Connection with the Underlying Dispute are Sufficient to Confer Specific Jurisdiction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

     B.    Solidere's Contacts with the U.S. Confer General Jurisdiction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

     C.    Exercise of Personal Jurisdiction Over Solidere Comports Comports With the Principles of Fair Play and Substantial Justice . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

II.    THIS COURT HAS JURISDICTION OVER SOLIDERE UNDER THE FSIA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

     A.    Jurisdiction Exists Because Solidere Is an Organ of the State of Lebanon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

          1.    Solidere's Creation and Purpose . . . . . . . . . . . . . . . . . . 24

              (a)    Lebanon's Supervision of Solidere . . . . . . . . . . . 24

              (b)    Lebanon's Financial Support of Solidere . . . . . . 25

(c)    Solidere's Privileges Under Lebanon's Laws . . . 25

(d)    The Ownership Structure Of Solidere . . . . . . . . 26

2.    Solidere is Subject to Suit As It Falls Under Several FSIA Exceptions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

(a)    Solidere Waived FSIA Immunity By Agreeing To Arbitrate in France . . . . . . . . . . . . . . . . . . . . 26

(b)    Solidere's Commercial Activities Abrogate Its Immunity . . . . . . . . . . . . . . . . . . . . . . . . . . 26

(c)    Solidere's Agreement to Arbitrate the Contract Deprives It Of Immunity From Jurisdiction Under FSIA . . . . . . . . . . . . . . . . . . . . . . . . . . 28

B.    This Court Has Personal Jurisdiction Over Solidere Under the FSIA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

III.    SOLIDERE FAILED TO CARRY ITS HEAVY FORUM NON CONVENIENS BURDEN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

A.    The ICC Cannot Be A Forum, Let Alone An Adequate Forum, for This Dispute . . . . . . . . . . . . . . . . . . . . . . . . 30

B.    URS's Decision to Sue in Its State of Incorporation is Due Substantial Deference . . . . . . . . . . . . . . . . . . . . . . 31

C.    The Private Interest Factors Strongly Favor Retaining Jurisdiction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

D.    The Private Interest Factors Weigh Heavily Against Dismissal Here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

IV.    SOLIDERE'S EQUITABLE ESTOPPEL ARGUMENT IS BASELESS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

## TABLE OF AUTHORITIES

**CASES**                                                        **PAGE(S):**

Adams v. Unione Mediterranea Di Sicurta,
    364 F.3d 646 (5th Cir. 2004) ................................................................. 18

ADE Corp. v. KLA-Tencor Corp.,
    138 F. Supp. 2d 565 (D. Del. 2001) ...................................................... 33

Alco Standard Corp. v. Benalal,
    345 F. Supp. 14 (E.D. Pa. 1972) ........................................................... 14

American Life Insurance Co. v. Parra,
    25 F. Supp. 2d 467 (D. Del. 1998) .................................................... 31, 39

American Bio Medica Corp. v. Peninsula Drug Analysis Co.,
    No. Civ. A. 99-218-SLR, 1999 WL 615175 (D. Del. Aug. 3, 1999) .............. 19, 20

American Cyanamid Co. v. Picaso-Anstalt,
    741 F. Supp. 1150 (D.N.J. 1990) ...................................................... 31, 35

Amirhour v. Marriott International Inc.,
    No. C 06-01676, 2006 WL 3499241 (N.D. Cal. Dec. 4, 2006) ............................. 31

Amtrol, Inc. v. Vent-Rite Valve Corp.,
    646 F. Supp. 1168 (D. Mass. 1986) ...................................................... 21

Apollo Technologies Corp. v. Centrosphere Industrial Corp.,
    805 F. Supp. 1157 (D.N.J. 1992) ........................................................... 14

In re Assicurazioni Generali S.p.A. Holocaust Insurance Litigation,
    228 F. Supp. 2d 348 (S.D.N.Y. 2002) .................................................. 34, 36

In re AstroPower Liquidating Trust,
    335 B.R. 309 (Bankr. D. Del. 2005) ...................................................... 19

AT&T Technologies, Inc. v. Communications Workers of America,
    475 U.S. 643 (1986) .................................................................... 22, 30

In re Automotive Refinishing Paint Antitrust Litigation,
    358 F.3d 288 (3d Cir. 2004) ............................................................... 13

BP Chemicals Ltd. v. Formosa Chemical & Fibre Corp.,
    229 F.3d 254 (3d Cir. 2000) ................................................................ 13, 16

Bank Brussels Lambert v. Credit Lyonnais (Suisse) S.A.,
    192 B.R. 73 (S.D.N.Y. 1996) ................................................................ 17

Bechtel v. Robinson,
    886 F.2d 644 (3d Cir. 1989) ................................................................ 38

Bellante, Clauss, Miller & Partners v. Alireza,
    634 F. Supp. 519 (M.D. Pa. 1985) ........................................................ 16

Bering Diagnostics GmbH v. Biosite Diagnostics, Inc.,
    No. Civ. A. 97-501 MMS, 1998 WL 24354 (D. Del. Jan. 6, 1998) ............... 32, 36

