## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-415-SLR |
| | ) |
| THE LEBANESE COMPANY FOR THE | ) |
| DEVELOPMENT AND RECONSTRUCTION | ) |
| OF BEIRUT CENTRAL DISTRICT, S.A.L., | ) |
| a/k/a SOLIDERE, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF FILING WITH CLERK'S OFFICE

NOTICE is hereby given that the document with attachments listed below has been manually filed with the Court and is available in paper form only:

**REDACTED VERSION of the DECLARATION OF JASON D. RUSSELL VOLUMES 1 THROUGH 5**

The SEALED DECLARATION OF JASON D. RUSSELL VOLUMES 1 THROUGH 12, docket entries 83 through 94, is hereby filed in 5 volumes. The original documents are maintained in the case file in the Clerk's office.

/s/  Paul J. Lockwood
Edward P. Welch (I.D. No. 671)
Paul J. Lockwood (I.D. No. 3369)
Edward B. Micheletti (I.D. No. 3794)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899
(302) 651-3252
*Attorneys for Plaintiff URS Corporation*

Of Counsel:

Jeffrey H. Dasteel
Jason D. Russell
Marina V. Bogorad
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
300 S. Grand Avenue
34th Floor
Los Angeles, California 90071
(213) 687-5000

DATED:  March 2, 2007