# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
P.O. BOX 551
WILMINGTON, DELAWARE 19899
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

March 2, 2007

**VIA CM/ECF & HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk of the Court
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: URS Corp. v. The Lebanese Company for the Development and Reconstruction of Beirut Central District s.a.l., (a/k/a SOLIDERE), Civil Action No. 06-415-SLR (D. Del)

Dear Dr. Dalleo:

Enclosed please find a copy of the Corrected Declaration of Paul B. Carberry in Support of Defendant SOLIDERE's Answering Brief in Opposition to Motion for Preliminary Injunction (the "Declaration"), originally filed by SOLIDERE with this Court on February 23, 2007. The enclosed Declaration was corrected for a typographical error and because four documents were inadvertently omitted from the list of documents attached thereto as Exhibit 36. No other substantive changes were made. A copy of the blacklined version has been delivered to opposing counsel.

Respectfully,

Anne Shea Gaza
(#4093)

Enclosure
cc: Jason D. Russell, Esquire (via e-mail)
    Edward P. Welch, Esquire (via e-mail)
    Paul B. Carberry, Esquire (via e-mail)

RLF1-3121913-1