## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-415-SLR |
| | ) |
| THE LEBANESE COMPANY FOR THE | ) |
| DEVELOPMENT AND RECONSTRUCTION | ) |
| OF BEIRUT CENTRAL DISTRICT, S.A.L., | ) |
| a/k/a SOLIDERE, | ) |
| | ) |
| Defendant. | ) |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiff URS Corporation hereby respectfully requests oral argument on (i) Plaintiff's Motion for a Preliminary Injunction Enjoining Arbitration filed October 23, 2006 (D.I. 36), and (ii) Defendant's Motion to Dismiss filed October 16, 2006 (D.I. 32).

       /s/ Paul J. Lockwood
Edward P. Welch (#0671)
Paul J. Lockwood (#3369)
Edward B. Micheletti (#3794)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899
(302) 651-3000
plockwoo@skadden.com

Attorneys for Plaintiff URS Corporation

DATED: March 15, 2007

488156-Wilmington Server 1A - MSW