IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v., | ) |
| | ) Civil Action No. 06-415-SLR |
| THE LEBANESE COMPANY FOR THE | ) |
| DEVELOPMENT AND RECONSTRUCTION OF | ) |
| BEIRUT CENTRAL DISTRICT, S.A.L., a/k/a | ) |
| SOLIDERE, | ) |
| | ) |
| Defendant. | ) |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Defendant The Lebanese Company for the Development and Reconstruction of Beirut Central District, S.A.L., a/k/a SOLIDERE hereby respectfully requests oral argument on (i) Plaintiff's Motion for a Preliminary Injunction Enjoining Arbitration filed October 23, 2006 (D.I. 36) and (ii) Defendant's Motion to Dismiss filed October 16, 2006 (D.I. 32).

/s/ Samuel A. Nolen
Samuel A. Nolen (#971)
Anne Shea Gaza (#4093)
RICHARDS, LAYTON & FINGER, P.A.

OF COUNSEL:
Paul B. Carberry
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8507
pcarberry@whitecase.com

One Rodney Square
Wilmington, DE 19899-0551
P.O. Box 551
(302) 651-7700
Nolen@rlf.com
Gaza@rlf.com

*Attorneys for Defendant The Lebanese Company for the Development and Reconstruction of Beirut Central District, S.A.L. a/k/a SOLIDERE*

Dated: March 15, 2007

RLF1-3127336-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Edward P. Welch, Esquire
Edward B. Micheletti, Esquire
Skadden, Arps, Slate, Meagher
 & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

I hereby certify that on March 15, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

Jeffrey H. Dasteel, Esquire
Jason D. Russell, Esquire
Marina V. Bogorad, Esquire
Skadden, Arps, Slate, Meagher
 & Flom LLP
300 S. Grand Avenue, 34th Floor
Los Angeles, CA 90071
jdasteel@skadden.com

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3089050-1