IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                           )
URS CORPORATION                                            )
                                                           ) Civil Action No. 06-415-SLR
            Plaintiff,                                     )
                                                           )
    v.                                                     )
                                                           )
THE LEBANESE COMPANY FOR THE                               )
DEVELOPMENT AND RECONSTRUCTION                             )   REDACTED - PUBLIC VERSION
OF BEIRUT CENTRAL DISTRICT, S.A.L.,                        )
a/k/a SOLIDERE,                                            )
                                                           )
            Defendant.                                     x
---------------------------------------------------------- 

### DECLARATION OF MOUNIR DOUAIDY IN SUPPORT OF DEFENDANT SOLIDERE'S REPLY BRIEF IN FURTHER SUPPORT OF MOTION TO DISMISS THE COMPLAINT

MOUNIR DOUAIDY, declares as follows:

1. I am the General Manager and Chief Financial Officer of The Lebanese Company for the Development and Reconstruction of Beirut Central District, S.A.L., a/k/a SOLIDERE ("SOLIDERE"). I submit this declaration, pursuant to 28 U.S.C. 1746, in support of Defendant SOLIDERE's Reply Brief in Further Support of Motion to Dismiss the Complaint. Unless otherwise noted, the information contained herein is based on my own personal knowledge.

2. In 1994, SOLIDERE entered into an agreement with the Council for Development and Reconstruction ("CDR") in which SOLIDERE agreed to perform infrastructure works in the Beirut Central District ("BCD"). Attached hereto as Exhibit A is a true and correct copy of the September 20, 1994, Agreement between the CDR and SOLIDERE in the original Arabic and a certified English translation. The relationship between the CDR and

SOLIDERE was, in essence, that between an employer and a contractor. As the employer, the CDR had an interest in ensuring that its contractor complied with the CDR's reconstruction obligations set forth in Law Decree No. 5 dated January 31, 1977 (Formation of the Council of Development and Reconstruction) and its amendments, including Law 91-117 of December 7, 1991 ("Law 91-117"). Therefore, the CDR monitored SOLIDERE's performance by requiring, for example, approval of the final tender submitted by SOLIDERE's subcontractor.

3. Law 91-117 is an example of Lebanese enabling legislation. It provides the legal framework pursuant to which the CDR may hire any number of joint stock or mixed companies to perform infrastructure works in any war-destroyed areas in Lebanon. The law does not mention, establish, or require the establishment of any particular company.

4. Pursuant to Law 91-117, all property holders in such areas were required to contribute their property to any company formed pursuant to this law, in exchange for shares in the company. The value of shares received by each landowner was determined based on the value of that landowner's property at the time of the transfer.

5. The power of eminent domain that was exercised in connection with Law 91-117 was exercised solely by the Lebanese government. The Lebanese government never delegated such authority or power of eminent domain to SOLIDERE.

6. The Lebanese government owned various properties in the BCD and, like all other property owners, was required to contribute its land in exchange for shares of the company to which the CDR contracted the reconstruction of the BCD, *i.e.*, SOLIDERE.

7. SOLIDERE is registered in the Lebanese Commercial Registry. Attached hereto as Exhibit B is a true and correct copy of SOLIDERE's registration certificate.

8. SOLIDERE has paid taxes since 2004 when its temporary abatement expired, and has never sought to renew the abatement originally contained in Law 91-117.

9. SOLIDERE amended its Articles of Incorporation in 2006, which had previously restricted its activities to the reconstruction of the BCD. SOLIDERE currently works with developers in the United Arab Emirates and in Egypt on private development projects which have no relation to Lebanon, the Lebanese State, or the United States.

10. SOLIDERE has sued the Lebanese State on several occasions before the Lebanese national courts. For example, SOLIDERE has sued the State in connection with the State's delay in issuing regulations relating to the development of the Souks (traditional market area) in the BCD; SOLIDERE has sued the State on the basis of the State's failure to take action to stop the owner of land adjacent to SOLIDERE's land from unlawfully obstructing the works in the BCD. SOLIDERE has also sued the Municipality of Beirut on several occasions in connection with the issuance of building permits. All such suits were brought by SOLIDERE before the Lebanese administrative courts, as is appropriate in the French-inspired Lebanese legal system when the defendant is a public entity. SOLIDERE has also been sued on several occasions in connection with its reconstruction works, and it is noteworthy that all such suits were brought before the commercial courts, and not the administrative courts as would be required if SOLIDERE were considered to be a public entity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 12, 2007.

_____
MOUNIR DOUAIDY

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Edward P. Welch, Esquire
Edward B. Micheletti, Esquire
Skadden, Arps, Slate, Meagher
& Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

I hereby certify that on March 20, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

Jeffrey H. Dasteel, Esquire
Jason D. Russell, Esquire
Marina V. Bogorad, Esquire
Skadden, Arps, Slate, Meagher
& Flom LLP
300 S. Grand Avenue, 34th Floor
Los Angeles, CA 90071
jdasteel@skadden.com

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3089050-1

# EXHIBIT A



**This Exhibit Has Been Redacted In Its Entirety And Is Filed Under Seal.**

# EXHIBIT B



**This Exhibit Has Been Redacted In Its Entirety And Is Filed Under Seal.**