IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-415-SLR |
| | ) |
| THE LEBANESE COMPANY FOR THE | ) |
| DEVELOPMENT AND | ) |
| RECONSTRUCTION OF BEIRUT | ) |
| CENTRAL DISTRICT SAL, | ) |
| a/k/a SOLIDERE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 28th day of March, 2007,

IT IS ORDERED that oral argument on plaintiff's pending motion for preliminary injunction enjoining arbitration (D.I. 37) shall be heard on **Monday, April 23, 2007, at 10:00 a.m.** in courtroom 6B on the 6th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Each side will be given one hour to present their argument.

                                                                                _____
                                                                                United States District Judge