IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE LEBANESE COMPANY FOR THE )<br>DEVELOPMENT AND RECONSTRUCTION )<br>OF BEIRUT CENTRAL DISTRICT, S.A.L., )<br>a/k/a SOLIDERE, )<br>)<br>Defendant. ) | Civil Action No. 06-415-SLR |

## MOTION AND ORDER FOR *PRO HAC VICE* APPEARANCE

Pursuant to Local Rule 83.5 and the attached certification, undersigned counsel hereby moves the admission *pro hac vice* of Owen C. Pell of White & Case LLP to represent Defendant SOLIDERE in this matter.

                                               /s/ Anne Shea Gaza
                                           Samuel A. Nolen (#971)
                                           Nolen@RLF.com

OF COUNSEL:

Paul B. Carberry
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8507

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant SOLIDERE

Dated: April 10, 2007

RLF1-3136378-1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated:_____

_____
U.S.D.J.

## CERTIFICATION BY OWEN PELL

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Owen C. Pell
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

DATE: April 10, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Edward P. Welch, Esquire
Edward B. Micheletti, Esquire
Skadden, Arps, Slate, Meagher
 & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

I hereby certify that on April 10, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

Jeffrey H. Dasteel, Esquire
Jason D. Russell, Esquire
Marina V. Bogorad, Esquire
Skadden, Arps, Slate, Meagher
 & Flom LLP
300 S. Grand Avenue, 34th Floor
Los Angeles, CA 90071
jdasteel@skadden.com

_____
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700