IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-415-SLR |
| THE LEBANESE COMPANY FOR THE | ) |
| DEVELOPMENT AND RECONSTRUCTION | ) |
| OF BEIRUT CENTRAL DISTRICT, S.A.L., | ) |
| a/k/a SOLIDERE, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF LODGING

To:  Edward P. Welch, Esquire                    Jeffrey H. Dasteel, Esquire
     Edward B. Micheletti, Esquire               Jason D. Russell, Esquire
     Skadden, Arps, Slate, Meagher               Marina V. Bogorad, Esquire
      & Flom LLP                                 Skadden, Arps, Slate, Meagher
     One Rodney Square                            & Flom LLP
     P.O. Box 636                                300 S. Grand Avenue, 34th Floor
     Wilmington, DE 19899                        Los Angeles, CA 90071
                                                 jdasteel@skadden.com

PLEASE TAKE NOTICE THAT defendant *The Lebanese Company for the Development and Reconstruction of Beirut Central District, S.A.L. a/k/a SOLIDERE* ("Solidere") hereby lodges with the Court a copy of the four printed pages referenced by counsel to Solidere at the oral argument held on May 16, 2007, copies of which were previously provided by Solidere to the Court and counsel for URS Corporation.

RLF1-3153218-1

OF COUNSEL:
Owen C. Pell
Paul B. Carberry
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8507
pcarberry@whitecase.com

Dated: May 21, 2007

*/s/ Anne Shea Gaza*
Samuel A. Nolen (#971)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Nolen@rlf.com
Gaza@rlf.com

*Attorneys for Defendant The Lebanese Company for the Development and Reconstruction of Beirut Central District, S.A.L. a/k/a SOLIDERE*

RLF1-3153218-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Edward P. Welch, Esquire
Edward B. Micheletti, Esquire
Skadden, Arps, Slate, Meagher
 & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

I hereby certify that on May 21, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

Jeffrey H. Dasteel, Esquire
Jason D. Russell, Esquire
Marina V. Bogorad, Esquire
Skadden, Arps, Slate, Meagher
 & Flom LLP
300 S. Grand Avenue, 34th Floor
Los Angeles, CA 90071
jdasteel@skadden.com

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

# Certain Undisputed Issues: The ICC Tribunal

- The ICC Tribunal is in Paris, France
- French Courts have primary supervisory jurisdiction over that ICC Tribunal
- Only French Court may Annul any Award rendered by this ICC Tribunal

URS Corp. v. SOLIDERE
No. 06-415 (SLR)

# Certain Undisputed Issues: URS

## URS Will Have THREE BITES at the Apple

- URS/Radian will oppose Solidere in the ICC arbitration in Paris
- Radian and URS have an identity of interest
  - Represented by the same Inside and Outside counsel
  - Same incentive to prevail on merits and choice of law
  - Same incentive to disprove any theory that URS liable
- Post-Award: URS may move to Annul in French Courts
  - De Novo Review on Arbitrability
  - Could stay any attempt to enforce in the US or Elsewhere
- URS may oppose enforcement in the US
  - De Novo Review on Arbitrability

# Certain Undisputed Issues: Solidere

**SOLIDERE has a right:**

- To continue to arbitrate with Radian in the ICC in Paris, France
- To prove up what law should apply to its dispute with Radian before the ICC in Paris
- To prove how Radian failed to perform its contract
- To prove that URS's actions have consequences with respect to the Contract under applicable law
- To attempt to enforce any ICC rulings in non-U.S. Courts

