IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>) Civ. No. 06-415-SLR<br>v. )<br>)<br>THE LEBANESE COMPANY FOR THE )<br>DEVELOPMENT AND )<br>RECONSTRUCTION OF BEIRUT )<br>CENTRAL DISTRICT SAL, )<br>)<br>Defendant. ) | |

**O R D E R**

At Wilmington this 28th day of September 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiff's motion for conditional leave to file a surreply is granted. (D.I. 123)

2. Defendant's motion to dismiss is granted in part. (D.I. 32)

3. Plaintiff's motion for a preliminary injunction is denied. (D.I. 36)

4. Based on the record presented, the court concludes that it lacks subject matter jurisdiction over plaintiff's claims. A teleconference, to be initiated by plaintiff's counsel, shall be held on **Thursday, October 11, 2007 at 10:30 a.m.** to address the status of the case.

*Sue L. Robinson*
United States District Judge