IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civ. No. 06-415-SLR |
| v. | ) |
| | ) |
| THE LEBANESE COMPANY FOR THE | ) |
| DEVELOPMENT AND | ) |
| RECONSTRUCTION OF BEIRUT | ) |
| CENTRAL DISTRICT SAL, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 11th day of October 2007, following the teleconference held this same date, and consistent with the memorandum opinion and order issued on September 28, 2007;

IT IS ORDERED that plaintiff's claims are dismissed with prejudice for lack of subject matter and personal jurisdiction, thus closing the case.

_____<br>
United States District Judge