IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URS CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>THE LEBANESE COMPANY FOR THE<br>DEVELOPMENT AND RECONSTRUCTION<br>OF BEIRUT CENTRAL DISTRICT, S.A.I.,<br>a/k/a SOLIDERE,<br><br>        Defendant. | Circuit Court Docket No. _____<br><br>Civil Action No. 06- 415-SLR |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff URS Corporation, by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the Third Circuit from:

    (i)  the Court's Order of October 11, 2007 (D.I. 133), dismissing plaintiff's claims with prejudice for lack of subject matter and personal jurisdiction;

    (ii)  the Court's Order of September 28, 2007 (D.I. 131), denying plaintiff's motion for preliminary injunction;

    (iii)  the Court's Memorandum Opinion dated September 28, 2007 (D.I. 130); and

    (iv)  all other rulings and orders embodied therein.

Respectfully submitted,

　　　/s/ Paul J. Lockwood　　　
Edward P. Welch (I.D. No. 0671)
Paul J. Lockwood (I.D. No. 3369)
SKADDEN, ARPS, SLATE,
　MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000
plockwoo@skadden.com
Attorneys for Plaintiff

Of Counsel:

Jeffrey H. Dasteel
Jason D. Russell
Stacy R. Horth-Neubert
Marina V. Bogorad
SKADDEN, ARPS, SLATE,
　MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California  90071-3144
(213) 687-5000

Preeta D. Bansal
Sarah E. McCallum
SKADDEN, ARPS, SLATE,
　MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000


DATED:　October 16, 2007