# UNITED STATES COURT OF APPEALS

# FOR THE THIRD CIRCUIT

C.A. No. 07-4059

URS Corp v. Lebanese Co Dev

06-cv-00415

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

cc:

Sarah E. McCallum; Preeta D. Bansal
Skadden, Arps, Slate, Meagher & Flom
4 Times Square
New York, NY 10036-0000

Owen C. Pell
Paul B. Carberry
White & Case
1155 Avenue of the Americas
New York, NY 10036-0000

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

Samuel A. Nolen
Anne S. Gaza
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0000

Paul J. Lockwood
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0000

 Dated:  July 18, 2008