Bhatnagar v. Surrendra Overseas Ltd.,
    52 F.3d 1220 (3d Cir. 1995) ................................................................ 30

Blue Ball Properties, Inc. v. McClain,
    658 F. Supp. 1310 (D. Del. 1987) ........................................................ 13, 14

Brautigam v. Priest,
    No. 99-365-SLR, 2000 WL 291534 (D. Del. Mar. 2, 2000) ........................ 12, 13

Brinn v. McCracken Financial Services, Inc.,
    No. Civ. A. 95-542-SLR, 1996 WL 79377 (D. Del. Feb. 20, 1996) ............... 13

Brown ex rel. FoxMeyer Drug Co. v. C.D. Smith Drug Co.,
    No. CIV. A. 98-494-SLR, 1999 WL 709992 (D. Del. Aug. 18, 1999) ............ 21

Burger King Corp. v. Rudzewicz,
    471 U.S. 462 (1985) ......................................................................... 13, 15

Cal Caulfield & Co. v. Colonial Nursing Homes, Inc.,
    642 F. Supp. 777 (D. Kan. 1986) ........................................................ 14

Campuzano v. Islamic Republic of Iran,
    281 F. Supp. 2d 258 (D. D.C. 2003) .................................................... 29

Carteret Savings Bank, F.A. v. Shushan,
    954 F.2d 141 (3d Cir. 1992) ................................................................ 16

China Minmetals Materials Imprt & Export Co. v. Chi Mei Corp.,
    334 F.3d 274 (3d Cir. 2003) ............................................................... 19, 30, 38

Chisholm & Co. v. Bank of Jamaica,
    643 F. Supp. 1393 (S.D. Fla. 1986) ........................ 15

Chrysler Capital Corp v. Woehling,
    663 F. Supp. 478 (D. Del 1987) ............................ 32

Cole v. Tobacco Institute,
    47 F. Supp. 2d 812 (E.D. Tex. 1999) ....................... 20

Comer v. Micor, Inc.,
    436 F.3d 1098 (9th Cir. 2006) ............................. 22

Commodity Futures Trading Commission v. Worldwide Commodity Corp.,
    366 F. Supp.2d 276 (E.D. Pa. 2005) ....................... 18

In re Corel Corp. Inc. Sec. Litig.,
    147 F. Supp. 2d 363 (E.D. Pa. 2001) ...................... 36

Creighton Ltd. v. Government of the State of Qatar,
    181 F.3d 118 (D.C. Cir. 1999) ............................ 27

Critikon, Inc. v. Becton Dickinson Vascular Access, Inc.,
    821 F. Supp. 962 (D. Del. 1993) ....................... 32, 33

Cruz v. United States,
    387 F. Supp. 2d 1057 (N.D. Cal. 2005) .................... 29

D'Angelo v. Petroleos Mexicanos,
    398 F. Supp. 72 (D. Del. 1975) ........................... 31

DTC Health, Inc. v. Global Healing Center, Inc.,
    No. Civ. A. H-06-01364, 2006 WL 2022893 (S.D. Tex. July 17, 2006) ............... 39

Dardana Ltd. v. Yugaskneftegaz,
    317 F.3d 202 (2d Cir. 2003) .............................. 20

Deptula v. Derr Flooring Co.,
    No. Civ. A. 90-3857, 1990 WL 96635 (E.D. Pa. July 6, 1990) .............. 1

Derensis v. Coopers & Lybrand Chartered Accountants,
    930 F. Supp. 1003 (D.N.J. 1996) .......................... 13

In re EAL (Delaware) Corp.,
    No. 93-578-SLR, 1994 WL 828320 (D. Del. Aug. 3, 1994) ................. 29

E.I. duPont de Nemours & Co. v. Rhodia Fiber & Resin Intermediates, S.A.S.,
    197 F.R.D. 112 (D. Del. 2000), aff'd in part, 269 F. 3d 187 (3d Cir. 2001) ... 34, 35, 37

EIE Guam Corp. v. Long Term Credit Bank of Japan, Ltd.,
    322 F.3d 635, (9th Cir. 2003) .......................................................... 24, 26

Edward D. Jones & Co. v. Sorrells,
    957 F.2d 509 (7th Cir. 1992) .......................................................... 39

Federal Insurance Co. v. Richard I. Rubin & Co.,
    12 F.3d 1270 (3d Cir. 1993) .......................................................... 27

Filler v. Hanvit Bank,
    378 F.3d 213 (2d Cir. 2004) .......................................................... 24

First Options of Chicago, Inc. v. Kaplan,
    514 U.S. 938 (1995) .......................................................... 30, 38

Fiscus v. Combus Finance AG,
    No. Civ. A. 03-1328, 2006 WL 1722607 (D.N.J. Jun. 20, 2006) .............. 22, 30, 31

Fleetwood Enterprises, Inc. v. Gaskamp,
    280 F.3d 1069 (5th Cir. 2002) .......................................................... 22

Foster Wheeler Energy Corp. v. Metallgesellschaft AG,
    No. Civ. A. 91-214-SLR, 1993 WL 669447 (D. Del. Jan. 4, 1993) .......... 12, 13, 20

Gates v. Victor Fine Foods,
    54 F.3d 1457 (9th Cir. 1995) .......................................................... 24

General Electric Co. v. Deutz AG,
    270 F.3d 144 (3d Cir. 2001) .......................................................... 22

Graduate Management Admission Council v. Raju,
    241 F. Supp. 2d 589 (E.D. Va. 2003) .......................................................... 19

Grand Entertainment Group, Ltd. v. Star Media Sales, Inc.,
    988 F.2d 476 (3d Cir. 1993) .......................................................... 13, 14, 16, 21

Green v. William Mason & Co.,
    996 F. Supp. 394 (D.N.J. 1998) .......................................................... 23

Gulf Oil Corp. v. Gilbert,
    330 U.S. 501 (1947) .......................................................... 29

Haisten v. Grass Valley Medical Reimbursement Fund, Ltd.,
    784 F.2d 1392 (9th Cir. 1986) ........................................................ 19

Matter of Harvard Industries, Inc.,
    173 B.R. 82 (Bankr. D. Del. 1994) ................................................ 23

Heft v. AAI Corp.,
    355 F. Supp. 2d 757 (M.D. Pa. 2005) ............................................ 1

Helicopteros Nacionales de Colombia S.A. v. Hall,
    466 U.S. 408 (1984) .................................................................... 20

Hester International Corp. v. Federal Republic of Nigeria,
    681 F. Supp. 371 (N.D. Miss. 1988), aff'd, 879 F. 2d 170 (5th Cir. 1989) ............ 15

Howsam v. Dean Witter Reynolds, Inc.,
    537 U.S. 79 (2002) ...................................................................... 30

Ipitrade International, S.A. v. Federal Republic of Nigeria,
    465 F. Supp. 824 (D. D.C. 1978) .................................................. 27

Joint Stock Society Trade House of Descendants of Peter Smirnoff, Official Purveyor to
the Imperial Court v. Heublein, Inc.,
    936 F. Supp. 177 (D. Del. 1996) .................................................. 36

Kaplan v. First Options of Chicago, Inc.,
    19 F.3d 1503 (3d Cir. 1994), aff'd, 514 U.S. 938 (1995) ...................... 23

Koster v. (American) Lumbermens Mutual Casualty Co.,
    330 U.S. 518 (1947) .................................................................... 32

Laborers' International Union of North America v. Foster Wheeler Corp.,
    868 F.2d 573 (3d Cir. 1989) .................................................... 2, 30

Lacey v. Cessna Aircraft Co., ("Lacey I"),
    862 F.2d 38 (3d Cir. 1988) ...................................................... 29, 31

Lacey v. Cessna Aircraft Co., ("Lacey II")
    932 F.2d 170 (3d Cir. 1991) .................................................... 29, 33

Lesser & Kaplin, P.C. v. American Insurance Co.,
    723 F. Supp. 1099 (E.D. Pa. 1989) ............................................ 20

Lexington Insurance Co. v. Forrest,
    263 F. Supp. 2d 986 (E.D. Pa. 2003) .......................................... 15

viii

<u>Litton Financial Printing Division v. N.L.R.B.</u>,
    501 U.S. 190 (1991) ........................................................ 30

<u>Lony v. E.I. Du Pont de Nemours & Co.</u>,
    886 F.2d 628 (3d Cir. 1989) ................................... 29, 33, 37

<u>Lony v. E.I. DuPont de Nemours & Co.</u>,
    935 F.2d 604 (3d Cir. 1991) ................................... 32, 33, 36

<u>Magla Products, L.L.C. v. Chambers</u>,
    No. Civ. A. 06-0115 PGS, 2006 WL 2846274 (D.N.J. Sept. 29, 2006) ............... 29

<u>Malaysia International Shipping Corp. v. Sinochem International Co.</u>,
    436 F.3d 349 (3d Cir. 2006), <u>cert. granted</u>, 127 S. Ct. 36 (2006) ....................... 35

<u>Malloy v. Harnischfeger Corp.</u>,
    No. CIV. A. 92-2795, 1993 WL 57191 (E.D. Pa. Feb. 26, 1993) ......................... 20

<u>Marine Midland Bank, N.A. v. Goyak</u>,
    585 F. Supp. 1358 (S.D.N.Y. 1984) ........................................................ 15

<u>Max Daetwyler Corp. v. R. Meyer</u>,
    762 F.2d 290 (3d Cir. 1985) ........................................................ 13

<u>McCurdy v. America Board of Plastic Surgery</u>,
    157 F.3d 191 (3rd Cir. 1998) ........................................................ 1

<u>Mellon Bank (East) PSFS, National Association v. Farino</u>,
    960 F.2d 1217 (3d Cir.1992) ................................... 14, 15, 21

<u>Miller Yacht Sales, Inc. v. Smith</u>,
    384 F.3d 93 (3d Cir. 2004) ........................................................ 13

<u>Mobil Tankers Co., S. A. v. Mene Grande Oil Co.</u>,
    363 F.2d 611 (3d Cir. 1966) ........................................................ 31

<u>Estate of Monroe v. Bottle Rock Power Corp.</u>,
    No. Civ. A. 03-2682, 2005 WL 119883 (E.D. La. Jan. 19, 2005) ......................... 15

<u>Nagrampa v. MailCoups, Inc.</u>,
    469 F.3d 1257 (9th Cir. 2006) ........................................................ 39

<u>New Generation Foods, Inc. v. Spicer's International Common Trust</u>,
    669 F. Supp. 599 (S.D.N.Y. 1987) ........................................................ 14

Newport Components, Inc. v. NEC Home Electronics (U.S.A.), Inc.,
    671 F. Supp. 1525 (C.D. Cal. 1987) ...................................................................... 17

Nocando Mem Holdings, Ltd. v. Credit Comm5ercial De France, S.A.,
    No. Civ. A. SA-01-1194-XR, 2004 WL 2603739 (W.D. Tex. Oct. 6, 2004) ........ 19

North Penn Gas Co. v. Corning Natural Gas Corp.,
    897 F.2d 687 (3d Cir.1990) ................................................................................... 13

Omni Capital Int'l. v. Rudolf Wolff & Co., Ltd.,
    484 U.S. 97 (1987) ................................................................................................. 18

Padcom, Inc. v. NetMotion Wireless, Inc.,
    No. Civ. A. SA-01-1194-XR, 2004 WL 1192641 (D. Del. May 24, 2004) 20, 21, 23

PaineWebber Inc. v. Chase Manhattan Private Bank,
    260 F.3d 453 (5th Cir. 2001) ................................................................................ 39

Palmco Corp. v. JSC Techsnabexport,
    No. SA CV 06-214 DOC MLGX, 2006 WL 2473316 (C.D. Cal. July 25, 2006) . 35

Pan Ocean Trade & Invest Co. v. Super Time International Corp.,
    No. CIV.A. 94-5539, 1995 WL 31613 (E.D. Pa. Jan. 26, 1995) .................... 14, 16

Pinker v. Roche Holdings Ltd.,
    292 F.3d 361 (3d Cir. 2002) ............................................................................ 17, 18

Piper Aircraft Co. v. Reyno,
    454 U.S. 235 (1981) ............................................................................................. 29

Price v. Socialist People's Libyan Arab Jamahiriya,
    294 F.3d 82 (D.C. Cir. 2002), aff'd in part, 389 F. 3d 192 (D.C. Cir. 2004) ......... 29

R. Maganlal & Co. v. M.G. Chemical Co.,
    942 F.2d 164 (2nd Cir. 1991) ............................................................................... 37

Raytheon Engineers & Constructors, Inc. v. SMS Schloemann-Siemang Akiengesellschaft,
    No. 99 C 7771, 2000 WL 420866 (N.D. Ill. Mar. 16, 2000) ................................. 22

Reavis v. Gulf Oil Corp.,
    85 F.R.D. 666 (D. Del.1980) ................................................................................ 37

Reed v. Staker,
    C.A. No. 92-0419, 1992 WL 68272 (E.D. Pa. Mar. 23, 1992) .............................. 20

x

<u>Republic of Argentina v. Weltover, Inc.</u>,
    504 U.S. 607 (1992) ................................................................ 18, 24, 28

<u>Revak v. Locatum A.B.</u>,
    Nos. Civ. A. 03-4822, 04-4253, 2005 WL 1017771 (E.D. Pa. Apr. 28, 2005) ..... 19

<u>Rotondo Weirich Enterprise, Inc. v. Global Employment Solutions, Inc.</u>,
    No. 99-CV-3661, 1999 WL 1077078 (E.D. Pa. Nov. 29, 1999) ........................... 16

<u>Rux v. Republic of Sudan</u>,
    No. Civ. A. 2:04CV428, 2005 WL 2086202 (E.D. Va. Aug. 25, 2005) ............... 29

<u>Sandvik AB v. Advent International Corp.</u>,
    83 F. Supp. 2d 442 (D. Del. 1999), <u>aff'd</u>, 220 F. 3d 1999 ..................................... 35

<u>S. Megga Telecommunications Ltd. v. Lucent Technologies, Inc.</u>,
    No. 96-357-SLR, 1997 WL 86413 (D. Del. Feb. 14, 1997) .................................. 37

<u>Sarhank Group v. Oracle Corp.</u>,
    404 F.3d 657 ( 2d Cir. 2005) .............................................................................. 3, 22

<u>The Saudades</u>,
    67 F. Supp. 820 (E.D. Pa. 1946) ......................................................................... 2, 31

<u>Saudi v. Acomarit Maritimes Services, S.A.</u>,
    114 Fed. Appx 449 (3d Cir. 2004) ......................................................................... 20

<u>Saudi Basic Industries Corp. v. Exxonmobil Corp.</u>,
    194 F. Supp. 2d 378 (D.N.J. 2002) ................................................................... 26, 28

<u>Schnader, Harrison, Segal & Lewis, LLP v. Basic Capital Funds, Inc.</u>,
    No. CIV. A. 99-4655, 2000 WL 1367601 (E.D. Pa. Sept. 21, 2000) .................... 15

<u>S.E.C. v. Carrillo</u>,
    115 F.3d 1540 (11th Cir. 1997) ....................................................................... 18, 20

<u>Seetransport Wiking Trader Schiffarhtsgesellschaft MBH & Co., Kommanditgesellschaft v. Navimpex Centrala Navala</u>,
    989 F.2d 572 (2d Cir. 1993) ................................................................................... 27

<u>Shadowbox Pictures, LLC v. Global Enterprises, Inc.</u>,
    No. Civ. A. 05-2284, 2006 WL 120030 (E.D. Pa. Jan. 11, 2006) ......................... 16

<u>Shamrock Holdings of California, Inc. v. Arenson</u>,
    421 F. Supp. 2d 800 (D. Del. 2006) ...................................................................... 12

<u>Simplicity, Inc. v. MTS Products, Inc.</u>,
    No. CIV.A. 05-3008, 2006 WL 924993 (E.D. Pa. Apr. 6, 2006) ......................... 20

<u>Sinclair v. Attorney General</u>,
    198 Fed. Appx 218 (3d Cir. 2006) ........................................................ 21

<u>SME Racks, Inc. v. Sistemas Mecanicos Para Electronica, S.A.</u>,
    382 F.3d 1097 (11th Cir. 2004) ........................................................ 31

<u>Stein v. Stein</u>,
    No. 04-1311-JTM, 2005 WL 1242401 (D. Kan. May 25, 2005) ........................... 15

<u>Sunbelt Corp. v. Noble, Denton & Associates, Inc.</u>,
    5 F.3d 28 (3d Cir. 1993) ................................................................ 16

<u>Sunds Defibrator, Inc. v. Durametal Corp.</u>,
    No. Civ. A. 96-483 96-483 MMS, 1997 WL 74660 (D. Del. Jan. 31, 1997) ........ 32

<u>Supra  Medical Corp. v. McGonigle</u>,
    955 F. Supp. 374 (E.D. Pa. 1997) ...................................................... 25

<u>TMR Energy Ltd. v. State Property Fund of Ukraine</u>,
    411 F.3d 296 (D.C. Cir. 2005) ......................................................... 29

<u>Telcordia Technologies Inc. v. Telkom SA Ltd</u>,
    458 F.3d 172 (3d Cir. 2006) ............................................. 14, 16, 20, 22

<u>Telcordia Technologies, Inc. v. Alcatel S.A.</u>,
    No. CIV.A. 04-874 GMS, 2005 WL 1268061 (D. Del. May 27, 2005) ............... 20

<u>Telespectrum Worldwide, Inc. v. MBNA Canada Bank</u>,
    No. Civ. A. 98-6292, 1999 WL 239112 (E.D. Pa. Apr. 16, 1999) ................. 16

<u>Texas Trading & Mill. Corp. v. Federal Republic of Nigeria</u>,
    647 F.2d 300 (2d Cir. 1981) ......................................................... 16, 28

<u>Theo. H. Davies & Co. v. Republic of Marshall Islands</u>,
    174 F.3d 969 (9th Cir. 1998) ....................................................... 21, 27

<u>Toner v. Allstate Insurance Co.</u>,
    Civ. A. No. 92-624-SLR, 1994 WL 828294 (D. Del. Dec. 29, 1994) ................. 38

<u>Tonoga Ltd. v. Ministry of Public Works & Housing</u>,
    135 F. Supp. 2d 350 (N.D.N.Y. 2001) ................................................. 28

Toys "R" Us, Inc. v. Step Two, S.A.,
    318 F.3d 446 (3d Cir. 2003) ..................................................................... 1

Tse v. Ventana Medical Systems, Inc.,
    Civ. A. No. 97-37-SLR, 1997 WL 811566 (D. Del. Nov. 25, 1997) ..................... 33

Turn of the Century Solution, L.P. v. International Rectifier Corp.,
    No. Civ. 05-816-SLR, 2006 WL 1653143 (D. Del. June 15, 2006) ................ 35, 37

U.S. Titan, Inc. v. Guangzhou Zhen Hua Shipping Co.,
    241 F.3d 135 (2d Cir. 2001) ................................................................... 28

U.S. Titan, Inc. v. Guangzhou Zhen Hua Shipping  Co.,
    16 F. Supp. 2d 326 (S.D.N.Y. 1998), affd, 241 F. 3d 135 (2d. Cir. 2001) ........... 14

USX Corp. v. Adriatic Insurance Co.,
    345 F.3d 190 (3d Cir. 2003) ................................................................... 24

United States v. Bestfoods,
    524 U.S. 51 (1998) ............................................................................... 22

United States v. Swiss American Bank,
    191 F.3d 30 (1st Cir. 1999) ................................................................... 19

U.S. ex rel. Thistlethwaite v. Dowty Woodville Polymer, Ltd.,
    976 F. Supp. 207 (S.D.N.Y. 1997) .......................................................... 14

Verlinden B.V. v. Central Bank of Nigeria,
    461 U.S. 480 (1983) ............................................................................. 29

Vetrotex Certainteed Corp. v. Consolidated Fiber Glass Products Co.,
    75 F.3d 147 (3d Cir. 1996) .................................................................... 13

Virginia Carolina Tools, Inc. v. International Tool Supply, Inc.,
    984 F.2d 113 (4th Cir. 1993) ................................................................. 22

Waimberg v. Medical Transport of America, Inc.,
    52 F. Supp. 2d 511 (E.D. Pa. 1999) ........................................................ 15

Walker v. West Michigan National Bank & Trust,
    324 F. Supp. 2d 529 (D. Del. 2004) ........................................................ 13

Waymouth v. Department of Natural Resources & Environmental Control,
    Nos. C.A. 6128, 1980, 1985 WL 22038 (Del. Ch. Sept. 16, 1985) ................... 19

Wesley-Jessen Corp. v. Pilkington Visioncare, Inc.,
   157 F.R.D. 215 (D. Del. 1993) .............................................................................. 36

**STATUTES**                                                              **PAGE(S):**

H.R. Rep. No. 1487, 94th Cong., 2d Sess. at 18 (1976), reprinted in 1976 U.S.C.C.A.N.
6604, 6617 ........................................................................................................... 26

H.R. Rep. No. 94-1487 (1976), reprinted in 1994 U.S.C.C.A.N. 6604, 6615-16 ............. 27

17 C.F.R. § 230 ......................................................................................................... 18

28 U.S.C. §§ 1330(a) & 1604 .................................................................................... 24

28 U.S.C. § 1330(b) .................................................................................................. 29

28 U.S.C. §§ 1602, et seq ......................................................................................... 2

28 U.S.C. § 1603(b) ............................................................................................... 2, 24

28 U.S.C. §1603(d) .............................................................................................. 27, 28

28 U.S.C. § 1604 ...................................................................................................... 24

28 U.S.C. § 1605(a) ............................................................................................. 27, 28

28 U.S.C. § 1608 ...................................................................................................... 28

Fed. R. Civ. Proc. 12(g) ............................................................................................. 1

Fed. R. Civ. Proc. 12(h)(1) ........................................................................................ 1

**OTHER AUTHORITIES**                                                     **PAGE(S):**

Buhler & Webster, Handbook of ICC Arbitration, Sweet & Maxwell 2005 ..................... 39

Craig, et al., International Chamber of Commerce Arbitration (Oceana 2000), ............. 39

Derains & Schwartz, A Guide to the ICC Rules of Arbitration (Kluwer Law 2005), ....... 39

William W. Park, "Text and Context in International Dispute Resolution,"
   15 B.U. Int'l L.J. 191, 202 (1997) ........................................................................... 30

EXHIBIT 134
TO JASON D. RUSSELL
DECLARATION

| DATE | BATES NO. |
|---|---|
| 1/8/2004 | SOLDEL22328 |
| 2/16/2004 | SOLDEL15328 |
| 2/17/2004 | SOLDEL15327 |
| 3/4/2004 | SOLDEL15386 |
| 3/25/2004 | URS00225486 |
| 3/30/2004 | SOLDEL15391 |
| 4/12/2004 | RIZ00123 |
| 4/15/2004 | SOLDEL15379 |
| 4/26/2004 | SOLDEL22203 |
| 5/19/2004 | SOLDEL22385 |
| 5/28/2004 | SOLDEL15371 |
| 6/7/2004 | SOLDEL15360 |
| 6/17/2004 | SOLDEL22372 |
| 6/28/2004 | SOLDEL15111 |
| 7/7/2004 | SOLDEL22410 |
| 7/8/2004 | SOLDEL15103 |
| 7/9/2004 | SOLDEL22408 |
| 7/15/2004 | SOLDEL22407 |
| 7/23/2004 | SOLDEL15119 |
| 8/5/2004 | SOLDEL15116 |
| 8/26/2004 | RIZ00120 |
| 8/30/2004 | SOLDEL22426 |
| 9/14/2004 | URS00229136 |
| 9/20/2004 | URS00229258 |
| 10/9/2004 | SOLDEL28592 |
| 10/12/2004 | SOLDEL15461 |
| 10/12/2004 | SOLDEL28557 |
| 10/15/2004 | SOLDEL22342 |
| 10/21/2004 | SOLDEL28527 |
| 10/27/2004 | SOLDEL15434 |
| 11/2/2004 | SOLDEL28526 |
| 11/3/2004 | URS 00102707 |
| 11/4/2004 | SOLDEL28524 |
| 11/5/2004 | SOLDEL28519 |
| 11/8/2004 | SOLDEL28898 |
| 11/10/2004 | SOLDEL24548 |
| 11/10/2004 | SOLDEL28896 |
| 11/12/2004 | SOLDEL15445 |
| 11/17/2004 | SOLDEL15444 |
| 11/17/2004 | URS00230651 |
| 11/29/2004 | SOLDEL28514 |
| 11/29/2004 | SOLDEL29290 |
| 11/30/2004 | SOLDEL28505 |

| DATE | BATES NO. |
|---|---|
| 11/30/2004 | SOLDEL28507 |
| 11/30/2004 | SOLDEL28509 |
| 11/30/2004 | SOLDEL28511 |
| 11/30/2004 | SOLDEL28512 |
| 12/1/2004 | SOLDEL28499 |
| 12/1/2004 | SOLDEL28501 |
| 12/23/2004 | SOLDEL28682 |
| 1/7/2005 | SOLDEL22312 |
| 1/7/2005 | SOLDEL24700 |
| 1/8/2005 | RIZ00062 |
| 1/17/2005 | SOLDEL29288 |
| 1/28/2005 | SOLDEL24369 |
| 2/22/2005 | RIZ00102 |
| 3/9/2005 | SOLDEL23896 |
| 3/18/2005 | SOLDEL15410 |
| 3/23/2005 | 00025 |
| 4/4/2005 | SOLDEL24692 |
| 4/5/2005 | SOLDEL24546 |
| 4/11/2005 | 00026 |
| 4/12/2005 | HF 010 |
| 4/13/2005 | SOLDEL29166 |
| 4/14/2005 | SOLDEL29157 |
| 4/18/2005 | RIZ00094 |
| 4/18/2005 | SOLDEL21664 |
| 4/18/2005 | 00027 |
| 4/19/2005 | SOLDEL29155 |
| 4/19/2005 | RIZ00094 |
| 4/20/2005 | RIZ00094 |
| 4/22/2005 | SOLDEL29157 |
| 5/2/2005 | SOLDEL24632 |
| 5/4/2005 | SOLDEL24622 |
| 5/10/2005 | SOLDEL22340 |
| 5/12/2005 | RIZ00098 |
| 5/27/2005 | SOLDEL28680 |
| 6/8/2005 | RIZ00079 |
| 6/18/2005 | SOLDEL28678 |
| 6/22/2005 | SOLDEL15431 |
| 7/7/2005 | SOLDEL15428 |
| 7/8/2005 | SOLDEL24618 |
| 7/12/2005 | URS00233315 |
| 7/13/2005 | SOLDEL24615 |
| 7/26/2005 | SOLDEL24586 |
| 7/27/2005 | SOLDEL24585 |

| DATE | BATES NO. |
|---|---|
| 8/3/2005 | SOLDEL24582 |
| 8/10/2005 | SOLDEL24576 |
| 8/11/2005 | SOLDEL24574 |
| 8/11/2005 | SOLDEL24576 |
| 8/16/2005 | SOLDEL24573 |
| 8/18/2005 | SOLDEL15125 |
| 8/24/2005 | SOLDEL15422 |
| 8/25/2005 | SOLDEL15420 |
| 8/29/2005 | SOLDEL15122 |
| 9/8/2005 | SOLDEL24566 |
| 9/23/2005 | SOLDEL15135 |
| 9/23/2005 | SOLDEL22324 |
| 9/28/2005 | SOLDEL15415 |
| 10/1/2005 | SOLDEL15132 |
| 10/14/2005 | SOLDEL15407 |
| 10/14/2005 | URS00233958 |
| 11/15/2005 | SOLDEL29404 |
| 11/16/2005 | SOLDEL28481 |
| 11/18/2005 | SOLDEL28305 |
| 11/23/2005 | SOLDEL28293 |
| 11/23/2005 | SOLDEL28343 |
| 11/25/2005 | URS00234169 |
| 11/28/2005 | SOLDEL28322 |
| 11/29/2005 | SOLDEL28315 |
| 12/1/2005 | SOLDEL28301 |
| 12/2/2005 | SOLDEL28292 |
| 12/2/2005 | SOLDEL28296 |
| 12/8/2005 | SOLDEL28288 |
| 12/9/2005 | SOLDEL28286 |
| 12/10/2005 | SOLDEL28282 |
| 12/12/2005 | SOLDEL28276 |
| 12/13/2005 | SOLDEL28263 |
| 12/13/2005 | SOLDEL28265 |
| 12/15/2005 | SOLDEL28250 |
| 12/20/2005 | SOLDEL29402 |
| 12/21/2005 | SOLDEL28241 |
| 12/21/2005 | SOLDEL28241 (2 contacts) |
| 12/21/2005 | SOLDEL28244 |
| 12/26/2005 | SOLDEL28235 |
| 12/27/2005 | SOLDEL29070 |
| 12/30/2005 | SOLDEL29070 |
| 1/3/2006 | SOLDEL28225 |
| 1/3/2006 | SOLDEL28226 |

| DATE | BATES NO. |
|---|---|
| 1/3/2006 | SOLDEL28229 |
| 1/4/2006 | SOLDEL28215 |
| 1/5/2006 | SOLDEL28211 |
| 1/5/2006 | SOLDEL28188 |
| 1/6/2006 | SOLDEL28188 |
| 1/7/2006 | SOLDEL28188 |
| 1/9/2006 | SOLDEL28206 |
| 1/9/2006 | SOLDEL29348 |
| 1/12/2006 | SOLDEL29386 |
| 1/12/2006 | SOLDEL29388 |
| 1/12/2006 | SOLDEL29396 |
| 1/16/2006 | SOLDEL28200 |
| 1/16/2006 | SOLDEL28202 |
| 1/16/2006 | SOLDEL29061 |
| 1/17/2006 | SOLDEL28199 |
| 1/18/2006 | SOLDEL28189 |
| 1/18/2006 | SOLDEL28194 |
| 1/18/2006 | SOLDEL28195 |
| 1/20/2006 | SOLDEL28171 |
| 1/20/2006 | SOLDEL28174 |
| 1/20/2006 | SOLDEL24380 |
| 1/23/2006 | SOLDEL28166 |
| 1/24/2006 | SOLDEL24380 |
| 1/24/2006 | SOLDEL29020 |
| 1/24/2006 | SOLDEL29004 |
| 1/24/2006 | SOLDEL29336 |
| 1/25/2006 | SOLDEL28161 |
| 1/26/2006 | SOLDEL28161 |
| 1/27/2006 | SOLDEL28490 |
| 1/27/2006 | SOLDEL28153 |
| 1/27/2006 | SOLDEL28156 |
| 1/30/2006 | SOLDEL28148 |
| 2/1/2006 | SOLDEL28144 |
| 2/2/2006 | SOLDEL28139 |
| 2/3/2006 | SOLDEL28132 |
| 2/3/2006 | SOLDEL28135 |
| 2/6/2006 | SOLDEL28125 |
| 2/10/2006 | SOLDEL28114 |
| 2/10/2006 | SOLDEL29639 |

EXHIBIT 135
TO JASON D. RUSSELL
DECLARATION

# Documented Contacts By Solidere Directed to the U.S. in 2004

## January

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | **8** | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## February

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | **16** | **17** | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 |   |   |   |   |   |   |

## March

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | **4** | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | **25** | 26 | 27 |
| 28 | 29 | **30** | 31 |   |   |   |

## April

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | **12** | 13 | 14 | **15** | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | **26** | 27 | 28 | 29 | 30 |   |

## May

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | **19** | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | **28** | 29 |
| 30 | 31 |   |   |   |   |   |

## June

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | **4** | 5 |
| 6 | **7** | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | **17** | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | **28** | 29 | 30 |   |   |   |

## July

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | **7** | **8** | **9** | 10 |
| 11 | 12 | 13 | 14 | **15** | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | **23** | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## August

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | **5** | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | **26** | 27 | 28 |
| 29 | **30** | 31 |   |   |   |   |

## September

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | **14** | 15 | 16 | 17 | 18 |
| 19 | **20** | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |   |   |

## October

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | **9** |
| 10 | 11 | **12** | 13 | 14 | **15** | 16 |
| 17 | 18 | 19 | 20 | **21** | 22 | 23 |
| 24 | 25 | 26 | **27** | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

## November

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | **2** | **3** | **4** | **5** | 6 |
| 7 | **8** | 9 | **10** | 11 | **12** | 13 |
| 14 | 15 | 16 | **17** | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | **26** | 27 |
| 28 | **29** | **30** |   |   |   |   |

## December

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | **1** | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | **23** | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

# Documented Contacts By Solidere Directed to the U.S. in 2005

## January

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | **7** | **8** |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | **17** | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | **28** | 29 |
| 30 | 31 | | | | | |

## February

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | **22** | 23 | 24 | 25 | 26 |
| 27 | 28 | | | | | |

## March

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | **9** | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | **18** | 19 |
| 20 | 21 | 22 | **23** | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

## April

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | **4** | **5** | 6 | 7 | 8 | 9 |
| 10 | **11** | **12** | **13** | **14** | 15 | 16 |
| 17 | **18** | **19** | **20** | 21 | **22** | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

## May

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | **2** | 3 | **4** | 5 | 6 | 7 |
| 8 | 9 | **10** | 11 | **12** | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | **27** | 28 |
| 29 | 30 | 31 | | | | |

## June

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | **8** | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | **18** |
| 19 | 20 | 21 | **22** | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

## July

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | **7** | **8** | 9 |
| 10 | 11 | **12** | **13** | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | **26** | **27** | 28 | 29 | 30 |
| 31 | | | | | | |

## August

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | **3** | 4 | 5 | 6 |
| 7 | 8 | 9 | **10** | **11** | 12 | 13 |
| 14 | 15 | **16** | 17 | **18** | 19 | 20 |
| 21 | 22 | 23 | **24** | **25** | 26 | 27 |
| 28 | **29** | 30 | 31 | | | |

## September

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | **8** | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | **23** | 24 |
| 25 | 26 | 27 | **28** | 29 | 30 | |

## October

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | **1** | |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | **14** | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

## November

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | **15** | **16** | 17 | **18** | 19 |
| 20 | 21 | 22 | **23** | 24 | **25** | 26 |
| 27 | **28** | **29** | 30 | | | |

## December

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | **1** | **2** | 3 |
| 4 | 5 | 6 | 7 | **8** | **9** | **10** |
| 11 | **12** | **13** | 14 | **15** | 16 | 17 |
| 18 | 19 | **20** | **21** | 22 | 23 | 24 |
| 25 | **26** | **27** | 28 | 29 | **30** | 31 |

## Documented Contacts By Solidere Directed to the U.S. Before Radian Contract Termination on February 10, 2006

